UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
JUDITH PRINZO, on behalf of herself)
and all other employees similarly  )
situated,                          )
                                   )
                Plaintiffs,        )
                                   )
          v.                       )   CIVIL ACTION
                                   )   NO. 21-11901-WGY
HANNAFORD BROS. CO., LLC,          )
                                   )
                Defendant.         )
                                   )
_____
```

YOUNG, D.J.                                              March 29, 2022

**ORDER**

This matter is before the Court on Plaintiff Judith Prinzo's motion to remand. Pl.'s Mot. Remand, ECF No. 9. After hearing arguments on March 24, 2022, this Court took the matter under advisement. Electronic Clerk's Notes, ECF No. 22.

The motion to remand is hereby DENIED. The parties have until April 12, 2022, to submit a joint proposed case management schedule.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE