Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No: 1:21-cv-11901-WGY

Volume: I
Pages: 1-53
Exhibits: 2

JUDITH PRINZO, on behalf of herself  )
and all other employees similarly    )
situated,                            )
                                     )
                Plaintiff,           )
                                     )
        v.                           )
                                     )
HANNAFORD BROS. CO., LLC,            )
                                     )
                Defendant.           )


DEPOSITION OF: Daniel Singer

Conducted Remotely via Zoom

108 Lancaster Street

Leominster, Massachusetts 01453

January 12, 2022    2:00 p.m.

Page 2

```
 1  APPEARANCES:
 2  FAIR WORK, P.C.
       (BY:  Stephen Churchill, Esquire)
 3   192 South Street, Suite 450
       Boston, MA 02111
 4   On behalf of the Plaintiff
       steve@fairworklaw.com
 5
     HUNTON ANDREWS KURTH
 6   (BY:  Ryan Glasgow, Esquire)
       Riverfront Plaza - East Tower
 7   951 East Byrd Street
       Richmond, VA 23219
 8   On behalf of the Defendant
       rglasgow@huntonak.com
 9
     ALSO PRESENT:
10
     HUNTON ANDREWS KURTH
11   Christopher Pardo, Esquire (Observing)
       Riverfront Plaza - East Tower
12   951 East Byrd Street
       Richmond, VA 23219
13   On behalf of the Defendant
14   Anne Cunningham, Esquire (Observing)
       In-House Counsel for Hannaford Bros., LLC
15
     Judy Prinzo, Plaintiff (Observing)
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1              I N D E X
 2  WITNESS              DIRECT    CROSS
 3  Chelsea Nelson
 4  (By: Mr. Churchill)    4         --
 5  (By: Mr. Glasgow)     --        49
 6  (By: Mr. Pardo)       --         --
 7  (By: Ms. Cunningham)  --         --
 8
 9       I N D E X  O F  E X H I B I T S
10  EXHIBIT NO.    DESCRIPTION         PAGE:
      Exhibit 56    Job Description      27
11
      Exhibit 57    E-mail               47
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1             S T I P U L A T I O N S
 2          It is hereby stipulated and
 3      agreed by and between counsel for the
 4      respective parties that the witness
 5      will read and sign the deposition
 6      within thirty days or deemed waived
 7      and the Notary shall be waived.
 8          It is further stipulated and
 9      agreed that all objections, except as
10      to form of question, and motions to
11      strike be reserved until the time of
12      trial.
13          DANIEL SINGER:  Having been
14  identified and duly sworn, was examined and
15  testified as follows:
16          DIRECT EXAMINATION BY MR. CHURCHILL:
17   Q.  Good afternoon, Mr. Singer.
18   A.  Good afternoon.
19   Q.  Can you state your full name?
20   A.  Daniel Singer.
21   Q.  What's your residential address?
22   A.  Eighty-six Forbes Road, Rochester,
23  Mass.
24   Q.  And what is your business address?
```

Page 5

```
 1   A.  Eight Merchant's Way, Middleborough,
 2  Mass.
 3   Q.  Okay.  And what location are you at
 4  today?  What's at 108 Lancaster Street?
 5   A.  Ah, this is the general office in
 6  Leominster.  It's right next to the Leominster
 7  Hannaford.
 8   Q.  Okay.  And is anybody in the room with
 9  you there?
10   A.  No.
11   Q.  Have you been deposed before?
12   A.  (Inaudible.)
13   Q.  I'm sorry, I didn't hear the answer?
14   A.  No.
15   Q.  Okay.  So we'll just go over a few
16  round rules so that we're on the same page.  If
17  I ask you a question you can't hear or don't
18  understand then you should ask me for a
19  clarification or to repeat the question, okay?
20   A.  Yes.
21   Q.  The court reporter's making a written
22  transcript of everything that's being said
23  today.  So it's important in order to have a
24  clear transcript that only one person be
```

Page 6

1 talking at a time. So try to wait until I'm
2 done with my question before answering, and
3 I'll try to wait until your done with your
4 answer before asking my next question, okay?
5    A.  Yes.
6    Q.  Also, please make any responses verbal
7 as opposed to nods or gestures because the
8 gestures and nods don't really mean anything on
9 a written transcript, okay?
10   A.  Yes.
11   Q.  Finally, if you need to take a break
12 for any reason that's fine, just say the word.
13 The only rule that we follow is if there's any
14 question pending you answer the question and
15 then we'll take a break, all right?
16   A.  Yes.
17   Q.  What's your date of birth?
18   A.  11-18-83.
19   Q.  And what's your educational background
20 starting with high school?
21   A.  I graduated high school and about a
22 year and half at, um, business college.
23   Q.  Okay. What year did you graduate high
24 school?

Page 7

1    A.  2002.
2    Q.  Okay. And do you currently work for
3 Hannaford?
4    A.  Yes.
5    Q.  When did you first start working for
6 Hannaford?
7    A.  January 2006.
8    Q.  And, briefly, what did you do for
9 employment between 2002 and 2006?
10   A.  I worked for a mom-and-pop's business
11 in my hometown that I grew up in.
12   Q.  All right. And what was your first
13 job at Hannaford?
14   A.  Assistant deli manager.
15   Q.  For which store?
16   A.  For the Taunton, Mass. location.
17   Q.  And when did your position change?
18   A.  I would say a little bit more than a
19 year into it I became a deli manager for that
20 same location.
21   Q.  So it was around January 2007?
22   A.  Yeah. Maybe a little bit after.
23   Q.  Okay. And then when did your position
24 change again?

