

Retail Salaried Pay Ranges
Effective June 18, 2017
Schedule 6
Confidential

*Do not copy or distribute*

| JOB CODE | TITLE | SALARY RANGE | | | STI PERCENTAGE |
|---|---|---|---|---|---|
| | | MINIMUM | MID-POINT | MAXIMUM | |
| 100 | Store Manager | ▉ | ▉ | ▉ | ▉ |
| 101 | Assistant Store Manager | ▉ | ▉ | ▉ | ▉ |
| 114 | Market Assistant Store Manager - Fresh | ▉ | ▉ | ▉ | ▉ |
| 116 | Market Assistant Store Manager - Center Store and Customer Service | ▉ | ▉ | ▉ | ▉ |
| 118 | Associate Relations and Evening Operations Market Manager | ▉ | ▉ | ▉ | ▉ |
| 105 | Associate Relations Manager | ▉ | ▉ | ▉ | ▉ |
| 150 | Center Store Manager | ▉ | ▉ | ▉ | ▉ |
| 276 | Deli/Bakery Manager | ▉ | ▉ | ▉ | ▉ |
| 277 | Deli/Seafood Manager | ▉ | ▉ | ▉ | ▉ |
| 159 | Evening Operations Manager | ▉ | ▉ | ▉ | ▉ |
| 400 | Manager of Customer Service | ▉ | ▉ | ▉ | ▉ |
| 226 | Meat/Seafood Manager | ▉ | ▉ | ▉ | ▉ |
| 325 | Bakery Manager | ▉ | ▉ | ▉ | ▉ |
| 275 | Deli Manager | ▉ | ▉ | ▉ | ▉ |
| 274 | Kitchen Manager | ▉ | ▉ | ▉ | ▉ |
| 250 | Produce Manager | ▉ | ▉ | ▉ | ▉ |



EXHIBIT

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER