UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-cv-10968-WGY

| | |
|---|---|
| JUDITH PRINZO, on behalf of herself and all other employees similarly situated, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| HANNAFORD BROS. CO., LLC, | ) ) |
| Defendant. | ) |

## **SECOND DECLARATION OF KENDALL GEDEON**

I, Kendall Gedeon, state as follows.

1. I worked as a paralegal at Fair Work, P.C. Unless otherwise stated, I have personal knowledge of the information in this declaration.

2. I was provided a copy of a document entitled Bakery Standard Practice Training Aids, labeled Hannaford_000011330-000011821.

3. I prepared the attached spreadsheet to summarize information in the portion of that document that described tasks that, according to the table of contents (Hannaford_000011334-000011338), were for a Bakery Service Leader, an Assistant Bakery Sales Manager, and a Bakery Sales Manager, all of which were on pages Hannaford_000011594-000011821.

4. The first column shows the task title, the second column shows the Hannaford assigned document number, the third column shows the document revision date, the fourth column shows the applicable page numbers, and the fifth column shows the target audience, according to each document.

5. As set forth in the spreadsheet, every task in the Bakery Sales Manager section had a target audience that included, at a minimum, all fresh department managers.

Signed under the penalties of perjury on this date: ____7/20/2022____

DocuSigned by:

