

# Hiring toolkit

interview questions for hourly positions



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              Hannaford_000084927

# Hourly Competency Based Interview Questions

Prior to beginning the initial interviewing stage, all hiring personnel should become familiar with the candidates' application (or résumé) and then be prepared to discuss the specific position in detail. Provide the candidate with a copy of the job description so both of you can discuss the position together. This can be found on Delhaize America HR→Manager Resources→Job Descriptions.

When interviewing, keep in mind that while Delhaize has a clear vision and set of values, each of Delhaize America's banners have their own unique brand identifiers that we should use as a filter when hiring. Please review the information below for the Hannaford banner. Use the talking points below to explain what makes up Hannaford's culture and ensure that the candidate understands that these are the company expectations for all associates.

> *NOTE: You do not have to ask all of the questions in each section, but it is important that you ask each candidate the same questions for the same position.*

## Hannaford's Customer Service Story

***(Explain to the candidate that you want them to hear about what's important to Hannaford – who we are - and our culture. Read to each candidate so that they understand the role of an associate at Hannaford is to provide outstanding customer service each and every day to each and every customer.)***

It has been said that to excel we must identify what truly differentiates us from our competition. Best in Class Customer Service is the differentiator for Hannaford.

Our competitors can match or beat our pricing. They can carry the same products and imitate our marketing campaigns. In truth, they could even copy our service programs! But Best in Class Customer Service isn't about a program – the true key to Best in Class Customer Service is our people!

We ensure that **every associate** at **every level** of our organization understands and commits to his or her responsibility to positively impact our customer's service experience. At Hannaford, Service is not an item on a checklist, it is a value shared across all levels of the organization.

Review the Essential Functions and Physical Requirements of the specific job being offered. Ask "do you feel you have the ability to perform these job functions with or without accommodation?" If the answer is "yes," do not ask any additional questions about accommodations. Move on to the interview questions.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        Hannaford_000084928

**Introductory Questions** – *Obtain basic fact gathering information about the candidate's work experience and desire to work for our company*

- Please walk me through your work history.

- What interests you about working with Hannaford? Why do you feel you are a match for our company?

**Customer Service** - *ask all candidates ALL questions in this section*

1. Why is customer service important? How does it add value to a company?

2. Working in a face to face customer service environment, how do you demonstrate you are listening to a customer?

3. At Hannaford, when interacting with customers, we ask our associates to "own the solution" – with that in mind, what do those words mean to you?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Hannaford_000084929

**Job Fit** - *ask 1-2 questions from this section*

1. What things do/did you like best about your current/recent job/school and why? What did you like least and why?

2. Tell me about a time when you worked your hardest and felt the greatest sense of achievement/accomplishment.

3. Tell me about a time when you had to accomplish multiple tasks with time pressures, what did you do?

**Ability to Learn** - *ask 1-2 questions from this section*

1. What was the hardest part of learning your past job (or last semester)? Why? What did you do to handle it? What was the easiest part of learning your last job (or last semester)? Why?

2. Under what conditions do you learn the best? Please give examples.

3. When have you been unsure about how to accomplish a task? What did you do?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   Hannaford_000084930

**Teamwork/Leadership** - *ask 1-2 questions from this section*

1. Give me an example of a time when you saw someone doing something incorrectly or that you did not agree with. What did you do?

2. Tell me about a time when you have helped your coworkers or fellow classmates?

3. When have you worked with a group of people with diverse backgrounds and experiences? Tell me about the positive aspects and the challenges.

**Work Standards** - *ask 1-2 questions from this section*

1. Tell me about a time when you were displeased with your performance and what you did about it.

2. When has a supervisor (teacher) spoken with you about improving your performance? What did you do?

3. Give me an example of some ways that you have made a previous job (or school work) easier or more rewarding (or how would you if you could)?

**Sales Ability** – *ask 1-2 questions from this section*

1. What would you do when a customer asks you about a product that you have never tried?

2. When have you been successful selling a product or an idea? How did you do it?

3. Tell me about a time you had to sell a product/idea you didn't like or believe in.

**Closing Questions:**

1. When are you available to begin work?

2. What is your availability (days of the week, hours of the day, i.e. Monday 8am-6pm)?
   - Sunday - _____ to _____
   - Monday - _____ to _____
   - Tuesday - _____ to _____
   - Wednesday - _____ to _____
   - Thursday - _____ to _____
   - Friday - _____ to _____
   - Saturday - _____ to _____

3. Is there anything I haven't asked you that you'd like me to know about you? (work-related)

4. What questions do you have for me?

**NOTE:** After the interview is complete, do the following:
- Thank the candidate for their time and provide the timeline of when and how to expect notice of next steps in the process.
- Review your notes taken during the interview and score candidate's customer service skills on the matrix (located at the end of this workbook).
- Choose the candidate for your open position who has the best overall interview results.

**\*\*Score each skill below by placing a number in the corresponding box.\*\***

5-Outstanding   4-Above Average   3-Average   2-Improvement Needed   1-Unacceptable

| Skill/Ability | 5 | 4 | 3 | 2 | 1 | Total |
|---|---|---|---|---|---|---|
| Candidate is attentive, friendly, and approachable | | | | | | |
| Candidate smiled and made eye contact | | | | | | |
| Candidate gave good examples of customer service and seemed genuinely interested in serving customers | | | | | | |
| Candidate communicated well | | | | | | |
| Candidate gave good examples to show this is a good job fit for them | | | | | | |
| Candidate gave examples to show that they have the ability to learn | | | | | | |
| Candidate gave examples to demonstrate teamwork ability | | | | | | |
| Candidate gave examples to show they have high work standards | | | | | | |
| Candidate gave examples to show they have good sales ability | | | | | | |
| Total | ▓ | ▓ | ▓ | ▓ | ▓ | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    Hannaford_000084933