

**HANNAFORD BROS. CO.**
**Retail Hourly Pay Scale - MA1**
**Effective March 19, 2017**
**Confidential**

*Do not copy or distribute*

| PART-TIME | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Step | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | Level 6 |
| | | | | | | | |
| Start | 1 | ■ | ■ | ■ | ■ | ■ | ■ |
| 6 Months | 2 | ■ | ■ | ■ | ■ | ■ | ■ |
| 12 Months | 3 | ■ | ■ | ■ | ■ | ■ | ■ |
| CAP | | ■ | ■ | ■ | ■ | ■ | ■ |

| FULL-TIME | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Step | Level 7 | Level 8 | Level 9 | Level 10 | Level 11 | Level 12 |
| | | | | | | | |
| Start | 1 | ■ | ■ | ■ | ■ | ■ | ■ |
| 6 Months | 2 | ■ | ■ | ■ | ■ | ■ | ■ |
| 12 Months | 3 | ■ | ■ | ■ | ■ | ■ | ■ |
| 18 Months | 4 | ■ | ■ | ■ | ■ | ■ | ■ |
| 24 Months | 5 | ■ | ■ | ■ | ■ | ■ | ■ |
| CAP | | ■ | ■ | ■ | ■ | ■ | ■ |

| PART-TIME OR FULL-TIME | | | | | | |
|---|---|---|---|---|---|---|
| | Step | Level 13 | Level 14 | Step | Level 15 | Level 15M |
| | | | | | | |
| Start | 1 | ■ | ■ | 1 | ■ | ■ |
| 6 Months | 2 | ■ | ■ | | | |
| 12 Months | 3 | ■ | ■ | 2 | ■ | ■ |
| 24 Months | 4 | ■ | ■ | 3 | ■ | ■ |
| 36 Months | | | | 4 | ■ | ■ |
| CAP | | ■ | ■ | | ■ | ■ |

| PART-TIME OR FULL-TIME | | | | | | |
|---|---|---|---|---|---|---|
| | Step | Level 16 | Level 16M | Step | Level 17 | Level 18 |
| | | | | | | |
| Start | 1 | ■ | ■ | 1 | ■ | ■ |
| 12 Months | 2 | ■ | ■ | 2 | ■ | ■ |
| 24 Months | 3 | ■ | ■ | 3 | ■ | ■ |
| 36 Months | 4 | ■ | ■ | 4 | ■ | ■ |
| CAP | | ■ | ■ | | ■ | ■ |



**EXHIBIT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000089446