

# Hannaford Onboarding Modules Training Aids

HANNAFORD



**EXHIBIT**
**48**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085072



Onboarding Training Modules Training Aids

Hannaford_000085073

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Table of Contents
# Onboarding Modules
# Standard Practice Training Aids



| | Doc # | Revision Date |
|---|---|---|
| **Hannaford Entry Level Basics** | | |
| Store and Department Walk | 13101 | 03/24/14 |
| Code Adam | 14019 | 12/15/17 |
| Store Scheduling Basics | 15078 | 02/27/18 |
| Kronos Home Access – View of Timecard and Schedule | 15035 | 10/25/16 |
| Kronos Mobile App – Installing and Using | 15094 | 08/03/18 |
| Pitch – How to Submit an Idea | 13256 | 06/12/18 |
| Why Document – Food Donations | 13263 | 06/02/16 |
| Why Document – Local Definition | 8174 | 10/05/16 |
| Why Document – FDA Menu Labeling Ready-to-Eat Foods | 13275 | 05/07/18 |
| Why Document – Take a Fresh Look | 13277 | 05/01/17 |
| Partners in Execution – Merchandising Strategy | 13276 | 05/01/17 |
| Wired Telephones | 13106 | 06/23/17 |
| Cisco Wired Phone 7861 – NextGen | 13247 | 06/06/17 |
| Cisco Wireless Phones 7925 – NextGen | 13248 | 06/06/17 |
| Proper Phone Etiquette | 13094 | 06/22/11 |
| Make P.A. Announcements | 13097 | 02/22/11 |
| It's On Me | 25011 | 01/23/19 |
| Handling Customer Issues and Complaints | 13089 | 09/20/16 |
| Handling Customer Product Requests | 1250 | 10/14/13 |
| FAQ – WiFi (FreshFi) | 13286 | 01/04/18 |
| LMS Learner | 13156 | 10/24/17 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085075

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085076

**Hannaford Entry Level Basics**

Hannaford_000085077

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085078

## Store and Department Walk

| Purpose | To welcome new associate by giving an introduction to store, department layout, and to introduce a new associate to department and store teams |
|---|---|
| Start | First day of training |
| Materials | • N/A | • N/A |

| Actions: | Steps / Details: |
|---|---|
| **1.** Store Walk | **a.** Walk Trainee the entire perimeter of the store; focus on: <br> 1. Emergency Exits <br> 2. Telephones <br> 3. Fire Extinguishers <br> 4. First Aid Kits <br> 5. Eye Wash Stations <br> **b.** Walk Trainee to backroom; focus on: <br> 1. Trash Compactor and Baler <br><br> **NOTE:** Associates under the age of 18 are not permitted to operate any powered equipment including the trash compactor. <br><br> **NOTE:** Associates must be 18 years of age or older to place anything in or operate the baler. This includes placing any cardboard into the baler. <br><br> 2. Sinks <br> 3. Recycling area <br> 4. Receiving area <br> 5. Storage of supplies <br> 6. Backroom organization |
| **2.** Department Walk | **a.** Walk Trainee through specific department where associate will be working; focus on: <br> 1. Introducing Trainee to all associates in department <br> 2. Communication Board <br> 3. Location of Standard Practice Training Aid Binder <br> 4. Schedule Time Off Request Book <br> 5. Department First Aid Kit location <br> 6. Department Eye Wash location <br> 7. Food Prep area, Work Stations, Coolers, and Freezers <br><br> **NOTE:** When entering fresh department production areas, put on hair restraints and wash hands |

Hannaford
Retail Training

Page 1 of 2
Copyright © 2010 EOJT

Revised: 03/24/2014
Doc # 13101

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085079

| Actions: | | Steps / Details: |
|---|---|---|
| 3. SDS | | **a.** Make sure new associate knows what the SDS book is and where it's located |
| **Result** | Trainee toured store and specific department | |
| **Task standards** | • Trainee can locate emergency exits<br>• Trainee can locate First Aid Kits<br>• Trainee can explain the Communication Board | |
| *Revision History:*<br>*03/24/2014 - Added in SDS reference to clarify new MSDS verbiage* | | |

Hannaford
Retail Training

Page **2** of 2
Copyright © 2010 EOJT

Revised: 03/24/2014
Doc # 13101

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085080

Code Adam
All New Associates

## Code Adam

| Purpose | Intended to help associates respond appropriately when a customer reports a missing child | |
|---|---|---|
| Start | When a customer approaches an associate and states they have lost or cannot find their child in our facility | |
| Materials | • P.A. System | • "For Your Safety" Decal |

| Actions: | Steps / Details: |
|---|---|
| **1. Respond** | **a.** Quickly get a description of the child from the customer<br>1. Gender<br>2. Age<br>3. Hair color<br>4. Description of cloths they are wearing<br>5. Location the child was last seen in the store<br>**b. GO TO THE NEAREST PHONE AND IMMEDIATELY PAGE:** "Attention all associates and customers, we have a "Code Adam"…"Code Adam"…we are looking for a young boy/girl, ___ years old, with___ color hair, wearing____ clothing." (wait 30 seconds and re-page the same message)<br>**c.** Have the customer go to the front entrance door(s) so they can look at any child being taken through the doors by customers as they exit |
| **2. React** | **a.** Upon hearing the announcement, associates should stop what they are doing and monitor the closest front entrance door(s) or any emergency/exit door (including the back room)<br>**b.** The Store Manager should report to the front entrance/exit doors to meet with the guardian<br>**c.** Monitor doors until the Code Adam has been cleared. Ask any person leaving with a child to wait until the Code Adam has been cleared. Use the time to explain the "Code Adam" program to the customers waiting to leave the store.<br>**⚠ Caution** Under no circumstances should any associate physically block an exit or physically detain any customer. Call the police if needed.<br>**d.** Other associates should check the areas around their departments (including closets, restrooms, coolers, or any other "hiding places")<br>**e.** Contact the police if the child is not located after an initial sweep of the store |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085081

| Actions: | Steps / Details: |
|---|---|
| 3. Resolve | **a.** When the child is located, IMMEDIATELY PAGE: "Attention all associates and customers, "Code Adam" has been cleared. The missing child and his/her parents(s) have been reunited. Thank you very much for your assistance. |
| | **b.** If the child is not located ask the police how they would like to proceed and ask them if the store can clear the Code Adam. If they say to clear the Code Adam then page "Attention all associates and customers "Code Adam" has been cleared. Thank you for your assistance. |
| | **NOTE:** Central Station must be notified of the Code Adam if any Law Enforcement Agency has been called |
| 4. Preparation for Supporting Code Adam    **CODE★ADAM** | **a.** Verify  that the blue Code Adam decal is on the "For Your Safety" decal on the front door or windows,  so customers are aware of the service before it is needed |
| | **b.** Hannaford Locations can order the signs through Allen's Printing, under Front End Signs |
| | **c.** Before implementing the program in your location, review the plan with a representative from your local Law Enforcement Agency.  Some police departments may want immediate notification rather than waiting for our initial "sweep" to be conducted. |
| | **d.** Notify Workplace Safety if there are any discrepancies on how our program is run and how the local law enforcement agency would like us to conduct a Code Adam |
| **Result** | Code Adam program followed appropriately |
| **Task standards** | • All associates understand how to respond to a customer reporting a missing child<br>• All associates understand their responsibility when a "Code Adam" is announced<br>• Proper signage is on the front end doors<br>• Local Law Enforcement agency was notified to go over program to ensure the store understands what the agency requires in the case of a "Code Adam" event |

*Revision History:*

*12/15/2017 – Removed reference to DZA in document*

*10/26/2017 - Added to call central station if police are called*

*10/25/2016 - Updated the Start, added what is needed for description of the child, added SM to meet with guardians at the door and added to notify Workplace Safety if there are any discrepancies on how the program is run*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    Hannaford_000085082



# Store Scheduling Basics

Kronos scheduling software is an integral part of a department's daily staffing and success in achieving the company's strategy, customer service, and merchandising expectations to provide what customers are looking for during their shopping trips. Your supervisor's role is to use the software to build the best schedule possible to make the department successful; the software assists by taking into consideration associate preferences, limitations, training, and labor laws as well as the customer traffic patterns and department presentation guidelines.

Ensuring the schedule is a balance between associate needs and business needs, each week your supervisor may edit the schedule from what the computer had generated to make the final schedule. This schedule is available to you for the following week, beginning on Thursday at 3:00 PM.

## How your schedule is created:
Each associate is set up individually in the Kronos scheduling software with unique elements that apply only to them:

- ➤ Jobs/skills for which you have been trained
- ➤ Your availability
- ➤ Your requests off to include paid and unpaid requests off

All associate needs are balanced with the needs of the business:

- ➤ When customers are shopping in your store
- ➤ Store and department hours of operation
- ➤ Which tasks happen at specific times
- ➤ Department presentation guidelines
- ➤ Customer service expectations

The Kronos scheduling software uses this information, along with your classification (Part-time, Flex, or Full-Time), state laws, and Hannaford policies, store specific hours earned, and department specific needs and guidelines to make a schedule.

