Page 1

1        UNITED STATES DISTRICT COURT

2        DISTRICT OF MASSACHUSETTS

3        Civil Action No. 1:21-cv-11901-WGY

4                            Vol. I

                            Pgs. 1-74

5                            Exs. 21-34

6  JUDITH PRINZO, on behalf of herself      )

7  And all other employees similarly situated,  )

8                  Plaintiff     )

9                            )

10       V.                    )

11                            )

12  HANNAFORD BROS. CO., LLC,             )

13                Defendant.    )

14

15

16        REMOTE DEPOSITION OF

17        KIMBERLY L. AYRE

18        December 17, 2021

19        11:03 a.m.

20

21

22

23  Reported by: Lori Atkinson

24  JOB NO.  NE 4993327

Page 2

1 A P P E A R A N C E S :

2 FOR THE PLAINTIFF, JUDITH PRINZO, on behalf of herself

3 and all others similarly situated:

4 Stephen Churchill, Esq.

5 FAIR WORK, P.C.

6 192 South St, Ste 450

7 Boston, MA 02111

8 617.607.3262

9 Steve@fairworklaw.com

10

11

12 FOR THE DEFENDANT:

13 Ryan A. Glasgow, Esq.

14 HUNTON ANDREWS KURTH LLP

15 Riverfront Plaza, East Tower

16 951 East Byrd Street

17 Richmond, VA 23219

18 1.804.788.8200

19 Rglasgow@HuntonAK.com

20

21

22

23

24

---

Page 4

1          E X H I B I T S (C O N T' D):

2 Number      Description                    Page

3 Exhibit 30  Training Guide - Introduction to
            Leadership Skills -

4          Hannaford_000122363-000122368        59

5 Exhibit 31  Prinzo Training Summary -
            Hannaford_000091192          62

6

   Exhibit 32  Training Exception Report -

7          Hannaford_000096517          63

8 Exhibit 33  Hiring Toolkit - Hannaford_
            000084927-000084933          68

9

   Exhibit 34  Orientation Script -

10          Hannaford_000084959-000084974        69

11

12

13

14

15

16

17

18

19

20

21

22

23 ****Electronic exhibits attached to the transcript.***

24

---

Page 3

1          I N D E X

2 WITNESS                    PAGE

3 KIMBERLY L. AYRE

4 By Mr. Churchill:              4

5

6

7          E X H I B I T S

8

9 Number      Description              Page

10 Exhibit 21  Training Guide - Bakery Sales
            Associate - Hannaford_000122378-

11          000122384          27

12 Exhibit 22  Bakery Standard Practice Training
            Aids - Hannaford_000011330-000011821   37

13

   Exhibit 23  Meat Standard Practice Training Aids -

14          Hannaford_000068768-000069409      47

15 Exhibit 24  Training Guide - Bakery Service Leader -
            Hannaford_000122431-000122437      49

16

   Exhibit 25  Training Module - Hannaford Leadership -

17          Level 100 - Hannaford_000122369-
            000122372          53

18

   Exhibit 26  Training Module - Hannaford Leadership -

19          Level 200 - Hannaford_000122407-
            000122410          54

20

   Exhibit 27  Training Guide - Asst Bakery Manager -

21          Hannaford_000122357-000122362      55

22 Exhibit 28  Training Module - Kronos Scheduling -
            Hannaford_000122373-000122377      56

23

   Exhibit 29  Training Guide - Deli Sales Manager -

24          Hannaford_000037422-000037428      58

---

Page 5

1          P R O C E E D I N G S

2          KIMBERLY L. AYRE,

3 having been satisfactorily identified and first duly

4 sworn by the Notary Public, was examined and testified

5 as follows:

6 BY MR. CHURCHILL:

7    Q.  Good morning, Ms. Ayre.

8    A.  Good morning.

9          MR. CHURCHILL:  Before we get going, Ryan,

10 do you want to put stipulations on the record?

11 Particularly since the venue is a little bit in some

12 uncertainty in this case.

13          MR. GLASGOW:  Yes.  I'm fine using the same

14 stipulations we've used previously, which is we will

15 reserve all objections to the questions, except as to

16 the form of the question, and we will also reserve all

17 motions to strike.

18          MR. CHURCHILL:  That's agreeable.

19          MR. GLASGOW:  Thank you.

20 BY MR. CHURCHILL:

21    Q.  Ms. Ayre, can you please state your full name?

22    A.  Kimberly Lynn Ayre.

23    Q.  What is your address?

24    A.  265 Elm Street, South Portland, Maine, 04106.

2 (Pages 2 - 5)

Page 6

1  Q.  That's your home address?
2  A.  Correct.
3  Q.  What is your work address?
4  A.  I always get this wrong.  I think it's 145
5  Pleasant Hill Road, Scarborough, Maine 04054 or 74.  I
6  forget the zip code.  Hannaford.
7  Q.  What is your date of birth?
8  A.  February 1st, 1971.
9  Q.  What is your educational background after high
10  school?
11  A.  I have a bachelor's in sociology and women's
12  studies.  I have a master's in occupational social work.
13  And I have completed half a master's in organizational
14  development and leadership.
15  Q.  When did you receive your bachelor's degree?
16  A.  Bachelor's in 1993.
17  Q.  You currently work for Hannaford; is that right?
18  A.  Yes, sir.
19  Q.  When did you first start working for Hannaford?
20  A.  Late spring of 2018.
21  Q.  Have you been deposed before?
22  A.  No.
23  Q.  I'm sure you heard from your attorneys these
24  ground rules.  But let me go over them because it is

Page 7

1  good that we all be on the same page.
2     First of all, if I ask you a question that you
3  can't hear or don't understand then you should ask me to
4  repeat or ask for clarification as necessary.  Okay?
5  A.  Yes.
6  Q.  Secondly, it is important that because a written
7  transcript is being made, it is not actually being
8  recorded, even though it seems like it might be, the
9  only product from this is going to be a written
10  transcript.  So it is important that any responses be
11  verbal, as opposed to nods or gestures, because any
12  physical motions won't be captured on the transcript.
13  Okay?
14  A.  Okay.
15  Q.  It is also important that to the extent possible
16  only one person be talking at a time.  So I will try to
17  make sure you are done with your answer before I ask my
18  next question.  It is not always easy to do that.
19  Likewise, I would ask, if you can, that you wait until
20  I'm done with my question if you think you know what it
21  is going to be before you answer.  That also gives
22  Attorney Glasgow a chance to object if he chooses to do
23  so.  And it is also hard for the court reporter to type
24  down what two or more people are saying at the same

Page 8

1  time.
2  A.  Of course.
3  Q.  Finally, if you need to take a break for any
4  reason -- we used to say to use the restroom but in the
5  Zoom era it can be all kinds of things from feeding the
6  dog to answering the door to whatever else may happen
7  wherever you are -- so if you need to take a break, just
8  say the word and we can accommodate that.  The only rule
9  that we follow is that if there is a question pending,
10  we would ask you to answer the question and then we will
11  take a break.  Okay?
12  A.  Okay.  Thank you.
13  Q.  Finally, because it is Zoom and we are not all in
14  person, let me just ask:  Are you physically at home now
15  or in another location?
16  A.  I'm at home.
17  Q.  Is there anybody else in the room with you?
18  A.  No.
19  Q.  Can we agree that when you are answering my
20  questions, you will -- unless I direct you to a document
21  that you will answer without referencing any notes or
22  documents unless you tell me that you are doing so?
23  A.  Correct, yes.
24  Q.  Thank you.

Page 9

1     Can you describe briefly kind of at a resumé
2  level of detail what you did for employment between 1993
3  to 2018 when started working for Hannaford?
4  A.  Yes.  I was a clinical social worker in the
5  Department of Juvenile Services working with gang
6  members in D.C. and Baltimore.
7     I moved to New York City and became an account
8  manager, communications, advertising strategist, for a
9  global advertising agency.
10     I returned to Maine to join the brand advertising
11  oversight for L.L. Bean.  I served as a consultant for
12  brand advertising for a year and a half in between L.L.
13  Bean and then joining IDEXX Laboratories as their chief
14  strategist for one of their lines of business.  And
15  advanced to running their in-house creative agency.  And
16  then was laid off in 2015 due to a reorg.  And then
17  joined Hannaford in 2018 in the role that I currently
18  occupy.
19  Q.  When you were hired by Hannaford in 2018, what
20  was your initial position there?
21  A.  The same as I hold today, which is manager of
22  retail training.
23  Q.  Have your duties in that position changed from
24  the time that you were hired until today?

Page 10

1   A. No.

2   Q. What are your duties?

3   A. I am the center of a wheel. I connect the dots

4 between internal business leaders, whether that be a

5 department operations or a department merchandising

6 partner. I connect their content needs with training

7 documents and training guides that ultimately need to

8 become printed and/or posted to a portal. So I oversee

9 the checkpoints from point A to point C, administratively.

