

# Bakery Standard Practice Training Aids

HANNAFORD

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER           Hannaford_000011330

EXHIBIT 22

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000011331



# Bakery Standard Practice Training Aids

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000011333

# Table of Contents
# Bakery Standard Practice Training Aids
# Standard Format



| | Doc # | Revision Date |
|---|---|---|
| **Overview** | | |
| What is a Standard Practice Training Aid? | 13133 | 09/21/12 |
| What is a Training Guide/Module? | 13241 | 09/20/16 |
| **Bakery Sales Associate** | | |
| Cutting Block (Protop) Cleaning | 14118 | 02/27/20 |
| Deli, Bakery, Kitchen, Produce, Seafood - Floor and Drain Cleaning | 14139 | 02/12/20 |
| Case Cleaning – Bakery and Deli | 14129 | 01/27/14 |
| Code Date Procedures | 4007 | 03/12/12 |
| Automated Production Record | 4238 | 09/10/12 |
| Bakery Packaged Food Waste Program | 17004-2 | 02/19/20 |
| Manual Pallet Jack Operation | 1039 | 04/30/12 |
| Knife Safety | 14025 | 10/14/13 |
| Baker Safety | 14028 | 03/06/13 |
| Sweep and Mop Fresh Cooler Floor | 13226 | 02/27/20 |
| Deep Clean Fresh Cooler M/Q | 13227 | 02/25/20 |
| Packaged Garlic Spread | 4171 | 09/28/20 |
| Coffee - Keurig Brewing | 4073 | 03/12/12 |
| Coffee – Keurig Brewer Cleaning | 4071 | 03/12/12 |
| Coffee - Basic Brewer Cleaning | 4028 | 03/12/12 |
| Load Procedures | 4014 | 11/05/18 |
| Opening and Closing Procedures | 4237 | 02/06/20 |
| My/Mo Mochi (select stores only) | 4962 | 04/23/21 |
| Thaw and Sell Items | 4352 | 03/12/12 |
| Rolls - Pretzel Buns | 4725 | 09/28/20 |
| Cookie – Take and Bake | 4724 | 09/28/20 |
| Cookies – Molasses | 4848 | 09/28/20 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     Hannaford_000011334

|  | Doc # | Revision Date |
|---|---|---|
| Cookies – Decorating Kit | 4919 | 09/28/20 |
| Using the RF Hand Held Unit Safely | 14102 | 06/01/11 |
| Bread Slicing | 4305 | 06/06/17 |
| Farmer's Bread | 4788 | 09/28/20 |
| Donut Icing Warming (Double Boiler) | 4338 | 05/25/15 |
| Donut Icing Warming (Microwave) | 4331 | 05/25/15 |
| Bulk Production Records | 4354 | 09/20/16 |
| Writing On A Cake | 4692 | 04/03/15 |
| Crème Rolls – 2 Pack | 4845 | 06/06/17 |
| Brownies in a Bag | 4734 | 09/28/20 |
| Ooey Gooey Brownies Candy Topped | 4735 | 09/28/20 |
| Ooey Gooey Brownies Triple Chocolate | 4737 | 09/28/20 |
| Ooey Gooey Brownies Peanut Butter Fudge | 4739 | 09/28/20 |
| Muffins/Donuts – Filled with Machine or Pastry Bag | 4165 | 09/28/20 |
| Bakery Clean Up | 4001 | 04/26/21 |
| **Bakery Production** | | |
| Filled Cookies 8 Pack | 4846 | 09/28/20 |
| Cookie – Gourmet | 4075 | 02/03/21 |
| Cookie Tubs | 4721 | 09/28/20 |
| Cookies – Nature's Promise Crispy | 4847 | 11/30/20 |
| Rolls – Crusty | 4332 | 09/28/20 |
| Bread – Crusty | 4087 | 09/28/20 |
| Bread – Nature's Promise Artisan | 4140 | 02/25/21 |
| Nature's Place - Bagels | 4226 | 09/13/18 |
| Donuts – Finished | 4113 | 11/15/17 |
| Glazed Donuts and Donut Holes | 4130 | 09/28/20 |
| Muffin Tops | 4163 | 04/25/16 |
| Muffins | 4164 | 09/28/20 |
| Pies - 9 Inch Taste of Inspiration | 4343 | 09/28/20 |
| Pies – Nature's Promise Rustic Tarts | 4924 | 09/28/20 |
| **Baker** | | |
| Bread – Jumbo Loaf | 4152 | 09/28/20 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Hannaford_000011335

