# In the Matter of:

*Judith Prinzo vs*

*Hannaford Bros. Co. LLC*

*Caleb Field*

*June 14, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 2 of 16

| Judith Prinzo vs | Caleb Field |
| --- | --- |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 1

```
 1         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
 2
              C.A. NO. 1:21-CV-11901-WGY
 3
 4
 5
 6
 7  JUDITH PRINZO on behalf of
    herself and all other employees
 8  similarly situated,
              Plaintiff,
 9
     v.
10
    HANNAFORD BROS. CO., LLC,
11           Defendant.
12
13         ***************
14
15
              DEPOSITION OF:
16
              CALEB FIELD
17
           CONDUCTED REMOTELY
18
19
20
21  Location of Witness: 88 Moody Brook Road
                  South Paris, Maine
22
23  Tuesday, June 14, 2022
       Commencing at 1:00 p.m.
24
```

Page 2

```
 1         A P P E A R A N C E S
 2       (All attorneys appearing remotely.)
 3
    BENJAMIN KNOX STEFFANS, ESQ.
 4    Steffans Legal, LLC
      10 Wendell Avenue Extension
 5    Suite 208
      Pittsfield, Massachusetts 01201
 6    (413)418-4176
      bsteffans@steffanslegal.com
 7
    STEPHEN S. CHURCHILL, ESQ.
 8    Fair Work, PC
      192 South Street
 9    Suite 450
      Boston, Massachusetts 02111
10    (617)607-3262
      steve@fairworklaw.com
11    For Plaintiff
12
    RYAN A. GLASGOW, ESQ.
13  CHRISTOPHER M. PARDO, ESQ.
      Hunton Andrews Kurth, LLP
14    Riverfront Plaza, East Tower
      951 East Byrd Street
15    Richmond, Virginia 23219
      (804)788-8791
16    rglasgow@hunton.com
      For Defendant
17
18  ALSO PRESENT: ANNE CUNNINGHAM
19
20
21
22
23
24
```

Page 3

```
 1              I N D E X
 2
      WITNESS                EXAMINATION
 3
      CALEB FIELD
 4
       (By Mr. Churchill)           5
 5
 6
 7
 8          E X H I B I T S
 9  No.      Description           Page
10  Exhibit 56  Fixed Activities Export      20
11  Exhibit 57  Standard Practice Training Aid  26
12  Exhibit 58  Excel Spreadsheet Excerpt     34
13  Exhibit 59  Standard Practice Training Aid for  43
            Kronos Labor and Productivity
14          Weekly Calendar
15
16    (Exhibits retained by Atty. Churchill.)
17
18
19
20
21
22
23
24
```

Page 4

```
 1           P R O C E E D I N G S
 2           (Begins, 1:00 p.m.)
 3
 4           This is Joyce Romanow.  I am a
 5  professional court reporter and I am a Notary Public
 6  in the Commonwealth of Massachusetts.
 7           This deposition is being taken remotely.
 8  This witness is appearing remotely from 88 Moody Brook
 9  Road, South Paris, Maine.
10           The attorneys participating in this
11  proceeding acknowledge their understanding that I am
12  not physically present in the proceeding room, nor am
13  I physically present with the witness and that I will
14  be reporting this proceeding remotely.  They further
15  acknowledge that, in lieu of an oath administered in
16  person, the witness will verbally declare his
17  testimony in this matter under the pains and penalties
18  of perjury.  The parties and their counsel consent to
19  this arrangement and waive any objections to this
20  manner of proceeding.
21           Please indicate your agreement by
22  stating your name and your agreement on the record,
23  after which I will swear in the witness and we may
24  begin.
```

Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 3 of 16

| Judith Prinzo vs | Caleb Field |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 5

1      MR. CHURCHILL: Steve Churchill,
2 representing the plaintiff.
3      MR. GLASGOW: Ryan Glasgow, representing
4 the defendant.
5
6      (CALEB FIELD, sworn.)
7      THE WITNESS: I do.
8
9      MR. CHURCHILL: And just so you know,
10 Joyce, my co-counsel, Ben Steffans joined in as well.
11
12 EXAMINATION BY MR. CHURCHILL:
13   Q.   Mr. Field, good afternoon. Can you please
14 state your full name?
15   A.   Caleb Field.
16   Q.   And what is your residential address?
17   A.   88 Moody Brook Road, South Paris, Maine.
18   Q.   And what is your business address?
19   A.   145 Pleasant Hill Road, Scarborough.
20   Q.   What is your date of birth?
21   A.   8-1-87.
22   Q.   Have you been deposed before?
23   A.   No.
24   Q.   Okay. Let me go over a few ground rules so

Page 6

1 we're all on the same page. If I ask you a question
2 you don't understand then you can ask me for
3 clarification, okay?
4   A.   Yes.
5   Q.   It's important because a transcript is
6 being made that any responses be verbal as opposed to
7 nods or gestures so there is a clear record, okay?
8   A.   Understood.
9   Q.   Similarly, it's important that only one
10 person be talking at a time, so please wait until I'm
11 done with my question before you start to answer it,
12 but also to make sure that you understand what the
13 question is. It also gives your attorney a chance to
14 object if he wants to object.
15   A.   Understood.
16   Q.   All right. And then finally if you need to
17 take a break for any reason, that's totally fine.
18 Just raise your hand, say the word. The only rule
19 that we follow is that if there is a question pending,
20 you should answer that question and then we'll take a
21 break.
22   A.   Understood.
23   Q.   All right.
24      MR. GLASGOW: Steve, can we just put the

Page 7

1 usual stipulations on the record?
2      MR. CHURCHILL: Yes. We have been
3 stipulating to reserve all objections, except as to
4 form, and motions to strike. I don't think there is
5 any notary requirement anymore but if there is, we'll
6 certainly agree to waive that and just ask that the
7 transcript be read and signed within 30 days.
8      MR. GLASGOW: We agree to that.
9      MR. CHURCHILL: Okay.
10   Q.   What is your educational background
11 starting with college?
12   A.   Um, I have a bachelor of science in
13 mechanical engineering.
14   Q.   And when did you receive that degree?
15   A.   I graduated in 2010 from the University of
16 Southern Maine.
17   Q.   Okay. You currently work for Hannaford, is
18 that right?
19   A.   Correct.
20   Q.   What is your job there?
21   A.   I am the manager of retail scheduling
22 systems.
23   Q.   How long have you been in that job?
24   A.   Two years.

