Fixed Activities for Export

Page by:
DEPARTMENT: BAKERY

| 5-Account | JOB | Activity | Activity Description | Metrics | Sun Minutes | Mon Minutes | Tues Minutes | Wed Minutes | Thu Minutes | Fri Minutes | Sat Minutes | Total Minutes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8005 | ASSOCIATE | 14336 | CLEAN 3 BAY SINK | | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 126 |
| 8005 | ASSOCIATE | 14338 | CLEAN SINGLE OR HAND SINKS | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 |
| 8005 | ASSOCIATE | 14369 | BAKERY CLEANUP - SINK ITEMS | | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 210 |
| 8005 | ASSOCIATE | 14371 | CLEAN ICING TIPS | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 280 |
| 8005 | ASSOCIATE | 14372 | CLEAN TRAY RACKS | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | ASSOCIATE | 14374 | CLEAN INGREDIENT CONTAINERS | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 |
| 8005 | ASSOCIATE | 14375 | CLEAN PROOF BOX | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | ASSOCIATE | 14376 | CLEAN DONUT GLAZER | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 |
| 8005 | ASSOCIATE | 14377 | CLEAN CAKE CASE | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 63 |
| 8005 | ASSOCIATE | 14378 | SHOP FOR IN-STORE INGREDIENTS | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 63 |
| 8005 | ASSOCIATE | 14384 | CLEAN BREAD SLICER | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 56 |
| 8005 | ASSOCIATE | 14387 | STRAIGHTEN SALES FLOOR | | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 252 |
| 8005 | ASSOCIATE | 14388 | STRAIGHTEN AND STOCK CREAM CHEESE RACK | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | ASSOCIATE | 14389 | SWEEP AND MOP COOLER FLOOR | | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 13 |
| 8005 | ASSOCIATE | 14391 | PRICE AND DATE LABELING GUN | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | ASSOCIATE | 14394 | SWEEP FREEZER | | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 |
| 8005 | ASSOCIATE | 14395 | PRICE CHANGES | | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 31 |
| 8005 | ASSOCIATE | 14396 | REFILL BAKERY SUPPLIES | | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 63 |
| 8005 | ASSOCIATE | 14397 | CLEAN AND STRAIGHTEN BULK CASE | | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 175 |
| 8005 | ASSOCIATE | 14402 | CLEAN TABLES AND OR DISPLAYS | | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 28 |
| 8005 | ASSOCIATE | 14416 | CLEAN SUPPLY AREA AND PUT AWAY SUPPLY LOAD | | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 21 |
| 8005 | ASSOCIATE | 14424 | REMERCHANDISE TABLES | | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 8005 | ASSOCIATE | 14444 | CLEAN BAKERY DEPARTMENT WALLS | | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 |
| 8005 | ASSOCIATE | 14794 | MID-DAY DEPARTMENT CLEAN | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | ASSOCIATE | 14835 | COMMUNICATIONS BOARD ASSOCIATE REVIEW | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | ASSOCIATE | 18669 | RECYCLE PLASTICS | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | ASSOCIATE | 18769 | BAKERY FOOD DONATION | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 |
| 8005 | ASSOCIATE | 19312 | CAO REVIEW FROZEN ORDER - BAKERY | | 0 | 18 | 18 | 18 | 0 | 18 | 18 | 90 |
| 8005 | ASSOCIATE | 19316 | CAO DAILY CHECKLIST - BAKERY | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| 8005 | ASSOCIATE | 19320 | CAO IN-STORE PROMO - BAKERY | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 |
| 8005 | ASSOCIATE | 19324 | CAO DISPLAY AUTO ORDER ITEMS - BAKERY | | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 |
| 8005 | ASSOCIATE | 19335 | CAO SCAN OUT SHRINK REPORT - BAKERY | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 |
| 8005 | ASSOCIATE | 19339 | CAO PROBLEM CASES - BAKERY | | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 6 |
| 8005 | ASSOCIATE | 19402 | CAO REVIEW FROZEN SUMMARY REPORT - BAKERY | | 2 | 2 | 2 | 0 | 2 | 2 | 0 | 10 |
| 8005 | ASSOCIATE | 19430 | CLEAN SCALES - CLOSING | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 14 |
| 8005 | ASSOCIATE | 19513 | BAKERY HMS BREAD PRODUCTION | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | ASSOCIATE | 19570 | CAO MAINTENANCE WALK - BAKERY | | 0 | 10 | 10 | 10 | 0 | 10 | 10 | 50 |
| 8005 | ASSOCIATE | 19637 | EVENING DEPARTMENT CLEAN | | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 308 |
| 8005 | ASSOCIATE | 20107 | CLEAN CUT RESISTANT GLOVES | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | ASSOCIATE | 20455 | PRODUCTION PLANNING - REVIEW AND CONFIRM PRODUCTION | | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 98 |
| 8005 | ASSOCIATE | 20459 | EVENING DEEP CLEAN - MWF | | 0 | 9 | 0 | 9 | 0 | 9 | 0 | 27 |
| 8005 | ASSOCIATE | 20505 | PRODUCTION PLANNING - MORNING CULL | | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 427 |
| 8005 | BAKER | 14383 | CHECK INGREDIENT CODE DATES | | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 5 |
| 8005 | BAKER | 14433 | CLEAN DONUT FILLING EQUIPMENT | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 42 |
| 8005 | BAKERY MGR | 14403 | STORE LEADERSHIP MEETING | | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 60 |
| 8005 | BAKERY MGR | 14404 | EMAIL AND MY TASK | | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 105 |
| 8005 | BAKERY MGR | 14412 | ANSWER TELEPHONE | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 56 |
| 8005 | BAKERY MGR | 14417 | ORDER BAKERY SUPPLIES | | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 12 |
| 8005 | BAKERY MGR | 14419 | PLAN AND REVIEW DEPARTMENT MERCHANDISING | | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 |
| 8005 | BAKERY MGR | 14421 | REVIEW STOCK STATUS AND SALES REPORTS | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | BAKERY MGR | 14422 | MISC. ACIS ACTIVITIES | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | BAKERY MGR | 14427 | ADJUST COUNTRY KITCHEN ORDER | | 6 | 0 | 6 | 6 | 6 | 0 | 6 | 30 |
| 8005 | BAKERY MGR | 14429 | COMMUNICATIONS BOARD MANAGER MAINTENANCE | | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 4 |
| 8005 | BAKERY MGR | 14443 | PLACE OR ADJUST DSD ORDERS | | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 5 |
| 8005 | BAKERY MGR | 20452 | PRODUCTION PLANNING - REVIEW AND UPDATE PLAN | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 |

EXHIBIT 4

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8005 | CAKE DECORATOR | 14380 | SET UP AND CLEAN CAKE WORK AREA | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 210 |
| 8005 | CAKE DECORATOR | 14430 | DECO PAC AND BAKERY CRAFT ACTIVITIES | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 |
| 8005 | DEPT MANAGER | 14830 | CREATE NEXT WEEKS PLAN AND SCHEDULE - DAY 1 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 25 |
| 8005 | DEPT MANAGER | 18643 | CREATE NEXT WEEKS PLAN AND SCHEDULE - DAY 2 | 0 | 36 | 0 | 0 | 0 | 0 | 0 | 36 |
| 8005 | DEPT MANAGER | 18644 | CREATE NEXT WEEKS PLAN AND SCHEDULE - DAY 3 | 0 | 0 | 55 | 0 | 0 | 0 | 0 | 55 |
| 8005 | MANAGER | 14821 | CHECK TIME AND ATTENDANCE | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 42 |

127 min           530 min