UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-cv-10968-WGY

| | |
|---|---|
| JUDITH PRINZO, on behalf of herself and all other employees similarly situated, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| HANNAFORD BROS. CO., LLC, | )<br>) |
| Defendant. | ) |

### DECLARATION OF KENDALL GEDEON

I, Kendall Gedeon, state as follows.

1. I am a paralegal at Fair Work, P.C. Unless otherwise stated, I have personal knowledge of the information in this declaration.

2. I received a copy of an Excel spreadsheet labeled Hannaford_000122472, which I understand to be a report showing expected times for all activities in Hannaford's Massachusetts stores, by department and store location. One column shows a four-digit code indicating the store location. Another column shows the relevant department. Another column shows the "job classification" associated with a task, which I understand to indicate who is qualified to perform any given activity. Another column shows the amount of time for the task for each day of the week.

3. I sorted the data in the spreadsheet first by department and then by store. I then added up the total amount of time for any task to be performed by any manager job classification, meaning any job classification that included "manager" or "mgr" or "mgmt" in the title. I

then added up the total amount of time for all tasks associated with those manager job classifications, by department and by store. The results I obtained are as follows:

| Store | State | Dept. | Mgr Hrs |
|---|---|---|---|
| 8003 | MA | BAKERY | 9.9 |
| 8004 | MA | BAKERY | 10.2 |
| 8005 | MA | BAKERY | 9.9 |
| 8009 | MA | BAKERY | 9.7 |
| 8011 | MA | BAKERY | 9.8 |
| 8012 | MA | BAKERY | 10.4 |
| 8013 | MA | BAKERY | 9.7 |
| 8014 | MA | BAKERY | 10.1 |
| 8017 | MA | BAKERY | 12.1 |
| 8019 | MA | BAKERY | 8.6 |
| 8191 | MA | BAKERY | 10.2 |
| 8192 | MA | BAKERY | 10.1 |
| 8327 | MA | BAKERY | 8.8 |
| 8383 | MA | BAKERY | 10.3 |
| 8388 | MA | BAKERY | 10.2 |
| 8003 | MA | CENTER STORE | 29.9 |
| 8004 | MA | CENTER STORE | 29.1 |
| 8005 | MA | CENTER STORE | 30.1 |
| 8009 | MA | CENTER STORE | 29.6 |
| 8011 | MA | CENTER STORE | 27.7 |
| 8012 | MA | CENTER STORE | 32.1 |
| 8013 | MA | CENTER STORE | 29.9 |
| 8014 | MA | CENTER STORE | 29.4 |
| 8017 | MA | CENTER STORE | 29.3 |
| 8019 | MA | CENTER STORE | 30.1 |
| 8191 | MA | CENTER STORE | 30.4 |
| 8192 | MA | CENTER STORE | 31.1 |
| 8327 | MA | CENTER STORE | 30.2 |
| 8383 | MA | CENTER STORE | 30.4 |
| 8385 | MA | CENTER STORE | 21.9 |
| 8388 | MA | CENTER STORE | 31.6 |
| 8003 | MA | CUSTOMER SERVICE | 0.4 |
| 8004 | MA | CUSTOMER SERVICE | 3.5 |
| 8005 | MA | CUSTOMER SERVICE | 3.5 |

