Case 1:31-cv-11901-WGY  Document 27-14  Filed 07/29/22  Page 1 of 3

## Kronos - Labor & Productivity Weekly Calendar



| Purpose | Daily activities within the Labor & Productivity Weekly Calendar are completed |
|---|---|
| Start | Daily |
| Materials | • Weekly Calendar    • N/A |

| Actions: | Steps / Details: |
|---|---|
| 1. MPP Activities - Sunday | **a.** Compare Time and Attendance to the schedule to identify missing or additional hours, any corrections needed should be submitted to the Associate Relations Manager<br><br>**b.** Saturday's actual manager hours, MQ fixed hours and training hours should be entered in the Plan/Actual and calculated by 10:00 a.m.<br><br>**c.** Manager of Customer Service should create the "Store Data" plan for the following week and enter the projected sales and customers<br><br>**d.** Sunday evening, the plan will be auto-created with the strategic scheduling tool forecast for the next scheduling period<br><br>**NOTE:** The strategic scheduling tool Labor Forecast is created at this time |
| 2. MPP Activities - Monday | **NOTE:** A PIR should be completed if the week's actual % effective differs by more than 5% (+/-) from the goal and the week's actual hours used differs from the goal hours earned by more than 10 (+/-). The PIR is located by following Tools/Labor and Productivity<br><br>**a.** Compare Time and Attendance to the schedule to identify missing or additional hours, any corrections needed should be submitted to the Associate Relations Manager.<br><br>**b.** Review your Plan/Actual from the previous week to ensure that the actual hours on the plan match final labo.<br><br>**c.** All corrections to the previous week's labor should be submitted and entered in the plan by 10:30am<br><br>**d.** The Plan/Actual from the previous week should be completed and submitted to the Store Manager by 1:00 p.m. with a PIR if needed<br><br>**NOTE:** Include backup documentation for any MQ fixed and training hours used<br><br>**e.** Sunday's actual manager hours, MQ fixed hours, and training hours should be entered in the Plan/Actual and calculated by 10:00 AM<br><br>**f.** Ensure that the strategic scheduling tool agrees with MPP |

Hannaford
Labor and Productivity

Page **1** of 3
Copyright © 2010 EOJT

Revised: 07/02/2014
Doc # 18009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000000573

Case 1:31-cv-11901-WGY   Document 27-14   Filed 07/29/22   Page 2 of 3

| Actions: | Steps / Details: |
|---|---|
| | hours within 2 hours per day and 10 hours per week.<br><br>**NOTE:** Monday evening, the strategic scheduling tool forecast will re-feed to MPP and the labor forecast will re-run. |
| 3. Monday Kronos Activities | a. Check MPP plan for automatic feed and accuracy to Kronos (Refer to Reviewing Labor Hours in Kronos and MPP)<br><br>b. Review labor forecast (Refer to viewing labor forecast training aid) |
| 4. MPP Activities - Tuesday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager.<br><br>b. Monday's actual manager hours, MQ fixed hours, and training hours should be entered in the Plan/Actual and calculated by 10:00 AM |
| 5. Tuesday through Thursday Kronos Activities | a. Edit the schedule and make any necessary changes (refer to Editing and finalizing a schedule in Kronos training aid)<br><br>b. Check and resolve shift violations (refer to Editing and finalizing a schedule in Kronos training aid)<br><br>c. Run Reports (refer to applicable training aids:  Printing the base plan report, Printing the daily staffing sheet, Printing the schedule shift list, Printing the Weekly schedule report) |
| 6. MPP Activities - Wednesday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager.<br><br>b. Tuesday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |
| 7. MPP Activities – Thursday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager<br><br>b. Wednesday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |
| 8. MPP Activities - Friday | a. Time and Attendance should be compared to the schedule to identify missing or additional hours; any corrections needed should be submitted to the Associate Relations Manager<br><br>b. Thursday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |

Hannaford
Labor and Productivity

Page **2** of 3
Copyright © 2010 EOJT

Revised: 07/02/2014
Doc # 18009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000000574

Case 1:21-cv-11901-WGY   Document 27-14   Filed 07/29/22   Page 3 of 3

| Actions: | Steps / Details: |
|---|---|
| **9.** Friday through Monday Kronos Activities | **a.** Enter Custom Driver Data in Kronos (Refer to Entering Custom Driver Training aid)<br><br>**b.** Check Volume Forecast for accuracy (Refer to printing custom driver training aid) and adjust volume forecast, if necessary. (Refer to Viewing and Editing the Volume Forecast training aid)<br><br>**c.** Enter time off requests, vacations, etc. (Refer to Entering Time off Requests in Kronos training aid)<br><br>**d.** Update associate availability (Refer to Setting up and modifying associate availability training aid)<br><br>**e.** Add or change job transfer sets (Refer to Assigning job transfer sets in Kronos) |
| **10.** MPP Activities - Saturday | **a.** Time and Attendance should be compared to the schedule to identify missing or additional hours, any corrections needed should be submitted to the Associate Relations Manager<br><br>**b.** Friday's actual manager hours, MQ fixed hours, and training hours should be entered in the plan/actual and calculated by 10:00 AM |
| **Result** | Achieve proper results using the Labor & Productivity tools |
| **Task standards** | • Daily activities are completed |

*Revision History:*
*07/02/2014 - Removed Center Store Lead from target audience*

Hannaford
Labor and Productivity

Page **3** of 3
Copyright © 2010 EOJT

Revised: 07/02/2014
Doc # 18009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000000575