## Monthly Quarterly Fixed Activities

| MQ Activity # | MQ Activity Description | MQ Time | MQ Operation Instructions |
|---|---|---|---|
| 14446 | DEEP CLEAN CAKE CASES – BAKERY | FIXED_QUARTERLY | This operation provides time once each quarter to deep clean and sanitize the cake case and the frozen cake case. It includes time to remove all product, remove shelves & base plates where necessary, clean and sanitize, replace shelves and bases and refill the cases. Time for this activity is earned based on total store size:   Extra Small (11,000 – 25,999 sq. ft.): 0.5 hrs;   Small (26,000 – 43,999 sq. ft.): 1.0 hr;   Medium (44,000 – 50,999 sq. ft.): 1.42 hrs;   Large (51,000 – 59,999 sq. ft.): 1.67 hrs;   Extra Large (60,000 – 80,000 sq. ft.): 1.75 hrs |
| 14451 | ANNUAL PERFORMANCE REVIEWS – BAKERY | FIXED_YEARLY | Provides time each year for appraisals. Part time associate appraisals earn 1 hour. The associate earns 30 minutes and the supervisor earns 30 minutes. Full time appraisals earn 2 hours, 1 hour for the associate, and 1 hour for the supervisor. |
| 14452 | FLOOR STRIP – BAKERY | FIXED_YEARLY | This activity provides time to clear the sales floor for a floor strip and to replace items after the strip. Claim 45 minutes twice a year. |
| 14456 | ACTION PLANNING – BAKERY | FIXED_MONTHLY | Time to write action plans. Claim 30 minutes once per period. |
| 14457 | INVENTORY – BAKERY | FIXED_MONTHLY | Time is claimed on every inventory period. Time is to complete the bakery inventory, including research and reporting. Time for this activity is earned based on total store size.   Full Department Inventory Times (Done Once Quarterly) – Extra Small (11,000 – 25,999 sq. ft.): 5 Hours;   Small (26,000 – 43,999 sq. ft.): 5 Hours;   Medium (44,000 – 50,999 sq. ft.): 7 Hours;   Large (51,000 – 59,999 sq. ft.): 8 Hours;   Extra Large (60,000 – 80,000 sq. ft.): 8 Hours   Partial Department Inventory Times (Done Twice Quarterly) – Extra Small (11,000 – 25,999 sq. ft.): 4 Hours;   Small (26,000 – 43,999 sq. ft.): 4 Hours;   Medium (44,000 – 50,999 sq. ft.): 6 Hours;   Large (51,000 – 59,999 sq. ft.): 7 Hours;   Extra Large (60,000 – 80,000 sq. ft.): 7 Hours |
| 14476 | CLEAN COOLER WALLS AND SHELVES | FIXED_QUARTERLY | This operation applies only to bakeries that have a cooler separate from deli. This operation provides time once each quarter to remove product from the cooler and to clean the shelves and walls of the cooler. Time to clean the floor is provided in a weekly activity. Bakeries should claim 90 minutes (1.5 hours) once a quarter for this activity. |
| 14479 | DEEP CLEAN OVEN AND PROOFER | FIXED_MONTHLY | This operation provides time each month to deep clean the oven and proofer as described in the Bakery Standard Practice. Bakeries should claim 45 minutes (.75 hours) once a month for this activity. |
| 14482 | BAKERY MONTHLY PRESELLS | FIXED_MONTHLY | This operation provides time each month for monthly presells. Stores can claim 30 minutes/month (.50 hours) for this activity. |
| 14528 | CAREER DEVELOPMENT PLAN | FIXED_QUARTERLY | This operation provides time to follow up with each hourly associate on CDP. The time is earned for each associate completing a follow up. In Quarter one claim one hour per associate for the initial goal setting session. In Quarters 2, 3, and 4, claim 1/2 hour for two quarterly progress reviews. |

| MQ Activity # | MQ Activity Description | MQ Time | MQ Operation Instructions |
|---|---|---|---|
| 18773 | DEEP CLEAN FREEZER | FIXED_QUARTERLY | This operation includes time to deep clean the freezer per maintenance standard practice.  Please claim 60 minutes per quarter. |
| 18788 | HOLIDAY PLANNING | FIXED_QUARTERLY | This operation provides time once each quarter for holiday planning to include reviewing movement reports, scheduling, and merchandising. Bakeries should claim 1 hour per quarter for this activity. |
| 18789 | SEASONAL PRESELL DISPLAY SET UP | FIXED_MONTHLY | This operation provides time for building seasonal presell displays and to transition out of the season. Bakeries should claim 90 minutes (1.5 hours) once a month for this activity. |
| 18857 | DEPARTMENT DRAIN GRATE CLEANING | FIXED_QUARTERLY | This operation provides time for drain grate cleaning quarterly. The department should claim 15 minutes quarterly for this operation. |
| 19516 | CLEAN FROZEN CASES | FIXED_QUARTERLY | This operation includes time each quarter to clean all of the bakery frozen upright cases, 60 Mins. |
| 19922 | EVENT WEEK WALK | FIXED_QUARTERLY | This operation provides time twice each quarter for holiday week walks to cover additional scans. Bakery should claim .5 hours per quarter for this activity. |
| 20168 | DECO PAC QUARTERLY MAINTENANCE | FIXED_QUARTERLY | This quarterly activity includes time to handle Deco Pac discontinued items by removing the items from the peg board or storage unit, removing the pages from the display book, scanning out the items as shrink and discarding or donating the items. Stores can claim up to 10 minutes quarterly. |

CONFIDENTIAL

Hannaford_000122575
New_Hannaford_000123036