

# Training Guide

## Bakery Sales Associate
### HRDBAK402

Hannaford

April 26, 2021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Hannaford_000122378

EXHIBIT 21

## Bakery Sales Associate Training Guide

**Training Objective:** For the Trainee to be presented with the necessary skills, tools and lessons to perform the responsibilities of a Bakery Sales Associate.

Training required to be completed prior to beginning this module:

| Training Prerequisites | Date Completed |
|---|---|
| Hannaford Entry Level Basics Training Module | |
| Food Safety Training Module | |
| Food Safety for Fresh Associates Training Module | |
| Workplace Safety Training Module | |
| Sustainability Training Module | |

Training contained in this training module:

| Contents | Trainee | Trainer |
|---|---|---|
| Day 1 – Intro to Hannaford, power of you, General Procedures and Safety | 4.01 | 3.76 |
| Day 2 – General Procedures and Safety | 3.45 | 3.45 |
| Day 3 – Donuts, Warming Donut Icing, Brownies, Muffins and Bagels | 2.83 | 2.83 |
| Total Training Time | 10.29 | 10.04 |

Additional training required by role

| Additional Training (may be optional by location) | Trainee | Trainer |
|---|---|---|
| No additional training | | |
| Total Training Time | 0.00 | 0.00 |

**Note to Trainers:** The primary training resources within this module are Standard Practice Training Aids (SPTAs) and Reference Documents (REFs). SPTAs are located in Training Binders and REFs are located on the Hannaford Intranet Portal.

**Revision History:**

| 04/26/2021 | • Removed SPTA Cookies – Sandwich Cookie Peanut Butter Candy that has been discontinued |
|---|---|
| 04/23/2021 | • Added SPTA My/Mo Mochi |
| 12/03/2020 | • Updated completions to use the Checklist Option instead of the Credit button<br>• Discontinued SPTA Bread – Herb Garlic Pull-A-Part Focaccia<br>• Discontinued SPTA Large Boule – Pumpernickel and or Sourdough<br>• Discontinued SPTA Finished Product – Breakfast, Corn Bread, Biscuits<br>• Discontinued SPTA Finished Product –Desserts<br>• Discontinued SPTA Bagging Bakery Bread<br>• Removed SPTA Slips and Falls which is now in the Workplace Safety Training Module |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        Hannaford_000122379

## Bakery Sales Associate Training Guide

**Trainee Name:** _____   **PS ID#** _____

### Day 1 Training Tasks

**Training Preparation:** Utilize the Standard Practice Training Aid Binder. Print out reference documents, as necessary.
- Computer/ System Access
- Thermometer

| R | Training Task | Trainee Time | Trainer Time | Trainee Initials | Trainer Initials |
|---|---|---|---|---|---|
| ✓ | **Cross Trained/Transferred Associates to Bakery** <br> **Food Safety Essentials eLearning:** <br> ◆ **Trainer Note**: Associates who are cross trained or transfer to the Bakery department from a non-fresh department may have completed this course or been exempt from the course and will not be assigned to view the bakery version of this course. <br> ◆ Cross trained or transfers with a completion on file, should be directed to select the course from the catalog and view the Bakery version of this course for required food safety information. | .00 | .00 | | |
| ✓ | **power of you**: begin training by reinforcing what the associate has learned about power of you during onboarding. <br> ▪ The power of you behaviors; Focus on Friendly, Own the Solution, and Always say Thank you, are how we show care for each other and our customers. <br> ▪ The trainee will have viewed the power of you training video, quiz and acknowledgement during onboarding. This time is to show what the power of you behaviors look like in your department and to allow the trainee to become even more comfortable with them. <br> ▪ Point out to trainee when you see an associate who is smiling and engaging with customers, offering cooking tips or item selection help, who is walking a customer to a missing item, who is always saying thank you, cheerfully asking customers to enter their Rewards info, etc. <br>  • When you see an associate(s) who is role modeling the power of you behaviors, say thank you and offer them a recognition certificate. Emphasize all of the positive interactions observed! <br>  • As needed, Focus on Friendly to assist with service opportunities by engaging with the customer and offering a coupon. Have trainee offer a coupon to a customer to show that coupons can be used to build customer loyalty not just for service recovery. <br> ◆ Training tips- <br>  • Share your personal experiences for how to Focus on Friendly and Own the Solution in your department. <br>  • Have coupons, It's on Me stickers, and recognition certificates with you | .50 | .50 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        Hannaford_000122380