Page 8

1    A.  I held that position for approximately
2 two years or so. Um, and then I was relocated
3 to the Easton, Mass. Hannaford store as the
4 deli manager there.
5    Q.  So when year was that?
6    A.  It's going to be either '08 or '09.
7    Q.  Okay. And then when did your position
8 next change?
9    A.  I became the combo deli/bake manager
10 maybe a year after that in the same store in
11 Easton, Mass.
12   Q.  So around '09 or '10?
13   A.  Sounds fair.
14   Q.  And then when did your position next
15 change?
16   A.  Shortly after that I was just a bakery
17 manager for about three months; it might have
18 been a year after that. Um, just bakery
19 manager for just three months.
20   Q.  In Easton?
21   A.  Yes.
22   Q.  All right. And then when did your
23 position change?
24   A.  So after that three months I become

Page 9

1 the center store manager in Easton, Mass.
2    Q.  What year was that?
3    A.  It's going to be around 2011 or so.
4    Q.  All right. And then when did your
5 position next change?
6    A.  Um, approximately four years in that
7 position before I became the assistant store
8 manager in the Taunton, Mass. location. So
9 about 2015.
10   Q.  Okay. And then when did your position
11 change?
12   A.  It's my current position, assistant
13 store manager just in the different location.
14   Q.  When did you change locations?
15   A.  2018, August of 2018, I went to the
16 Middleborough, Mass. store.
17   Q.  Okay. Are you currently at
18 Middleborough?
19   A.  Yes.
20   Q.  As the assistant store manager?
21   A.  Yes.
22   Q.  And had there been any periods of time
23 where you served for more than a day as store
24 manager?

Page 10

1  A. Ah, no. I served as the interim store
2  manager for about three months.
3  Q. Okay. When was that?
4  A. That was going to be mid-October 2019
5  until the beginning of February 2020.
6  Q. In Middleborough?
7  A. Yes.
8  Q. Okay. All right. And are your duties
9  as an assistant store manager any different
10 today than they were when you first assumed the
11 job back in 2015?
12 A. Ah, nope.
13 Q. Okay. What are your duties?
14 A. To assist the store manager and
15 overall operations of the store.
16 Q. Okay. Do you have a written job
17 description?
18 A. There is a written job. I do not have
19 it.
20 Q. Have you ever seen it?
21 A. Ah, years ago, yes.
22 Q. Okay. Let me just share my screen, if
23 I can.
24      (Discussion off the record at

Page 11

1  2:10 p.m.)
2  Q. All right. Can you see that on your
3  screen, that document?
4  A. I can see part of it, yup.
5  Q. Yup. So this is a one page document.
6  At the bottom it's labeled Hannaford 5,
7  indicates revised 1-2013. Is this the position
8  description for the assistant store manager
9  position?
10 A. Ah, it appears that way, yes.
11 Q. Okay. When is the last time you saw
12 this?
13 A. I probably haven't read it since I
14 started in my position.
15 Q. Okay. What days and hours do you
16 typically work?
17 A. The days and hours do fluctuate.
18 Typically, I would work 8:30 to 5:30. And
19 sometimes I work a closing shift 1:00 to 10:00.
20 Q. All right. What days of the week do
21 you work?
22 A. That fluctuates weekly for me.
23 Q. Okay. So it could be any of the seven
24 days of the week?

Page 12

1  A. Yes.
2  Q. How many days during the week do you
3  typically work?
4  A. Five days.
5  Q. So how many scheduled hours do you
6  have each week?
7  A. Ah, forty hours.
8  Q. And understanding there's going to be
9  some variation from week to week, on average
10 how many hours do you typically work each week?
11 A. I work about the 40 hours. Scheduled
12 about 42 and half hours accounting for the
13 lunch.
14 Q. Okay. And so you generally stick to
15 those scheduled hours?
16 A. Yes.
17 Q. Okay. So on the days when you come in
18 at 8:30, do you follow standard practices in
19 terms of what you do at the beginning of your
20 shift?
21 A. Ah, yeah.
22 Q. What are your standard practices?
23 A. I will come in and go on the computer;
24 check my e-mail, check my tasks, check payroll.

Page 13

1  And then I will walk the store and greet
2  everyone in the morning and see how everybody
3  is doing.
4  Q. Okay. And then what do you do from
5  there?
6  A. It all depends on who may need
7  assistance whether it be my store manager where
8  he directs me and what might be happening that
9  particular day. Each day is different.
10 Q. Okay. And do you have a physical
11 office in the store?
12 A. Um, I have a desk outside my store
13 manager's office.
14 Q. And who's the store manager currently?
15 A. Dan Mailloux.
16 Q. And you said after you come in and
17 check e-mail you check tasks. Can you describe
18 what you mean by tasks?
19 A. Just any information our corporate
20 office may communicate to us on the happenings
21 in the business.
22 Q. Okay. And is there a system or
23 systems that are used to communicate tasks?
24 A. Yes.

Page 14

1  Q. And what is that?
2  A. Currently, it's called Compass Tasks
3  online.
4  Q. Okay. And then you said you check a
5  payroll. What do you mean by that?
6  A. I will check in Kronos to see how our
7  daily payroll operations are to make sure we
8  can make our budgets by the end of the week.
9  Q. Okay. So describe for me, more
10 specifically, what you look at to that end?
11 A. Ah, yeah. Overall hours worked in the
12 store verses budgeted hours just to see how
13 we're operating as a whole store and how each
14 department is managing their business.
15 Q. Okay. And when you refer to budgeted
16 hours, are those hours budgeted on a weekly
17 basis, a monthly basis, or on what period?
18 A. Ah, yeah. They'll come down through
19 Kronos based off of the labor that is generated
20 on a six week average. And those budgeted
21 hours get adjusted or get looked at by
22 department managers each week to make sure they
23 can budget their payroll each week for their
24 departments.