*Kendall Gedeon*

─────────────────
Kendall Gedeon

| Task | Doc # | Revision Date | Bates Number | Departments |
|---|---|---|---|---|
| **Bakery Service Leader** | | | | |
| Scan Out Shrink | 1239 | 12/03/18 | 11594 - 11595 | Fresh Leads |
| Merchandising - Bakery | 4015 | 02/20/18 | 11596 - 11600 | Bakery Service Leader/ Bakery Operations Superviosr |
| Merchandising: Cross Merchandising Total Store | 1025 | 03/05/20 | 11602 - 11609 | Center Store Lead/ EOM/ Fresh Leads |
| Rewrap Mode HTI Scale | 13281 | 10/11/17 | 11610 - 11612 | Deli/Bake/Kitchen/Produce Lead, Meat/Seaf Assoc, Cake Program |
| Reverse Production Procedures | 13283 | 10/24/17 | 11614 - 11615 | Deli/Kitchen/Meat Leads, Bakery/Produce/Seafood Service Leaders |
| Deli/Bakery Price Changes | 5160 A | 03/22/12 | 11616 - 11617 | Deli Service Leader, Bakery Service Leader |
| Cakes - Special Order PLU | 4034 | 11/10/17 | 11618 - 11619 | Bakery Service Leader |
| Rebooting Handheld Unit | 13170 | 10/31/12 | 11620 - 11621 | Fresh Leads, Center Store/Maintenance Lead |
| DSD - RF Handheld Unit Troubleshooting | 13093 | 04/25/16 | 11622 - 11623 | MOD, Center Store Associate, Receiver, Scan File, Fresh Service Leaders/Leads |
| Cakes - Deco Pac Inventory and Receiving | 4304 | 09/19/17 | 11624 - 11626 | Bakery Service Leaders |
| **Assistant Bakery Sales Manager** | | | | |
| P-Touching Fixtures | 4395 A | 06/06/17 | 11630 - 11631 | Assistant Bakery Sales Manager/ Bakery Operations Supervisor |
| Signs - Bakery | 4396 | 04/26/21 | 11632 - 11640 | Asst Bakery Sales Manager/ Bakery Operations Supervisor |
| Local - Bakery Merchandising | 4891 | 10/27/17 | 11642 - 11647 | Bakery Sales Associate/ Bakery Operations Supervisor |
| Store Recap | 1257 | 06/12/18 | 11648 - 11649 | Center Store/Fresh Asst Dept MGR, Center Store/Fresh Ops Spvsr |
| Bakery Communication Board | 4008 | 10/24/17 | 11650 - 11651 | Assistant Bakery Sales Manager |
| Product Markdowns | 13180 | 09/20/16 | 11652 - 11654 | Assistant Fresh Department Manager |
| Food Bank Donations | 13137 | 02/24/20 | 11656 - 11661 | Fresh/Center Store Assist Dept Mgrs, Mkt Operations Supervisors, MOD |
| Review of MPA Packet | 18010 | 06/27/18 | 11662 | Assistant Department Manager/Supervisor |
| Kronos - Labor & Productivity Weekly Calendar | 18009 | 07/02/14 | 11664 - 11666 | Assistant Department Manager |
| Planogram - JDA Access and Printing | 1304 | 06/12/18 | 11668 - 11673 | Center Store Lead, Assistant Department Managers, Deli, Meat, Produce Operations Supervisors |
| Product Quality Feedback | 13212 | 04/24/20 | 11674 - 11678 | Assistant Department Manager/ All Fresh Operations Supervisors |
| Total Store Donation ACIS Accounting Procedures | 13074 | 10/24/17 | 11680 - 11681 | Assist Center Store Mgr/ Assist Fresh Depart Mgr/ Fresh Operations Supervisors |
| RISJ111R-R10 Review | 1275 | 01/10/17 | 11682 - 11683 | Assistant Department Managers - Fresh/Center, Asst. Store Mgr. |
| Bakery DSD Receiving | 4859 | 04/03/18 | 11684 - 11686 | Asst Bakery Manager |
| Country Kitchen | 4236 | 10/24/17 | 11688 - 11691 | Assistant Bakery Sales Manager/ Bakery Operations Supervisor |
| Equipment - SuperSoak Tank | 14106 | 03/03/20 | 11692 - 11694 | Assistant Bakery Sales Manager/ Bakery Operations Supervisor |
| **Bakery Sales Manager** | | | | |
| Compactor Safety and Signage | 14039 | 06/01/11 | 11698 - 11699 | Store Leadership/Department Manager |
| Electrical/Mechanical Room Maintenance | 14058 | 06/02/11 | 11700 | Store Leadership, Department Manager |
| Food Safety Protocol - Maintenance Work | 14141 | 02/17/16 | 11702 - 11703 | Fresh Department Manager |
| Email - Outlook Web Application (OWA) SSO | 13195 | 09/25/14 | 11704 - 11708 | Manager on Duty/ Department Managers |
| Self Service Ticketing | 13147 | 11/07/17 | 11710 - 11712 | Department Managers |
| Service Catalog Request | 13232 | 01/18/17 | 11714 - 11716 | Department Managers |
| Office Depot - Ordering Supplies | 13280 | 10/24/17 | 11718 - 11723 | Department Managers/ Bookkeeper |
| Hubert - Ordering Supplies | 13219 | 03/27/14 | 11724 - 11728 | Department Managers |
| Paper Shredders | 13196 | 09/19/12 | 11730 - 11731 | Manager on Duty/ Department Managers |
| Printing - Copying and Faxing | 13153 | 01/10/12 | 11732 - 11735 | Associate Relations Manager, Store Manager, Department Manager |
| Printing - Confidential - Lexmark X65 | 13154 | 06/28/19 | 11736 - 11741 | Payroll Admin, Store Manager, Department Manager, MOD, ARM |
| Printing - Changing the T-Series Toner Cartridge | 13155 | 08/12/13 | 11742 - 11744 | Associate Relations Manager, MOD, Department Managers |
| Printing - Changing the E-Series Toner Cartridge | 13189 | 08/12/13 | 11746 - 11751 | Associate Relations Manager, MOD, Department Managers |
| Printing - Clearing Printer Jams - Lexmark X65 Series | 13187 | 08/01/12 | 11752 - 11763 | Associate Relations Manager, MOD, Department Managers |
| Department Weekly Communication Notes | 13144 | 08/21/13 | 11764 | Department Managers |
| Deterring Suspected Shoplifters | 22056 | 12/10/18 | 11766 - 11768 | Department Managers, Operation Supervisors |
| Local - Guest Demo | 8137 | 05/21/19 | 11770 | Fresh/Center Dept Manager/ Store Manager & Mkt - ASM |
| Productivity Issue Resolution | 13122 | 04/25/16 | 11772 - 11773 | Department Manager, Assistant Store Manager, Store Manager |
| Store to Store/DC Transfer Process | 14148 | 07/18/18 | 11774 - 11778 | Center Store/ Fresh Dept Managers/ Operations Supervisors & MOD |
| ACIS Problem Identification/Resolution | 13103 | 04/25/16 | 11780 - 11781 | Department Managers excluding Pharmacy, and Front End |
| Scale Refresh - Reload | 13265 | 09/14/16 | 11782 - 11785 | Fresh Dept Mgrs, Store Leadership |
| Interscale Price Changes | 13261 | 02/26/20 | 11786 - 11791 | Fresh Dept Mgrs/ Store Leadership |
| Interscale - Production Reports | 13268 | 01/21/20 | 11792 - 11794 | Fresh Dept Mgrs, Store Leadership |
| Retail Purchasing Agent (RPA) | 13193 | 04/23/21 | 11796 - 11800 | Department Manager/ Bookkeeper/ Produce Operations Supervisor |

| | | | | |
|---|---|---|---|---|
| Preparing for Department Assessments | 13121 | 06/06/17 | 11802 - 11805 | Department Manager, Mkt - ASM |
| Fire Safety | 14048 | 06/12/18 | 11806 - 11807 | Store Leadership/Department Manager |
| Fire Hazards and Unsafe Conditions | 14049 | 07/10/18 | 11808 | Store Leadership/Department Manager |
| Forklift/Walkie Stacker and Power Jacks | 14052 | 06/12/18 | 11810 - 11811 | Store Leadership/Center Store, Bakery, Deli, Kitchen, Meat, Produce, Seafood Dept Mgrs/Forklift & Power Jack Operators |
| Review Over/Under Report - Fresh | 1273 | 10/13/16 | 11812 - 11813 | Fresh Department Manager, Assistant Store Manager |
| Storm Inventory Loss Reporting | 13206 | 06/01/14 | 11814 - 11816 | Department Managers, Assistant Store Manager |
| Responding to Fresh Inventory Results | 12062 | 03/04/20 | 11818 - 11821 | Assist Store Mgr/ Fresh Dept Mgr/ Fresh Operations Superv |