It sounds complex, but the goal of computer generated scheduling is to make it easier for managers to get the right person in the right place at the right time and leverage your strengths and training so that you can provide your best for the customer.

Each week a new schedule is created and will be posted by 3:00 PM on Thursday. If you have questions or would like more detail around your classification or have questions around scheduling, please see an associate relations representative or your supervisor.

## Your role in your schedule:
You play an important role in making a schedule that supports your needs and makes it easier for your supervisor to create a schedule that also supports the business needs.

The schedule is based on information that you provide your supervisor. As your availability changes, you will need to update your supervisor so that your new availability can be entered into the system. Here are some things to think about:

- ❖ What is your availability? What times of the day and days of the week are you available?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Hannaford_000085083

- ❖ The more flexibility you have with hours of the day and days of the week will allow the schedule to pull you for more hours
- ❖ The more notice you can provide your supervisor for requested days off the more likely they can accommodate it in the schedule; although no request is a guarantee of time off unless previously approved
- ❖ It is very important to inform your supervisor in advance for any paid time off requests in order to meet established deadlines for entering that information

At the store or at home* you can log into the Kronos application and review your schedules, current or upcoming (if available). The schedules should also be posted in your store by your supervisor. To log in, you will need to know your associate ID and password.

**Your timecard**:
You can also log into the Kronos application to review your timecard and see the number of hours that you have worked and when you punched in and out of work for the beginning and end of your shift, meals, and breaks. Your timecard will also show any hours counted towards differentials in pay, for example, some states have laws around earning time and a half on Sundays. The Sunday hours would be shown also counting towards that difference in pay. You will not see any wage information on your time card.

*The current version of Kronos requires a specific version of the Java plug-in. If you have other versions, you may not be able to access your timecard or schedule on your personal computer.

Revision History:
02/27/2018 - Removed all references to Delhaize America; document only pertains to Hannaford associates

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085084

Case 1:21-cv-11901-WGY   Document 27-8   Filed 07/29/22   Page 15 of 72
Reference Document                                              Kronos Home Access – View of Timecard and Schedule
                                                                                                    All New Associates

# Kronos Home Access – View of Timecard and Schedule



Hannaford now offers another convenient option for checking your hours.
Store associates may view their timecard through the Hannaford intranet site or hannaford.com, at any hour of the day, any day of the week.

| 1. | Navigate to Hannaford web page at www.hannaford.com | **a.** Access the World Wide Web from your home or remote computer. |
|---|---|---|
| **2.** | Access Hannaford Internal Portal | a. Type www.hannaford.com into the browser <br> b. Select "About us" <br> c. Select "Associates" <br> d. Select "Corporate Internet" <br> e. Enter your Associate ID and Password and click the Login button <br><br> **Username** [_____] <br> **Password** [_____] <br> [Login] |
| **3.** | Access Kronos Application | a. From Hannaford Intranet, Select "Applications" <br> b. Select "K" <br> c. Select "Kronos <br> d. For security reasons you are required to enter your User Name and Password. Then click the Login button. <br><br> **Username** [_____] <br> **Password** [_____] <br> [Login] |

*Once I log into Kronos what will I see?*
- You will automatically default to the My Information page which displays your current time card and schedule.
- Scheduling Managers will need to select the "Workspace Carousel" at the top of the screen.

*Can I see a previous week?*
- In the Current Pay Period box using the drop down arrow you can select Current, Previous, or Next Pay Period. Hi-lite your selection. If you want to select a Range of Dates you must enter dates using the calendar box and select the beginning/ending dates. These dates must be a beginning date of Sunday and an ending date of Saturday. Kronos will populate with the timecard and schedule (if applicable) for the selected week.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   Hannaford_000085085

### When I view my timecard how do I understand all the information?

- Paycode – This is used for Request Off and My Time.
- In - Is the time that you punched in at the time clock.
- Transfer – This is the department you punched in under.
- Out – This is the time you punched out for break, lunch, or end of shift.
- Shift – This is a total of the hours for your entire shift
- Daily – This is the total of the hours for your entire shift
- Period – This is the running total of the hours for all shifts worked. The Period Total will only include punches; missing punches will not be in the total.
- Box outlined in RED indicates Long/Short Break.
- RED BOX indicates missed punches that have not been corrected.
- Your total hours for the week are at the bottom of the timecard.

### How do I view my schedule?

- When you are logged into Kronos the page automatically defaults to your schedule and timecard for the current week.
- The view the upcoming week you will need to change the Current Pay Period
- Next to the dates your schedule will be displayed. Showing the Begin and End time of the shift
- The total hours for the week showing Total Regular hours and also any Sunday hours with the Grand Total.
- Remember the schedule displays according to the Time Period you have selected in the Time Period box.

### Can I print the Schedule and/or Timecard?

- Should you need a printed Timecard and/or Schedule you should request this from the ARM.

### When can I view my upcoming schedule?

- Schedules should be ready for view Friday after 5am.

### Will my timecard display my paid "Absences"?

- The timecard will be populated with the paid "Absence" with the amount of hours the associate will be getting paid for.
- You are able to view the "Absence" in previous, current and the upcoming week, if all of the requests have been entered and approved by the department manager.

### When I go into Kronos to view the schedule I receive an error.

- If you go into Kronos and receive: Kronos Workforce Central ® Error stating There are scheduled shifts for the requested time period that are not posted. Check back at a later time for a finalized schedule with the posted shifts.
- This indicates that the Department Manager has not finalized the schedule - check back in a few hours. If after a few hours you still receive the same message please contact your Department Manager.

Should you have any other questions or concerns, please speak with your Department Manager.

_____

*Revision History:*
*10/25/2016 – Updated target audience*
07/01/2016 – Kronos Upgrade
06/25/2013 - Updated with Kronos Upgrade

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          Hannaford_000085086

# Kronos Mobile App - Installing & Using

Hannaford makes the Kronos Mobile app available to provide associates with another means to manage their work schedule. Use of the app is voluntary. Installation and use is simple if you choose to take advantage of this tool.



1. Visit the App Store applicable to your mobile device (Apple App Store, Google Play). Enter "kronos mobile app" in the search box. The results should include the app pictured at right. There are multiple choices, so be sure to select Kronos Mobile. Do not select Kronos Mobile for iSeries.

   **Select the Kronos Mobile app shown.  Do not select "Kronos Mobile for iSeries"!**

2. Once the app is installed, open the app on your device. The screen pictured below will show the first time the app is opened. In the "Server" text box, enter the following address:
   https://taamobile.hannaford.com/wfc

   **Enter the following server address:**

   **https://taamobile.hannaford.com/wfc**

3. Tap "Proceed" to go to the login screen shown at right. Logon using your PeopleSoft ID and your password.

   **Enter your PeopleSoft ID and Password, tapping "Log On" once complete.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              Hannaford_000085087

After the initial log in, open the app and go directly to the Log On screen. Your PeopleSoft ID should remain in the User Name field, you will enter your password and tap "Log On".

The functions available to you in the app are:

"Schedule" opens your schedule for the current day. Tap the arrows on either side of the date to navigate days.



Tapping "Timecard" will take you to a view of your timecard for the current pay period. You will see punches to date and a view of upcoming time off.

Tap these icons to toggle between a day view and a calendar view. Days with a scheduled shift will appear with a dot on the calendar view. Open your schedule for that day by tapping it.

Tap this icon to exit to the login screen.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              Hannaford_000085088

## Pitch - How To Submit An Idea

| Purpose | A forum for associates to suggest ideas for innovation, sales or morale building and/or cost cutting that have a positive impact on business |
|---|---|
| Start | Associate has a new business concept to share |
| Materials | • The Pitch Idea form | • Computer |

| Actions: | Do This: |
|---|---|
| 1. Idea creation | a. Share your new business idea with Store Leadership |
| 2. Submit idea through The Pitch Idea form | a. Fill out The Pitch Idea form and submit to your Store Manager and/or designate  |
| 3. Submit idea electronically | a. Access The Pitch application icon from the associate break room computer  |