10   Q. Who do you report to?

11   A. I report to Jeremy Stevens.

12   Q. Have you reported to him throughout your

13 employment at Hannaford?

14   A. No.

15   Q. Who did you report to before Mr. Stevens?

16   A. Mia Baker.

17   Q. Did you report to anybody before Mia Baker?

18   A. No.

19   Q. Was Mia Baker in the same position that Jeremy

20 Stevens now holds?

21   A. No.

22   Q. What was her position at the time that you

23 reported to her?

24   A. Her title was manager three and she oversaw store

Page 11

1 communications, retail training, and business process

2 change.

3   Q. When did you switch from reporting to Ms. Baker

4 to Mr. Stevens?

5   A. Mia Baker left the organization in late 2019.

6 That was very brief. And then Jeremy assumed his role

7 in early 2020, I think.

8   Q. All right. Do you have anybody who reports

9 directly to you?

10   A. Yes.

11   Q. How many people?

12   A. I have one, two, three -- three people that

13 report to me.

14   Q. Can you tell me their names and positions?

15   A. Yes. Lauren Bryant, she is a learning specialist

16 one. Nicole Underwood. She is a learning specialist

17 two. And Teg Griffiths, he is a learning specialist

18 two.

19   Q. And do they all perform the same duties?

20   A. At times we do but, no, their roles on the team

21 are slightly different.

22   Q. Can you summarize what each of their roles are?

23   A. Sure. Learning specialist one oversees all of

24 what is referred to as maintenance updates of standard

Page 12

1 practice training aids. So we have a workflow tool that

2 a learning specialist one visits every day to see the

3 nature of the asks for that day. And learning

4 specialist one will organize on a reporting tool which

5 documents need to be moved to which part of our

6 workflow.

7     And a learning specialist one also checks to see

8 how many standard practice training aid binder requests

9 have been submitted through our online tool. And a

10 learning specialist one facilitates a weekly virtual

11 training -- a virtual training that covers five

12 compliance topics. And a learning specialist one checks

13 and monitors our department inbox, our email box.

14     Learning specialist two, Nicole Underwood,

15 learning specialist two, similarly does maintenance work

16 on standard practice training aids. However, a learning

17 specialist two will look to see relevant updates needed

18 to training guides that result from maintenance updates

19 of standard practice training aids.

20     Learning specialist two will attend weekly and

21 sometimes biweekly business process change department

22 meetings, which is somewhat of -- it is a status meeting

23 between the minds where we would have an internal home

24 office operations and/or merchandising specialists

Page 13

1 attend for their department. And a retail training

2 specialist two's role in that form is in large part to

3 listen and about upcoming work that a business

4 department partner may be alerting us to.

5     And Nicole Underwood, learning specialist two,

6 also works to streamline training guides and that

7 results in -- over time there are redundancies that

8 training guides reflect and a learning specialist two

9 hopes to partner with a department to streamline and

10 eliminate redundancies.

11     What I mean by that is if a standard practice

12 training aid shows up in one training guide and it is

13 also in another training guide sometimes that is by

14 design. Sometimes that is an administrative opportunity

15 to streamline things.

16     Learning specialist two, Teg Griffiths, comes with

17 instructional design skills. So Teg's role on the team

18 as a learning specialist two is to look at the training

19 guides. Look at the standard practice training aids.

20 Listen to the business partner at the business process

21 change meeting, and raise his hand when he hears

22 opportunities for content to also live in a digital

23 form, by way of an e-learning or an animation, as a

24 compliment to the paper form of training that also

Page 14

1 exists.  He also will, when needed, facilitate the
2 virtual training that can -- that is scheduled on a
3 weekly basis.
4    Q.  Okay.  You mentioned an online tool that is used.
5 What is the online tool?
6    A.  You are referring to the virtual training?
7    Q.  At some point you said when requests come in
8 through our online tool?
9    A.  Thank you.  We have a Microsoft form link on a
10 the portal that stores can submit requests for standard
11 practice training aid binders.
12    Q.  We are going to talk later about standard
13 practice training aids.
14       When you talk about binders in this context, you
15 mean they are requesting physical copies of a binder?
16    A.  Correct.  Our current mode of operating is
17 paper-based.  So they are requesting a department
18 specific standard practice training aid binder.
19    Q.  Okay.  And you also mentioned at some point that
20 I think a learning specialist one will review on a daily
21 basis the asks that have come in, is that what you are
22 referring to?
23    A.  Yes.  Yes.
24    Q.  You also mentioned a couple of different times,

Page 15

1 business partners.  What do you mean by that?
2    A.  In the home office each department has --
3 actually, I don't know all of their titles.  They have
4 operations team members for each department and they are
5 also merchandising team members.  So those are the
6 retail training team business partners that we interact
7 with regularly.
8    Q.  When you say each department, you mean like
9 bakery, deli?
10    A.  Yes, sir.  Yes.  Each department in the store has
11 a corresponding operations and merchandising component
12 in the home office.
13    Q.  With respect to the weekly training that you
14 identified that covers five topics, what are the five
15 topics, if you remember?
16    A.  So virtual training is an option for new hires.
17 It is not a required channel to deliver this training.
18 This training is also available on the learning
19 management system and can be facilitated and completed
20 in-store.
21       The virtual training offering covers -- let's
22 see -- workplace safety basics.  Food safety pledge.
23 Workplace violence.  Respect in the workplace.  Power of
24 You.  And hazardous waste awareness.

Page 16

1    These are some of the required compliance
2 training that all associates who join the organization
3 have to complete.
4    Q.  Okay.  You mentioned one, Power of You, what does
5 that mean?
6    A.  Power of You reflects a set of behaviors that
7 Hannaford has identified as essential to maintaining our
8 very proud culture of support and empowerment and
9 friendliness.
10    Q.  You also mentioned a learning management system,
11 what is that?
12    A.  So we have an administrative -- a digital --
13 access through the computer, a learning management
14 system is a library of required training that maps to
15 specific roles.  Each role in our organization has
16 training that is relevant to that role.
17       The learning management system -- every associate
18 has their own learning plan that they can view in a
19 learning management system.  When they complete a course
20 in the learning management system, it is captured as a
21 completion and as one mechanism of recording required
22 training.
23    Q.  Okay.  And why is it the case that each position
24 has certain types of required training?

Page 17

1    A.  Well, somebody who works for Hannaford To Go
2 might not have the same requirements that somebody who
3 works in the produce department would have.
4       For example, a Hannaford To Go shopper might not
5 require training for a Pacific safety cutter knife.
6 They never interact with a Pacific safety cutter.  It is
7 not part of their job description to open and close --
8 not close - to open cardboard boxes.  Therefore, they
9 would never need Pacific safety cutter training.
10       That's an example.
11    Q.  Okay.  And is it the case that there are certain
12 types of positions, like say, a deli manager, where all
13 deli managers are expected to follow a certain of the
14 same training processes?
15       MR. GLASGOW:  Objection, form.
16 BY MR. CHURCHILL:
17    Q.  You can still answer the question.
18    A.  So if that's sort of a bigger question.  We were
19 talking about learning a management system.  Each role
20 in our organization they are -- the training that needs
21 to be recorded in a computer -- recorded and served up
22 in a computer.  Meaning, if the format of that training
23 is in e-learning, that can only be delivered therefore
24 by a computer.  And a deli manager is a role.  All roles

5 (Pages 14 - 17)

Page 18

1 that are deli managers will have the same required
2 training assigned to them in the learning management
3 system. Because it is a role-based tool.
4        And then, similarly, all deli managers will be
5 trained via the same deli manager training guide, which
6 is a paper-based form, that has a completion step for
7 record keeping inside the learning management system.
8        So the content of that training guide does not
9 live inside the learning management system but the
10 capture of its completion does.
11 Q. Let me go ahead and share my screen so we can
12 look at some documents.
13        Do you have any standing meetings that you go to?
14 By "standing," I mean every day, every week, every
15 month; things of that nature?
16 A. Sure. With my team, my team of specialists, we
17 meet every Monday. I attend the Hannaford To Go
18 business process change meeting that happens typically
19 on Wednesdays. I attend a monthly IT meeting, that is
20 painful.
21        I attend -- Jeremy holds -- that's -- Jeremy and
22 I meet every other week, I think, you know, life --
23 depending upon life and workload. Typically it is every
24 other week.