| | Doc # | Revision Date |
|---|---|---|
| Bread – Italian Regular | 4147 | 09/28/20 |
| Bread – Everything and Sesame Italian | 4146 | 09/28/20 |
| Bread - Italian Mini | 4145 | 09/28/20 |
| Bread - Garlic and Mini Garlic | 4129 | 09/28/20 |
| Turnovers | 4214 | 09/28/20 |
| Bread - Portuguese | 4179 | 09/28/20 |
| Danish (Crown) | 4096 | 03/12/12 |
| Breakfast - Strudel Bites | 4204 | 09/28/20 |
| Croissant (All Butter Mini) | 4084 | 09/28/20 |
| Croissants (All Butter Regular) | 4086 | 09/28/20 |
| Croissant – (Chocolate for Bulk Case) | 4865 | 06/15/15 |
| Cinnamon Rolls – Gourmet | 4070 | 09/28/20 |
| Petite Cinnamon Buns | 4177 | 09/28/20 |
| Nature's Promise Biscuits – Layered Butter and Blueberry | 4928 | 09/28/20 |
| Cookie – Double Chocolate Chunk | 4074 | 03/12/12 |
| Bread - Italian Pull Apart Loaf | 4149 | 09/28/20 |
| Bread - Italian Pull Apart Round | 4229 | 09/28/20 |
| Bread – French | 4123 | 09/28/20 |
| Bread – Mini Boule | 4776 | 09/28/20 |
| Bread – Asiago Focaccia | 4228 | 09/28/20 |
| Bread – 2 Pack Pan Sobao | 4957 | 12/09/19 |
| Bread – 4 Pack Artisan Ciabatta | 4849 | 01/11/16 |
| Bread – 4 Pack Parisian Sub | 4852 | 09/28/20 |
| Bread - Classic Focaccia | 4119 | 09/28/20 |
| Bread - Garlic Focaccia | 4227 | 09/28/20 |
| Bread - Old Fashioned White | 4170 | 09/28/20 |
| Bread – Pepperoni Party | 4411 | 09/28/20 |
| Bread - Bacon Party Bread | 4843 | 09/28/20 |
| Vieira's Bulk Rolls | 4219 | 11/07/18 |
| Rolls - Wheat Dinner | 4220 | 09/28/20 |
| Rolls - Italian Dinner | 4148 | 09/28/20 |
| Rolls - Mini Bulkie | 4157 | 09/28/20 |
| Rolls - Butter and Egg | 4041 | 09/28/20 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        Hannaford_000011336

|  | Doc # | Revision Date |
|---|---|---|
| Rolls - Snowflake | 4191 | 09/28/20 |
| Rolls - Egg Knot (Loose) | 4312 | 09/28/20 |
| Rolls - Egg Knot (Round) | 4386 | 09/28/20 |
| **Bakery Service Leader** | | |
| Scan Out Shrink | 1239 | 12/03/18 |
| Merchandising - Bakery | 4015 | 02/20/18 |
| Merchandising: Cross Merchandising Total Store | 1025 | 03/05/20 |
| Rewrap Mode HTI Scale | 13281 | 10/11/17 |
| Reverse Production Procedures | 13283 | 10/24/17 |
| Deli/Bakery Price Changes | 5160 A | 03/22/12 |
| Cakes – Special Order PLU | 4034 | 11/10/17 |
| Rebooting Handheld Unit | 13170 | 10/31/12 |
| DSD - RF Handheld Unit Troubleshooting | 13093 | 04/25/16 |
| Cakes – Deco Pac Inventory and Receiving | 4304 | 09/19/17 |
| **Assistant Bakery Sales Manager** | | |
| P-Touching Fixtures | 4395 A | 06/06/17 |
| Signs – Bakery | 4396 | 04/26/21 |
| Local – Bakery Merchandising | 4891 | 10/27/17 |
| Store Recap | 1257 | 06/12/18 |
| Bakery Communication Board | 4008 | 10/24/17 |
| Product Markdowns | 13180 | 09/20/16 |
| Food Bank Donations | 13137 | 02/24/20 |
| Review of MPA Packet | 18010 | 06/27/18 |
| Kronos - Labor & Productivity Weekly Calendar | 18009 | 07/02/14 |
| Planogram – JDA Access and Printing | 1304 | 06/12/18 |
| Product Quality Feedback | 13212 | 04/24/20 |
| Total Store Donation ACIS Accounting Procedures | 13074 | 10/24/17 |
| RISJ111R-R10 Review | 1275 | 01/10/17 |
| Bakery DSD Receiving | 4859 | 04/03/18 |
| Country Kitchen | 4236 | 10/24/17 |
| Equipment – SuperSoak Tank | 14106 | 03/03/20 |
| **Bakery Sales Manager** | | |
| Compactor Safety and Signage | 14039 | 06/01/11 |