Page 8

1   Q.   When did you first start working for
2 Hannaford?
3   A.   Um, August 30th of 2011, I believe.
4   Q.   All right. What was your first job at
5 Hannaford?
6   A.   I was a, um, order filler at a distribution
7 center.
8   Q.   Okay. How long were you in that job?
9   A.   Um, six to eight months.
10   Q.   What was your next job?
11   A.   I was a business process engineer.
12   Q.   How long were you in that position?
13   A.   Um, eight years.
14   Q.   Okay. Up until when?
15   A.   Um, up until I got promoted to this role
16 that I'm currently in.
17   Q.   When was that?
18   A.   Two years ago.
19   Q.   Okay. So at some point in 2020?
20   A.   Yeah, it was May of 2020.
21   Q.   Okay. Right after the pandemic started?
22   A.   Correct.
23   Q.   All right. When you worked as a business
24 process engineer, what were your duties?

Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 4 of 16

| Judith Prinzo vs | Caleb Field |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 9

1   A.   To build and maintain labor standards.
2   Q.   Did you have any other duties in that job?
3   A.   Um, no.
4   Q.   Okay. Who did you report to?
5   A.   I mean, I guess you need to clarify on
6  that.
7   Q.   I'm going to ask you about what that means,
8  building and developing labor standards -- or
9  maintaining labor standards. I just want to know
10  before we get into that if there's other duties you
11  had as well?
12   A.   No.
13   Q.   Okay. Who did you report to?
14   A.   Alex Rand.
15   Q.   And once you were promoted two years ago,
16  who did you begin reporting to?
17   A.   Jeremy Stevens.
18   Q.   And do you still report to Mr. Stevens?
19   A.   Yes.
20   Q.   Over the past two years -- well, first of
21  all, what are your duties as manager of retail
22  scheduling systems?
23   A.   I oversee a team of four individuals, two
24  engineers who build and maintain labor standards and

Page 10

1  two scheduling analysts who provide training and
2  scheduling recommendations.
3   Q.   Okay. Have your duties in your current
4  position changed in any material way from the time you
5  started two years ago up until today?
6   A.   No.
7   Q.   Okay. All right. When you said that as a
8  business process engineer you were responsible for
9  building and maintaining labor standards, what do you
10  mean by that?
11   A.   Um, there is a formal training for the work
12  that we do, um, so as formal training in labor
13  development for a program that we use to develop labor
14  standards. Um, so any task, job, action that requires
15  work at a Hannaford store has a labor standard
16  associated with it. We develop and build those,
17  especially new programs.
18       Um, and then of course we're always looking to
19  ensure that our labor standards are accurate and
20  representative of the process. If the process changes
21  with something that's current, we will update those
22  and make adjustments.
23   Q.   Okay. Um, and you said you went to a
24  training program initially. What system or systems

Page 11

1  were you trained on?
2   A.   Servervive and MOST. It's a time study
3  basically is what it is. It is the, I don't know, I'd
4  have to look at it. It's been a while.
5       THE COURT REPORTER: Can you say the
6  first word of your answer again? I didn't understand
7  what you said.
8       THE WITNESS: Um, MOST?
9   Q.   I was going to ask the same question. Did
10  you say the name of the system? I just didn't
11  understand what you had said.
12   A.   Well, I'm trained in MOST, which is a, the
13  tool that we use to develop labor. Well, it's the
14  tool within the system that we use to build labor
15  standards.
16   Q.   Okay. Um, and is MOST, is that a acronym,
17  do you know, M-O-S-T?
18   A.   Yes, it is. And what it stands for, I do
19  not know.
20   Q.   Okay. How long did the training take?
21   A.   One week.
22   Q.   Where did you do the training?
23   A.   On-line.
24   Q.   Do you know what company develops that

Page 12

1  program?
2   A.   Accenture.
3   Q.   Okay. And obviously it was a week so you
4  went into lots of different topics, but can you
5  describe generally the types of things you learned how
6  to do during that week?
7   A.   Um, learn, I mean, basically learn how to
8  build labor standards based on those time studies.
9   Q.   Okay. What is a time study?
10   A.   Um, so it's hundreds of iterations of a
11  motion. And it comes down to a certain amount of time
12  to do a motion. Like you're writing right now so I
13  can tell you exactly how long it would take you to
14  write 25 words if you had to pick up a pen that was
15  within reach and put it back down after writing 25
16  words, I can tell you within fractions of a second how
17  long that should take.
18   Q.   Okay. And then what is done with that time
19  study information in terms of developing labor
20  standards?
21   A.   You use those motions to develop labor
22  standards based on all the actions required to finish
23  a task.
24   Q.   Okay. Are there different types of labor

Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 5 of 16

| Judith Prinzo vs | Caleb Field |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 13

1  standards?
2    A.   Yes.
3    Q.   What types are there?
4    A.   There are fixed labor standards, there are
5  variable labor standards and there are
6  monthly/quarterly labor standards.
7    Q.   Okay.  What are fixed labor standards?
8    A.   Fixed labor standards are a set amount of
9  time to complete a task um, within a day, so not
10 production based.  Like a cleaning activity, it takes
11 30 minutes to clean a fryer, per se.  That's a fixed
12 activity and it's done daily.
13   Q.   Okay.  And what is a variable standard?
14   A.   A variable standard is something where
15 you're producing an item, so like production of a cake
16 item would be an example of a variable standard.
17   Q.   Okay.  And then what are monthly/quarterly
18 standards?
19   A.   Um, these are standards such as taking an
20 inventory once a month or um, taking um, associates to
21 do appraisal processes, things like that.
22   Q.   Okay.  So um, who within Hannaford develops
23 these different labor standards?
24   A.   Um, the engineers on my team.

Page 14

1    Q.   And specifically with respect to the work
2  being done by Hannaford associates, how do the
3  engineers go about developing the standards?
4    A.   Um, there are a number of different ways.
5  Um, there is use of standard training practices um,
6  there is observations um, in-store, in-house, that are
7  in the home office.
8    Q.   Okay.  Any other ways?
9    A.   No.
10   Q.   Okay.  So with respect to one of the
11 examples you gave, in-store observations, describe
12 what a business process engineer would do.
13   A.   Um, they would contact a store about a
14 specific activity, per se, and they would go to that
15 store and watch an adequately trained and supervised
16 associate perform that task, notate the steps that
17 were taken to complete said task.  And then they would
18 return to the home office and use the software to lay
19 out those steps and come to a determination of how
20 long an activity should take.
21   Q.   Okay.  And for which positions in the store
22 are labor standards developed?
23   A.   Every position.
24   Q.   Okay.  Including the store manager?