| 8009 | MA | CUSTOMER SERVICE | 3.0 |
|---|---|---|---|
| 8011 | MA | CUSTOMER SERVICE | 3.0 |
| 8012 | MA | CUSTOMER SERVICE | 0.4 |
| 8013 | MA | CUSTOMER SERVICE | 3.5 |
| 8014 | MA | CUSTOMER SERVICE | 3.5 |
| 8017 | MA | CUSTOMER SERVICE | 2.8 |
| 8019 | MA | CUSTOMER SERVICE | 3.5 |
| 8191 | MA | CUSTOMER SERVICE | 4.0 |
| 8192 | MA | CUSTOMER SERVICE | 0.4 |
| 8327 | MA | CUSTOMER SERVICE | 0.4 |
| 8383 | MA | CUSTOMER SERVICE | 0.4 |
| 8388 | MA | CUSTOMER SERVICE | 0.4 |
| 8003 | MA | DELI | 10.0 |
| 8004 | MA | DELI | 9.2 |
| 8005 | MA | DELI | 9.3 |
| 8009 | MA | DELI | 9.2 |
| 8011 | MA | DELI | 8.9 |
| 8012 | MA | DELI | 10.2 |
| 8013 | MA | DELI | 9.5 |
| 8014 | MA | DELI | 14.2 |
| 8017 | MA | DELI | 10.6 |
| 8019 | MA | DELI | 8.5 |
| 8191 | MA | DELI | 14.4 |
| 8192 | MA | DELI | 10.1 |
| 8327 | MA | DELI | 10.1 |
| 8383 | MA | DELI | 13.7 |
| 8385 | MA | DELI | 6.8 |
| 8388 | MA | DELI | 10.1 |
| 8003 | MA | MEAT | 8.0 |
| 8004 | MA | MEAT | 8.1 |
| 8005 | MA | MEAT | 8.2 |
| 8009 | MA | MEAT | 8.0 |
| 8011 | MA | MEAT | 8.1 |
| 8012 | MA | MEAT | 8.2 |
| 8013 | MA | MEAT | 8.0 |
| 8014 | MA | MEAT | 8.3 |
| 8017 | MA | MEAT | 8.3 |
| 8019 | MA | MEAT | 8.1 |
| 8191 | MA | MEAT | 8.3 |

| 8192 | MA | MEAT | 8.1 |
|---|---|---|---|
| 8327 | MA | MEAT | 7.9 |
| 8383 | MA | MEAT | 8.2 |
| 8385 | MA | MEAT | 2.9 |
| 8388 | MA | MEAT | 8.2 |
| 8003 | MA | PHARMACY | 1.7 |
| 8004 | MA | PHARMACY | 1.7 |
| 8005 | MA | PHARMACY | 1.8 |
| 8011 | MA | PHARMACY | 1.8 |
| 8012 | MA | PHARMACY | 1.7 |
| 8014 | MA | PHARMACY | 1.8 |
| 8017 | MA | PHARMACY | 1.7 |
| 8191 | MA | PHARMACY | 1.8 |
| 8192 | MA | PHARMACY | 1.8 |
| 8383 | MA | PHARMACY | 1.8 |
| 8388 | MA | PHARMACY | 1.8 |
| 8003 | MA | PRODUCE | 9.9 |
| 8004 | MA | PRODUCE | 10.1 |
| 8005 | MA | PRODUCE | 10.0 |
| 8009 | MA | PRODUCE | 9.9 |
| 8011 | MA | PRODUCE | 10.4 |
| 8012 | MA | PRODUCE | 10.8 |
| 8013 | MA | PRODUCE | 10.4 |
| 8014 | MA | PRODUCE | 10.0 |
| 8017 | MA | PRODUCE | 10.0 |
| 8019 | MA | PRODUCE | 10.0 |
| 8191 | MA | PRODUCE | 10.1 |
| 8192 | MA | PRODUCE | 10.1 |
| 8327 | MA | PRODUCE | 10.0 |
| 8383 | MA | PRODUCE | 10.2 |
| 8385 | MA | PRODUCE | 5.0 |
| 8388 | MA | PRODUCE | 10.2 |
| 8003 | MA | SEAFOOD | 2.1 |
| 8004 | MA | SEAFOOD | 2.1 |
| 8005 | MA | SEAFOOD | 1.8 |
| 8009 | MA | SEAFOOD | 1.8 |
| 8011 | MA | SEAFOOD | 1.8 |
| 8012 | MA | SEAFOOD | 1.8 |
| 8013 | MA | SEAFOOD | 1.8 |

| 8014 | MA | SEAFOOD | 1.8 |
|------|----|---------|----:|
| 8017 | MA | SEAFOOD | 2.1 |
| 8019 | MA | SEAFOOD | 1.8 |
| 8191 | MA | SEAFOOD | 1.8 |
| 8192 | MA | SEAFOOD | 1.8 |
| 8327 | MA | SEAFOOD | 1.8 |
| 8383 | MA | SEAFOOD | 2.1 |
| 8388 | MA | SEAFOOD | 1.8 |

Signed under the penalties of perjury on this date: __2/14/2022_____

*Kendall Gedeon* (DocuSigned by, 7AB6E74BA1EC4AD...)

Kendall Gedeon

5