## Bakery Sales Associate Training Guide

| R | Training Task | Trainee Time | Trainer Time |
|---|---|---|---|
| | • Be sure that you are role modeling the power of you behaviors throughout the training. Examples- if a customer looks as though they cannot find an item, help them with the trainee. If the department is getting a rush, jump in and help with the trainee. | | |
| ✓ | Cutting Block (Protop) Cleaning SPTA #14118 | .33 | .33 |
| ✓ | Deli, Bakery, Kitchen, Produce, Seafood - Floor and Drain Cleaning SPTA #14139 | .30 | .30 |
| ✓ | Case Cleaning – Bakery and Deli SPTA #14129 | .75 | .75 |
| ✓ | Code Date Procedures SPTA #4007 | .25 | .25 |
| ✓ | View and acknowledge the Bakery Code Date Waiver in the LMS | .05 | .05 |
| ✓ | Automated Production Record SPTA #4238 | .33 | .33 |
| ✓ | **Packaged Food Waste Initiatives:** review standard with associate and practice/demo within the department<br>   Bakery Packaged Food Waste Program SPTA #17004-2 | .25 | .25 |
| ✓ | Manual Pallet Jack Operation SPTA #1039 | .25 | .25 |
| ✓ | Knife Safety SPTA #14025 | .17 | .17 |
| ✓ | Cut Resistant Glove Program REF #14564 | .08 | .08 |
| ✓ | **Safety:**<br>   Baker Safety SPTA #14028<br>   Workplace Safety Bakery Safety CBT (20 min) | .75 | .50 |
| | Total | 4.01 | 3.76 |

*R=Required:* A checkmark indicates the training task is required to receive full credit for the training guide.

### Day 2 Training Tasks

**Training Preparation:**   Utilize the Standard Practice Training Aid Binder

- Computer
- Thermometer
- Pallet Jack

| R | Training Task | Trainee Time | Trainer Time | Trainee Initials | Trainer Initials |
|---|---|---|---|---|---|
| ✓ | Sweep and Mop Fresh Cooler Floor SPTA #13226 | .17 | .17 | | |
| ✓ | Deep Clean Fresh Cooler M/Q SPTA #13227 | .25 | .25 | | |
| ✓ | Trainee and trainer will tour department focusing on our offerings and strategy, taking advantage of customer engagement to demonstrate the importance of product knowledge and customer service | .40 | .40 | | |
| ✓ | • Artisan Breads • WOW<br>• Crusty Breads • Flavors of Icing<br>• Bulk Case Items • Gluten Free<br>• Price and Put out • Sugar Free<br>• In store produced • P Touched Tables<br>• Trendy Flavor • Local Products | .00 | .00 | | |
| ✓ | Packaged Garlic Spread SPTA #4171 | .17 | .17 | | |
| ✓ | Coffee - Keurig Brewing SPTA #4073 | .08 | .08 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                           Hannaford_000122381

## Bakery Sales Associate Training Guide

| ✓ | Training Task | Trainee Time | Trainer Time |
|---|---|---|---|
| ✓ | Coffee - Keurig Brewer Cleaning SPTA #4071 | .17 | .17 |
| ✓ | Coffee - Basic Brewer Cleaning SPTA #4028 | .33 | .33 |
| ✓ | Walk Sales Floor Cooler, Freezer | .25 | .25 |
| ✓ | Load Procedures SPTA #4014 | .33 | .33 |
| ✓ | Opening and Closing Procedures SPTA #4237<br>• Review Opening Procedures section | .25 | .25 |
| ✓ | My/Mo Mochi SPTA #4962 (select stores only) | .25 | .25 |
| ✓ | Thaw and Sell Items SPTA #4352 | .17 | .17 |
| ✓ | Roll - Pretzel Buns SPTA #4725 | .05 | .05 |
| ✓ | Cookie – Take and Bake SPTA #4724 | .08 | .08 |
| ✓ | Cookies - Molasses SPTA #4848 | .08 | .08 |
| ✓ | Cookies – Cookie Creations Packaged Icing SPTA #4919 | .08 | .08 |
| ✓ | Using the RF Hand Held Unit Safely SPTA #14102 | .17 | .17 |
| ✓ | Bread Slicing SPTA #4305 | .17 | .17 |
| | Total | 3.45 | 3.45 |