Page 15

1  Q. Okay. So when you're looking each day
2  at payroll you were looking at the overall
3  hours verses budgeted hours for that particular
4  week, is that right?
5  A. Yes.
6  Q. Okay. And when the overall hours are
7  exceeding the budgeted hours what, if anything,
8  do you do?
9  A. I may just ask whoever the department
10 manager is, um, what their plan is to address
11 hours and what the rest of the week looks like
12 for them.
13 Q. Okay. If the overall hours are below
14 budgeted hours do you take any action?
15 A. Nope. That's up to the department
16 managers to manage their departments, their
17 business, to had staffing or adjust schedules
18 within their departments if needed.
19 Q. Okay. Other than checking overall
20 hours against budgeted hours, are there any
21 other tasks that you perform with respect to
22 payroll each day?
23 A. Um, myself? No.
24 Q. Okay. Do you receive payroll reports

Page 16

1  from anybody else?
2  A. We'll receive daily hours reports from
3  our human resource managers.
4  Q. Okay. What information is contained
5  in those reports?
6  A. Um, the hours that were worked by the
7  associates the prior day to ensure that our
8  associates are getting paid properly. People
9  make errors and miss punches. So that
10 information will go to all the department
11 managers, and the department managers review
12 those daily to make sure their associates are
13 getting paid properly for the time that they
14 work.
15 Q. All right. Other than those reports,
16 are there other reports that you receive and
17 review on a daily basis?
18 A. Ah, no. Not that I can think of.
19 Q. What about sales reports?
20 A. Yeah, we receive sales reports daily.
21 Q. Do you review them daily?
22 A. No. Only if my store manager's off.
23 Q. I'm sorry, you said only if the store
24 manager's off?

Page 17

1  A. Yup. The store manager will review
2  them daily.
3  Q. Okay. And how long does it usually
4  take you each day do review the payroll
5  information?
6  A. Not long; a few minutes.
7  Q. Do you attend any stand-in meetings a
8  daily, weekly or other basis?
9  A. Ah, currently, no.
10 Q. What about manager meetings?
11 A. I would attend them when we had them.
12 We haven't been having those too often due to
13 COVID.
14 Q. Okay. So prior to COVID issues were
15 there stand-in meetings that you attended on a
16 regular basis, daily, weekly?
17 A. Yes.
18 Q. What meetings did you attend?
19 A. Weekly. Weekly manager meetings.
20 Q. Okay. Do you have any stand-in
21 meetings meals with the store manager like
22 meeting on a weekly or daily basis or some
23 other frequency?
24 A. No.

Page 18

1  Q. And when you were having weekly
2  manager meetings what topics were discussed
3  during those meetings?
4  A. Um, it would be different each week.
5  Just business topics, what might be happening
6  that current week, what information might be
7  rolled out, sales, um, pay roll of course,
8  inventories, things long those lines.
9  Q. Who runs the meetings?
10  A. The store manager.
11  Q. Are there any minutes that are kept?
12  A. I believe they are or they were no
13  more than an hour.
14  Q. I meant are there any minutes like
15  records or writing notes of the meeting that
16  are kept?
17  A. No, I don't believe so.
18  Q. Okay. Is there an agenda that's
19  prepared beforehand?
20  A. Sometimes yes, sometimes no.
21  Q. Okay. Who prepares the agendas?
22  A. Ah, the store manager.
23  Q. All right. And to what extent does
24  your physical presence in the store overlap

Page 19

1  with the store manager?
2  A. We'll work together a couple times a
3  week.
4  Q. Okay. And then on the other occasions
5  only one of you is present typically?
6  A. Yup. Cover each other's day, vacation
7  time, PTO.
8  Q. How many assistant store managers are
9  there?
10  A. Ah, two currently.
11  Q. Okay. Who's the other one?
12  A. Peter Ferguson.
13  Q. And is there any difference between
14  your duties and Mr. Ferguson's duties?
15  A. Ah, we both oversee different
16  departments.
17  Q. Okay. Which departments do you
18  oversee?
19  A. Currently center store and bakery.
20  Q. Okay. And Mr. Ferguson oversees
21  everything else?
22  A. Correct.
23  Q. Okay. And by overseeing those
24  departments, like for you, center store and

Page 20

1  bakery, what does that mean? What do you to
2  oversee those departments?
3  A. Ensure they're operating, um,
4  appropriately each day; work closely with the
5  two department managers to see what type of
6  assistance they may need with their departments
7  and if they need my help or not with anything;
8  ensure their businesses are running
9  appropriately.
10  Q. And what information do you take into
11  account to make sure their business is
12  operating appropriately?
13  A. I like to make sure that they're
14  staffed. I like to make sure that they're um,
15  doing their daily duties that they need to do.
16  Um, as managers of the department able to
17  delegate their work out, um, and support them
18  in any way that they my ask for or need.
19  Q. Okay. And do you, as part of those
20  duties, go and observe the operations of those
21  departments?
22  A. Um, not too often. I'll look at both
23  departments and ask them again if they need
24  some assistance with anything, if they need

Page 21

1  help with anything. And I always make myself
2  available to them whatever need.
3  Q. Okay. Do you ever solicit feedback
4  from associates in those departments, like ask
5  them how thing are going for example?
6  A. Yes.
7  Q. Okay. When you said that one of the
8  things you looked at was to make sure they're
9  staffed appropriately, what do you mean by
10  that?
11  A. So for instance, if I walked in the
12  center store department and there is quite a
13  bit of product to be stocked for the day and
14  the only have two associates they don't have
15  enough help to get the job done. So I'll talk
16  to manager and figure out what type of help
17  they may need from me or why they don't have
18  enough help and go from there.
19  Q. Do you, among other things, look at
20  the physical appearance of the departments
21  under your supervision?
22  A. Yeah, I'll definitely take a look at
23  the departments.
24  Q. Okay. And what are you looking for?