Hannaford
Shared Department

Page 1 of 4
Copyright © 2010 EOJT

Revised: 06/12/2018
Doc # 13256

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085089

| Actions: | Do This: |
|---|---|
| | **b.** Acknowldege that your idea meets The Pitch criteria outlined on the main page<br><br>1. Check in with department or store leadership if you are not sure if your idea should go through another feedback mechanism, including Customer Product Requests, Product Quality Feedback or Voice of Retail<br><br>Submission Questions<br><br>Have you read The Pitch criteria and does your idea meet it?<br><br>[Q11]<br>1.1  Does your idea meet The Pitch criteria? If you are not sure, please check in with department or store leadership.<br><br>    ● Yes<br>    ○ No<br><br>2. Select the \| Next \| button to continue<br><br>Save   Reset   Clear   Previous   **Next**<br><br>**c.** **NOTE:** Before submitting an idea, you must agree to the terms and conditions, otherwise, you will not be able to proceed<br><br>**Submission Questions**<br><br>Read and acknowledge the terms and conditions<br><br>•If you are on break and want to share your idea feel free to fill out a form or su...<br><br>•Ideas can happen at any time... we want to make sure if you choose to share th...<br><br>•Keep it high level, we don't need any complicated schematics or in depth proces... details.<br><br>•If your idea is new, one of our best and something the company does not alread... making it to the leadership council.<br><br>•If your idea is approved, tested at retail, and adopted across all stores, you will ...<br><br>•Submission of any ideas, suggestions or materials as part of The Pitch program ... ownership of those ideas, suggestions or materials.<br><br>•Hannaford Ownership of Work Product. Any ideas, suggestions, inventions, impr... protectable under patent, copyright, trademark, trade secret, or other principles, ... is and shall be the sole and exclusive property of Hannaford. All Work Product sh... thereof, is protected under U.S. copyright law, such Work Product shall be conside... assign to Hannaford all right, title, and interest, including all intellectual property ... with Hannaford in the protection of all rights in the Work Product, including but n... successors and assigns, hereby and forever release Hannaford, and Hannaford's ... might otherwise bring or assert with respect to the Work Product, including but n...<br><br>[Q10]<br>2.1  Have you read the terms and conditions and do you agree to them?<br><br>    ● Yes<br>    ○ No<br><br>3. Select the \| Next \| button to continue<br><br>Save   Reset   Clear   Previous   **Next** |

Hannaford
Shared Department

Page **2** of 4
Copyright © 2010 EOJT

Revised: 06/12/2018
Doc # 13256

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085090

| Actions: | Do This: |
|---|---|
| **4.** Fill out survey | **a.** Enter your name, district, store number and department your idea will impact the most<br><br>Submission Questions<br><br>Ideas<br><br>* 3.1 [Q1] Name of the associate generating this idea<br><br>[text field]<br><br>* 3.2 [Q3] District<br>(Please select) ▾<br><br>* 3.3 [Q4] Store number<br><br>[text field]<br><br>* 3.4 [Q5] Which department will this idea imapct the most?<br>(Please select) ▾<br><br>  1. Some questions will offer a drop down arrow to select your answer<br><br>**b.** Choose the area where your idea will help the most from the drop down options<br><br>3.5 [Q12] Where will this idea help the most?<br>(Please select) ▾<br><br>**c.** Select the type of idea or improvement from the drop down choices<br><br>3.6 [Q13] Type of idea/improvement?<br>(Please select) ▾ |
| **5.** Name your idea | **a.** Create a fun and unique name for your business concept<br><br>3.7 [Q6] Give your idea a name<br><br>[text field] |

Hannaford
Shared Department

Page **3** of 4
Copyright © 2010 EOJT

Revised: 06/12/2018
Doc # 13256

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085091

| Actions: | Do This: |
|---|---|
| **6.** Describe your idea | **a.** Provide a brief summary outlining the key details of your new business concept<br><br>3.8    [Q7]<br>Describe your idea |
| **7.** Business concept impact | **a.** Explain how your business concept will positively impact the organization<br><br>3.9    [Q8]<br>How does this idea positively influence the company? |
| **8.** Submit Idea | **a.** Finalize survey form by clicking on the Submit button<br><br>Save   Reset   Clear   Previous   Submit |

| **Result** | Associate successfully submits new business concept for review by The Pitch Committee. Store Manager will provide follow up to associate once the idea is reviewed. |
|---|---|
| **Task standards** | New business concepts generated by associates are submitted<br>New business concepts generated by associates are submitted |

*Revision History:*
*06/12/2018 – Changes made for alignments with updated Pitch intake form and online survey*

Hannaford
Shared Department

Page **4** of 4
Copyright © 2010 EOJT

Revised: 06/12/2018
Doc # 13256

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085092

 the power of **you**

## What is the driver behind this?

- Hannaford is now keeping detailed tracking of each store's progress with Food Donations.
- A key component of Hannaford's sustainability strategy is to fight hunger and reduce waste. We constantly work to ensure department inventories are accurate and minimize food waste when possible. However, even with effective ordering and strong sales numbers, there are still times when food doesn't meet our fresh standards and cannot be sold. Often, that food is still safe to eat. The best response to this situation is to donate the safe and edible food to people though the Food Donations – Retail Fresh Rescue standard practices (Retail Home/Merchandising and Operations/Community).
- You might be surprised to find out how much food could be donated that isn't. Or, food is donated, but is not scanned out of inventory appropriately.
- Review Food Waste & Food Donations Quick Reference (tip card) information.

## Why this program?  What makes it special?

- Hannaford generates over 86,000 ton of waste per year.  About 30-40% of that is food!  Yet, 1 in 7 people in the US struggle with hunger.  With the volume of food we work with and the stats we have about hunger, we can make a difference in our communities.

## What else do we want to tell our customers about this product/program?

- Identify which local agencies your store donates fresh food, and which state or regional food bank your store is associated with.  Share details with associates.

Reference Doc #13263

"WHY?" DOCUMENT – Food Donations

Hannaford_000085093

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085094

 the power of **you**

**What is the driver behind Hannaford making this change?**

- Hannaford has changed its definition of local. Our new definition of local is: A product that is manufactured/ processed *in the states that we have stores*.
- Through customer research, shoppers were asked how far away products can come from for them to be considered 'local'. Our customers said that they are more likely to expand boundaries to include neighboring states, New England or the Northeast. We adjusted our definition to reflect our customer's response.
- Our definition creates significant local presence in our stores as well as the transparency of where our products are made.
- For stores that are on state borders, this definition allows stores to focus on items that have the most local relevancy; while also giving stores some autonomy to decide which products are most relevant to their communities.

**Why is local so important to Hannaford?**

- Local is an important element of Hannaford's My Stop for the Full Shop Strategy
- Customers want to buy local to support their local economy and to decrease the distance that food travels to get to their plate.
- Hannaford's footprint is based in the Northeast, and our local definition demonstrates that we partner with businesses that are based in our footprint.
- We even partner with food producers in our footprint to manufacture some of our private brand items.
- Local is a differentiator for Hannaford and it is important to maintain our local program in a way that resonates with shoppers in our region.

**What else do we want to tell our customers about our local program?**

- Fresh seafood available in the Seafood Service Case is considered local if it is caught or harvested in the Gulf of Maine (region that stretches from Halifax, Nova Scotia to Cape Cod, MA).
- Customers can find local products using our "we love local" bib tags and other local signs.
- All products that are made within the states that we have stores will receive a "we love local" bib tag (including City, State) that specifies that it is part of our local program.



- *Note: WOW or Real Savings Everyday tags take priority based on our tag hierarchy

Reference Doc #8174

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085095

"WHY?" DOCUMENT – Local Definition

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085096

the power of **you**

## What is the driver behind Hannaford making this change?

FDA regulation has passed policies that require supermarkets to label ready-to-eat foods with nutritional information to help customers make informed, healthy decisions.

## Why do we need to label Ready-To-Eat Foods?

- Why we are labeling:
  - o To help our customers lead healthier lifestyles by making informed decisions on their food choices within our convenient, prepared food solutions. We aim to provide nutritional content to those seeing information in a simple, easy-to-digest format.
- Where we will label:
  - o Calorie content per item will be available adjacent to the item, either on an ident sign, a display board, a menu or the printed packaging label.
  - o Additional nutritional information, such as Fats, Carbohydrates, Proteins, etc. will be available per request in each department. The associate will retrieve the PLU book, enter the PLU into the scale and choose to print the nutrition fact label providing full nutritional information to the customer.
- What we are labeling:
  - o Grab & Go – i.e. in-store made sandwiches, salads, desserts, rotisserie chicken, bag of fried chicken, pre-portioned cold deli items, small cups of cut fruit/cut veg (8 oz.) and steamed seafood
  - o Self-Serve Items – i.e. hot bar, wing bar, salad bar, soup station, self-service bakery case, and beverages from a self-serve drink machine
  - o Foods Ordered From – i.e. menu, menu boards or a platter brochure
- What we are NOT labeling:
  - o Food that requires further preparation – i.e. food that requires cooking, baking or reheating, deli items sold by weight, deli cold chicken
  - o Foods intended for use later – i.e. whole cakes and pies, whole loaves of bread, and cut fruit/ cut veg larger than 8 oz.
  - o Other – raw uncut bulk produce, bulk nuts, and condiments for general use

## How do we help our customer's understand this shift?

- As an associate, you may be asked a number of questions regarding the labeling program. You should always know where the additional nutritional information is located in each department and assist customers in navigating to the information. Be knowledgeable and know how to answer customer inquiries when asked. Never give nutritional advice to a customer, rather, provide them with the information at hand and supply them with the www.fda.gov/food/guidanceregulation website, or introduce them to your store's dietitian if available.