Page 19

1        We have a department-wide meeting, talking about
2 retail operations meeting, that is held monthly.
3 Q. Is that everybody under Mr. Stevens' supervision?
4 A. That is everybody under Julie Libby. So Jeremy
5 reports up to Julie, so we all meet as a broad group.
6        I also contribute to the retail services
7 engagement team that meets monthly. I think that's it.
8 Q. And the -- what you described as the To Go
9 business process change meeting every Wednesday, what
10 does the To Go refer to?
11 A. Hannaford To Go is our E-commerce engine whereby
12 customers can place their orders online, come to the
13 store, and pick it up. Or some of our store locations
14 have a delivery functionality. So I serve as the
15 primary contact in retail training for them to get their
16 SPTA maintenance requests done. I do those.
17        I facilitate on their content for any publishing
18 that they need to the portal of documents. And I also
19 do -- manage the administrative updates to training
20 guides for Hannaford To Go.
21 Q. Are their reports that you review on a standing
22 basis, like a daily, weekly, monthly basis?
23 A. Reports. Not a report, per se. I look at our
24 workflow tool -- our retail services has a workflow tool

Page 20

1 that is called JIRA. I look at that daily to see how
2 many maintenance requests my team has. How many new
3 documents requests we might have. How my team -- which
4 team member might be drowning in administrative updates,
5 and how can I -- you know, take some of that to make
6 sure we are all hitting deadlines appropriately but also
7 maintaining a good sense of humor. I look at that work
8 tool.
9        In the last several weeks I have been looking at
10 a weekly report of Vermont state completions for their
11 alcohol -- alcohol sales training tools. That is simply
12 a -- a state specific ask of their state regulator is to
13 have a report sent to them on how many completions we
14 have. So I look at that.
15        I look at sales numbers. There is a dashboard
16 that Jeremy has that I look at that to see how we are
17 doing as a company.
18 Q. Do you know that JIRA stands for?
19 A. I don't.
20 Q. What are the letters?
21 A. J-I-R-A.
22 Q. How long has that been -- how long have you used
23 that tool?
24 A. That tool was rolled out in retail services in

Page 21

1 2018, I think. So when I joined the organization people
2 were learning it. I don't know if it was used in other
3 parts of Hannaford or if retail services was the first
4 group to get it, but it was rolled out in 2018.
5 Q. Are there any reports generated from the learning
6 management system that you review on a standing basis?
7 A. No. Not on a standing basis. There are reports
8 available that could be run but the function of retail
9 training is not to report -- to run store level reports.
10        There is an exception that just occurred to
11 me. I don't create this report, but the other report
12 that I do see on a weekly basis is workplace safety and
13 food safety completions that are completed. That comes
14 into our retail training inbox from our safety partner,
15 Wayne Mello.
16 Q. Let me go ahead and share my screen.
17        Can you see the document that is titled Hannaford
18 course catalogue for LMS?
19 A. Yes.
20        MR. CHURCHILL: Just for the record, this
21 was previously marked as Exhibit 10.
22 BY MR. CHURCHILL:
23 Q. Do you recognize at least the form of this
24 document?

6 (Pages 18 - 21)

Page 22

1   A. Yes.
2   Q. What is it?
3   A. This captures all of the training that is housed
4   inside the learning management system and its associated
5   course length with a very brief course description.
6   Q. Is this the standard report that can be generated
7   from the LMS system?
8   A. Yes.
9   Q. And I take it that it changes over time as
10  courses are added or deleted; is that fair to say?
11  A. Correct.
12  Q. If you look at the bottom of this particular
13  document, you see there is a date 12-29-2017.
14  A. The screen didn't let me see it, but I believe
15  you.
16  Q. Can you see it now?
17  A. Yes, 12-29.  Yes.
18  Q. What does that reflect?
19  A. That would reflect the time that that report was
20  pulled.
21  Q. So the first column here says, Admin update.
22  What does that show?
23  A. Admin update.  That -- I don't know exactly what
24  that title header means.  The administrators of the

Page 23

1   learning management system, however, are partners
2   through the retail business services.  I suspect that
3   that reflects, was there an update made to that course.
4   Q. Okay.  The next column says, Course code.  What
5   does that show?
6   A. That reflects simply the code that was assigned
7   -- assigned to the corresponding course.  It is a field
8   required in -- administrative field of the back end of
9   the learning management system is to have a course code.
10  Q. And in terms of the letters that appear at the
11  beginning of the course code, so, for example, the first
12  one is HRD all.  Do those have any meaning?
13  A. They do.  HRD represents Hannaford.  All means,
14  all associates.  I don't know what -- the numbers is
15  probably arbitrary.
16  Q. If we go down a few rows, there is one HRDCUS.
17  Do you know what the CUS refers to?
18  A. Customer service.
19  Q. So somewhere there is some guide that explains
20  what all these different codes means.  Is that right?
21  A. I don't know.
22       MR. GLASGOW:  Object to form.
23  A. I've just come to learn it by nature of
24  on-the-job training.  We are great with acronyms and a

Page 24

1   set of acronyms I have just come to learn.  I don't know
2   if there is a form that says what these mean.
3   Q. Do you know how the course codes are assigned to
4   a particular course?
5   A. How they are assigned?  There is a tracking tool
6   -- if I'm going to open a new document or a new course,
7   there is a tracking tool that is a rather substantial
8   Excel document that you highlight the department for
9   which the tool is relevant and it will auto generate,
10  you know, next number in sequence type of thing that is
11  available.
12       The first six letters there represents department
13  so, you know, Hannaford customer service department or
14  content, rather, and so the numbers are auto generated
15  in that tracking tool.
16  Q. The fourth column says course length.  What do
17  the numbers in that column show?
18  A. Those correspond -- I always have to look at the
19  document.  There is -- everything -- any training that
20  is assigned must have a corresponding time associated
21  with it for tracking purposes, and time earned at retail
22  for training to keep track of things.  So that
23  represents how long it takes to complete the content
24  that is in the learning management system.

Page 25

1   Q. And how is it determined what that length is for
2   any particular course?
3   A. Well, if it's an e-learning, as an example, the
4   e-learning literally has minutes, times, where you can
5   look at it as -- you can look at the source file and see
6   how long it takes to run.  It has like a ticker on it
7   that says this course is 20 minutes long or whatnot.  So
8   the course length is assigned that way for e-learning.
9        If the content that is in the course title column
10  is not an e-learning, for example, what we are looking
11  at here, you will see there is a row HRB, HTG 264 the
12  title of that course is alcohol and tobacco, HTG
13  acknowledgement.  The corresponding course length is
14  .08, that is a paper document.
15       That, as an example, is a labor standard amount
16  of time that was assigned to -- we believe it is going
17  to take an associate .08 time to read the document, sign
18  -- digitally sign the document and close out the course.
19  Q. Who actually makes that determination of, in that
20  example, that it would take .08 hours?
21  A. In that example, it is my team together with the
22  Hannaford To Go business partner assigned to the
23  initiative.
24       And it is also based on previous examples.  We

7 (Pages 22 - 25)

1 know from our labor standard partners they would say,
2 yeah, you know, historically when we are asking
3 associates to read a document that is one paragraph in
4 length, we know that a safe bet for time associated with
5 that is .08.
6　　My role would be, Okay, Hannaford To Go, do you
7 think that is fair?  Is there anything special about
8 this content that we should add .25 instead of .08.
9 They say, No, we trust labor standards and your guidance
10 and that sounds great.
11　Q.  When you refer to labor standard partners, who is
12 that?
13　A.  That would be one of the teams that reports to
14 Jeremy Stevens.
15　Q.  What function do they play?
16　A.  They, among other things, although I don't all of
17 what they do -- they help us and they help the stores
18 and our business partners figure out the labor standards
19 associated with all processes in our stores.
20　Q.  When you say "labor standards," what do you mean?
21　A.  The time it takes to do a job safely, correctly,
22 by the standards assigned to -- if it's a compliance
23 action or -- they are labor engineers, if you will, I
24 have also heard them refer to that, labor engineers.

1　Q.  There is a heading on page 1 that says, All store
2 formats.  Do you see that?
3　A.  Yes, sir.
4　Q.  Then if we scroll down on page 9, there is a
5 heading that says, Standard store formats?
6　A.  Yes.
7　Q.  Do you see that?
8　A.  Yes, sir.
9　Q.  What is the distinction there between all store
10 formats and standard store formats?
11　A.  So all store is every store we have in our
12 footprint.  Standard store formats have department
13 mangers.  Market store formats do not.
14　　MR. CHURCHILL:  Let me open another
15 document.
16　　This is going to be -- Lori, our practice in this
17 case has been to continue sequentially with exhibit
18 numbers.  So this is going to be Exhibit 21, which is a
19 new exhibit.
20　　(Document marked as Exhibit No. 21 for
21 identification.)
22　　MR. CHURCHILL:  Ryan, this is the document
23 Hannaford 122378, which I'm sure you have at your
24 fingertips.