Revised: 05/26/2021                                                                 Page 4 of 5

|  | Doc # | Revision Date |
|---|---|---|
| Electrical/Mechanical Room Maintenance | 14058 | 06/02/11 |
| Food Safety Protocol – Maintenance Work | 14141 | 02/17/16 |
| Email – Outlook Web Application (OWA) SSO | 13195 | 09/25/14 |
| Self Service Ticketing | 13147 | 11/07/17 |
| Service Catalog Request | 13232 | 01/18/17 |
| Office Depot – Ordering Supplies | 13280 | 10/24/17 |
| Hubert – Ordering Supplies | 13219 | 03/27/14 |
| Paper Shredders | 13196 | 09/19/12 |
| Printing - Copying and Faxing | 13153 | 01/10/12 |
| Printing - Confidential - Lexmark X65 | 13154 | 06/28/19 |
| Printing - Changing the T-Series Toner Cartridge | 13155 | 08/12/13 |
| Printing – Changing the E-Series Toner Cartridge | 13189 | 08/12/13 |
| Printing – Clearing Printer Jams – Lexmark X65 Series | 13187 | 08/01/12 |
| Department Weekly Communication Notes | 13144 | 08/21/13 |
| Deterring Suspected Shoplifters | 22056 | 12/10/18 |
| Local – Guest Demo | 8137 | 05/21/19 |
| Productivity Issue Resolution | 13122 | 04/25/16 |
| Store to Store/DC Transfer Process | 14148 | 07/18/18 |
| ACIS Problem Identification/Resolution | 13103 | 04/25/16 |
| Scale Refresh - Reload | 13265 | 09/14/16 |
| Interscale Price Changes | 13261 | 02/26/20 |
| Interscale – Production Reports | 13268 | 01/21/20 |
| Retail Purchasing Agent (RPA) | 13193 | 04/23/21 |
| Preparing for Department Assessments | 13121 | 06/06/17 |
| Fire Safety | 14048 | 06/12/18 |
| Fire Hazards and Unsafe Conditions | 14049 | 07/10/18 |
| Forklift/Walkie Stacker and Power Jacks | 14052 | 06/12/18 |
| Review Over/Under Report – Fresh | 1273 | 10/13/16 |
| Storm Inventory Loss Reporting | 13206 | 06/01/14 |
| Responding to Fresh Inventory Results | 12062 | 03/04/20 |

Revised: 05/26/2021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000011338