Page 15

1    A.   No.
2    Q.   Okay.  What about department managers?
3    A.   Yes.
4    Q.   Okay.  Another way that you said labor
5  standards are developed is by, I think you said
6  something like looking at training materials, is that
7  right?
8    A.   Correct.
9    Q.   And describe for me how that process works.
10   A.   So a SBTA would be sent to us.  We would
11 read through the SBTA and build a rough draft of a
12 labor standard that would then be analyzed at retail
13 or within the kitchen or, yeah, within retail or
14 within the kitchen of the home office.
15   Q.   Okay.  And what is the SBTA?
16   A.   Standard training practices.
17   Q.   All right.  And the other way that you
18 identified as developing a labor standard is by
19 observation in somewhere other than the floor.  So
20 like in headquarters, for example?
21   A.   Yeah.
22   Q.   Can you describe that process?
23   A.   Yes.  There is a kitchen at the home office
24 where we can go and watch items being built.  Like if

Page 16

1  they're going to roll out a new cake set and they want
2  to look at those cakes and how they're built, we can
3  go down there and watch that process in that kitchen.
4  Or if they bring in a new fixture, we can go down and
5  watch how that fixture can be broken down and put back
6  together and cleaned.
7    Q.   Okay.  Once a labor standard is developed
8  by business process engineering, does it go through
9  any review process?
10   A.   Are you asking outside of the team or
11 within the team?
12   Q.   Within the team.
13   A.   There wouldn't be like a, I mean, we would
14 review the labor standard to make -- like, there is
15 always corrections to it.  So it would be reviewed but
16 there is not like a, if you're looking for an approval
17 process to say we're signing off on this, that's not
18 necessarily the case.
19   Q.   Okay.  So there is no formal approval
20 process when that labor standard is developed.
21   A.   No.
22   Q.   Okay.  But it, am I correct that labor
23 standards are always being reviewed and updated when
24 necessary to make them more accurate?

Page 17

```
 1    A.    Correct.
 2    Q.    Okay.  What are the, how are the labor
 3  standards used once they're developed?
 4    A.    They're used to provide labor to support a
 5  schedule.
 6    Q.    Okay.  Are they, other than for scheduling
 7  which we'll talk about more, are they used for any
 8  other purpose?
 9          MR. GLASGOW:  Objection, form.
10    A.    They would be used for budgeting purposes.
11    Q.    And does budgeting happen within your unit
12  or within a different unit?
13    A.    Within a different.
14    Q.    Okay.  Which unit or department does the
15  budgeting?
16    A.    Um well, there's an analyst on our team
17  that, or not directly on my team but within retail
18  services that works on the budgeting process.
19    Q.    Who is that?
20    A.    Mike Beaulieu.
21    Q.    Is that B-E-A-U-L-I-E-U?
22    A.    Correct.
23    Q.    All right.  Another type of labor standard
24  you said are variable standards, is that right?
```

Page 18

```
 1    A.    Yes.
 2    Q.    How are the variable standards developed?
 3    A.    In the same process that the fixed standard
 4  would be developed.
 5    Q.    And when you, the term "variable" suggests
 6  that it varies depending on some other input or
 7  factor.  What do the variable job standards depend on
 8  -- the labor standards depend on?
 9    A.    Oh, it's variable in the sense that it's,
10  you earn more time once you produce more product.  So
11  it's variable in the sense that you produce 10 cakes.
12  And if we give you 8.5 minutes for each cake, then you
13  get 85 minutes for those 10 cakes.  That's what
14  "variable" means.  The labor standard doesn't change.
15  It's just, it's driven off an item or a customer or
16  something of that type.
17    Q.    Okay.  So an example of a labor standard
18  might be 8.5. minutes per cake?
19          MR. GLASGOW:  Objection, form.
20    A.    Correct.
21    Q.    Okay.  Let me ask you, what's another
22  example of a variable labor standard?
23    A.    Um, ringing up items on the front end.
24    Q.    And with respect to monthly/quarterly labor
```

Page 19

```
 1  standards, how are those developed?
 2    A.    Those are more of a lump sum of time where
 3  we would say it takes six hours to complete this
 4  inventory, and that's just on average for this store
 5  size.  And then if you're this size, you would earn X
 6  amount more.  So it's usually a lump sum of time that
 7  they can claim on a certain cadence throughout the
 8  year.
 9    Q.    Okay.
10    A.    I would say there is no real development of
11  -- I know of it more as just a straight time study, as
12  in they're just timing people and that's what it would
13  take on average to complete that task.
14    Q.    Okay.  But in any event, the business
15  process engineers are responsible for developing all
16  three of those types of labor standards, fixed,
17  variable and monthly/quarterly?
18    A.    Correct.
19    Q.    Okay.  Um, and is the goal of developing
20  those labor standards to capture every activity
21  performed by positions at Hannaford?
22    A.    Correct.
23    Q.    Okay.  Let me share my screen with you.
24          (On screen.)
```

Page 20

```
 1    Q.    Can you see that document?
 2    A.    Yes, but it's small, I'm not able to read
 3  it.
 4    Q.    Understood.  Fair enough.  One thing we've
 5  learned doing zoom depos is it's obviously more
 6  difficult for you as the witness to look through the
 7  document as you ordinarily might be able to.  So if
 8  you'd like me to flip a page, zoom it in, move around,
 9  just say the word and I'll adjust it as necessary,
10  okay?
11    A.    Okay.
12          MR. CHURCHILL:  And just for the record,
13  this is a document that, as you can see, in an earlier
14  deposition was marked as Exhibit 4 um, but I have made
15  some highlighting on this exhibit that did not appear
16  on the original exhibit.  I just want to make that
17  clear for the record.
18          So why don't go ahead since it's
19  different and mark this as a new exhibit.  And it will
20  be Exhibit 56 since we're going, we're just keeping a
21  running list of exhibits.
22          (Exhibit 56, marked.)
23    Q.    Okay.  Let me blow this up so you can see it
24  better.
```

Page 21

1      (Blows up.)
2      Q.   So this as you can see, Mr. Field, is a
3  two-page pdf.  And I'll just scroll down to the next
4  page, you can see that as well.  Um, those entries at
5  the bottom, I also put in there so you can, I'll
6  discuss those later.
7      Do you recognize this document?
8      A.   Yes.
9      Q.   What is it?
10     A.   It's a fixed activities export.
11     Q.   And what system did this export come from?
12     A.   That came from MPA.
13     Q.   Lots of acronyms here.  Can you tell me
14  what MPA stands for?
15     A.   Um, I'm not 100 percent sure on this but I
16  believe it's management planning analytics.
17     Q.   Okay.  Is this also known as Kronos
18  Analytics?
19     A.   Correct.
20     Q.   Okay.  And what do you recognize this
21  report to show?
22     A.   It shows fixed activities within our bakery
23  department.
24     Q.   Okay.  For a particular store?

Page 22

1      A.   Correct.
2      Q.   All right.  And we know that the first
3  column over here, "8005," refers to a store code?
4      A.   Correct.
5      Q.   And do you know offhand what that store
6  code is, what store it refers to?
7      A.   I know it's a Massachusetts store.
8      Q.   Okay.  How do you know that?
9      A.   Um, I've been with the company for 11
10  years.  I know a lot of the store numbers.  It's a
11  Marlborough, Mass. store, I'm pretty sure.  I'm not
12  100 percent on that.
13     Q.   Okay.  So with respect to the activities
14  that are listed here, so it starts with "Clean 3 Bay
15  Sink."  The next one is "Clean Single or Hand Sinks,"
16  et cetera.
17     So does this represent all fixed activities that
18  um, would be performed within the store's bakery
19  department each week?
20         MR. GLASGOW:  Objection, form.
21     A.   Yes.
22     Q.   Okay.  And if we look, scroll over to the
23  right, there's a series of columns, "Sunday Minutes,"
24  "Monday Minutes," do you see that?