### Day 3 Training Tasks

**Training Preparation:**   Utilize the Standard Practice Training Aid Binder
- Computer

| R | Training Task | Trainee Time | Trainer Time | Trainee Initials | Trainer Initials |
|---|---|---|---|---|---|
| ✓ | Farmer's Bread SPTA #4788 | .08 | .08 | | |
| ✓ | Practice: Set up Donut Prep Area | .08 | .08 | | |
| ✓ | Practice: Set up Donut Glaze | .08 | .08 | | |
| ✓ | Donut Icing Warming (Double Boiler) SPTA #4338 | .17 | .17 | | |
| ✓ | Donut Icing Warming (Microwave) SPTA #4331 | .17 | .17 | | |
| ✓ | Practice: Use Production Sheet for Producing | .17 | .17 | | |
| ✓ | Bulk Production Records SPTA #4354 | .33 | .33 | | |
| ✓ | Writing On A Cake SPTA #4692<br>➡ Have trainee practice writing messages several times using disposable paper or cardboard | .25 | .25 | | |
| ✓ | Crème Rolls – 2 Pack SPTA #4845 | .08 | .08 | | |
| ✓ | Brownies in a Bag SPTA #4734 | .08 | .08 | | |
| ✓ | Ooey Gooey Brownies Candy Topped SPTA #4735 | .17 | .17 | | |
| ✓ | Ooey Gooey Brownies Triple Chocolate SPTA #4737 | .17 | .17 | | |
| ✓ | Ooey Gooey Brownies Peanut Butter Fudge #4739 | .17 | .17 | | |
| ✓ | Muffins/Donuts – Filled With Machine or Pastry Bag SPTA #4165 | .08 | .08 | | |
| ✓ | Practice: Check for Variety on 4 pack Muffins | .08 | .08 | | |
| ✓ | Bakery Clean Up SPTA #4001 | .33 | .33 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                         Hannaford_000122382

| | | R | A |
|---|---|---|---|
| | • Review Cleaning/Sanitation of Donut filler Machine Section | | |
| ✓ | Practice: Clean up Donut Area | .17 | .17 |
| ✓ | **Completion of Training** | | |
| | **Trainer:** to close out and complete this training<br>• Ask the associate if they have any questions, provide answers and resources available to them<br>• Review the module and ensure trainee has initialed all sections and signed the Completion of Training at the end of the module<br>• Trainee will open the training module in the LMS to begin the Credit process and can view or print the Checklist. Trainee must click on Continue in LMS to allow the training administer access to add in the completion credit.<br>• Trainer signs off module and turns it in to the manager/supervisor<br>• Manager/supervisor turns the signed module into the training administrator who will give credit to the trainee for completing the module<br>• Trainee Completes Trainee Questionnaire – the questionnaire should be given directly to the ARM or AR/EOM upon completion | .17 | .17 |
| | Total | 2.83 | 2.83 |

*R=Required:* A checkmark indicates the training task is required to receive full credit for the training guide.

**Completion of Training**

| Associate Signature: | | Date: |
|---|---|---|
| Trainer Signature: | | Date: |
| Dept Manager Signature: | | Date: |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Hannaford_000122383

# Trainee Questionnaire

**Store #:** _____     **Date:** _____

**Department:** _____

**Trainee Name** (optional): _____

Please rate the following statements, items and questions using the scale of 1 to 5. Please be open in providing feedback, it is important in improving and updating Hannaford's training programs.

|  | Fair | | | | Excellent |
|---|---|---|---|---|---|
| **Materials** | 1 | 2 | 3 | 4 | 5 |
| The Standard Practice Training Aid Manual | | | | | |
| Video's/DVD's (if used) | | | | | |
| eLearning's (if used) | | | | | |
| Other materials (if used, please identify): | | | | | |

|  | Disagree | | | | Agree |
|---|---|---|---|---|---|
| **Trainer** | 1 | 2 | 3 | 4 | 5 |
| My Trainer was prepared each scheduled day of training | | | | | |
| The scheduled training hours were adequate to learn the tasks | | | | | |
| Training objectives were well explained | | | | | |
| My Trainer was knowledgeable of the task being trained | | | | | |
| If I needed additional help it was available | | | | | |
| I received feedback during my training on my progress | | | | | |
| I was encouraged to ask questions during my training | | | | | |
| I was comfortable performing the task on my own after training | | | | | |
| Overall Rating of trainer on a scale of 1 – 5, 1=fair, 5=excellent | 1 | 2 | 3 | 4 | 5 |

|  | Disagree | | | | Agree |
|---|---|---|---|---|---|
| **Training Program** | 1 | 2 | 3 | 4 | 5 |
| The training is accurate and applicable to my current position | | | | | |
| The order of the training was presented in a logical flow | | | | | |
| The time allotted to practice and ask questions was adequate | | | | | |
| The Standard Practice documents were easy to understand | | | | | |
| Overall Rating of program on a scale of 1 – 5, 1=fair, 5=excellent | 1 | 2 | 3 | 4 | 5 |

What could have been done to make your training more effective:

Thank you for completing this evaluation. Your comments will help us to improve Hannaford's training program.

**Please return your completed questionnaire to your Associate Relations Manager.**