Page 22

1  A. Um, what you described, the appearance
2 of the department and make sure that we're
3 operating our business appropriately and
4 product is available to the customers.
5  Q. All right. Is there any data that
6 you're look at in terms of customer complaints
7 or customer feedback?
8  A. Um, if we get sent any information
9 from our corporate office I'll review that for
10 sure.
11  Q. Okay. And what do you do based on
12 that information?
13  A. Based off the customer complaint?
14  Q. Yeah.
15  A. Well, typically the store manager will
16 handle it unless they're not there. But a lot
17 of times we'll reach out to the customer and
18 try to appease the customer.
19  Q. Okay. And do you take any steps with
20 respect to the department that was involved?
21  A. I will inform the department manager
22 what happened for sure so they know.
23  Q. Okay. What about with respect to
24 shrink for the departments under your

Page 23

1 supervision? Do you do anything to review
2 shrink?
3  A. Only if they ask for my assistance.
4  Q. Okay. Do you review shrink reports?
5  A. Ah, yeah. We'll see what the shrink
6 results are each month.
7  Q. And when you say we who do you mean?
8  A. The store manager and myself.
9  Q. Okay.
10  A. And the other assistant, obviously.
11  Q. And what exactly are you looking at on
12 a monthly basis when evaluating shrink?
13  A. Just the bottom line of whether they
14 made inventory or not, over/under smaller
15 amounts for the overall departments.
16  Q. Okay. And then based on that monthly
17 review what steps do you take based on what you
18 learned during that review?
19  A. Not too many steps. If they made
20 inventory or didn't make inventory that is up
21 to the department managers to address that and
22 move forward with how they're going to manage
23 their business and inventory for the following
24 months.

Page 24

1  Q. Okay. Was there any more formal steps
2 that department managers are required to take
3 when there's an inventory issue in their
4 department?
5  A. If they missed inventory by a certain
6 amount they'll have an action plan that they'll
7 have to write.
8  Q. Okay. And what's the threshold that
9 triggers that requirement?
10  A. It's changed a few times, so I don't
11 remember the exact amount. But typically we
12 ask, ah, we, the company, ask plus or minus
13 five hundred dollars; but I don't believe
14 that triggers an action plan. I believe it's
15 a larger amount that would trigger action
16 plans.
17  Q. Okay. And what is an action plan?
18  A. It's a document that calls out why
19 they made inventory by too large of a number or
20 why they missed inventory by too large of a
21 number. Um, the root cause of, you know, it's
22 up to them to figure out the root cause as to
23 why they missed it or made it; and then
24 actions, what they will do to try to prevent

Page 25

1 that moving forward.
2  Q. Okay. And who does that plan go to?
3  A. The department managers are
4 responsible for their departments and their
5 action.
6  Q. Are the action plans submitted to you
7 or to the store manager?
8  A. Yes because we have to send them off
9 to our corporate partners. We send them off to
10 our fresh OP support specialists.
11  Q. Okay. And why are they sent off to
12 the fresh OP support specialists?
13  A. Fresh OP support specialist is another
14 avenue of support for them. The support
15 specialists will help them in any way they can
16 identify, um, concerns in the inventory, you
17 know, one way or the other. They're just
18 another tool to help them succeed.
19  Q. Okay. Do you ever review the
20 inventory action plans for the departments
21 under your supervision?
22  A. Sure.
23  Q. And why do you review them?
24  A. Because I'm asked by the department

Page 26

1  manager for an extra set of eyes to see if I
2  see anything different that they didn't see.
3  So essentially for support of them.
4      Q.   Are you held accountable in any way in
5  your review for the performance of the
6  departments under your supervision?
7      A.   No.
8      Q.   Do you get evaluated on an annual or
9  other basis?
10     A.   Yes. We all get performance reviews.
11     Q.   And so your performance review does
12 not depend in any way on the performance of the
13 bakery department or the center store
14 department?
15     A.   No.
16     Q.   Okay. So when you say that you're
17 responsible for supervising them what's your
18 understanding of the nature of that
19 responsibility? How are you responsible if
20 you're not evaluated based on their
21 performance?
22          MR. GLASGOW: Objection to form.
23          MR. CHURCHILL: You can answer,
24      Dan.