Reference Doc #13275

"WHY?" DOCUMENT – FDA Menu Labeling

Ready-To-Eat Foods

Hannaford_000085097

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085098



the power of **you**

## What is the driver behind Hannaford launching this campaign?

- To ensure customers are aware of the great prices we have throughout our stores, especially on Hannaford, HOME360, and Healthy Accents products

## Why did we select this program?

- We pay very close attention to how we are priced relative to our competitors and what our customers think about our prices.  We believe that we are not getting the credit we deserve for the great value we offer.
- With the new "Take a Fresh Look" campaign, we are putting a major focus on the "Dependable Value" pillar of Hannaford's Brand Promise, delivered through a combination of our everyday low prices and timely promotions.
- This campaign is a follow-up to the introduction of the new Hannaford Brands savings message "Quality you trust. Prices you'll love." supported by Hannaford Brands SAVE data tags and signs rolled out in store 12 weeks ago.
- The "Take a Fresh Look" integrated campaign is being activated in store with signage, in our weekly flyer with prominent messaging, and through all external media channels- including traditional, digital and social.

## What else do we want to tell our customers about this program?

- Hannaford has TWO ways to save: a combination of everyday low prices and timely promotions
- Hannaford, HOME360, and Healthy Accents products can save you loads of money week after week and the quality is as good as or better than the National Brand equivalent
- Look for the tags on the shelf to see how much you can save by switching to Hannaford, HOME360, and Healthy Accents
- And when was the last time you REALLY compared the prices at Hannaford to other stores? Take a fresh look as our low prices might surprise you!
- With great weekly deals on fresh foods, and consistent, long lasting savings on groceries, you'll be surprised how much you save at Hannaford!

"WHY?" DOCUMENT – Take a Fresh Look.

Reference Doc #13277

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085099

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085100

# Partners in Execution – Merchandising Strategy

**Overview:**

Consumer research that drove our strategy indicated that Price is a Universal Need. We must represent value in almost every merchandising action. To that end, we intentionally move price perception forward in our merchandising filter. By executing PMP (Planned Merchandising Partnership), together we will achieve an enhanced price perception with our consumers.

- You will find that the prescribed merchandising in PMP will follow the priority of our pricing structure which is as follows:
  - Hot Features (1 Week Promotion) – Priced at expected high/low competitor's front page retails
  - Special Deals (4-6 Week Promotion) – Priced less than This Week Only (Hot Feature) and better than WOW
  - WOW (8-10 Week Promotion)- Priced at the lower of Wal-Mart's shelf price or traditional grocer's most frequently advertised price
  - RSED (Real Saving Every Day) (13 Week or Longer) – Priced at a blend of competitor's shelf and promotional price
- Our Brands is an important component of our value strategy. It will always be priced as the best value in the category and will many times be incorporated into the PMP display plans.
- Consumer offers and/or Buy/Gets will take priority over the above pricing components except for Hot Feature and Special Deals.

## PMP (Planned Merchandising Partnership) Strategy:
## Merchandising will continue to support our Priced Right message by:

- Giving priority to Special Deals
- Having all WOW items on display for entire WOW cycle
- WOW pallet drop opportunities will be called out in PMP and are a great perimeter opportunity for price impression

## Mapping/Planning:

- Identify Value Merchandising locations
- Work with Field Merchandisers to help identify high value areas in your store
- Identify 5-8 Value Merchandising areas in your store where price perception can be accomplished
- Primary tools to accomplish value merchandising are Pallet Program, Bins, Large Ends and Warehouse Aisle, as well as, in-aisle efforts with wings and stacks of WOW items.

## Once value locations are determined, the following feature merchandising should be planned out in this priority order:

- Hot Feature
- Special Deals
- WOW
- RSED



strategy | innovation | priorities                    partners in execution

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      Hannaford_000085101

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085102

## Wired Telephones

| Purpose | To maintain correct intra-store communication and to take and direct incoming calls from customers in a helpful, efficient manner | |
|---|---|---|
| Start | Daily | |
| Materials | • Telephones<br>• Paper | • Pens |

| Actions: | Steps / Details: |
|---|---|
| **1.** Know the basics | **a.** Emergency paging procedures:<br><br>1. Page "Code 100" for injured customer or associate<br><br>2. Page "Code 200" for LP or disorderly customer issues<br><br>**b.** Always answer the phone "*Hello, [Your] Department.  This is [You] speaking.  How may I help you?*"<br><br>**c.** All calls are a potential sale.  Don't drop the customer's hand.  If you can't assist the customer, find someone who can.<br><br>**NOTE:**  Contact the Support Center with all phone related issues |
| **2.** Place tie line calls (on all phones) | **a.** Tie lines are Hannaford's own high-speed phone lines.  Tie lines allow associates to place and receive calls without additional costs to Hannaford<br><br>**b.** Use Tie lines for all corporate calls and all store calls, which frees up the regular lines for communication with customers:<br><br>1. To Hannaford: 7 9 + (4 digit number)<br><br>2. To Food Lion: 7 7 + (4 digit number)<br><br>3. To another store: 7 9 + (4 digit number) + 1<br><br>4. To another store & extension: 6 0 0 +(4 digit number) + (3 digit extension)<br><br>5. To another store pharmacy: 7 9 + (4 digit number) + 2<br><br>6. Outside call: 8 (on approved phones), then dial phone #<br><br>7. Inside call: Dial extension number (refer to the directory) |
| **3.** Cisco IP phones "park" feature | **a.** To Park a call, press the "Park" softkey under the Caller ID screen noting the "Park Bin" number (The call will be parked automatically to a numbered bin in the 4000 or 4100 range depending on if it is a Tie line or an outside line.)<br><br>**b.** To pick up a parked call, pick up the handset and dial the "Park Bin" number |

Hannaford
Hannaford Shared

Page **1** of 3
Copyright © 2010 EOJT

Revised: 06/23/2017
Doc # 13106

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085103

| Actions: | Steps / Details: |
|---|---|
| | **c.** It is best to Park the call rather than place the call on hold since in most cases, a call on hold can only be picked back up on the phone that placed the call on hold |
| **4.** Non-Cisco IP phones that use the "park" feature | **a.** To pick up a parked call:  4  #  (line number) |
| | ❶ Do not press the tie line button itself, or it will disconnect |
| | **b.** To park a call: Trans 4 *  (a line number) |
| | **c.** It is sometimes better to park the call rather than use the hold button, such as when you need to go to another phone station to complete the conversation |
| | **d.** Park calls on the higher line numbers (7, 8, and 9) and let the Service Center park incoming calls on the lower numbers |
| **5.** Cisco phones | **a.** To take an incoming call: |
| |    1. When only one line is ringing, pick up and you will be connected automatically |
| |    2. If multiple lines are ringing, press the flashing button of the desired line and lift the handset |
| | **b.** To transfer a call: |
| |    1. While the call is active, press the Transfer softkey and dial the 3 digit extension you want to transfer the call to |
| |    2. Wait until the call is picked up |
| |    3. Tell the answerer that he or she has an incoming call |
| |    4. Press the Transfer softkey and hang up the handset |
| | ❶ Example: A Service Center associate answers an incoming call and a customer asks to speak with someone in the Deli department. The Service Center associate presses the Transfer softkey and dials the 3 digit Deli department extension. When the Deli associate picks up, the Service Center associate informs him or her they there is an incoming call for Deli, and then presses the Transfer softkey again and hangs up the handset to complete the transfer |
| | **c.** To page someone: |
| |    1. Dial 2 2 2 |
| |    2. Speak clearly into the handset, keeping it 3 to 4 inches from your mouth |
| |    3. Hang up the handset when finished |
| | **d.** To place a call on Hold |
| |    1. While call is live, press the Hold soft key |

Hannaford
Hannaford Shared

Page **2** of 3
Copyright © 2010 EOJT

Revised: 06/23/2017
Doc # 13106

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085104

| Actions: | | Steps / Details: |
|----------|---|------------------|
| | | 2. To resume the call, press the Resume softkey if the handset is lifted, or by selecting the flashing line button of the desired line |
| **Result** | | Efficient flow of communication among Hannaford stores and departments, and courteous, efficient handling and routing of incoming customer calls |
| **Task standards** | | • All calls will be properly answered and directed to the correct source<br>• Every customer who calls will receive an answer to his query |
| *Revision History:*<br>*06/23/2017 – Added dial 600 and dial 8 to dial out* | | |