1 BY MR. CHURCHILL:
2　Q.  All right.  So, Ms. Ayre, I will kind of page
3 through this so you can see generally what is in here.
4 Do you see it is titled Training guide, bakery sales
5 associates?
6　A.  Yes.
7　Q.  Just to kind of quickly run through the pages, so
8 you have a sense of what is in here.
9　　What is this?
10　A.  The training guide is exactly that.  It is a
11 guide intended to be used for training people in the
12 bakery sales associate role.
13　Q.  Here we see the code is HRDBAK.  Does BAK refer
14 to bakery?
15　A.  Yes.
16　Q.  At the bottom you see the date April 26, 2021?
17　A.  Yes.
18　Q.  Does that refer to the revision date for this
19 particular guide?
20　A.  Correct.
21　Q.  If we go to page 2, there is a section that says,
22 Training objective.  Do you see that?
23　A.  Yes.
24　Q.  Is that a standard part of all the training

1 guides?
2　A.  It is.
3　Q.  Then underneath that there is a section that
4 says, Training prerequisites.  Do you see that?
5　A.  Yes, I do.
6　Q.  Is that also a standard part of any training
7 guide?
8　A.  That section is not, all of that content -- that
9 section is, yes.
10　Q.  Understood.  Then the next section is training
11 contained in the training module and then there is a
12 series of entries that describe the contents.  Do you
13 see that?
14　A.  Correct.
15　Q.  Is that also a standard part of all training
16 guides?
17　A.  It is.
18　Q.  Then there are two columns over to the right in
19 that section.  One for trainee and one for trainer?
20　A.  Correct.
21　Q.  What do the numbers in those two columns reflect?
22　A.  Those reflect the labor standards for the content
23 provided in those days and it is to reflect the guide of
24 time needed to cover that content on day one for a

Page 30

1 trainee, and then the time that a trainer is also the
2 time. Because sometimes there is content that only a
3 trainee will be completing. Such as an instance when
4 they are sitting in front of a training computer
5 completing a required CBT that does not have a
6 corresponding trainer allocated time. That would only
7 be time allocated for the trainee.
8 Q. For example, where it says, Day one intro to
9 Hannaford Power of You general procedures and safety,
10 the expectation is it would take a trainee 4.01 hours to
11 complete that content?
12 A. Correct.
13 Q. Then underneath that there is a section that says
14 additional training required by role. Is that section
15 also a standard part of training guides?
16 A. It is.
17 Q. What is reflected in that section?
18 A. Oftentimes -- so you will see in parentheses it
19 says, May be optional by location.
20     You know, the example I shared moments ago about
21 Hannaford To Go, sometimes our Hannaford To Go locations
22 also have delivery available as a function. So under
23 this additional training required by role would be
24 Hannaford To Go delivery supplement. Something specific

Page 31

1 to -- it would be training only accessed for that
2 location.
3     Additional training required by role, that is an
4 area on the training guide that will often also
5 highlight courses that are only loaded in the learning
6 management system, which would not be optional by role,
7 it would be required by role.
8 Q. Then underneath that there is a section that
9 says, Note to trainers. Do you see that?
10 A. Yes.
11 Q. And it says, The primary training resources
12 within this module are standard practice training aids,
13 SPTAs, and reference documents, REFs. SPTAs are located
14 in training binders and REFs are located on the
15 Hannaford intranet portal.
16     Do you see that?
17 A. Correct.
18 Q. SPTAs, we are going to take a look at in a
19 minute. What are reference documents?
20 A. Reference documents are useful training tools
21 that are -- the literal difference is the template. A
22 standard practice training aid exists in the same
23 template no matter what department or what -- it's a
24 template that is action oriented, step-by-step based.

Page 32

1     Whereas, a reference document also is a branded
2 piece of paper. However, it is not confined to the
3 template limitations of typing. One can provide more of
4 a paragraph structure, it is literally a format. It is
5 not intended to be -- a reference document is not
6 intended to be tied specifically to a technical training
7 document such as a standard practice training is.
8 Q. So using this training guide, for example, if the
9 trainer was going to be looking for a reference document
10 necessary for this training, how would they find that on
11 the portal?
12 A. A reference document would be mentioned in the
13 corresponding section. It is on day three talking about
14 -- I don't know what -- you might be talking about
15 donuts that would need a reference document. But the
16 reference document will be listed inside the training
17 guide by the title. And the trainer can search our
18 portal by title and download and print out the reference
19 document if they decide it is something they need to
20 train that associate on.
21 Q. Okay. Then the next section on page 2 of
22 Exhibit 21 says "revision history".
23     Do you see that?
24 A. Yes.

Page 33

1 Q. Is it fair to say that this reflects the history
2 of when changes were made to this particular guide?
3 A. It does. It is a running section of every guide
4 of every document that we've published, frankly. It
5 captures only the last three edits. That is simply a
6 consequence of space.
7 Q. If we go to page 3, it is a titled underneath the
8 heading day one training tasks. Do you see that?
9 A. Yes.
10 Q. Then there is a description of various training
11 tasks?
12 A. Yes.
13 Q. There's times associated with those different
14 tasks over on the right?
15 A. Yes.
16 Q. There is a section where it says trainee initials
17 and trainer initials.
18     What is the purpose of those columns?
19 A. The purpose of that is to in a paper-based world
20 of training, it is the best way to keep track of where
21 one is in training -- a training guide. The purpose of
22 that is also to invite a conversation between trainer
23 and trainee. Hey, Steve, how are you feeling now that
24 we've covered food safety essentials? Do you understand

Page 34

1 it?  Got any questions?
2     And Steve says, No, I'm good.  I understand it.
3     Okay.  Great.  Let's initial this section and we
4 will move on.
5     Q.  Then if we go to page 4, there is a section that
6 begins day two training tasks.  Is it fair to say that
7 that reflects, as it did with day one, the tasks that
8 are supposed to be covered on that day's training?
9     A.  Yes, that is the -- it is the guide for how to
10 group content.  That is a suggestion for day two.
11    Q.  If we look towards the top of page four, there is
12 an entry that says cutting block, et cetera, SPTA 14118.
13 Do you see that?
14    A.  Yes.
15    Q.  How would the trainer locate that SPTA?
16    A.  Every role has a training guide, the training
17 guide includes every SPTA that's relevant to that role.
18 Those SPTAs appear -- in the order in which they appear
19 in a guide, they appear in training binder.
20    So the training binder will have a tab that says
21 bakery sales associate.  I don't know where we are
22 exactly in this flow.  Let's say the cutting block
23 claiming SPTA is the fourth document that appears in
24 this training guide.  It therefore will be the fourth

Page 35

1 SPTA that appears in the tab of the bakery sales
2 associate training binder.
3     Q.  So the physical binder itself would have the
4 SPTAs in it?
5     A.  Correct.  SPTAs is also on the portal but the
6 guide -- the binder is the physical representation of
7 it.
8     Q.  Then if we go to page 5, the section for day
9 three begins.  Do you see that?
10    A.  Yes.
11    Q.  If we go to the page 6 at the bottom there is a
12 section underneath completion of training.  There is an
13 area there for signatures and dates.  Do you see that?
14    A.  Yes.
15    Q.  So what is the purpose of that section?
16    A.  Twofold.  Keep track of completed training.  It's
17 also -- to have a physical signature invites the
18 conversation.
19    So I'm your trainer, Steve, how is it -- you
20 know, how are you feeling with the content that we
21 covered.
22    I see -- you know, I might -- I will have the
23 guide in my hand.  Often each associate also has their
24 own copy.  It depends on their learning style.  They

Page 36

1 will go through and as your trainer, I will say, Look,
2 we signed everything here.  Do you have any outstanding
3 questions?
4     Steve says, Nope, I have been trained.  I'm so
5 excited to be the best sales associate there ever was.
6     Okay.  Great.  Can I get your signature?
7     You sign it.  And by signing it, you are
8 indicating you have been trained on the content.  You
9 don't have questions.  The trainer is signing, I have
10 trained Steve on this content.  I've got a date.
11    And the department manager is involved to sign
12 off on that as an acknowledgement that their new
13 association has been trained.  That the trainer has
14 completed it.
15    There are occasions when the trainer is also the
16 department manager.  That is simply a reality of
17 staffing.  So sometimes only the department manager, if
18 that person served as the trainer, will sign and the
19 associate is always required to sign.  It is a way of
20 capturing that the training has been completed.
21        MR. CHURCHILL:  Let me now show you what has
22 been marked as Exhibit 22.
23    And, Ryan, this is the document that begins at
24 Hannaford 11330.