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000011339

# Kronos - Labor & Productivity Weekly Calendar

| | |
|---|---|
| **Purpose** | Daily activities within the Labor & Productivity Weekly Calendar are completed |
| **Start** | Daily |
| **Materials** | • Weekly Calendar                    • N/A |

| Actions: | Steps / Details: |
|---|---|
| 1. MPP Activities - Sunday | a. Compare Time and Attendance to the schedule to identify missing or additional hours, any corrections needed should be submitted to the Associate Relations Manager<br><br>b. Saturday's actual manager hours, MQ fixed hours and training hours should be entered in the Plan/Actual and calculated by 10:00 a.m.<br><br>c. Manager of Customer Service should create the "Store Data" plan for the following week and enter the projected sales and customers<br><br>d. Sunday evening, the plan will be auto-created with the strategic scheduling tool forecast for the next scheduling period<br><br>**NOTE:** The strategic scheduling tool Labor Forecast is created at this time |
| 2. MPP Activities - Monday | **NOTE:** A PIR should be completed if the week's actual % effective differs by more than 5% (+/-) from the goal and the week's actual hours used differs from the goal hours earned by more than 10 (+/-). The PIR is located by following Tools/Labor and Productivity<br><br>a. Compare Time and Attendance to the schedule to identify missing or additional hours, any corrections needed should be submitted to the Associate Relations Manager.<br><br>b. Review your Plan/Actual from the previous week to ensure that the actual hours on the plan match final labo.<br><br>c. All corrections to the previous week's labor should be submitted and entered in the plan by 10:30am<br><br>d. The Plan/Actual from the previous week should be completed and submitted to the Store Manager by 1:00 p.m. with a PIR if needed<br><br>**NOTE:** Include backup documentation for any MQ fixed and training hours used<br><br>e. Sunday's actual manager hours, MQ fixed hours, and training hours should be entered in the Plan/Actual and calculated by 10:00 AM<br><br>f. Ensure that the strategic scheduling tool agrees with MPP |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    Hannaford_000011664

| Actions: | Steps / Details: |
|---|---|
| | hours within 2 hours per day and 10 hours per week. <br><br> **NOTE:** Monday evening, the strategic scheduling tool forecast will re-feed to MPP and the labor forecast will re-run. |
| 3. Monday Kronos Activities | a. Check MPP plan for automatic feed and accuracy to Kronos (Refer to Reviewing Labor Hours in Kronos and MPP) <br> b. Review labor forecast (Refer to viewing labor forecast training aid) |
| 4. MPP Activities - Tuesday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager. <br> b. Monday's actual manager hours, MQ fixed hours, and training hours should be entered in the Plan/Actual and calculated by 10:00 AM |
| 5. Tuesday through Thursday Kronos Activities | a. Edit the schedule and make any necessary changes (refer to Editing and finalizing a schedule in Kronos training aid) <br> b. Check and resolve shift violations (refer to Editing and finalizing a schedule in Kronos training aid) <br> c. Run Reports (refer to applicable training aids: Printing the base plan report, Printing the daily staffing sheet, Printing the schedule shift list, Printing the Weekly schedule report) |
| 6. MPP Activities - Wednesday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager. <br> b. Tuesday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |
| 7. MPP Activities – Thursday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager <br> b. Wednesday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |
| 8. MPP Activities - Friday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager <br> b. Thursday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |

Hannaford
Labor and Productivity

Page **2** of 3
Copyright © 2010 EOJT

Revised: 07/02/2014
Doc # 18009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000011665

| Actions: | Steps / Details: |
|---|---|
| 9. Friday through Monday Kronos Activities | a. Enter Custom Driver Data in Kronos (Refer to Entering Custom Driver Training aid)<br>b. Check Volume Forecast for accuracy (Refer to printing custom driver training aid) and adjust volume forecast, if necessary. (Refer to Viewing and Editing the Volume Forecast training aid)<br>c. Enter time off requests, vacations, etc. (Refer to Entering Time off Requests in Kronos training aid)<br>d. Update associate availability (Refer to Setting up and modifying associate availability training aid)<br>e. Add or change job transfer sets (Refer to Assigning job transfer sets in Kronos) |
| 10. MPP Activities - Saturday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours, any corrections needed should be submitted to the Associate Relations Manager<br>b. Friday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |
| **Result** | Achieve proper results using the Labor & Productivity tools |
| **Task standards** | • Daily activities are completed |

*Revision History:*
*07/02/2014 - Removed Center Store Lead from target audience*

Hannaford
Labor and Productivity
Page **3** of 3
Copyright © 2010 EOJT
Revised: 07/02/2014
Doc # 18009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Hannaford_000011666

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        Hannaford_000011667