Page 23

1      A.   Yes.
2      Q.   And what do those numbers reflect?
3      A.   Those numbers reflect the time earned by
4  day for those, for that specific activity.
5      Q.   And then if we look at the second column,
6  which is "Job" there's different entries there like
7  "Associate," "Baker" and "Bakery Manager," do you see
8  that?
9      A.   Yes.
10     Q.   And what do those job descriptions refer
11  to?
12     A.   Um, that is what is entered into the
13  system, so into um, Standards Pro, and is the job
14  that's supposed to be responsible or the person who is
15  supposed to be responsible for that task.
16     Q.   Okay.  So looking here, for example, at the
17  first highlighted row.  It says "Bakery Manager" and
18  the task code is 14403?
19     A.   Yup.
20     Q.   And the description is "Store Leadership
21  Meeting," right?
22     A.   Yup.
23     Q.   And this indicates that the job standard is
24  that this should take 60 minutes on a Monday, is that

Page 24

1  right?
2      A.   Correct.
3      Q.   So the highlighted entries here towards the
4  bottom of this first page, all the ones that say
5  "Bakery Manager," these are tasks that a bakery
6  manager would be responsible for performing, is that
7  right?
8      A.   Yes.
9      Q.   Okay.  The tasks that are above it that say
10  associate, those -- any of those tasks may be
11  performed by an associate, but they also could be
12  performed by a bakery manager, is that right?
13         MR. GLASGOW:  Objection, form.
14     A.   Yes.
15     Q.   So this particular report refers to fixed
16  activities.  Can you generate a similar report for
17  variable labor standards for a particular department
18  within a particular store?
19     A.   Yes.
20     Q.   And have you seen that type of report?
21     A.   Yes.
22     Q.   Okay.  And does it look similar to this
23  report or does it look different?
24     A.   It's similar but different.

Page 25

1  Q.  Okay. And how is it different?
2  A.  Um, it doesn't break out like this. It
3  doesn't have the job, I believe.
4  Q.  Okay. And have you also seen similar
5  reports for monthly/quarterly labor standards?
6  A.  Yes.
7  Q.  Does anybody within the store review the
8  labor standards?
9       MR. GLASGOW: Objection, form.
10 A.  I would need clarity on that question.
11 Q.  Sure. So would a department manager, for
12 example, review labor standards?
13      MR. GLASGOW: Objection, form.
14 A.  They will. We have them do that but they
15 would not impact a labor standard.
16 Q.  What do you mean by that?
17 A.  If it, if a department manager were to
18 reach out to my team and say "It takes X amount of
19 time to do this task in my store, I need this labor
20 standard changed," we would not change it based on
21 what the department manager told us. It would then
22 require my team to go out and review said process at
23 store and make a determination.
24 Q.  Okay. So a labor standard won't change

Page 26

1  unless your team has gone out and independently
2  verified how much time a task takes?
3  A.  Correct.
4  Q.  Let me show you another document.
5       MR. CHURCHILL: Why don't we go ahead
6  and mark this as Exhibit 57.
7       (Exhibit 57, marked.)
8  Q.  This is a one-page document here. There is
9  some information at the bottom which we'll ask you
10 about in a second. Do you recognize this document?
11 A.  Yes.
12 Q.  Okay. And this is a standard practice
13 training aid, is that right?
14 A.  Correct.
15 Q.  Perfect. And if we look at the bottom,
16 there is a revision date here 6-27-2018. Do you see
17 that?
18 A.  Yup.
19 Q.  And there also a document Number 18010, do
20 you see that?
21 A.  Yup.
22 Q.  And is that a document control number to
23 keep track of different versions of the document?
24      MR. GLASGOW: Objection, form.

Page 27

1  A.  That's outside of my department. I'm not
2  aware of that.
3  Q.  Okay. And at the bottom left, it says
4  "Hannaford, Labor and Productivity," do you see that?
5  A.  Yup.
6  Q.  Do you know what that refers to or what
7  that indicates here?
8  A.  I'm not sure. I know that this would
9  probably live on a portal within our department
10 because it's an MPA document. But what that means on
11 this specific document, I'm not 100 percent sure.
12 Q.  Fair enough. And if we look at the top
13 right, it says "Review of MPA packet," do you see
14 that?
15 A.  Yes.
16 Q.  And is that just the title of the SPTA?
17 A.  Yes.
18 Q.  And then underneath that it says,
19 "Assistant Department Manager/Supervisor," do you see
20 that?
21 A.  Yes.
22 Q.  And what does that refer to?
23 A.  Um again, I'm not sure. It's outside of my
24 department training. This is --

Page 28

1  Q.  Okay. If we look at the purpose here in
2  this top box it says, "Locate and review MPA packet
3  when training," do you see that?
4  A.  Yes.
5  Q.  And do you understand -- what do you
6  understand that term to mean, "MPA packet"?
7  A.  Um, it's a list of all your fixed and
8  volume and MQ labor standards.
9  Q.  Okay. And in fact, if you see the three
10 actions here are to, the first one is to review fixed
11 activities for your department. Do you see that?
12 A.  Yup.
13 Q.  And the second one is to review volume
14 activities for your department, is that right?
15 A.  Yup.
16 Q.  And "volume activities" is another term for
17 variable labor standards?
18 A.  Correct.
19 Q.  And then review monthly/quarterly standard
20 is a third action, do you see that?
21 A.  Yup.
22 Q.  And monthly/quarterly also is know within
23 Hannaford as "MQ," is that right?
24 A.  Correct.

Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 9 of 16

| Judith Prinzo vs | Caleb Field |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 29

1  Q.  So with respect to the use of labor
2  standards for scheduling, what system is used for
3  scheduling?
4     A.  Kronos.
5     Q.  And so for a particular department -- and
6  we'll just use here as an example the bakery
7  department in the 8005 store that we were looking at
8  before.  First of all, for what period of time is the
9  schedule generated, like a week, a month?
10    A.  One week.
11    Q.  Okay.  And can you describe how for that
12 department a schedule would be generated?
13    A.  Yes.  A department manager would log into
14 Kronos.  They would look at their forecast on Day 1 of
15 the scheduling activities and make any adjustments to
16 their forecast if they felt it needed to take place
17 for the schedule that they're building depending on if
18 there's a holiday or if there are any inflated numbers
19 or under forecasted numbers based off past history or
20 specific nodes.
21      Um, after they've made those adjustments, on Day
22 2 of the scheduling process, they would go in and make
23 any edits to the schedule that they would feel
24 necessary.  That could be moving people's shifts or

Page 30

1  giving them time off or anything like that.
2     Q.  Let me stop you there.  So you say to make
3  edits to the schedule.  So when is the schedule
4  actually generated?  Is it after Day 1 when the
5  manager looks at the forecast or is it before that?
6     A.  After.
7     Q.  Okay.  So the manager goes into the system
8  and looks at the forecast.  Taking the bakery
9  department as an example, what forecasted numbers are
10 being reviewed?
11    A.  Um customers, items that you're going to
12 produce um, case volumes that you're going to receive.
13 Um, there's a number of different things that can be
14 reviewed.
15    Q.  Okay.  Are those -- that data is
16 prepopulated, a manager can go in and make
17 adjustments, is that what you're saying?
18    A.  Correct.
19    Q.  Okay.  And so after those adjustments are
20 made, the schedule is then generated by Kronos?
21    A.  Correct.
22    Q.  And what data is the Kronos system using in
23 order to generate a schedule?  One piece of
24 information is those forecasted numbers, right?

Page 31

1     A.  Yes.
2     Q.  What other information is being used to
3  generate the schedule?
4     A.  It is using the labor standards.
5     Q.  Okay.  Anything else?
6     A.  No.
7     Q.  And when you say it's using the labor
8  standards, so I'm referring you back to what we marked
9  here as Exhibit 56.  So if we look here for Sunday,
10 and we added up all these Sunday minutes, so 18, 4,
11 30, et cetera down that first column and we got to a
12 total at the bottom, so how would Kronos use that
13 data, the total number of those minutes in terms of
14 developing a proposed schedule?
15    A.  There is a number of factors that go into
16 that.
17    Q.  Yup.
18    A.  Okay.  So the labor standards are assigned
19 a grouping based on where they need to take place
20 based on merchandising guidelines of Hannaford.  So
21 some of these activities may take place in the
22 morning, some may take place in the day, some may
23 happen at night.  So that's all predetermined.  And so
24 those labor standards get spread out through the day

Page 32

1  when they need to take place.
2      And on top of that, you have all of your volume
3  activities that need to happen.  So your baking and
4  your cake decorating, your stocking of cases, your
5  customer service, your supervisory time, that's the
6  same thing.  It's all off merchandising guidelines
7  that are put within the system.  The volume hits that,
8  you know, the forecasted numbers hit those volume
9  standards, that gives you X amount of time with these
10 fixed activities, when those need to take place.  And
11 they give you a labor demand for a specific day
12 depending on whatever that volume and fixed activities
13 are.
14    Q.  Okay.  So basically because you have
15 studied your labor standards, the amount of time that
16 each activity should take each day, you should be able
17 to get an approximate number of labor hours that are
18 needed that day, is that right?
19       MR. GLASGOW:  Objection, form.
20    Q.  I'm sorry.  I didn't hear what you said,
21 Mr. Field.
22    A.  Correct.
23    Q.  Okay.  And at the end of a week, there is
24 some comparison done to how many hours were actually

Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 10 of 16

| Judith Prinzo vs | Caleb Field |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 33

 1  worked compared to how many hours were earned, is that
 2  right?
 3      A.   Correct.
 4      Q.   And do you have any involvement, does your
 5  unit have any involvement with preparing those
 6  analyses?
 7      A.   Um, not directly.
 8      Q.   Okay.  Does it have some involvement
 9  indirectly?
10      A.   Um, yeah.  I mean, it's a metric that's
11  used at the store level.  It's not something that
12  we're using to develop labor standards of schedules.
13      Q.   Right, okay.  So you've heard of the term
14  "hours under goal" or "hours over goal"?
15      A.   Correct.
16      Q.   "HUG" and "HOG"?
17      A.   Yes.
18      Q.   Do you have any involvement with the
19  preparation of those reports?
20      A.   Yes.
21      Q.   Okay.  What is your involvement?
22      A.   Um well, I mean I do use those numbers for
23  like, helping with budgeting, not directly with labor
24  though.

Page 34

 1      Q.   Okay.  Who has principle responsibility for
 2  developing those reports?
 3      A.   Mike Beaulieu.
 4      Q.   Let me show you another document.
 5           (On screen.)
 6      Q.   All right.  I'm showing you what we're
 7  going to mark as Exhibit 58.
 8           (Exhibit 58, marked.)
 9           MR. CHURCHILL:  And just for the record,
10  this is a excerpt from a spreadsheet that was
11  originally produced as Hannaford 91193.  This is a
12  excerpt from that spreadsheet.  And I've also made
13  annotations in terms of the shading and bolding some
14  of the boxes here.
15      Q.   Do you recognize where this data comes
16  from?
17      A.   Well yes, I recognize where the data comes
18  from.  Yes, I do recognize where that comes from.
19      Q.   And where does the data come from?
20      A.   Kronos.
21      Q.   Okay.  And do you understand generally what
22  this data is showing?
23      A.   Yes.
24      Q.   What is it showing?

Page 35

 1      A.   It's showing a schedule, start times, end
 2  times.
 3      Q.   Okay.  And here this is for a particular
 4  person in this case, Judith Prinzo, do you see that?
 5      A.   Yes.
 6      Q.   And in the third column there is a day of
 7  the week for the shift.  Do you see that?
 8      A.   Yes.
 9      Q.   And then there is a shift start date, start
10  time and end time.  Do you see that?
11      A.   Yes.
12      Q.   And then there's a segment start time and a
13  segment end time.  Do you see that?
14      A.   Yes.
15      Q.   So for example, the first segment is
16  7:00 a.m. to 10:00 a.m. for three hours, do you see
17  that?
18      A.   Yes.
19      Q.   And then the final column says "Job
20  Covered."  And there is a series of information there
21  but at the end it says "slash associate."  Do you see
22  that?
23      A.   Yes.
24      Q.   What does that indicate?

Page 36

 1           MR. GLASGOW:  Objection, form.
 2      A.   Um, I believe that indicates the job that
 3  she was punched into.
 4      Q.   Okay.  So do you know whether department
 5  managers punch in and out to work?
 6      A.   No.
 7      Q.   Um no, you don't know or no, they don't
 8  punch in?
 9      A.   No, they don't punch in.
10      Q.   Okay.  And in fact, this seems to indicate
11  scheduled hours, is that right?
12           MR. GLASGOW:  Objection, form.  And what
13  -- do you have the whole excel document, Steve?
14           MR. CHURCHILL:  Yup.  I can pull that
15  up.
16           MR. GLASGOW:  I'm just trying -- I don't
17  want to speak on the record.  I'm just, the excerpt,
18  I'm not sure we exactly know -- I'm not sure the
19  witness knows what the document is.  That's my
20  concern.
21           MR. CHURCHILL:  Yup.  Give me one
22  second.
23           MR. CHURCHILL:  All right.  I'm just
24  changing what I'm sharing here.  One second.