Page 27

1      A.   Okay. Um, essentially that we are two
2  assistant store managers. We divide our time
3  up in the store. We have to be productive in
4  the store in the departments. So the store
5  manager decides who's productive in what
6  department and what departments you oversee;
7  it's usually based off our background. So
8  where I had currently center and bake
9  background if I needed help or support in
10 those departments I have the choice to go over
11 there.
12     Q.   I'm showing my screen again. I'm
13 showing you the job description again which
14 we'll mark as Exhibit 56.
15          (Exhibit No. 56, Job Description, is
16 marked.)
17     Q.   If you go down to essential job
18 functions do you see that area?
19     A.   Yes.
20     Q.   And when it says in the first bullet
21 point responsible for managing assigned staff,
22 what does assigned staff refer to?
23     A.   Department managers.
24     Q.   All right. And then it says

Page 28

1  responsible for hiring, training, and
2  developing associates. Which associates does
3  that refer it?
4      A.   Department managers.
5      Q.   Okay. It says managers performance
6  through performance planning, coaching,
7  appraisal and disciplinary efforts. Does that
8  also refer to department managers?
9      A.   Yes.
10     Q.   Okay. And the third bullet point it
11 says hire associates for center store
12 operations and support hiring for total store,
13 as needed; do you see that?
14     A.   Yes.
15     Q.   And what do you do to support hiring
16 for the total store?
17     A.   I will discuss with any department
18 manager that's in need of staffing what they
19 would like for assistance from me and I will
20 give that to them.
21     Q.   And the fifth bullet point says says
22 ensures effective work schedules to meet
23 production and customer service standards as
24 well as associates' needs. What does that

Page 29

1  refer to?
2      A.   Um, again, I'm a support person for
3  the departments that I oversee. So whatever
4  they need for help I will support them in doing
5  that. So if they need some help with
6  scheduling or hiring to schedule appropriately
7  or just some of my advice I will give that to
8  them as well.
9      Q.   Okay. Do you understand here where it
10 says ensure effective work schedules? Do you
11 interpret that to provide support as opposed to
12 ensure that something happens?
13     A.   Ah, can you ask that question again,
14 please?
15     Q.   Sure, yeah. I'm just trying to
16 understand when you say you're there to provide
17 support. It looks like from the job
18 description here that you're actually
19 responsible for ensuring that production and
20 customer service standards are met; do you see
21 that?
22     A.   Yeah, absolutely. So I need to ensure
23 that the departments that I oversee, and also
24 the departments that I don't oversee if the

Page 30

1  managers aren't there, are staffed adequately
2  and help the department managers get to that
3  point if needed.
4      Q.  Okay.
5      A.  So if they're not staffed
6  appropriately, again, I'll speak with the
7  department heads and ask what I can do to
8  support them in getting staffed appropriately
9  and what support they would like.
10     Q.  The next bullet point says assist in
11 attaining financial objectives: sales, payroll
12 percent gross margin, shrink, MPP net percent
13 effectiveness, and control of other expenses.
14 What does that mean in terms of the duties that
15 you perform in your job?
16     A.  Ah, I'm not sure.
17     Q.  A few bullet points down it says
18 ensure our company policies and procedures are
19 followed as outlined.  What do you understand
20 that to mean?
21     A.  I always make sure that practices and
22 polices are followed to the best of my ability
23 by ensuring that the department heads are
24 filing those within their departments.

Page 31

1      Q.  And then under that it says ensure
2  that proper control of all store funds and
3  company assets are maintained.  What do you
4  understand that to be?
5      A.  Probably the financials or doing
6  deposits and making sure the money gets off to
7  the banks; make sure that all, yeah... that's
8  good.
9      Q.  Okay.  The next bullet point says
10 maintain techniques and layouts consistent with
11 the corporate merchant philosophy.  What do you
12 understand that to mean?
13     A.  Um, there is plans drawn up from our
14 corporate office as to how our shelves and
15 displays should be displayed and set up.  So
16 assisting the department managers within their
17 departments making sure that those things are
18 set up to the best of their ability.
19     Q.  Are there planograms for all
20 departments?
21     A.  Yes.
22     Q.  Okay.  And the next bullet point says
23 complete understanding of the causes and means
24 for resolving inventory shrink issues in

Page 32

1  assigned departments.  So first of all, do
2  you understand assigned departments here
3  in your case to refer to bakery and center
4  store?
5      A.  Yes.
6      Q.  And then what do you understand it to
7  mean when it says complete understanding of the
8  causes and means for resolving inventory shrink
9  issues?
10     A.  Help the department manager identify
11 any inventory issues that they had within their
12 department.  Um, so they can, you know, be
13 supportive by finding the issue for sure.  So
14 I'll look through inventories with them if they
15 ask me to.
16     Q.  All right.  The next bullet point is
17 observe and ensure compliance with company
18 security, safety, and food safety standards.
19 What do you understand that to refer to?
20     A.  Um, make sure that food safety
21 standards, work place safety standards are
22 adhered to.
23     Q.  All right.  Do you have a practice of
24 recording the hours that you work each week?

Page 33

1      A.  I'm not sure I understand what you're
2  asking.
3      Q.  Do you keep record of the hours that
4  you worked each week?  Like I arrived at 8:30,
5  I left at 5:28 or whatever?
6      A.  I don't keep any records, no.
7      Q.  Okay.  Has there ever been a
8  department that when departments managers are
9  leaving each day that they notify anybody that
10 they're leaving?
11     A.  They should certainly let the MOD know
12 that they're leaving.
13     Q.  And what is a MOD?
14     A.  The manager on duty.
15     Q.  Okay.  And what is that?  I know
16 that's what it stands for, but what does that
17 signify; what is a manager on duty?
18     A.  Usually whoever is closing the store
19 is the manager for the evening.
20     Q.  Okay.  So would that always be either
21 one of the two assistant store managers or the
22 store manager?
23     A.  We have an evening operations manager
24 that closes five nights a week.