Hannaford
Hannaford Shared

Page **3** of 3
Copyright © 2010 EOJT

Revised: 06/23/2017
Doc # 13106

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085105

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085106



# Cisco Wired Phone 7861 – NextGen



Phone Guide
1. Handset Light Strip
   Flashing Red- Incoming
   Call
2. Phone Screen
3. Menu Softkeys
4. Transfer button
5. Conference button
6. Hold/resume button
7. Navigation and Select
   button
8. Programmable feature
   button
9. Headset button
10. Speakerphone button
11. Keypad
12. Mute button
13. Volume button
14. Messages button
15. Applications button
16. Contacts button
17. Handset

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085107

❑ **How to make an outgoing call**
   1. Lift up the handset (if there is another incoming call, you will need to select an available line first)
   2. Dial as needed using the procedures below
      • To Hannaford: 79 + (4 digit number)
      • To another store: 79 + (4 digit number + 1)
      • To another store pharmacy: 79 + (4 digit number + 2)
      • Outside call: 8 (on approved phones), then dial phone #
      • Inside call: dial extension of phone

❑ **How to take an incoming call**
   1. If only one line is ringing picking up the phone will automatically answer the ringing line
   2. If multiple lines are ringing on the phone, the desired call can be answered by selecting the flashing button of the desired line and lifting the handset

❑ **How to transfer a call**
   1. While the call is active, press the "transfer" softkey and dial the 3 digit extension that you wish to transfer the call to
   2. Wait until call is picked up
   3. Let them know they have an incoming call
   4. Press the "transfer" softkey and hang-up the handset when finished

**Training Hint:** The Service Desk associate answers an incoming call and the customer asks to speak to someone in the deli department. The service center associate will press the "transfer" softkey and dial the deli department 3 digit extension. When the deli associate picks up the call, the service desk associate will let he or she know that they have an incoming call, and then press the "transfer" softkey and hang up handset to complete transfer.

❑ **How to Page**
   1. Dial 222
   2. Speak clearly into the handset, keeping it three to four inches from your mouth. Hang up the handset when finished.

❑ **How to place a call on Hold**
   1. Press "Hold" softkey
   2. To resume the call, press the "Resume" softkey if the handset is lifted, or by selecting the flashing button of the desired line

❑ **How to park a call**
   1. Press "Park" softkey, note the "Park Bin" number at the bottom of the Caller ID window
   2. To pick up a "parked" call, pick up the receiver and dial the "Park Bin" number (*example*: 4001)

*Revision History:*
*06/06/2017 – Updated to dial 8 for an outside line under How to make an outgoing call*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER              Hannaford_000085108



# Cisco Wireless Phone 7925– NextGen

*Wireless Extensions*
110 – Store Manager
112 – Manager on duty
113 – Manager on duty
114 – Center Store
115 – Bakery
120 – Deli
125 – Produce
161, 162 – Customer Service
(2 wireless phones)
165 – Center Store
170 – Maintenance
171- Hannaford to Go



**To receive a call:**
- When you have an incoming call, the phone will ring. To answer, press the green call/answer key.

**Placing a call to someone in the store:**
- Dial the 3-digit extension you wish to call and press the green call/answer key

**Placing a call to an outside phone number:**
- Dial 8 and then the phone number you wish to call then press the green call/answer key

**Placing a call to another store:**
- Dial 79–XXXX-1 where XXXX is the 4-digit store number, and press the green call/answer key

**Placing a call to a Pharmacy in another store:**
- Dial 79–XXXX-2 where XXXX is the 4-digit store number, and press the green call/answer key

**Placing a call to the Home Office:**
- Dial 79-XXXX where XXXX is the 4-digit extension you wish to call

**To transfer a call to another extension:**
- While the call is active, press the right soft key (will say options)
- Select the transfer option, scroll to this by using the navigation key, and then press the center select key
- Dial the 3-digit extension you wish to transfer the call to. If you choose, you can wait for the person on the extension to pick up and then press the red power/end key to complete.
- The call will now be transferred

**To place a call on hold:**
- While the call is active, press the right soft key (will say options)
- Arrow to the hold option using the navigation key and press the center select key on the phone
- The call will now be on hold (You can resume call by pressing the "resume" softkey)
- Either press the green call/answer key to pick the call back up, or make another call using the directions above

**To pick up a call on hold:**
- Use navigation key to arrow up/down to call and press "Resume"

**To Page on overhead sound system:**
- Dial 222
- Speak clearly into handset, keeping it three to four inches from your mouth
- Press the red power/end key to finish page

**To Park a Call:**
- Select "Park" from the options menu. The call is now parked in the bin displayed on the screen.
- To pick up a parked call, dial the bin number (example: 4001) that was paged and hit the green button

*Note: to print a copy of the Cisco Wireless User Guide Reference click here*

*Revision History:*
*06/06/2017 – Updated to dial 8 for an outside line under Placing a call to an outside phone number*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085109

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085110

## Proper Phone Etiquette

| Purpose | Answering the phone properly when needed | |
|---|---|---|
| Start | When the telephone rings | |
| Materials | • Telephone | • N/A |

| Actions: | Steps / Details: |
|---|---|
| **1.** Identify yourself and your location when answering the phone | **a.** Answer the call by the third ring<br><br>**b.** Greet the caller: "Good morning/afternoon/evening, thank you for calling [insert store here] Hannaford, this is [your name] speaking."<br><br>   1. Stores with auto attendant will not need to indicate the store name, but should instead state the department<br><br>**NOTE:** The caller should not have to ask if they have reached the right location<br><br>**c.** Offer assistance to the caller: "How may I help you today?"<br><br>**Reminder:** When paged to answer a call in your department, be sure to complete serving your customers before taking the call. If the store has an auto attendant, pass the phone off to another available associate, or ask another associate to answer the call |
| **2.** Focus on what the caller is saying | **a.** Pay attention to the caller, not your co-workers.<br><br>   1. The caller is potentially a Hannaford customer. Treat them as such |
| **3.** Place the caller on hold (for a maximum of 1 minute) | **a.** Avoid placing a caller on hold for more than 1 minute<br><br>   1. If it will take more than a minute to inform the caller, inform the caller and offer to call them back<br><br>   2. Give them a specific time to call back so that they will expect the call |
| **4.** Resolve the issue | **a.** Take care of the caller's issue while you have them on the phone<br><br>**NOTE:** This will help gain customer confidence in the company and it is an opportunity for you to resolve an issue or fix a bad situation quickly and effectively<br><br>**b.** Take good notes and read them back to the customer<br><br>   1. This lets the customer know you are listening |
| **5.** End the call | **a.** Make sure that the caller is satisfied when you end the conversation<br><br>**b.** If the problem cannot be resolved at the time, make sure that you have a follow-up action to resolve the issue |

Hannaford
Shared Department

Page 1 of 2
Copyright © 2010 EOJT

Revised: 06/22/2011
Doc # 13094

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085111

| Actions: | | Steps / Details: |
|---|---|---|
| | | **c.** Thank the caller for calling |
| | | **d.** Always be polite, friendly and honest |
| **Result** | | Calls conclude with issues resolved or a plan in place for follow up |
| **Task standards** | | • Call is answered by the third ring<br>• Caller is not on hold for more than 1 minute<br>• Caller's issue is resolved or plan is in place to follow up on the issue<br>• Call is ended properly |

Hannaford
Shared Department

Page **2** of 2
Copyright © 2010 EOJT

Revised: 06/22/2011
Doc # 13094

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085112

## Make P.A. Announcements

| Purpose | Delivering information to shoppers | |
|---|---|---|
| Start | When needed | |
| Materials | • Intercom | • P.A. Scripts (if needed) |

| Actions: | Steps / Details: |
|---|---|
| **1. Plan announcement** | **a.** Gather information needed for announcement<br>　1. Product description<br>　2. Price<br>**b.** Write down what to say prior to making the announcement, for example:<br>　1. Good _____ shoppers. In our _____ department, we are featuring a manager's special on _____ while supplies last. Thank you for shopping your (insert store specific name here) Hannaford.<br>　2. Good _____ shoppers. Your Hannaford's _____ has everything you need for a great party, so let us be your party headquarters. Thank you for shopping your (insert store specific name here) Hannaford.<br>　3. Good _____ shoppers. Looking for a delicious dessert to accompany your meal? This week we are featuring _____. Come visit your Hannaford Bakery for a full variety of desserts |
| **2. Make announcement** | ⚠ **Caution** If someone else is making an announcement, wait for them to finish before you begin speaking<br><br>**a.** Hold receiver 6" from your mouth<br>**b.** Speak clearly and do not rush<br>**c.** Have fun |

| IF | THEN |
|---|---|
| Calling for assistance for customers | "Customer needs assistance in the _____ Department" |
| Calling for assistance for associates | "Assistance needed in the _____ Department" |
| Announcing a telephone call | "_____, you have a phone call holding on line _____" |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    Hannaford_000085113

| Actions: | | Steps / Details: |
|---|---|---|
| | | **NOTE:** When making assistance or phone announcements, always repeat the announcement to ensure that the person hears you |
| **3.** Thank the customers | | **a.** At the end of your announcement, thank the customers for shopping at Hannaford |
| **Result** | P.A. announcement completed properly when needed | |
| **Task standards** | • Announcements have been clear and easily heard<br>• Customers have been thanked for shopping with us | |