Page 37

1        (Document marked as Exhibit No. 22 for
2 identification.)
3 BY MR. CHURCHILL:
4     Q.  And as we see it is a large document it has 492
5 pages.
6     A.  You betcha.
7     Q.  If you go through the first several pages, so you
8 can see what is there.
9     Do you recognize this document?
10    A.  I do.
11    Q.  What is it?
12    A.  This is -- what we're looking at right now is the
13 cover of the SPTA binder for the department of bakery in
14 the Hannaford store.
15    Q.  So would a physical copy of this binder be
16 located in each store?
17    A.  Yes.  Old school, three-ring binder, eight and a
18 half by 11 paper.
19    Q.  If we go to page 5 of the Exhibit, there is a
20 section entitled table of contents, which I assume is a
21 table of contents for the binder.  Is that right?
22    A.  That's correct.
23    Q.  For each entry there is a column that says
24 document number.  Do you see that?

Page 38

1 A. Yes.
2 Q. What does that show?
3 A. The document number is assigned to every piece of
4 paper that is produced for training purposes at
5 Hannaford; it is a way of tracking. The document number
6 is listed on the template. Yeah.
7 Q. The next column says revision date. Is it fair
8 to say that reflects the date that a version in the
9 binder was created?
10 A. Correct. The version of that one document,
11 correct. Yes.
12 Q. So there is an overview section and then there is
13 a section for bakery sales associate. Do you see that?
14 A. Correct. Yes.
15 Q. What is reflected in the section where it says,
16 Bakery sales associate, generally speaking?
17 A. These are the SPTAs that appear inside the
18 training guide for a bakery sales associate.
19 Q. If we go to page 6, there is a section called,
20 Bakery production. Do you see that?
21 A. Correct.
22 Q. What is that showing?
23 A. These are the standard practices that correspond
24 to the bakery production training guide.

Page 39

1 Q. And at the bottom of that page 6, there is a
2 section entitled, Baker?
3 A. Correct.
4 Q. What is that showing?
5 A. Those are showing the standard practices that are
6 assigned to the baker training guide.
7 Q. If we go to the page 8, there is a section bakery
8 service leader. Do you see that?
9 A. Yes.
10 Q. What does that section show?
11 A. Those are the documents that correspond to the
12 bakery service leader training guide.
13 Q. What is a bakery service leader?
14 A. It's a role inside the Hannaford bakery
15 department.
16 Q. I take it from the title it is considered a
17 leadership role?
18    MR. GLASGOW: Objection, form.
19 Q. Is it a leadership role?
20 A. I believe so, yes. It is not -- I don't think it
21 is considered -- actually, I don't know. I've never
22 worked in the bakery department.
23    But based on that hierarchy and the literal word
24 "leader," yes, there is a service leader in the bakery.

Page 40

1 So I would say that is more of a leader than a bakery
2 sales associate.
3 Q. Then there is a section for assistant bakery
4 sales manager. Do you see that?
5 A. Yes.
6 Q. What is that showing in that section?
7 A. That is showing the standard practice training
8 aids assigned to the assistant bakery sales manager
9 guide.
10 Q. So one of the SPTAs in that section, for example,
11 is Kronos labor and productivity weekly calendar. Do
12 you see that?
13 A. Yes.
14 Q. And for that particular SPTA, that is one that
15 was revised -- was last revised per this document on
16 July 2, 2014?
17 A. It looks like it, yes.
18 Q. Then at the bottom of that page 8, there is a
19 section bakery sales manager. Do you see that?
20 A. I do.
21 Q. What is reflected in that section?
22 A. Those are standard practices assigned to the
23 bakery sales manager training.
24 Q. Okay. The rest of this document, I take it, is

Page 41

1 just -- contains each of those sections per the table of
2 contents; right?
3 A. Correct.
4 Q. So going to -- on the exhibit, it's page 335.
5 You can see at the top there, on the Hannaford Bates
6 number it is 11664.
7    So this is a section entitled Kronos labor and
8 productivity weekly calendar.
9    Do you see that?
10 A. Yes.
11 Q. I think you described before there is a standard
12 template for SPTAs?
13 A. Correct.
14 Q. The first section here says purpose. What is
15 that showing?
16 A. Capture the purpose of the document.
17 Q. And then there is a section that says start.
18 What does that mean?
19 A. That captures the likely time frame in which the
20 document or the skills in the document need to be used.
21 Q. The next section says materials. What is that
22 showing?
23 A. Those are materials one would need in order to
24 complete the skills taught in the standard practice

1 training aid.

2 Q. And if we look in the upper right-hand corner.

3 First of all, there is the title of the SPTA Kronos

4 labor and productivity and weekly calendar. Do you see

5 that?

6 A. Correct.

7 Q. Underneath that it says assistant department

8 manager. Do you see that?

9 A. Yes.

10 Q. What is that showing?

11 A. The assistant department manager is what we refer

12 to as the target audience for this document. Meaning

13 they are the most likely to be doing these skills on the

14 daily basis as instructed by this document. It is a

15 requirement that assistant department managers know how

16 to do this.

17 Q. By assistant department manager, does that mean

18 assistant department manager for all departments?

19 A. Yes.

20       MR. GLASGOW: Objection, form.

21 BY MR. CHURCHILL:

22 Q. In other words, this would apply to an assistant

23 department manager in the deli department and to an

24 assistant department manager in a bakery department?

1 A. Correct.

2 Q. Underneath the top section there are two

3 different columns one for actions and one for steps and

4 details?

5 A. Correct.

6 Q. What are those two different sections showing?

7 A. This document every standard practice training

8 aid is set up in a sequential way in which one would be

9 interacting with whatever the skill is of the document.

10     This reflects the very first action, captured in

11 the action column, that one would need to take is called

12 MPP activities, Sunday. The steps to complete it are in

13 the corresponding columns, steps and details.

14 Q. Looking at this particular SPTA, who develops the

15 content within these sections, actions and steps, slash,

16 details?

17 A. So the subject matter expert of what you will

18 see as the title -- which in this case we are looking at

19 a Kronos labor and productivity weekly calendar -- the

20 subject matter expert of Kronos, which is an

21 application, would be responsible for writing the steps

22 of A,B,C,D. And that is -- when I referred earlier to a

23 business partner, that is a business partner.

24     So in this case it would be Kronos. So that is

1 the labor and productivity team would be writing the

2 steps out and steps and details.

3 Q. You used the term a couple of times, I think,

4 "subject matter expert". What do you mean by that,

5 generally?

6 A. Somebody that knows Kronos as an application,

7 literally. Like, they used it. They know the ins and

8 outs of it. They know how to navigate it and open it,

9 and interact with the interface; technical proficiency.

10 Q. If we go to the next page there's more actions

11 and step details. Do you see that?

12 A. Yes.

13 Q. If we go to the third page of this particular

14 SPTA after -- there are ten different actions. And then

15 there is a section that says result. Do you see that?

16 A. Yes.

17 Q. What does that reflect?

18 A. That reflects, hopefully, if all of the actions

19 and steps have been performed, this should be the result

20 that occurs.

21 Q. Okay. Then the final -- the next section says,

22 "task standards". What is that showing?

23 A. That is an iteration of results. It is

24 demonstrating -- it is capturing the tasks associated

1 with this -- in this document it is telling us that the

2 daily activities are completed.

3     So that means that in order for labor and

4 productivity weekly calendar to be successfully

5 completed that daily activities that correspond with

6 that calendar would be completed.

7 Q. Let's look at another example. This is on page

8 473 of Exhibit 22. And it is Bates number 11802.

9     This SPTA is entitled preparing for department

10 assessments. Is that right?

11 A. Yes.

12 Q. And if look at the top right under the title it

13 says department manager, Market-ASM fresh and center.

14     What is that showing?

15 A. That is capturing the target audience for this

16 document are department managers in market stores. And

17 assistant store managers in fresh -- so, fresh and

18 center reflect fresh departments and center store.

19 Q. Looking at this particular SPTA, who would be

20 responsible for developing the contents and the actions

21 and do this column?

22 A. Can you scroll down a bit? This document -- you

23 will see in the lower left-hand corner below the word

24 "Hannaford," it says "Hannaford shared". On occassion

Page 46

1 that might say the name of a department or a function.
2     So the content of this document was created
3 cross-functionally. So while I don't know specifically
4 about this exact document, that header and that lower
5 left-hand corner, tell me that department manager,
6 in-house department operations or merchandising and/or
7 given the topic of this, meaning department assessments,
8 I suspect HR was also a partner in developing the
9 content.
10     And since we've got fresh and center store, there
11 is probably a business partner from fresh operations or
12 merchandising and center store operations and
13 merchandising. And collaboratively they developed the
14 step-by-steps.
15     Q. Okay. Let's look at one more example.
16     So if we go to SPTA entitled, Productivity issue
17 resolution. This is on page 443 of the exhibit and
18 Bates number 11772.
19     So this particular SPTA is directed to all
20 department managers, all assistant store managers, and
21 all store managers; is that correct?
22     A. Correct.
23     Q. At the bottom left-hand corner, it says retail
24 operations. Do you see that?