Page 37

1        (On screen.)
2    Q.   Okay.  So this is the Excel spreadsheet.
3  This was marked as Exhibit 5 at a prior deposition.
4  Um, so this is as it was produced to us.  So you can
5  see the tab name is "Shifts and Pay Code Edits," do
6  you see that?
7    A.   Yes.
8    Q.   Okay.  And then you can read across the
9  columns.  Let me know if you want me to scroll over or
10 make things bigger or whatever you'd like to do to see
11 it more.
12   A.   No, I can see this.
13   Q.   Okay.
14   A.   I am not familiar with this document.
15   Q.   Okay.
16   A.   So I don't know what this is.
17   Q.   Okay.
18        MR. GLASGOW:  I'll just state for the
19 record so it's clear that the Excel document has a
20 number of different columns, additional columns that
21 were in the pdf of Exhibit 58, which was the excerpt.
22        MR. CHURCHILL:  Yeah.  That's -- I was
23 trying to make it more comprehensible.
24   Q.   So the basic question is, do you understand

Page 38

1  here when it says "Job Covered," in the first column
2  "Associate," in the second column, "Bakery Manager" in
3  the fourth column, "Bakery Manager," in the fifth
4  column, "Associate."  Do you know what that refers to?
5        MR. GLASGOW:  Objection, form.
6    A.   In all honesty, no, I don't know in this
7  format.
8    Q.   Okay.
9    A.   I don't know what this document comes from
10 so I don't understand what that's doing.
11   Q.   Okay.
12   A.   I don't know how the indicator gets there.
13   Q.   So let's go back to what we marked as
14 Exhibit 56 and -- (pause.)  So if we just take Tuesday
15 for example, see this column, "Tuesday Minutes"?
16   A.   Your screen has not changed.
17        MR. CHURCHILL:  Sorry.  Yes, that's a
18 problem.
19        (On screen.)
20   Q.   Okay.  So back to Exhibit 56, can you see
21 that now?
22   A.   Yes.
23   Q.   Okay. So if we take Tuesday.  And for the
24 record, I did this highlight just for ease of a

Page 39

1  sharing information.  And then we go down the first
2  page and we look at all the entries for bakery
3  manager.  And then there is um, minutes for those
4  different tasks for that day.  Do you see that?
5    A.   Yes.
6    Q.   Okay.  And if we go to the next page um,
7  the first two lines there are actually for cake
8  decorators but then the final four also have manager
9  titles.  Do you see that?
10   A.   Yes.
11   Q.   Okay.  And then if we look at the time for
12 those four tasks, um, I'll represent to you that if we
13 add up these Tuesday highlighted minutes for the
14 manager jobs, it totals 127 minutes.  So just, I'll
15 ask you just to assume that's correct for now.
16        What that would indicate is that the expectation
17 was that the fixed activities for a manager in this
18 department in this store for a Tuesday would take
19 about two hours, is that right?
20   A.   The fixed activities?
21   Q.   Yes.
22   A.   Yes.
23   Q.   Okay.  And if we go back to, um, what was
24 marked as Exhibit 58, this excerpt, and we look at,

Page 40

1  this is a, the first day is Monday, do you see that?
2    A.   Yes.
3    Q.   And then the next day is Tuesday, January
4  2, 2018, do you see that?
5    A.   Yes.
6    Q.   And if we look at the two scheduled hours
7  for that Tuesday, at least over where it says "Bakery
8  Manager" under "Job Covered," you see that adds up to
9  two hours?
10   A.   Yes.
11   Q.   And based on your understanding of how the
12 scheduling system works, does that make sense to you
13 that the schedule, that the expectation is that she
14 would be performing two hours of manager work given
15 what you see in the labor standards here on Exhibit
16 56?
17        MR. GLASGOW:  Objection, form.
18   A.   Can you repeat the question?
19   Q.   Yeah.  It just seems to me, um, it seems to
20 me that if you'll look at the scheduled hours on this
21 Tuesday, she's scheduled for two hours for something
22 that's designated as bakery manager.  Do you see that
23 line of Exhibit 58?
24   A.   Yes.

Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 12 of 16

| Judith Prinzo vs | Caleb Field |
| --- | --- |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 41

1  Q.  And if we go to the time standards for
2  Judith Prinzo's bakery department and we look at the
3  fixed activities for a Tuesday for the manager fixed
4  activities, it adds up to a little over two hours.  Do
5  you see that?
6     A.  Yes.
7     Q.  So it seems to me just from a lay
8  perspective that the way the system is working is that
9  it's scheduling her to do about two hours of
10 management work on a Tuesday, which seems to
11 correspond with the fixed activities data for the
12 bakery department there.  Do you see that?
13         MR. GLASGOW:  Objection, form.
14         You keep switching back and forth
15 between fixed activities and manager work and that's
16 why you're getting the objection.
17         MR. CHURCHILL:  Well, I'm talking about
18 fixed activities that are designated on Exhibit 56 as,
19 in management jobs.
20         MR. GLASGOW:  Okay.  I think if you
21 clarify that, you might be okay.
22         MR. CHURCHILL:  Okay.
23    Q.  So if we, this 127 minutes was the total
24 for a Tuesday for jobs that are designated with some

Page 42

1  manager title, right?
2     A.  Correct.
3     Q.  All right.  And then if we look at this
4  Exhibit 58 for a Tuesday, she was scheduled for two
5  hours of work for a job cover that includes bakery
6  manager?
7         MR. GLASGOW:  Objection, form.
8     Q.  Do you see that?
9     A.  I would say that she is scheduled for two
10 hours' worth of fixed time for bakery management based
11 on the activities provided.
12    Q.  Okay.
13        MR. CHURCHILL:  All right.  Why don't we
14 take a break now.  I actually have to go do my court
15 hearing.
16        So Ryan, should I just email you when
17 I'm done?
18        MR. GLASGOW:  That's fine.  I mean, I
19 think we'll probably all just turn our cameras off and
20 sit.  How long do you think it will last?
21        (Discussion off the record.)
22        (Off the record, 1:54 p.m.)
23        (Brief recess.)
24        (On the record, 2:40 p.m.)

Page 43

1         MR. CHURCHILL:  Joyce, do you mind just
2  get us back on track?
3         (Question and answer read.)
4     Q.  And when you said, Mr. Field, based on the
5  activities provided, what were you referring to?
6     A.  Those specific fixed activities listed on
7  that document.
8     Q.  Okay.  And when you say "on that document"
9  you mean this document, Exhibit 56?
10    A.  Correct.
11    Q.  Okay.  Let me show you another document.
12        (On screen.)
13    Q.  All right.  I'm showing you what will be
14 marked as Exhibit 59.  It should be the last one.
15        (Exhibit 59, marked.)
16    Q.  And this is a three-page document.  I'll
17 just scroll down so you can get a sense of what's in
18 there.
19        (Scrolls.)
20        MR. GLASGOW:  Steve, can you pause on
21 the Bates number on the first page?
22        MR. CHURCHILL:  Yeah.
23    Q.  Do you recognize this document, Mr. Field?
24    A.  No.