Page 34

1  Q. That closes five nights a week you
2 said?
3  A. Yes.
4  Q. Is that Monday through Friday or is
5 that some other schedule?
6  A. It fluctuates weekly.
7  Q. Okay. Would the manager on duty be
8 the store manager when he or she is there?
9  A. Yes.
10  Q. Okay. Is there a log that the manager
11 on duty keeps?
12  A. Not to my knowledge.
13  Q. Okay. Are there any issue logs that,
14 to your knowledge, store managers or assistant
15 store managers or even operations managers
16 keep to record any issues that come up in the
17 store?
18  A. Like what type of issue logs?
19  Q. To record anything that's significant
20 that happens during the shift?
21  A. Years ago they sent e-mails out, but
22 it's been a while since they did that just too
23 keep everyone in the know.
24  Q. Okay. But there's no, like, store log

Page 35

1 that's used to record issue that happened in
2 the store each day?
3  A. Not that I'm aware of.
4  Q. Okay. Have you ever been the manager
5 on duty when the department managers are
6 telling you they're leaving for the day?
7  A. Yes.
8  Q. And would you make a note anywhere of
9 when the department manager was leaving?
10  A. No.
11  Q. Okay. When you first became assistant
12 store manager how did you learn the duties of
13 that position?
14  A. Um, I guess through my other assistant
15 store manager helped teach me, my store manager
16 helped train me at the time. I was learning
17 those duties before I became an assistant store
18 manager as well.
19  Q. Okay. How were you learning them
20 before you became an assistant store manager?
21  A. I was going through some of the
22 training packages on my own to help myself
23 develop to be prepared for the position?
24  Q. Are there any formal training courses

Page 36

1 that one takes as part of becoming an assistant
2 store manager?
3  A. There's training courses for all
4 departments, yeah. For assistant, for
5 departments, um, there's a lot of online
6 training that we do.
7  Q. Is there a specific training process
8 or module for assistant store managers?
9  A. I don't believe or not one that's
10 called out. Maybe more training to do than
11 department managers, but there's not one that
12 says assistant store manager training module.
13  Q. So you last worked as a department
14 manager at the bakery in Easton, is that right?
15  A. Ah, no.
16  Q. What was last department manager you
17 had?
18  A. Center store department in the Easton
19 store.
20  Q. That's right. So prior to being
21 center store manager you worked in the bakery
22 in Easton?
23  A. For three months as just the bakery
24 manager, and then for a year prior to that is

Page 37

1 the combo deli/bake manager.
2  Q. Right. And when you worked as the
3 combo deli/bake manager, how did you divide
4 your time between those two departments?
5  A. Just wherever I was needed most.
6  Q. All right. When you worked as a
7 bakery manager in the deli in Easton did you
8 have a fixed number of hours that you were
9 scheduled to work each week?
10  A. Yeah, the same I do now.
11  Q. So scheduled for 42.5?
12  A. At the time I was scheduled for 45 and
13 I took a one hour lunch. My schedule was 7:00
14 to 5:00 and I took a one hour lunch.
15  Q. Currently, in the Middleborough store
16 what is the scheduled number of hours for
17 department managers?
18  A. Most of our managers work 7:00 to
19 4:00. Sometimes they'll work an evening shift
20 10:00 to 7:00 or 11:00 to 8:00 and that's five
21 days a week.
22  Q. Okay. So the schedule is for 45 hours
23 a week?
24  A. Ah, yes.

Page 38

1  Q. And is that different from any
2  department?
3  A. No.
4  Q. And was true when you were in the
5  Taunton as well?
6  A. Yes.
7  Q. Was that true when you were in Easton?
8  A. Yeah. There's always been the opinion
9  for the one hour lunch. So sometimes it will
10 be the 7:00 to 5:00 instead of the 7:00 to
11 4:00; the one hour lunch or half an hour lunch.
12  Q. Okay. So your schedule when you were
13 in Easton as a deli/bake manager was 7:00 to
14 5:00 five days a week?
15  A. Except for my one evening. We always
16 had to work one evening.
17  Q. And on the evening what were the
18 hours?
19  A. Usually 9:00 to 7:00.
20  Q. So 9:00 a.m. to 7:00 p.m.?
21  A. Correct.
22  Q. All right. And when you first started
23 working in Middleborough Ms. Prinzo was the
24 bakery manager there, is that right?

Page 39

1  A. Yes.
2  Q. And you remained there as the
3  assistant store manager until the time she was
4  terminated, is that right?
5  A. Yes.
6  Q. Were you typically there when
7  Ms. Prinzo left for the day?
8  A. That's kind of like our schedule; it
9  fluctuates. Sometimes yes, sometimes no.
10  Q. Okay. So there were times when she --
11 you would be the person that she would tell she
12 was leaving for the day and other times it
13 would be somebody else?
14  A. Yeah. Typically, if I was closing she
15 would let me know, but it's usually the closer
16 that's informed.
17  Q. Okay. And to what extent did you
18 observe the work that Ms. Prinzo was doing in
19 the bakery department?
20  A. Not a great extent. I would walk by
21 and check the department out and look at the
22 conditions. You know, go with my formal
23 greetings of good morning, good afternoon, how
24 are you; have you conversation and see if there

Page 40

1  was anything she may need from me and move on
2  to the next department.
3  Q. To what extent did you observe, did
4  you personally observe, the work that other
5  department managers were doing?
6  A. Pretty much the same extent.
7  Q. So would you describe that as -- how
8  would you describe the extent to what you
9  observed what they were doing each day?
10  A. A couple times a day, greet them in
11 the morning, look at their department, talk to
12 them. Um, check in with them in the afternoon
13 unless somebody asked for assistance for
14 anything and was able to give it.
15  Q. So you weren't closely monitoring what
16 they were doing on a minute-by-minute or
17 hour-by-hour basis?
18  A. Absolutely not.
19  Q. Okay. And so you don't know, based on
20 your observations, what tasks they were
21 specifically performing on an hour-by-hour
22 basis?
23  A. No. Those tasks are solely up to the
24 department manager to manage.