Hannaford
Shared Department

Page **2** of 2
Copyright © 2010 EOJT

Revised: 02/22/2011
Doc # 13097

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085114

## It's On Me

| Purpose | To be used as a service recovery/customer loyalty tool | |
|---|---|---|
| Start | When a customer is unsatisfied that we don't have the item they are looking for or other situation that may warrant the use of this tool | |
| Materials | • Product | • It's on Me Sticker |
| References | • SPTA - "It's on Me" Sticker - Processing | • REF - Service Recovery |

| Actions: | Steps / Details: |
|---|---|
| **1.** When to use an "It's on Me" sticker | **a.** Associates are to use an "It's on Me" sticker to take care of customers and "own the solution" as needed |
| | **b.** Common situations to use an "It's on Me" sticker: |
| | 1. If an item the customer wants is "out of stock" use an "It's on Me" sticker to offer a comparable substitution |
| | 2. If we do not carry an item a customer is looking for then complete a product request form and use an "It's on Me" sticker to offer a comparable substitution |
| | 3. If a customer is unsure about a new item or item they have never tried before, use an "It's on Me" sticker to let them try the item for free |
| | ❶ Offer Private Label products, when available, for substitution |
| | **c.** The list above is not complete, there may be other reasons to use an "It's on Me" sticker and if you have questions you should discuss with your supervisor |
| | 1. Also, remember there are many ways to "own the solution" for a customer that won't involve giving away free product |
| | **d.** Before using an "it's on Me sticker for service recovery always apply the Power of You filters: |
| | 1. Is it Safe? |
| | 2. Is it Legal? |
| | 3. Is it Ethical? |
| | **e.** It's on Me" stickers must never be used on any of the following products: |
| | 1. Alcohol |
| | 2. Tobacco |
| | 3. Gift cards |
| | 4. Lottery |
| | 5. Milk |
| | 6. Smoking cessation |
| | 7. Pharmacy prescriptions or co-pays |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    Hannaford_000085115

| Actions: | Steps / Details: |
|---|---|
| **2.** How to use an "It's on Me" sticker | **a.** Locate an "It's on Me" sticker. Supervisors are to have a small amount of stickers on them at all times. |
| | **NOTE:** **It's on Me** stickers should be kept in a safe space where Supervisors can easily access them.  Associates should request these tools from a Supervisor when needed |
| | **b.** Apologize to Customer for inconvenience (when applicable) |
| | **c.** Offer product at no charge (using "It's on Me") |
| | **d.** Attach "It's on Me" sticker to product directly above UPC |
| | 1. Do not cover the UPC code, as the UPC must be scanned at the register in order for the product to be removed from inventory correctly |
| | **e.** Ask Customer to hand item to Cashier to ensure the "It's on Me" sticker is processed correctly |
| | **f.** Always say thank you to the Customer for shopping with us |
| | **NOTE:**  A Supervisor may, at a register, execute "It's On Me" without an actual sticker; if the Supervisor tells the Customer, "this item is on me today," the cashier is to process the item using the steps outlined in the "It's on Me" Sticker Processing SPTA. |
| **3.** When not to use an "It's on Me" sticker | **a.** The "It's on Me" sticker is a powerful tool for service recovery and customer engagement; however there are some instances where this tool is not appropriate for use: |
| | 1. Associate Recognition |
| | 2. Exit strategy for product about to go out of code |
| | 3. Fundraisers/Donations |
| | 4. CLYNK Bags |
| | • Utilize the first set of bags free promotion |
| | 5. Refunds |
| | • All refunds should be processed according to the steps in Refunds SPTA. Processing refunds correctly ensures the proper bonuses are applied to each return. It's on Me is not an appropriate solution to use when handling a customer return, as it is tracked separately and would not give insight into product quality issues. |
| | 6. Apology for products left behind |
| | • A store gift card is more appropriate in this instance. The items left behind would not be rung in again as they were already accounted for when the customer paid for them. |
| | 7. Store Supplies |

Hannaford
Customer & Associate Experience
Page **2** of 3
Copyright © 2010 EOJT
Revised: 01/23/2019
Doc # 25011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085116

Standard Practice Training Aid

**It's On Me**
All Associates

| Actions: | | Steps / Details: |
|---|---|---|
| **Result** | | "It's on Me" used properly as a service recovery/customer loyalty tool. |
| **Task standards** | | • Customer leaves satisfied<br>• Customer service recovery utilized<br>• Sticker attached to product |

*Revision History:*

*01/23/2019- Updated that It's On Me should not be used on refunds*

*02/12/2016 – Added milk to the note box in action 1 and to action 4 for products that do not qualify for "It's on Me" sticker*

*06/19/2015 - Adjusted where associates can locate "It's on Me" stickers; added "when not to use an 'It's on Me' sticker"*

Hannaford
Customer & Associate Experience

Page **3** of 3
Copyright © 2010 EOJT

Revised: 01/23/2019
Doc # 25011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085117

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085118

## Handling Customer Issues and Complaints

| Purpose | To ensure our customers have been heard and they continue shopping at Hannaford | |
|---|---|---|
| Start | When a customer approaches with an issue or complaint | |
| Materials | • "It's On Me" sticker | • N/A |
| References | • SPTA - Refunds | • N/A |

| Actions: | Steps / Details: |
|---|---|
| **1.** Listen to the customer | **a.** Make eye contact and greet the customer with a friendly tone of voice |
| | **b.** Listen to the customer patiently and quietly |
| |    1. Don't interrupt the customer |
| |    2. Don't become distracted by anything else |
| | **c.** Apologize to the customer |
| |    1. Make eye contact |
| |    2. Say, "I'm really sorry." |
| | ❶ Be aware of your own body language and tone of voice. Be calm and patient. |
| **2.** Handle the issue/complaint | **a.** Determine the best way to handle the situation |
| | **NOTE:** If a customer approaches with an issue, take responsibility to resolve it without making the customer wait for a manager. |
| |    1. Leverage your training and experience |
| |    2. Use the service filters "Is it legal? Is it safe? Is it ethical?" If the answer is yes, then it is all about the customer. Own the solution. |
| |    3. Do what you can to help the customer |
| |      • Whenever possible, don't make the customer wait for a manager to make the decision |
| | **b.** Common examples of customer issues or complaints: |
| |    1. The store does not have the desired item |
| |    2. The quality of the item was below the customer's expectation |
| |    3. The customer was charged the wrong price |
| |    The customer's order was not completed properly or accurately |
| |    4. The customer experienced sub-par service |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          Hannaford_000085119

| Actions: | Steps / Details: |
|---|---|
| **3.** If the item the customer is looking for is not available | **a.** If the item is discontinued, or we do not carry the item, suggest a comparable item that may be substituted.   If customer is unsure of the substitution, offer the item as an "It's on Me" so the customer can try the item. |
| | **b.** If the item is an ad item, we should try to accommodate the request or offer a rain check for the item |
| | **c.** If the customer is not happy with a substitution or would like you to research the item's availability further, take the customer's name and contact information (phone number and/ email) and a detailed description of the item they are looking for |
| | 1. Let the customer know someone will contact them within 48 hours |
| | 2. Give this information to the manager or the Manager on Duty to research |
| | NOTE:  We should always try to take care of the customer in the moment whenever possible, and not rely on "product research" as a frequent solution. |

| | |
|---|---|
| **4.** If an item is not the quality the customer expected | **a.** All Fresh products (including random weight and loose items) and all products labeled with a Hannaford, Nature's Place, Taste of Inspiration, Home 360, Healthy Accents, and Cha Ching brand qualify for Double Your Money Back |
| | 1. Reference Refunds SPTA |

| IF | THEN |
|---|---|
| Item is a Hannaford or a perishable item | • Bring customer to the Customer Service Kiosk/Desk for the Double Your Money Back Guarantee |
| | • Stay with customer until he or she is helped by a Customer Service Associate |
| | • If the Customer Service Desk/Kiosk is closed, ensure the Front End Service Leader takes care of the customer and performs the refund |
| If the item does not qualify for Double Your Money Back | • Offer the customer a refund, replacement or comparable item |
| | • If you are unable to process the refund, bring the customer to the Customer Service Desk/Kiosk |
| | • If the Customer Service Desk/Kiosk is closed, ensure the Front End Service Leader takes care of the customer and performs the refund |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              Hannaford_000085120