Page 47

1     A. I do.
2     Q. What does that tell you in terms of who developed
3 the content of this SPTA?
4     A. I don't know about all of the content, but that
5 tells me that this was also a collaborative document.
6 Retail operations, I have mentioned repeatedly with
7 department partners of mine have an operations function
8 as well as a merchandising function.
9     Given the topic here, productivity issue
10 resolution, I suspect the authors of this document could
11 have included HR. A representation of department
12 operations leaders. There is likely also someone from
13 labor and productivity on there, which would be Jeremy's
14 team. It would be a collaborative content development
15 example.
16     Q. How would you find out, if you wanted to find
17 out, who actually did participate in the development of
18 the content of this particular SPTA?
19     A. We develop our standard practices inside a
20 SharePoint site that has a corresponding workflow. So I
21 believe there is a mechanism inside that SharePoint site
22 where you can track which -- where any document travels
23 at any given time.
24     (Document marked as Exhibit No. 23 for

Page 48

1 identification.)
2     MR. CHURCHILL: Okay. I'm showing you what
3 will be Exhibit 23. Begins with Bates number 68768 and
4 it is entitled Meat Standard Practice Training aids.
5 BY MR. CHURCHILL:
6     Q. Do you see this?
7     A. Yes.
8     MR. GLASGOW: Can you say the Bates numbers
9 one more time, please.
10     MR. CHURCHILL: 68768.
11     MR. GLASGOW: Thank you.
12 BY MR. CHURCHILL:
13     Q. And, again, you can see this document has 642
14 pages. Do you see that?
15     A. Yes.
16     Q. And what is this document?
17     A. This is the cover page for the meat department
18 standard practice training aid binder.
19     Q. Just to go down the pages here. There is a
20 overview Meat sales associate. Section for handcrafted,
21 butcher shop, meat cutter. If we keep scrolling down,
22 meat cutter service leader, assistant meat sales
23 manager, and then meat sales manager.
24     Do you see that?

Page 49

1     A. Yes.
2     Q. This meat department SPTA is structured in the
3 same way as the bakery one; is that fair to say?
4     MR. GLASGOW: Objection, form.
5     Q. Obviously there is different content, some of the
6 content is different but it is structured the same way.
7     A. It is structured the same way in that every
8 binder begins with the most junior role in the
9 department and then it, by tabs, will go up in role
10 responsibilities. Someone who is a meat cutter has
11 different responsibilities than the sales associate, so
12 to speak.
13     Q. So the last -- as you just said, in the bakery
14 one that is Exhibit 22, if we look at that. It ends in
15 the table of contents with bakery sales manager?
16     A. Yes.
17     Q. In Exhibit 23, which is the meat department, one
18 it ends with the meat sales manager?
19     A. Correct.
20     Q. Each department would have a binder like this.
21 Is that fair to say?
22     A. That is fair to say. Every department has a
23 binder that reflects the roles in that department.
24     MR. CHURCHILL: I'm showing you what we are

13 (Pages 46 - 49)

Page 50

1  marking as Exhibit 24, which is Bates number 122431.
2      (Document marked as Exhibit No. 24 for
3  identification.)
4  BY MR. CHURCHILL:
5      Q.  As you can see, this is a seven-page document.
6      A.  Yes.
7      Q.  Just to scroll down, so you can see the pages.
8  So what is this document?
9      A.  This captures -- this is the training guide
10 reflective of skills needed for the bakery service
11 leader.
12     Q.  And if we go to page 2 in the area where it says,
13 training prerequisite, there is a prerequisite of the
14 baker training guide.
15     Do you see that?
16     A.  Correct.
17     Q.  The requirement, is that before the associate
18 goes through this training, they will have gone through
19 the bakery training guide?
20     A.  Correct.
21     Q.  Then where it says additional training on Page 2,
22 there's two different items listed.  Introduction to
23 leadership skills, slash, hourly supervisor.  And then
24 Hannaford leadership level 100.  Do you see that?

Page 51

1      A.  I do.
2      Q.  I think I didn't ask about this on the prior
3  training guide.  But the last page is the section
4  entitled trainee questionnaire.
5      A.  Yes.
6      Q.  What is the purpose of this page?
7      A.  The purpose of this is to provide trainees with
8  an additional form to capture their feedback on their
9  training.
10     Q.  Do the trainee questionnaires go anywhere?
11     A.  If they are completed, they go into the
12 associate's personnel file and they are to come to my
13 department.
14     Q.  What does your department do with them?
15     A.  Well, I've never seen this come to our
16 department.  Presumably if we did have them based on the
17 nature of these questions, if they were all -- if a
18 trainee questionnaire came in with very poor numbers
19 here, disagree, I think it was awful, poor, I would
20 share that feedback with the business owner of the
21 content.
22     So if I got this training questionnaire in for
23 the document that we are looking at, which is the bakery
24 guide, I would share it with the bakery operations and

Page 52

1  merchandising leadership internally and invite a
2  conversation, say, Wow, we got some negative feedback.
3  What do you guys think we should do about that?
4      MR. CHURCHILL:  Let me show you what was
5  previously marked as Exhibit 12.  This is -- sorry about
6  that.  This is a document labeled -- that starts with
7  Bates number 84952.  It is a seven-page document.
8  BY MR. CHURCHILL:
9      Q.  Just scroll down.
10     Do you recognize this document?
11     A.  Yes.
12     Q.  What is it?
13     A.  It is the script developed to support new
14 supervisor introduction to leadership role and skills
15 training.
16     Q.  Does each training have a script?
17     A.  No.
18     Q.  Some trainings do and some don't?
19     A.  Correct.
20     Q.  How is it determined which trainings have a
21 script and which ones don't?
22     A.  The majority of our training is facilitated by
23 the training guide.  The training guide reflects
24 technical skills needed to complete a job, a role.

Page 53

1  Those technical skills are not ones that are expected
2  nor prescribed be presented in a formulaic fashion.
3  This what we are looking at captures -- this, what we
4  are looking at, did warrant a script.  Although I was
5  not the one who created this.  I am imagining that this
6  is reflective of more soft skills that are from a
7  learner's point of view better delivered with a
8  supporting script.
9      Not everybody -- we have varying levels of skill
10 sets of trainers so oftentimes more soft skill focus
11 work is better supported by a training script, which is
12 similar to our guides, however, in that its intention is
13 to provide a framework, guardrails, guiding principles
14 to lead this training.
15     MR. CHURCHILL:  Let me show you now what we
16 are going to mark as Exhibit 25.  This is a four-page
17 document, and it begins with Bates number 122369.  And
18 it is entitled training module Hannaford leadership
19 level 100.
20     (Document marked as Exhibit No. 25 for
21 identification.)
22 BY MR. CHURCHILL:
23     Q.  What is this document?
24     A.  A training module is a topic specific set of

14 (Pages 50 - 53)

Page 54

1 skills that are assigned to a role. This one that we
2 are looking at is for the Hannaford leadership level
3 100, which would go -- it will tell you the target
4 audience. It goes to --
5    Q. Tell me if you want me to go somewhere.
6    A. It is -- I'm just looking for the actual target
7 audience. So depending upon the role, which it will say
8 inside the training guide, it would say Hannaford
9 leadership level 100 needed. This would contain the
10 content for that.
11       So Hannaford level -- leadership level 100 goes
12 to a certain set of roles that's defined inside the
13 training guides.
14    Q. So a module is something that would be subsumed
15 within a guide?
16    A. Yes. It would can referenced in a guide as a
17 required tool.
18    Q. Got it.
19       MR. CHURCHILL: Let me show you what we will
20 mark as Exhibit 26. This is a four-page document
21 beginning with Bates 122407.
22       (Document marked as Exhibit No. 26 for
23 identification.)
24 BY MR. CHURCHILL:

Page 55

1    Q. So this is the same basically as Exhibit 25 only
2 this is for level 200 as opposed to level 100?
3    A. Correct.
4    Q. In fact, if we go to the page 2, under training
5 prerequisites it says you should have already done the
6 Hannaford leadership level 100; correct?
7    A. Correct.
8    Q. According to page 2, this particular module
9 should take a trainee 3.58 hours to complete?
10    A. Yes. That's the guide to that, correct.
11       MR. CHURCHILL: I show you now what has been
12 marked as Exhibit 27, which is a six-page document. It
13 begins with Bates 122357.
14       (Document marked as Exhibit No. 27 for
15 identification.)
16 BY MR. CHURCHILL:
17    Q. What is this document?
18    A. This is the training guide that captures the
19 required standard practice training aids for skills
20 needed of an assistant bakery sales manager.
21    Q. If we go to page 2, it indicates as the
22 prerequisite that the person should have already done
23 the bakery service leader training guide?
24    A. Correct.