Page 44

1     Q.  Okay.  Um, have you had any, have you been
2  involved in the development of any standard practice
3  training aids?
4     A.  No.
5     Q.  Do you know if anyone under Mr. Stevens'
6  supervision have been involved in the development of
7  standard practice training aids?
8     A.  Yes.
9     Q.  And who do you know who has done that?
10    A.  Um, the training team, um, members of my
11 team.
12    Q.  Which members of your team?
13    A.  The analysts.
14    Q.  The scheduling analysts?
15    A.  Correct.
16    Q.  Okay.  And looking at this, what's titled
17 anyway as Standard Practice Training Aid for Kronos
18 Labor and Productivity Weekly Calendar, do you see
19 that in the heading there?
20    A.  Yes.
21    Q.  And it says under the heading on the right,
22 "Assistant Department Manager," do you see that?
23    A.  Yes.
24    Q.  Okay.  And if we go to the "Actions" column

Page 45

1  over on the left, the first box says "MPP Activities -
2  Sunday," do you see that?
3     A.   Yup.
4     Q.   Do you know what "MPP" stands for?
5     A.   Um, that's the old system that we had
6  before MPA or analytics came along.  I do not recall
7  what the acronym stands for.
8     Q.   But it refers to what is now referred to as
9  MPA?
10    A.   Correct.
11    Q.   So if we look at the steps in the "Details"
12 block, the first step is "Compare time and attendance
13 to the schedule to identify missing or additional
14 hours, any corrections needed should be submitted to
15 the associate relations manager."  Do you know what
16 step that refers to?
17    A.   No.
18    Q.   Okay.  The next step says "Saturday's actual
19 manager hours, MQ fixed hours and training hours
20 should be entered in the Plan/Actual and calculated by
21 10:00 a.m."  Do you know what that's referring to?
22    A.   Yes.
23    Q.   Okay.  What is that referring to?
24    A.   That's, you need to enter your monthly,

Page 46

1  quarterly and training into the system, into the plan
2  so it can be calculated correctly.
3     Q.   Okay.  What is it referring to when it says
4  "actual manager hours"?
5     A.   That I'm not sure of.
6     Q.   Okay.  And do you understand what the
7  purpose is for entering this data into the system?
8     A.   So the hours are correct for the
9  department.
10    Q.   For purposes of compensation or some other
11 purpose?
12    A.   Um, I'm not -- compensation, yes, that's
13 part of it.  Also, to make sure that all the right
14 hours are within the department.
15    Q.   Okay.  The next step, "C," says "Manager of
16 customer service should create the, quote, 'store
17 data' plan for the following week and enter the
18 projected sales and customers."  Do you know what that
19 is referring to?
20    A.   Yes.
21    Q.   What is it referring to?
22    A.   Entering your projected sales and customers
23 for the next week.
24    Q.   And is that still done by the manager of

Page 47

1  customer service?
2         MR. GLASGOW:  Objection, form.
3     A.   That I'm not sure of.
4     Q.   Okay.  And finally, Step D says, "Sunday
5  evening, the plan will be auto-created with the
6  strategic scheduling tool forecast for the next
7  scheduling period."  Do you see that?
8     A.   Yup.
9     Q.   And do you know what that is referring to?
10    A.   Yes.
11    Q.   Is that referring to the schedule that's
12 created?
13    A.   Yes.
14    Q.   Okay.  And then if we go down to the next
15 Section 2, "MPP Activities - Monday," do you see that?
16    A.   Yes.
17    Q.   And in the first note block there it says,
18 "A PIR should be completed if the week's actual
19 percent effective differs by more than 5 percent
20 plus/minus from the goal and the week's actual hours
21 used differs from the goal hours earned by more than
22 10 plus/minus.  The PIR is located by following
23 Tools/Labor and Productivity."  Do you know what that
24 refers to?

Page 48

1     A.   No.
2     Q.   Okay.  Let me direct your attention to
3  steps A through D in this Section 2.  If you can
4  review those four steps and then let me know when
5  you're done.
6     A.   (Reviews document.)  Just A through D,
7  correct?
8     Q.   Yes.
9     A.   (Reads.)  Okay.
10    Q.   Do you know what any of those steps refer
11 to?
12    A.   Um, yes.
13    Q.   Which ones?
14    A.   "Review your new plan/action from the
15 previous week."
16    Q.   Step B?
17    A.   Yes.
18    Q.   What is that referring to?
19    A.   Um, it's reviewing your, what you plan to
20 use for time and what you actually used for time to
21 ensure the hours are right.
22    Q.   Okay.  And is that related to the hours
23 over goal and the hours under goal reports?
24    A.   Um, yes.

Page 49

1   Q.   What about Steps C or D, do you know what
2  those refer to?
3   A.   Um, yes.  C, yes.  And I do not know what a
4  "PIR" is.  I have no idea what that is, so Step D, I'm
5  not familiar with what that is.
6   Q.   Okay.  So part of your duties are to
7  oversee the scheduling analyst, right?
8   A.   Correct.
9   Q.   But you, yourself, never worked as a
10  scheduling analyst, right?
11   A.   Correct.
12   Q.   So how would you describe your level of
13  familiarity with the work that the scheduling analysts
14  do?
15   A.   Fairly familiar.
16   Q.   Okay.  Who are the two people who report to
17  you in that job?
18   A.   Um, Peter Fitzgerald and Anna Short.
19   Q.   Okay.  How long have, how long has Peter
20  been there?
21   A.   Um, nine months.
22   Q.   How long has Anna been there?
23   A.   That I'm not 100 percent sure of.  I know
24  it's a number of years.

Page 50

1   Q.   Okay.  And who was Peter's predecessor?
2   A.   Eric Clark.
3   Q.   Okay.  And do you know where Mr. Clark
4  went?
5   A.   He still works for me.
6   Q.   In what capacity?
7   A.   He's now an engineer on my team.
8   Q.   Okay.  All right.  If we go down to Step F
9  at the bottom of Page 1 here it says, "Ensure that the
10  strategic scheduling tool agrees with MPP hours within
11  2 hours per day and 10 hours per week."  Do you see
12  that?
13   A.   Yes.
14   Q.   Do you understand what that's referring to?
15   A.   I'm not -- yes, I do understand the 2 hours
16  per day and the 10 hours per peek.  I never heard the
17  terminology "strategic scheduling tool," so I'm not
18  sure what that is.  Directly means, I'm assuming
19  that's Kronos but I've never used that as a strategic
20  scheduling tool.
21   Q.   What is "MPP hours" referring to?
22   A.   Um, that would be um, the hours within MPP,
23  what's directly in MPP.  We don't use MPP anymore.  We
24  haven't used MPP for a few years now, so.