Page 41

1  Q. Do you do any scheduling currently?
2  A. I'll fill in for the store manager
3  writing a leadership schedule on occasion when
4  he doesn't, but he's been there a lot lately
5  because we're very short staffed. So he does a
6  lot of them himself.
7  Q. Okay. What's a leadership scheduled?
8  A. Who's running the store, who's
9  closing, store managers, assistants, EOM.
10  Q. Okay. When's the last time that you
11 did scheduling on a regular basis?
12  A. Prior to Dan Mailloux being our store
13 manager.
14  Q. Okay. And what was the circumstances
15 under which you were doing scheduling on a
16 regular basis?
17  A. I was the interim store manager, so I
18 was in charge at the time. So I had to write
19 all the leadership schedules.
20  Q. Okay. Prior to that time when you
21 were serving as interim store manager, when is
22 the last time that you did scheduling on the
23 regular basis?
24  A. Probably when I was a department

Page 42

1 manager.
2  Q. Okay. So back in 2011?
3  A. Nope. That would be '15, '14, '13
4 center store.
5  Q. All right. You became center store
6 manger starting in 2011, right?
7  A. Around then, yes.
8  Q. Okay. And you did that until 2015?
9  A. Yeah. May of 2015 I was hired for
10 assistant store manager.
11  Q. Okay. And when you worked as a bakery
12 manager you did scheduling for the bakery
13 department?
14  A. Yes.
15  Q. And so you scheduled both yourself and
16 associates in the department?
17  A. Yes.
18  Q. And when you were scheduling in the
19 bakery department the system kind of knew how
20 much time needed to be scheduled based on how
21 long certain tasks took, is that right?
22  A. Yes.
23  Q. Okay. And so the expectation was that
24 you were going to perform some associate tasks

Page 43

1 and you were also going to perform some
2 management tasks, right?
3  A. Right, correct.
4  Q. In the your experience back when you
5 were a bakery manager about what percent of
6 your time was spent doing bakery associate
7 tasks and what percent was spent doing bakery
8 manager tasks?
9  A. So I would say myself I probably spent
10 75 percent of the time as manager, 25 percent
11 of the time doing associate tasks.
12  Q. Okay. And when you say as a manager
13 what types of tasks are you referring to?
14  A. Ordering product, ordering supplies
15 for the department, scheduling, delegating to
16 my associates, conducting inventories, things
17 along those lines.
18  Q. Okay. Did you have an assistant
19 bakery manager at the time?
20  A. Yes.
21  Q. Did the assistant bakery manager order
22 product?
23  A. Yes. They assisted me in ordering for
24 sure.

Page 44

1  Q. Did they assistant bakery manger
2 delegate tasks?
3  A. In my absence, yes, or if I asked to
4 during the day.
5  Q. So what tasks did you do as a bakery
6 manager that the assistant bakery manager would
7 not do?
8  A. They, for the most part, were capable
9 of doing the job. That's kind of what the job
10 is, is prepare your assistant to be able to do
11 the job when you're not there; run your
12 business for you when you're not there or when
13 you ask them to assist you. So I worked hard
14 at getting my assistants to be able to conduct
15 the same job that I can perform.
16  Q. Okay. So was there anything that you
17 did as bakery manager that the assistant bakery
18 manager did not do?
19  A. I mean there were daily tasks that I
20 did that they were not doing because they were
21 being productive or vice versa; I would help
22 them do some managerial tasks while I'm
23 productive.
24  Q. When you say while you're productive

Page 45

1 what do you mean?
2  A. Working within the department; baking,
3 baking bread, stocking shelves, resetting
4 planograms. Anything along those lines;
5 setting up displays.
6  Q. Did you track, when you were a bakery
7 manager, what percent of your time was spent
8 doing the productive work verses other types of
9 work?
10  A. No.
11       MR. CHURCHILL: Why don't we take
12    a ten minute break?
13       (Discussion off the record at
14 2:53 p.m.).
15       (Recess at 2:53 p.m.)
16  Q. Mr. Singer, as the assistant store
17 manager, what involvement, if any, do you have
18 with disciplinary actions?
19  A. Whatever the department manager needs
20 for support I'll support them whatever it be
21 sit in with them when they deliver or help them
22 document something. But whatever they ask for
23 I'll certainly support them.
24  Q. Okay. Are there occasions where

Page 46

1  you're required to get involved?
2     A.  Um, for serious matter for sure.
3     Q.  What do you mean by serious matters?
4     A.  A workplace violence matter, a
5  harassment-type case, something that's very
6  serious myself or the store manager would be
7  involved.
8     Q.  And is that set out anywhere in a
9  written policy that describes when you or the
10 store manager gets involved?
11    A.  That I don't know.  I don't think so,
12 but I don't know if it's written somewhere.
13    Q.  Okay.  Going back for a minute to the
14 position description, I'll just pull that up
15 again.  Under essential job functions the fifth
16 bullet point says ensure effective work
17 schedules to meet production and customer
18 service standards as well as associates' needs.
19 In Middleborough, when Ms. Prinzo was in the
20 bakery department, she and other department
21 managers would submit their weekly schedules
22 for approval either to you or to Dan Mailloux,
23 is that right?
24    A.  Yes.