| Actions: | Steps / Details: |
|---|---|
| **5.** If a customer is charged the wrong price for an item | **a.** Process a scan guarantee refund for customer and apologize for the error |
| | 1. If you are unable to process the refund, bring the customer to the Customer Service Desk/Kiosk for our Scan Guarantee |
| | 2. Stay with the customer until he/she is helped by a Customer Service Associate |
| | 3. If the Customer Service Desk/Kiosk is closed, ensure the Front End Service Leader takes care of the customer and performs the refund |
| **6.** If a customer's special order is not the way he/she wanted it | **a.** Do whatever it takes to correct the special order while making the customer's wait as short as possible |
| | 1. Ask, "What else can I do to make this right for you today?" |
| | 2. Do what you can to accommodate the customer's request |
| **7.** If a customer receives service that he/she is not happy with | **a.** Apologize |
| | 1. Ask, "What can I do to make this right for you today?" |
| | 2. Tell the Manager on Duty the customer's feedback after you have handled it |
| **8.** If a customer finds money or an item that another customer left behind | **a.** Say, "Thank you for bringing _____ (money or item name) to my attention. I'll bring it to the Customer Service Desk/Kiosk." |
| | **b.** If the customer has further questions on the process for handling Lost and Found items, ask the customer to accompany you to the Customer Service Desk/Kiosk or call for Service Leader/Manager on Duty assistance |
| **9.** Thank the customer | **a.** Make eye contact with the customer |
| | **b.** Say, "I will pass this information on to [the appropriate person]" if applicable |
| | **c.** Ask, "Is there anything else I can do for you today?" |
| | **d.** Smile |
| | **e.** Say, "Thank you for shopping with us. My name is _____, if you need anything else." |
| **10.** Report back to Manager on Duty | **a.** Let the Manager on Duty know what happened and how you handled it, if needed |
| **11.** If the situation requires manager assistance | **a.** If a situation gets to a point where you do not feel you can handle it appropriately |
| | 1. Calmly say, "Please let me get a manager to help you with this situation" |
| | 2. Page the Manager on Duty |
| | 3. Stay with the customer until the Manager on Duty arrives |

Hannaford
Shared Department

Page **3** of 4
Copyright © 2010 EOJT

Revised: 09/20/2016
Doc # 13089

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085121

| Actions: | Steps / Details: |
|---|---|
| **Result** | The issue is resolved and the customer is satisfied |
| **Task standards** | • The customer is greeted with a smile<br>• The associate listens patiently<br>• The associate apologizes to the customer<br>• A friendly tone of voice is used while speaking<br>• The issue is solved appropriately<br>• The customer is thanked |
| *Revision History:*<br>*09/20/2016 - Removed My Essentials and added Cha Ching brand*<br>*04/06/2015 - Added if the Service Desk/Kiosk is closed, the FE Service Leader helps the customer*<br>*06/23/2014 - Added Action .8 for lost and found process* | |

Hannaford
Shared Department

Page 4 of 4
Copyright © 2010 EOJT

Revised: 09/20/2016
Doc # 13089

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085122

## Handling Customer Product Requests

| Purpose | To provide fast, convenient service to every customer | |
|---|---|---|
| Start | When a customer makes a request | |
| Materials | • It's On Me Sticker | • N/A |
| References | • SPTA - CAO Warehouse Item Auto Order Selection | • N/A |

| Actions: | Steps / Details: |
|---|---|
| **1.** Greet Customer | **a.** Greet the customer |
| | **b.** Listen to customer's request, write down if necessary |
| | **NOTE:** If you are running a cash register or working with another customer when approached you may need to call another associate or member of management for assistance |
| **2.** If you are asked to help locate a product | **a.** Offer to walk the customer to the item |
| | 1. "If you have a minute, I would be happy to bring you right to the item." |
| | **b.** Offer to retrieve the item |
| | 1. "If you would like to continue shopping I would be happy to bring the item to you." |
| | 2. Make sure you know what size, brand and flavor the customer prefers |
| | **c.** Find the product on the shelf, a display or in the backroom |
| **3.** If the product is not on the shelf or in the backroom | **a.** Check with a department associate or MOD to try and determine if the item is carried in our store, out of stock or discontinued |
| | **b.** If you carry the product in your store, and it is not in stock: |
| | 1. Apologize to the customer for the inconvenience |
| | 2. Use an It's On Me sticker, and offer a replacement item similar to what they have requested |
| | 3. Offer private label substitution (when available) |
| | **NOTE:** If a product is out of stock the substitution can help bridge the gap until the product the customer was looking for is back in stock. If the product is discontinued or not carried in your store a substitute item may be just the thing to win that customer over. While not every substitution will require an "It's on Me" sticker many hesitant customers are more willing to try a new item if it is free |
| | 4. Offer rain check (if sale item) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                      Hannaford_000085123

Handling Customer Product Requests
Entry Level Associate

| Actions: | Steps / Details: |
|---|---|
| | **c.** If the customer is not happy with a substitution or would like you to research the item's availability further, take the customer's name and contact information (phone number and/ email) and a detailed description of the item they are looking for. |
| | 1. Let the customer know someone will contact them within 48 hours. |
| | 2. Give this information to your manager or the Manager on Duty for research. |
| | NOTE: We should always try to take care of the customer in the moment whenever possible and not rely on "product research" as a frequent solution. Offering to research a product is in no way a guarantee that we will be able to meet the customer's product request needs. In some cases it will simply serve to provide a clear conclusion to the product's status. |
| **4. Product Research (Manager Only)** | **a.** Research the product for the customer. |
| | 1. Determine if the product is out of stock, discontinued or not carried in your store and identify possible solutions for the customer. Sometimes customers are simply looking for a response. |
| | • If the item is out of stock let the customer know when you anticipate the item being available again. If applicable, offer a substitute item to bridge the gap using an "It's on Me" sticker |
| | • If the item has been discontinued or is not carried in our stores, apologize to the customer and recommend a substitute item using an "It's on Me" sticker |
| | • If the item is carried in another Hannaford store and that store is nearby, you may offer to pick the item up to be available on the customer's next visit. |
| | NOTE: The options above should always be explored first as they do not impact CAO or Planogram integrity. In rare instances, you may request to have an item carried in your store; however, it is important to weigh these exceptions carefully as there may be impacts to other products which could impact other customers. Should a decision be made to make an exception, you can order the item for the customer. If the item cannot be found on your order entry screen and we carry it in your store's Distribution Center, you can have a case forced out to your store by submitting a VOR to Replenishment and including the 6 digit item #. Once received, the item may be setup on the CAO Auto Order screen to maintain inventory. |

Hannaford
Center Store Department
Page **2** of 3
Copyright © 2010 EOJT
Revised: 10/14/2013
Doc # 1250

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085124

Standard Practice Training Aid

**Handling Customer Product Requests**
Entry Level Associate

| Actions: | Steps / Details: |
|---|---|
| | • If the product is not carried in our warehouse (discontinued, new or never carried), you may offer to submit a request to Consumer Relations on behalf of the customer by completing the Product Feedback form on the Hannaford Website (www.hannaford.com/contact). Stores can enter the customer's information on the form, or the customer may complete on their own. This does not guarantee the product will be carried, but does allow our Consumer Relations department the ability to track requests and share request data with our Category teams. |
| | NOTE: The Customer Service Desk/Kiosk should have business cards available with the Customer Information Center's contact information that you can give to the customer |
| | • We should make every effort to contact the customer with an answer within 48 hours. If more research is required, contact the customer at least with an update within the first 48 hours. |
| **Result** | Customer is satisfied |
| **Task standards** | • The item has been located for the customer<br>• The customer is satisfied with the replacement item |

*Revision History:*

*10/14/2013 - Added information to researching a product, added "Handling" to title*

*08/08/2013 – Added information on use of It's on Me in support of the Power of You*

Hannaford
Center Store Department

Page **3** of 3
Copyright © 2010 EOJT

Revised: 10/14/2013
Doc # 1250

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085125

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085126

Reference Document

Case 1:21-cv-11901-WGY   Document 27-8   Filed 07/29/22   Page 57 of 72
How to Connect to Fresh-Fi
All Associates



# How to Connect to Fresh-Fi

## How to Connect to Fresh-Fi on an Apple Device

1. From your home screen, tap on the Settings icon



2. Tap on Wi-Fi



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085127

Reference Document
Case 1:21-cv-11901-WGY    Document 27-8    Filed 07/29/22    Page 58 of 72
How to Connect to Fresh-Fi
All Associates

3. Swipe the toggle switch to 'ON'



4. Locate the wireless network name "Fresh-Fi". You should see the SSID listed on the list of networks.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085128

Reference Document
Case 1:21-cv-11901-WGY   Document 27-8   Filed 07/29/22   Page 59 of 72
How to Connect to Fresh-Fi
All Associates

NOTE: After you joint the network, you'll see ✓ next to the network and 🛜 in the upper-left corner of your display



5. The Safari web browser should open to the Fresh-Fi login page where you will be required to accept the terms and conditions by checking the box and clicking the accept button



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085129

6. After accepting the terms, the browser may redirect to "Hannaford.com" indicating a successful connection to the Fresh-Fi network. If not, open the browser, type "Hannaford.com" in the browser to verify connectivity BEFORE using any applications.