Page 56

1    Q. Then for additional training below the two items
2 are Kronos scheduler training module and assistant
3 bakery manager training supplement for H2020 locations?
4    A. Yes.
5    Q. What are H2020 locations?
6    A. H2020 were part of the -- it occurred prior to my
7 arrival at Hannaford. There was a reorganization and
8 structure work done that led to, as I understand it,
9 some of the thinking behind the market store formation.
10       MR. CHURCHILL: This is going to be
11 Exhibit 28, which is a five-page document that begins
12 with Bates number 122373.
13       (Document marked as Exhibit No. 28 for
14 identification.)
15 BY MR. CHURCHILL:
16    Q. It looks like it says training module, Kronos
17 scheduling. Do you see that?
18    A. Yes.
19    Q. What is this document?
20    A. This contains the training information needed for
21 one to learn the skills associated with Kronos scheduling.
22    Q. Go to page 3. The first section there says
23 forecasting. Do you see that?
24    A. Yes.

Page 57

1    Q. Then within that there's -- actually there's an
2 example of a reference document. Do you see that
3 reference 15077?
4    A. Yes.
5    Q. That is one that one could find on the intranet?
6    A. Yes. And depending -- it may very well be
7 contained in the printed binder as well. All of the
8 documents are on the portal, SPTA, as well. So
9 reference documents typically are ones that are on the
10 portal only. An exception to that, I know of firsthand,
11 is Hannaford To Go. Hannaford To Go does have many
12 reference documents that are contained in the physical
13 binder.
14    Q. Let me show you what has previously been marked
15 Exhibit 13. This is a nine-page document that begins
16 with Bates number 11927.
17       Do you see that?
18    A. Yes.
19    Q. What is this document?
20    A. This is a training guide capturing the skills
21 needed and list of SPTAs for bakery sales manager.
22    Q. And if we go to Page 2 under prerequisites, what
23 is listed as assistant bakery sales manager training
24 guide, do you see that?

Page 58

1    A. Yes.
2    Q. As we saw before, in order to do the assistant
3  bakery sales manager training guide, a person would have
4  had to do an earlier training.  Right?
5        So what is listed here may not reflect all the
6  prior trainings that somebody had.  But at a minimum,
7  they have to have taken what is listed here?
8    A. That's correct.
9        MR. CHURCHILL:  Let me show you what we will
10  mark as Exhibit 29.  This is a seven-page document that
11  begins with Bates number 37422.
12        (Document marked as Exhibit No. 29 for
13  identification.)
14  BY MR. CHURCHILL:
15    Q. What is this document.
16    A. This is the training guide capturing the skills
17  needed for one to become a deli sales manager or one to
18  be trained on.
19    Q. If we look at page 2 of the training
20  prerequisite, is that the person will have already done
21  the assistant deli manager training guide?
22    A. Correct.
23    Q. Under additional training, it looks like there
24  are four different ones, intro to leadership skills,

Page 59

1  slash, salaried manager.  And then three other types
2  training.  Do you see that?
3    A. Yes.
4    Q. If we go back to Exhibit 13, which was the bakery
5  sales manager training guide.  Under additional
6  training, again there is the intro to leadership skills,
7  slash, salaried manager.  And then three other items.
8        Do you see that?
9    A. Yes.
10    Q. What this tells us is that the introduction to
11  leadership skills, slash, salaried manager is training
12  that should take one hour?
13    A. That is what is provided for that training,
14  correct.
15    Q. So I will --
16        MR. GLASGOW:  Steve, we have been going
17  about an hour and a half.  Can we talk about a break and
18  whether it ought to be a lunch break versus a short one?
19        MR. CHURCHILL:  Yeah.  Let me quickly do
20  this document.
21        MR. GLASGOW:  Okay.
22        (Document marked as Exhibit No. 30 for
23  identification.)
24        MR. CHURCHILL:  Exhibit 30 is a six-page

Page 60

1  document.  It begins with Bates number 122363.
2  BY MR. CHURCHILL:
3    Q. This appears to be the training guide for
4  introduction to leadership skills that was just
5  referenced.  Do you agree with that?
6    A. Yes.
7    Q. Okay.
8        MR. CHURCHILL:  That's all I was going to
9  ask about that document.  We can take a short break.  I
10  don't have many more documents to go over.  Once I'm
11  done with the documents, I'm pretty much going to be
12  done.  Why don't we take ten minutes and then come back
13  and finish up.
14        (Break in the proceedings.)
15  BY MR. CHURCHILL:
16    Q. Ms. Ayre, going back to what we were just looking
17  at, Exhibit 30 on the first page, the code for this
18  training guide is HRD IST 964.  Do you see that?
19    A. Yes.
20    Q. What does IST stand for?
21    A. That is the one that I always have to look up.  I
22  don't remember.
23    Q. Do you know like without knowing exactly what it
24  means like what area or department it refers to?

Page 61

1    A. It is likely something about in-store training or
2  something like that.
3    Q. Who are the subject matter experts that would be
4  responsible for putting this training guide together?
5    A. It depends on the topic.
6    Q. For this particular training guide?
7    A. Yes, I understand.  Inside this it likely has
8  specific topics.  Okay.  Here we go.
9        So based on the training content, if you scroll
10  up a little bit more, these are determined by HR likely
11  at a global level.  These are considered compliance
12  based training.  These are items underneath
13  prerequisites, training definition and responsibilities
14  and effective supervisor.  I don't know the specific
15  tools that we are going to see on page two, off the top
16  of my head.  Based on that title it is likely a
17  combination of HR.
18        Yeah, that does look like a lot of HR, associated
19  relations, associated specialists.  That's a lot of HR
20  related content.
21        That would be considered the subject matter
22  expert for that.  And there is AR specialist contact
23  info, SPTA motivating associates.  This would have been
24  developed cross-functionally.

16 (Pages 58 - 61)

Page 62

1   Based on looking at that content, I can tell HR
2  was involved.  There's likely leaders from operations
3  that would have been involved in the upfront discussion.
4  There was likely the time in which this particular
5  training was developed.  I imagine there was some
6  institutional knowledge from my team that was brought to
7  the table, I suspect.  Although it wouldn't have been
8  myself or my team that is assembled now it was in a
9  previous team.
10   I know this particular training has been around
11  for a while.  The institutional knowledge I mean they
12  probably -- retail training would have said, Hey, let's
13  not forget leave of absence policy.  And HR business
14  partner said that's right.  It's a checks and balance
15  system.  We have multiple eyes on any given document
16  before it's shared with retail.
17   Q.  Okay.  I don't want to interrupt you if you are
18  not done.  If you are done --
19   A.  Yes.  Thank you.
20   Q.  All right.  Let me show you now what we are going
21  to mark as Exhibit 31.  This is a spreadsheet so I will
22  have to share a different screen.
23   (Document marked Exhibit No. 31 for
24  identification.)

Page 63

1   MR. CHURCHILL:  While we are waiting for
2  Microsoft to verify whatever it has to verify -- let me
3  go ahead and show you 32, which is another PDF.  We will
4  come back to 31.
5   (Document marked Exhibit No. 32 for
6  identification.)
7   THE WITNESS:  Okay.
8   Q.  32 is a one-page document.  It is Bates number
9  96517.  Do you recognize the form of this document?
10   A.  Yes.
11   Q.  What is this?
12   A.  This is a readout from our learning management
13  system on essentially incomplete training.  So exception
14  reports, what has not been completed in the northern
15  division.  I don't know what priorities one, two, three,
16  four, five stand for.
17   Q.  So this -- at the top it says VTA report.  Do you
18  see that?
19   A.  Yeah.  VTA is the administrative side of our
20  previous learning management system called RISC,
21  R-I-S-C.  VTA is the administrative side of that.
22   Q.  With OMS, is there the ability to generate the
23  same kind of exception report?
24   A.  Yes.  At a store level, associate relations

Page 64

1  manager in our previous learning management system had
2  access to run reports.  Department managers also had the
3  ability to run reports.
4   Q.  The date at the top here is 7-23-18.  That
5  reflects when the report was generated?
6   A.  That's correct.
7   Q.  The entries seem to be self-explanatory.
8   So course code shows the course code that you
9  talked about before?
10   A.  Correct.
11   Q.  The title is the title of the training; right?
12   A.  Correct.
13   Q.  What is requirement type?
14   A.  Requirement type that looks like this report
15  captures the -- I'm already engrossed in our new tool.
16  This report -- this column reflects the target audience
17  for whom that course is required.  So job title is a --
18  that is job code 286.  I don't know what that represents
19  off the top of my head.  Each of our roles has a job
20  code.  So job title 286 is assigned internal leadership
21  skills, hourly supervisor skills.
22   Q.  Then underneath in the second row it says, Team
23  HRD food policy new hires.  Is that describing what
24  category of people are supposed to take that training?