Page 51

1   Q.   But do MPP hours, I'm just trying to
2  understand, does that refer to the hours that should
3  be expected under, based on labor standards or
4  something else?
5   A.   Yes, yeah.  It's the expected hours within,
6  based off the labor standards.
7   Q.   Okay.  All right.  So what's your
8  understanding of what this is saying?  If the
9  strategic scheduling is referring to the schedule
10  that's generated, what is the purpose of comparing the
11  schedule to the MPP hours to make sure it's within 2
12  hours per day?
13       MR. GLASGOW:  Objection, form.
14   A.   All right.  So with MPP, it's a direct
15  calculation.  So it would give you, you know, just
16  here are the hours for that day.  Within Kronos, it's
17  within, there is 15-minute increments that get entered
18  into play.  So your hours within Kronos could vary
19  from what was in MPP by more than a couple of hours a
20  day.  And that would explain what the statement is
21  here.
22   Q.   I see.  So you want to make sure, among
23  other things, because of those possible rounding
24  issues that the number of hours scheduled is matching

Page 52

1  the number of hours expected?
2   A.   Correct.
3   Q.   Okay.  And then if we go to the second
4  page, Action 3, "Monday Kronos Activities," it says
5  "Check MPP plan for automatic feed and accuracy to
6  Kronos."  Do you know what that refers to?
7   A.   Yes.
8   Q.   What is that referring to?
9   A.   It's ensuring that the actual match what's
10  in Kronos -- what's in MPP matches what's in Kronos.
11   Q.   How is that different from Step F that we
12  looked at just a minute ago?
13   A.   So this is, that's an activity that takes
14  place on Sunday, correct?
15   Q.   Yes. Oh, no, that's also Monday.  MPP
16  activities on Monday.  And then the other one is
17  Monday and --
18   A.   Oh, sorry.  So these are Kronos activities.
19  So you're checking, verifying what's in Kronos matches
20  what's in MPP.
21   Q.   Okay.  So it sounds like activities has two
22  checks.  So you're making sure that the two systems
23  are effectively working together so that the scheduled
24  hours match the expected hours?

Case 1:21-cv-11901-WGY   Document 27-11   Filed 07/29/22   Page 15 of 16

| Judith Prinzo vs | Caleb Field |
| Hannaford Bros. Co. LLC | June 14, 2022 |

Page 53

1  A.  Correct.
2  Q.  All right. If we go to Page 3. (Scrolls.)
3  and we look at 9, which is "Friday through Monday,
4  Kronos Activities." Step A is "Enter custom driver
5  data in Kronos." Do you know what that means?
6  A.  Yes.
7  Q.  What does that mean?
8  A.  Um, I know what the term is. Do I directly
9  know what it means within the system? No.
10 Q.  What is custom driver data?
11 A.  It's -- well, I don't know what the -- I've
12 heard the term before. I do not know what it directly
13 means in the Kronos system.
14 Q.  Okay. Have you ever seen, if we look a
15 couple lines down under "C," you see there is a
16 reference to Kronos training aid, do you see that?
17 A.  Yes.
18 Q.  Do you know what that is referring to?
19 A.  No.
20 Q.  Okay. Have you ever seen a training aid
21 for the Kronos system?
22 A.  No, actually I have not.
23 Q.  Do you know who trains um, managers in the
24 use of Kronos?

Page 54

1  A.  At the store level?
2  Q.  Yes.
3  A.  Um, the, it could be members of my team or
4  it could be members other members of the store.
5  Q.  Have you ever trained managers on how to
6  use Kronos?
7  A.  No.
8      MR. CHURCHILL: Well mindful of the goal
9  to be done by 3:00 p.m. and with apologies for the
10 delay, it was unexpectedly long, I don't have any
11 further questions at this time.
12     MR. GLASGOW: We don't have any
13 questions either. As Steve said at the beginning, the
14 witness will read and sign.
15     MR. CHURCHILL: Okay, thank you.
16     THE COURT REPORTER: Before everyone
17 leaves, I just need to take your orders on the record.
18     MR. CHURCHILL: PDF is fine for me.
19     MR. GLASGOW: That's fine with us with
20 the exhibits, please.
21     MR. CHURCHILL: And I'll send you, I'll
22 send both of you actually the four documents that I
23 showed to the witness today.
24     (Ends, 2:58 p.m.)

Page 55

1   COMMONWEALTH OF MASSACHUSETTS
2   COUNTY OF MIDDLESEX
3
4      I, Joyce E. Romanow, a Professional
5  Shorthand Reporter and Notary Public in and for the
6  Commonwealth of Massachusetts, do hereby certify that
7  Caleb Field, the witness whose deposition is herein
8  set forth, was identified and remotely sworn by me and
9  that such deposition is a true record of the testimony
10 given by the witness on June 14, 2022, to the best of
11 my skill and ability.
12
13     I further certify that I am neither
14 related to nor employed by any of the parties in or
15 counsel to this action, nor am I financially
16 interested in the outcome of this action.
17
18     In witness whereof, I have hereunto set
19 my hand and seal this 26th day of June, 2022.
20
21     _____
22
23     Joyce E. Romanow, Notary Public
24     My Commission Expires: June 19, 2026

Page 56

1      ERRATA SHEET DISTRIBUTION INFORMATION
2      DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4      ERRATA SHEET DISTRIBUTION INFORMATION
5
6      The original of the Errata Sheet has been
7  delivered to Ryan A. Glasgow, Esquire.
8      When the Errata Sheet has been completed by
9  the deponent and signed, the ORIGINAL should be
10 retained by Stephen S. Churchill, Esquire, to whom the
11 original deposition transcript was delivered.
12
13
14     INSTRUCTIONS TO DEPONENT
15
16     After reading this volume of your deposition,
17 please indicate any corrections or changes to your
18 testimony and the reasons therefor on the Errata Sheet
19 supplied to you and sign it. DO NOT make marks or
20 notations on the transcript volume itself. Add
21 additional sheets if necessary. Please refer to the
22 above instructions for Errata Sheet distribution
23 information.
24

Page 57

1  ATTACH TO DEPOSITION OF: Caleb Field
2  DATE TAKEN: 6-14-22     CASE: 1:21-CV-11901-WGY
3
4          ERRATA SHEET
5  PAGE   LINE    CORRECTION       REASON
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15      I certify that I have read the foregoing
16 transcript of my testimony given on June 14, 2022, and
17 except for any corrections or changes noted above, I
18 hereby subscribe to the transcript as an accurate
19 record of the statements made by me.
20      SIGNED UNDER THE PAINS AND PENALTIES OF
21 PERJURY, and executed this ____ day of _____, 2022
22
23          _____
24              CALEB FIELD