Page 47

1     Q.  Okay.  And in terms of the inventory
2  action plans, let me pull up another document.
3  We'll mark this as Exhibit 57.
4       (Exhibit No. 57, E-mail, is marked.)
5     Q.  It also was marked as Exhibit 67 at
6  Ms. Prinzo's deposition, but for us it's going
7  to be Exhibit 57.  And you see this is an
8  e-mail March of 2019 from Ms. Prinzo to Brian
9  Anderson?
10    A.  Okay.
11    Q.  And it says here is the updated action
12 plan for bakery?
13    A.  Okay.
14    Q.  So first of all the expectation was
15 that department managers would first send a
16 proposed inventory action plan to store
17 management, is that right?
18    A.  Yes.
19    Q.  And there were occasions when store
20 management would send it back to the department
21 manager for review or revision?
22    A.  Yes.
23    Q.  Okay.  In fact, in this case it refers
24 to an updated action plan which would suggest

Page 48

1  that it had to be revised in some way, did you
2  see that?
3     A.  Yes.
4     Q.  Okay.  What did you do to prepare for
5  today's deposition?
6     A.  I met with Ryan and Anne a few times.
7     Q.  Okay.  And for how long did you meet
8  in total, just approximately?
9     A.  Probably three, three and a half
10 hours.
11    Q.  Okay.  Did you review any documents?
12    A.  A couple.
13    Q.  What did you review?
14    A.  I saw an inventory action plan.  Um, I
15 can't remember the other document that I saw to
16 be honest.
17    Q.  Okay.
18        MR. CHURCHILL:  I don't have any
19    further questions.
20        MR. GLASGOW:  I didn't expect
21    that, so can you give me five minutes
22    to go through my notes and get my
23    thoughts together?  It's 3:10, so just
24    3:15?

Page 49

1        MR. CHURCHILL:  Sure.
2        MR. GLASGOW:  All right, thanks.
3        (Recess at 3:10 p.m.).
4        CROSS EXAMINATION BY MR. GLASGOW:
5     Q.  Mr. Singer, I just have a short couple
6  of questions for you.  Earlier in the
7  deposition you were asked a handful of
8  questions about the hours that you were
9  scheduled to work when you were a bakery
10 manager, do you recall those questions?
11    A.  Yes.
12    Q.  I want to ask you about the number of
13 hours that your actually ended up working on a
14 weekly basis as a bakery manager.  Did you work
15 the same number of hours as a bakery manager
16 from week to week?
17    A.  No.
18    Q.  Was that also true of the department
19 managers that currently work in the
20 Middleborough store?
21    A.  Yes.
22        MR. GLASGOW:  I don't have any
23    other questions.
24        MR. CHURCHILL:  I was muted.  I

Page 50

```
 1     just objected to the second question
 2     belatedly.  I didn't realize I was on
 3     mute.  Other than that I have no
 4     further questions.
 5          THE COURT REPORTER:  Attorney
 6     Ryan, would you like a copy of this
 7     transcript?
 8          MR. GLASGOW:  Yes, please.
 9     (Whereupon the Deposition has been
10  Adjourned at 3:20 p.m.).
```

Page 51

```
 1     COMMONWEALTH OF MASSACHUSETTS
 2  NORFOLK, ss.
 3     I, ANGELA CAKRIDAS, a Professional
    Court Reporter and Notary Public in and for the
 4  Commonwealth of Massachusetts, do hereby
    certify that, DANIEL SINGER, the witness whose
 5  deposition is herein set forth and remotely
    appeared, was identified and duly sworn by me
 6  and that such deposition is a true record of
    the testimony given by the witness on
 7  January 12, 2022, to the best of my ability.
 8     I further certify that I am neither
    attorney or counsel for, nor related to or
 9  employed by, any of the parties to the action
    in which this deposition is taken, and further,
10  that I am not a relative or employee of any
    attorney or counsel employed by the parties
11  hereto or financially interested in the action.
12     My Commission Expires: March 13, 2026
13
14       Angela Cakridas
         Angela M. Cakridas
15       Court Reporter
         Notary Public
```

Page 52

```
 1     SHEET DISTRIBUTION INFORMATION
       DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
 2
 3     ERRATA SHEET DISTRIBUTION INFORMATION
 4     The original of the Errata Sheet has
 5  been delivered to RYAN GLASGOW, Esquire.  When
 6  the Errata Sheet has been completed by the
 7  deponent and signed, the ORIGINAL should be
 8  retained by STEPHEN CHURCHILL, Esquire, to whom
 9  the original deposition transcript was
10  delivered.
11
12     INSTRUCTIONS TO DEPONENT
13     After reading this volume of your
14  deposition, please indicate any corrections or
15  changes to your testimony and the reasons
16  therefor on the Errata Sheet supplied to you
17  and sign it.  DO NOT make marks or notations on
18  the transcript volume itself.  Add additional
19  sheets if necessary.  Please refer to the above
20  instructions for the Errata Sheet distribution
21  information.
```

Page 53

```
 1  ATTACH TO THE DEPOSITION OF DANIEL SINGER
 2  DATE TAKEN:  January 12, 2022
 3  CASE: 1:21-cv-11901-WGY
 4          ERRATA SHEET
 5  PAGE    LINE     CHANGE        REASON
 6
 7
 8
 9
10
11
12     I certify that I have read the
13  foregoing transcript of my testimony given on
14  January 12, 2022, and except for any
15  corrections or changes noted above, I hereby
16  subscribe to the transcript as an accurate
17  record of the statements made by me.
18
19     SIGNED UNDER THE PAINS AND PENALTIES
20  PERJURY, and executed this    day of      ,
21  2022.
22
23          DANIEL SINGER
```

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.