## How to Connect to Fresh-Fi on an Android Device

1. Press the **Home** button, then the **Apps** button. Navigate to **Settings**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085130

2. Under "Connections", make sure "Wi-Fi" is turned on, then press Wi-Fi



3. You may have to wait a moment as your Android device detects wireless networks in range, and displays them in a list. To rescan for available networks at any time, select **Scan**.



4. Select the Wi-Fi network named Fresh-Fi. The network is open and the connection should complete successfully and redirect your web browser to the Terms and Conditions page.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085131

Case 1:21-cv-11901-WGY   Document 27-8   Filed 07/29/22   Page 62 of 72

5. Accept the terms and conditions by checking the box and press "I Accept These Terms". This will complete your connections to the Fresh-Fi wireless network. Open your web browser and navigate to Hannaford.com.



**If you are having trouble connecting to Fresh-Fi after following the listed steps:**

- Make sure that Wi-Fi is on and you can see your network. If you see Auto-Join disabled under the Fresh-Fi name, tap and turn on Auto-Join.
- If you're connected to Fresh-Fi but you can't get online, try to access Fresh-Fi on other devices. If you can't get online using other devices, there might be a service outage. Call the help desk for assistance.
- Try restarting the device. After restarting the device, follow the listed steps to see if you fixed the issue.
- Update your device with the latest firmware

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085132

| LMS Learner | |
|---|---|
| **Purpose** | Enable associates to sign on to LMS System |
| **Start** | As assigned or required |
| **Materials** | • Associate ID and Date of Birth   • Computer with access to LMS Learner |

| **Actions:** | **Steps / Details:** |
|---|---|
| **1.** Sign on to Learning Management System (LMS) | **a.** Open Hannaford Intranet Portal   **b.** Click on "Retail" link    **c.** On far right of screen, under "Quick Links", click on the "Learning Management System (LMS) link    **NOTE:** The link for Learning Management System (LMS) is also available under "Applications" > "L" > "Learning Management System (LMS) |
| **2.** Logon to LMS | **a.** Enter PeopleSoft ID leading with "00"   **b.** Enter Password – (Date of birth)     1. (YYYYMMDD)   **c.** Click OK button, or press Enter on keyboard   |

Hannaford
Retail Training Department

Page **1** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085133

| Actions: | Steps / Details: |
|---|---|
| 3. Access training | a. Click on the **My Learner** tab<br><br><br><br>**Required Courses:**<br>1. Click **My Learner** in the links at the top.<br>2. Select **My Plan** from the menu on the left side.<br>3. **Required Courses** are listed (you have multiple **Sort** and **Show** options you can choose from).<br><br>b. Click on **My Plan** from the menu on the left side of the page<br><br>My Learner For: BROWN, SUSAN<br>My In-Progress Training<br>My Schedule<br>My Plan<br>My History<br><br>c. Find the required course; click on **Start** under the "Action" column<br><br>| Course Title | Code | Priority | Status | Action |<br>|---|---|---|---|---|<br>| Guide for Ethical Business Conduct | DZACMP012 | 1 | Due: 11/8/2011 | Start |<br>| Respect in the Workplace | DZACMP008 | 1 | Due: 11/8/2011 | Start |<br>| Security Awareness | DZAGEN023 | 1 | Due: 11/8/2011 | Start |<br>| Working Off-the-Clock | DZACMP006 | 1 | Due: 11/8/2011 | Start |<br>| Effective Interviewing | DZAGEN014 | 3 | Optional | Start |<br><br>d. Click on **Start Course** under Course Description<br><br>**Course Description**<br>Start Course    Back<br><br>Course Site: Delhaize America<br>Course: Guide for Ethical Business Conduct (DZACMP012)<br>Custodian:<br>Credit Hours: 0.50<br>Charge Amount: 0.00 USD<br>Prerequisite Status: OK<br>Description: This course is designed to give you a chance to demonstrate your understanding of Business Conduct. You will be viewing a series of scenarios that show interactions shareholders and our communities. After viewing each scenario, you will select the that display.<br>Course Objectives: |

Hannaford
Retail Training Department

Page **2** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085134

| Actions: | Steps / Details: |
|---|---|
| |  |

Hannaford
Retail Training Department

Page **3** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085135

| Actions: | Steps / Details: |
|---|---|
| **4.** Status Column | **a.** Review the "Status" Column under "My Plan" |

| IF Status Column states | THEN |
|---|---|
| Due: (date) | Course is not completed. Due date is shown. |
| OK | Course is complete |
| Optional | Course is not required |
| Optional - OK | Optional course is completed |
| Scheduled | Associate is scheduled to attend a class on the date shown or scheduled to complete a course |

| Actions: | Steps / Details: |
|---|---|
| **5.** Action Column | **a.** Review the "Action" Column under "My Plan" |

| IF | THEN |
|---|---|
| Start | Start a course or take an on line test |
| Resume | Course started, but not complete |
| View Detail | View one or more optional courses available for the requirement |
| Schedule | Manual course completion by the Admin |

| Actions: | Steps / Details: |
|---|---|
| **6.** Apply Filters | **a.** To reduce the courses viewable in "My Plan" to courses that are due soon, filter the "Due" option to the appropriate choice<br><br>1. Click on the drop down arrow next to "Due" |



2. Select the needed option

3. Click on **Apply Filter** button



Hannaford
Retail Training Department

Page **4** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085136

| Actions: | Steps / Details: |
|---|---|
| | **b.** Filtering to the "Self-Study Only" option will show only courses that are completed by the associate online |
| **7.** My In-Progress Training | **a.** Click on the **My In-Progress Training** link to view courses that have been started, but are not completed |
| **8.** View Reports | **a.** Click on the **Reports** tab to view associate's course requirements |
| |    1. Reports can also be generated from the "My History" link and the "My Schedule" link from the left menu |
| | **b.** Click on the drop down arrow for "Dates", and select **All** |



Hannaford
Retail Training Department

Page **5** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    Hannaford_000085137

| Actions: | Steps / Details: |
|---|---|
| | **c.** Click on the **Run Report** button  **d.** Click on **Open** on Windows Internet Explorer **e.** Click on the Printer icon to print the report   1. Click on the **Print** button to print   2. Use the "+" or "-" icon or drop down arrow to increase or decrease view |

Hannaford
Retail Training Department

Page **6** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085138

| Actions: | Steps / Details: |
|---|---|
| **9.** View course completion | **a.** Click on **My History** on the left side of the screen to view course completions<br><br><br><br>**b.** Click on the drop down Arrow for "Dates" to filter the view of My History which defaults to Last 3 Years<br><br>**c.** Click on the Apply button to activate<br><br>**d.** If needed, click on the **Print** icon 🖶 to print the report |
| **10.** Change Password (when you know the incorrect password) | **a.** The associate should log into LMS using their PS ID and the incorrect password<br><br>**b.** Click on the Utilities tab<br><br>**c.** Click on Change password |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        Hannaford_000085139

| Actions: | Steps / Details: |
|---|---|
| | **d.** Change the password by entering the "Old Password", enter the "New Password", enter the "Repeat password" and click OK |
| | **Change password**<br><br>Username [0815(0E264)]<br>Old Password<br>New Password    (4-8 characters)<br>Repeat password<br><br>OK ⇐ |
| | **e.** Logoff and then log back in using the new password |
| **11.** Change password (when you do not know the current password) | **a.** The Retail Training Department will need to change the password for an associate when the ARM or associate does not know the current password in LMS<br><br>1. Phone – 1-800-885-2001<br>2. Email – Retail Training Department<br><br>**b.** The ARM will receive an email with the temporary password which should be given to the associate<br><br>**c.** Following Action 10/step d, associate will need to reset their password<br><br>1. It is recommended to always reset the password back to the correct (Date of birth)<br>• (YYYYMMDD) |
| **12.** Logoff LMS | **a.** Click on the **Logoff** tab to exit the LMS<br><br>LMS Virtual Training Assistant Learner<br>News  My Learner  Schedule  Search  Reports  Surveys  Utilities  Help  Logoff |

Hannaford
Retail Training Department

Page **8** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085140

| Actions: | Steps / Details: |
|---|---|
| **Result** | Associate signed on to the LMS successfully to complete a course |
| **Task standards** | • The associate signed on to the LMS<br>• The associate successfully completes assigned course<br>• The associate selects the Credit button to certify course completion in the LMS<br>• The associate runs a report to view required courses |

*Revision History:*

*10/24/2017 – Clarified the two ways a course can be closed out in the LMS*

*04/25/2016 – Added Actions 10 and 11 on how to change passwords*

*09/22/2014 – Updated Status Column, added Action Column, changed filter Reports to "All", added filter Dates and Print option to My History*

Hannaford
Retail Training Department

Page **9** of 9
Copyright © 2010 EOJT

Revised: 10/24/2017
Doc # 13156

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085141

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000085142