Page 65

1   A.  That's correct.  That previous learning
2  management system the vernacular used "team" to capture
3  a group of job codes that was required for a certain
4  content.
5   Q.  Then the next column shows priority but you are
6  not sure what the numbers mean?
7   A.  Instinctively, I can read priority one would mean
8  you got to get it done sooner than a priority three.
9  I've never seen priority one, two, three, four, five in
10  a corresponding training guide.  That wouldn't be set up
11  that way.  The guide is more a guide.  The guide of what
12  the content that needs to be covered.  So I don't know
13  priorities one, two, three, four, five.
14   Q.  The column over to the right of that due date,
15  that reflects the date that the training should have
16  been completed by?
17   A.  Correct.
18   Q.  Are these reports generated and used by any
19  position in the ordinary course of business?
20   A.  Yes.  The department managers generally check in
21  with their store associate relations manager.  And if
22  the associate relations manager isn't doing it
23  proactively, they check in between those roles to say,
24  How is the training coming along in said department.  It

17 (Pages 62 - 65)

1 is a litmus test of, How are we doing?  Do we have any
2 gaps?  Are we -- do we have a hundred percent complete?
3 How are we doing?
4      Q.  If there is an employee or an associate who has
5 not completed the training that they should have
6 completed, what is supposed to happen?
7      A.  That training will be -- particularly if it is a
8 compliance-based training like the food safety and food
9 defense policy, intuitively I can understand why
10 priority one would be assigned to it.  We're a
11 food-based company.  That is something that is overseen
12 by OSHA.
13      If this individual Caleb Amaral is overdue with
14 their food safety then the associate relations manager
15 -- if the department manager hasn't run the report
16 themselves, the associate relations manager will tap the
17 department manager and say, Hey, I notice you've got --
18 I notice Caleb is not done with that.
19      And the department manager, if they are not doing
20 it proactively, would check in with Caleb and say,
21 You've got to go do -- this -- that particular one, food
22 safety, food safety defense, is contained within the
23 learning management system.  So the department manager
24 would say, Hey, Caleb, gotta go -- gotta go get that

1 done.
2      MR. CHURCHILL:  Let me now share Exhibit 31.
3 This is an Excel spreadsheet.  It was Bates
4 labeled 91192.
5      THE WITNESS:  Okay.
6 BY MR. CHURCHILL:
7      Q.  So this is a spreadsheet that was labeled Bates
8 number 91192.
9      Do you recognize the document?
10      A.  Not this specific document but I do know how this
11 can be pulled.
12      Q.  Do you know what system this comes from?
13      A.  This would have -- appears to have come from our
14 learning management system.
15      Q.  Okay.  This appears to be, and correct me if I'm
16 wrong, a summary of all the trainings that Judith Prinzo
17 has taken?
18      A.  Correct.
19      Q.  So you generate that kind of report for any
20 associate?
21      A.  Yes.
22      Q.  And it looks like the columns are pretty
23 self-explanatory.  The column to the far right where it
24 says comp date, that shows the date and time that the

1 training was completed?
2      A.  Comp date.  Completion date, yes.
3      Q.  The column to the left of that is Sess hours.
4 That shows how long the training was?
5      A.  That comes from that column -- gosh, that was
6 like course time.  That is not necessarily how long it
7 took Ms. Prinzo took to complete the national exam, it
8 just means that's the allotted time for that exam.
9      MR. CHURCHILL:  Let me show you what has
10 been marked as Exhibit 33.
11      (Document marked as Exhibit No. 33 for
12 identification.)
13 BY MR. CHURCHILL:
14      Q.  So this is a seven-page document entitled Hiring
15 Tool Kit.  Do you see that?
16      A.  Yes.
17      Q.  Is this something that your department prepares?
18      A.  Administratively.  We likely -- although I would
19 have to look at the document number to verify that a
20 hundred percent.  Sometimes our marketing partners
21 prepare a document.  They don't write the content.  They
22 will prepare the document.
23      Yes, so this be would a document that has --
24 content subject matter expert is likely our recruiting

1 HR function.  Looks like this is probably a well-loved
2 document, it appears because they are referencing Deli
3 Americas in here which we don't often talk about that
4 anymore.
5      Yeah, so this -- okay.  This would likely have
6 been created by -- could have been somebody from Delis
7 USA sending it down to our HR partners.  And my
8 department's role, if we helped assemble the content, it
9 would have been administratively assembling it into a
10 printer friendly format and then working with our print
11 vendor to get it printed and out to stores.
12      Q.  So just at a basic level, do you know one way or
13 the other if this is something that your department was
14 involved with?
15      A.  No, I don't know exactly.
16      MR. CHURCHILL:  Let me show you what we will
17 mark as Exhibit 34.  This is a 16-page document that
18 begins with 848954.  It is entitled New hire orientation
19 store tour script.
20      THE WITNESS:  Yes.
21      (Document marked as Exhibit No. 34 for
22 identification.)
23 BY MR. CHURCHILL:
24      Q.  What is this document?

18 (Pages 66 - 69)

Page 70

1   A.  This is something used to help guide the new hire
2  orientation when new hires join Hannaford, among the
3  things that they all receive is a guided store tour.  So
4  this would be the guided script for whomever it is that
5  is leading the store tour of the new hires.
6   Q.  Is this something that your department prepares.
7   A.  Administratively, yes.  But I can see in the
8  lower left-hand corner the subject matter expert for
9  this content is our associate relations team, which is a
10 part of HR.  But it has got a document number that is a
11 -- Document number 9099 that would correspond with a
12 department series of documents that are contained in the
13 retail training server.
14      So the retail training department served as the
15 Sherpa.  We took the content.  Put it in a format and
16 got it to a print vendor.
17   Q.  In response to the prior exhibit, I believe, it
18 sounded like you said it was a well-loved document?
19   A.  Yes.  By that I mean it has been around a long
20 time.  I thought there was also a corresponding date on
21 that that looks like this date, 2014.  Been around a
22 while.
23   Q.  You meant it had been around for a long time?
24   A.  Yes, been around for a long time.

Page 71

1      MR. CHURCHILL:  All right.  I don't have any
2  further questions.
3      MR. GLASGOW:  I don't have any, either.  We
4  will read and sign the transcript once it is ready.
5      (Time noted 1:05 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 72

1      COMMONWEALTH OF MASSACHUSETTS
2  COUNTY OF SUFFOLK, SS.
3      I, Lori J. Atkinson, Professional Court Reporter
4  and Notary Public duly and qualified in and for the
5  State of Massachusetts do hereby certify that the
6  foregoing transcript is a true and correct transcript of
7  my original stenographic notes.
8  I further certify that I am neither an attorney or
9  counsel for, nor related to or employed by any of the
10 parties to the action in which this deposition is taken;
11 and furthermore, that I am not a relative or employee of
12 any attorney or counsel employed by the parties hereto
13 or financially interested in the action.
14 IN WITNESS THEREOF, I have hereunto
15 Set my hand and affixed my Notarial Seal this 5th day of
16 January, 2022.
17
18      _Lori J. Atkinson_
19      LORI J. ATKINSON
20      NOTARY PUBLIC
21
      ***PLEASE NOTE***
22 THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT
   APPLY TO ANY REPRODUCTION AND/OR DISTRIBUTION OF THE
23 SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
   SUPERVISION OF THE CERTIFYING COURT REPORTER.
24

Page 73

1 DEPOSITION ERRATA SHEET
2 Case Caption:  PRINZO vs. HANNAFORD
3 Deponent: KIMBERLY L. AYRE
4 Deposition Date December 17, 2021
5      To the Reporter:
6 I have read the entire transcript of my Deposition taken
7 in the captioned matter or the same has been read to me.
8 I request that the following changes be entered upon the
9 record for the reasons indicated.  I have signed my name
10 to the Errata Sheet and the appropriate Certificate and
11 authorize you to attach both to the original transcript.
12 Page No.      Line No.      Change to
13
14 Reason for change:
15 Page No.      Line No.      Change to
16
17 Reason for change:
18 Page No.      Line No.      Change to
19
20 Reason for change:
21 Page No.      Line No.      Change to
22
23 Reason for change:
24

Page 74

1 Deposition of KIMBERLY L. AYRE

2 Page No.        Line No.        Change to

3

4 Reason for change:

5 Page No.        Line No.        Change to

6

7 Reason for change:

8 Page No.        Line No.        Change to

9

10 Reason for change:

11 Page No.        Line No.        Change to

12

13 Reason for change:

14 Page No.        Line No.        Change to

15

16 Reason for change:

17 Page No.        Line No.        Change to

18

19 Reason for change:

20 Page No.        Line No.        Change to

21

22 Reason for change:

23

24 SIGNATURE:            DATE:_____

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.