COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT DEPARTMENT

PLYMOUTH, ss.

______________________________

JUDITH PRINZO on behalf of herself and all other employees similarly situated,

Plaintiff,

v. Civil Action No.

HANNAFORD BROS. CO., LLC, 2183CV00323

Defendant.

______________________________

VIDEOCONFERENCE DEPOSITION OF

JEREMY STEVENS

DATE: Tuesday, October 19, 2021

TIME: 10:12 a.m.

LOCATION: Remote Proceeding

Boston, MA 02110

REPORTED BY: Robert Lombardi, Notary Public

JOB No.: 4851843

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF JUDITH PRINZO:

STEPHEN S. CHURCHILL, ESQUIRE (by videoconference)
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
steve@fairworklaw.com
(617) 607-3262

BENJAMIN K. STEFFANS, ESQUIRE (by videoconference)
Steffans Legal
7 North Street, Suite 307
Pittsfield, MA 01201
bsteffans@steffanslegal.com
(413) 418-4176

ON BEHALF OF DEFENDANT HANNAFORD BROS. CO., LLC:

RYAN A. GLASGOW, ESQUIRE (by videoconference)
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
rglasgow@huntonak.com
(804) 788-8200

A P P E A R A N C E S (Cont'd.)

ON BEHALF OF DEFENDANT HANNAFORD BROS. CO., LLC:

ALYSON BROWN, ESQUIRE (by videoconference)
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
browna@huntonak.com
(804) 788-8200

CHRISTOPHER M. PARDO, ESQUIRE (by videoconference)
Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109
cpardo@huntonak.com
(617) 648-2800

ALSO PRESENT:

Anne Cunningham, In-House Counsel for Defendant, Hannaford Bros. Co., LLC (by videoconference)

Judith Prinzo, Plaintiff (by videoconference)

I N D E X

| EXAMINATION: | PAGE |
|---|---|
| By Mr. Churchill | 8 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | LinkedIn Profile of Jeremy Stevens | 11 |
| Exhibit 2 | Hannaford Position Summary of Director Retail Support Services | 43 |
| Exhibit 3 | Defendant's First Amended and Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories dated 10/13/21 | 52 |
| Exhibit 4 | Spreadsheet of Fixed Activities for Bakery Department, Store 8005 | 83 |
| Exhibit 5 | Spreadsheet | 94 |
| Exhibit 6 | Page from Staffing Model Specific to Standalone Bakery Department | 103 |
| Exhibit 7 | Department Hours Report | 109 |
| Exhibit 8 | Scheduling Edits by Judith Prinzo | 114 |
| Exhibit 9 | Store Level Execution Report by Details | 120 |
| Exhibit 10 | Hannaford Course Catalog for LMS | 122 |

E X H I B I T S (Cont'd.)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 11 | Hannaford New Supervisor Introduction to Leadership Role & Skills | 125 |
| Exhibit 12 | Hannaford Training Script New Supervisor Introduction to Leadership Role & Skills | 128 |
| Exhibit 13 | Hannaford Training Guide Baker Sales Manager | 130 |

(Exhibits attached.)

PROCEEDINGS

REPORTER: Good morning. My name is Robert Lombardi; I am the officer assigned by Veritext to take the record of this proceeding. We are now on the record at 10:12 a.m. This is the deposition of Jeremy Stevens taken in the matter of Judith Prinzo on behalf of herself and all other employees similarly situated vs. Hannaford Brothers Company, LLC on October 19, 2021, remote via Zoom.

I am a notary authorized to take acknowledgements and administer oaths in the state of Massachusetts.

Parties agree that I will swear in the witness remotely, outside of his or her presence.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording virtually of this proceeding:

- is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation

of such.

At this time will everyone in attendance please identify yourselves for the record.

MR. CHURCHILL: Steve Churchill representing the plaintiff.

MR. GLASGOW: Ryan Glasgow on -- go ahead, Ben. Sorry.

MR. STEFFANS: Sorry, Ryan. Benjamin Steffans, also on behalf of the plaintiff.

MR. GLASGOW: Ryan Glasglow on behalf of the defendant.

MR. PARDO: Christopher Pardo on behalf of the defendant.

MS. BROWN: Alyson Brown on behalf of the defendant.

MS. CUNNINGHAM: Anne Cunningham on behalf of the defendant.

MR. STEVENS: Jeremy Stevens, witness.

REPORTER: Thank you.

MR. CHURCHILL: And Judy can you -- and Judy Prinzo is present as well.

REPORTER: Thank you for that, Mr. Churchill.

Hearing no objection, I will now swear in the witness.

Please raise your right hand.

WHEREUPON,

JEREMY STEVENS,

called as a witness, and having been first duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

REPORTER: You may proceed today, Counsel.

MR. CHURCHILL: Thank you.

Ryan, do you want to put any stipulations on the record?

MR. GLASGOW: Not unless you do.

MR. CHURCHILL: Okay.

EXAMINATION

BY MR. CHURCHILL:

Q Mr. Stevens have you been deposed before?
A No.
Q Okay. Can you state your full name?
A Jeremy Stevens.
Q And what is your address?
A 29 Memorial Drive, Gorham, Maine.
Q And what's your date of birth?
A 12/18/1974.
Q All right. You, I'm sure, have heard some ground rules from your attorney, but I want to go over

them again just to make sure we're on the same page. First of all, if I ask you a question that you don't understand, then you can and should ask me for a clarification; okay?
A Yes.
Q It's important that any responses be verbal as opposed to nods or gestures because a transcript is being made, and it's important that any of your responses be captured accurately, and that's best done through verbal responses; okay?
A Yes.
Q Likewise, because a transcript is being made, it's important that only one of us be talking at a time, so I will do my best to make sure you're done with your answer before I ask my next question. And I would ask that you wait until I'm done with my question before you provide an answer. That also gives your attorney a chance to object if he's going to object; okay?
A Yes.
Q And finally, if you need to take a break for any reason at all, to talk to your attorney, use the restroom, take a call, anything, that's fine. The one rule that we follow is that any question that's pending be answered before we take a break; okay?

A Yes.

MR. PARDO: And Steve, this is Chris. Just since we're in Massachusetts, as far as stipulations go, in these cases, at least with you guys, we typically reserve all objections, except just to form, until trial, and reserve all motions to strike until trial. If that's okay with you, we would stipulate to that. And Ryan's going to be representing the witness, but I just wanted to put that on the record since we're now in Massachusetts State Court.

MR. CHURCHILL: Yes, that's agreeable.

MR. PARDO: Okay.

MR. GLASGOW: Thanks.

BY MR. CHURCHILL:

Q All right. What is your educational background, Mr. Stevens, starting with high school?

A I have a high school degree from Bonny Eagle High School here in Maine, and a bachelor of science from Worcester Polytechnic Institute.

Q When did you receive your bachelor of science?

A 1998.

Q Okay. And you currently work for Hannaford; is that right?

A Yes.

Q And when did you first start working for Hannaford?

A 2004.

Q Okay. Let me share my screen. Do you recognize this as a screen shot of your LinkedIn profile?

(Exhibit 1 was marked for identification.)

A I recognize that, yes.

Q Okay. And with respect to the information here showing your employment from 1998 up until 2004, is it correct that you worked for Teradyne as a manufacturing engineer?

A That is correct.

Q Okay. And then as you just testified, it looks like you joined Hannaford in February 2004; is that right?

A Yes.

Q Okay. And the first three jobs that are listed there, is that accurate in terms of the job title and periods of employment?

A Yes, that's accurate.

Q Okay. And then in January 2018, you became director of labor productivity?

A Yes.

Q What is your current title?

A Director of retail support services.

Q And when did you assume that title?

A About two -- almost two years ago.

Q Okay. Do you remember the month and year?

A 2020, January or February.

Q Okay. Right before the pandemic?

A Right before the pandemic.

Q Okay. And your title before that was director of labor productivity?

A Yes.

Q When you joined Hannaford back in 2004 as a senior industrial engineer, what were your duties?

A I built labor standards and did observations of processes in stores to understand the time it took to do certain tasks.

Q Okay. And when you say you did labor processes, what do you mean by that?

A Just observe people doing work, production tasks, cleaning tasks, things like that, in store and would use our observations to build labor standards to determine how long it should take, on average, to do that particular task.

Q Okay. And how specifically did you go about

doing that?

A We used a predetermined time/motion study system called MOST, the Maynard occupational sequence theorem, and we would use the software tool that we had, and it's a product called StandardsPro from Accenture, to use predetermined time and motions, and we would just piece together our observations of the motions that we observed using that software and then validate that standard against additional observations once we were done.

Q Okay. And so were you physically observing people performing tasks?

A Yes.

Q And were you doing that in a live setting, or was it in a lab, or where were you making those observations?

A Typically in a live setting, but we have done it in the lab before.

Q Okay. And when you did it in a live setting, that means you would go out to a store and observe associates performing duties?

A Yes.

Q Okay. Does Hannaford still use StandardsPro?

A Yes.

Q Okay. And is that same function still being performed by somebody else at Hannaford?

A Yes.

Q How many different people perform that function?

A There's a manager and two engineers on his team that would perform that function.

Q Okay. And what is the end result of that work?

A The labor standard, specifically how much time it takes to do specific tasks. We have thousands of them.

Q Okay. And does each labor standard have a numerical code associated with it?

A Yes, they do. Yeah.

Q Okay. And does each standard have a position that it's associated with?

A Yeah, in general they do, but there might be some that apply to multiple positions. Generally, they're specific to one.

Q Okay. All right. And how are those labor standards then used? What's the purpose of generating those labor standards?

A They become inputs into our scheduling system.

Q Okay. And what is the scheduling system called?

A We use a Kronos product, so we call it Kronos. It's -- Workforce Central is the specific software that we use.

Q Okay. And how long has Hannaford been using that system?

A Probably 2005, 2006.

Q Okay. What system did it use before that?

A It was a system called eFORCE that we used right before that. That company was acquired by Kronos around that same timeframe. And we used the Homegrown system before that.

Q All right. So once these labor standards are developed, and you said there's thousands of them; is that correct?

A Yes.

Q Okay. How are they then used in the scheduling system?

A The standards -- there's different types of standards, so there's standards that are dependent, they're production -- tied to production, so they would be tied to volume. Could be customers, or items, or specific units produced in the store. Those would get applied to data feeds that said how many

cases the store received, how many customers they had, how many items they sold, how many cakes they produced, things like that.

And then there's other activities that are not tied to volume, those are typically cleaning-related or kind of administrative-duty related that no matter how many customers or items you have, it would take you the same amount of time to do that. And combine the -- all of those inputs into a labor demand that is then scheduled.

Q Okay. And when you say labor demand, what do you mean?

A It takes the traffic patterns of customer flow in and out of the store through the day. So you'll have -- the volume standards will generate different levels of labor requirements throughout the course of the day based on the ebbs and flows of the business, and that creates -- you could describe it as a curve, and we -- we schedule shifts to that curve based on some rules that we have.

Q Okay. So there's a labor demand that's generated for each department in the store?

A Yes.

Q Okay. And so how does that then play into how scheduling works for any particular department?

A So the schedule would run automatically, and then a scheduling manager, so department managers at Hannaford are responsible for generating their own schedule, would look to see -- they're responsible for all the inputs to that, first of all. So you have to make sure that associates have the availability set in the system, their availability is accurate, so managers do that. Managers take time-off requests for associates, or vacation time, or sick calls, and plug all of that stuff into the schedule. And then they would let the schedule run. Once the system auto schedules that, they would look at the output of that and then make changes as they saw fit.

So the system doesn't know, for example, whether or not somebody is new and not able to close a department by themselves, for example. So the manager might change shifts around or edit shifts based on their knowledge of the associates and specific skill sets that associates in their department have.

Q All right. And --

A Once that's done, it would be a finished schedule that we post.

Q Okay. So in terms of the inputs that a department manager would make, you identified two, which is their availability generally and then any

time-off requests that they've made. Are there any other inputs that department managers make as part of that scheduling process?

A They would make assigned skills to associates. You know, whether they could cut meat or frost cakes, that would be a skill that would be assigned, so they would do that with the help of the associate relations manager in the store.

Q Okay. So any associate in the store has particular skills that are assigned to them?

A Yes.

Q All right. And how do associates get those skill assignments?

A Training.

Q Okay. And are there standardized steps that associates go through to get those skill assignments?

A Yeah, they would complete training packets.

Q Okay. Any other inputs that department managers make as part of this schedule generation process?

A Can't think of any.

Q Okay. And then you said after the system generates a schedule, a department manager would review it and could make adjustments?

A Correct.

Q All right. And are any adjustments that are made, can you see those adjustments through any type of auditing?

A We can. It's manual. We would need to go into the specific weeks and departments to look at it, but we can do that, yes.

Q Okay. And then once a department manager makes any changes to the schedule, are those schedules then approved at any level above the department manager?

A Not typically. Typically, department managers are the final -- have the final say and responsibility for the schedule in their department.

Q Okay. And are any reports generated that show changes to the schedules that are automatically generated?

A No, typically not. But, you know, in this instance, we did look at scheduling audits and I had to produce those.

Q All right. And when are schedules generated relative to when the work is going to be performed? Are they a week in advance, two weeks in advance?

A Ten days in advance. We post schedules on Thursday afternoon for the week that begins two Sundays following.

Q All right. And other than reassigning who might be assigned to a particular shift, are department managers able to change the amount of labor?

A Yes, they can.

Q And how do they do that?

A They would change the forecast. So the forecast is one of the inputs. The system builds a forecast for all of the individual volume feeds that we have, which vary significantly by department, so they'd have to have knowledge of how many cases were coming in, what level of production of specific items or category items they were going to make. They would review that forecast in the system, edit it if they felt edits were appropriate, and then schedule to that.

They can have full autonomy to schedule more or less labor as they see fit. We don't audit the schedule specifically. We do look at the output, but, you know, the expectation is that they use -- they earn labor at the end of a week and that they use the appropriate amount of labor. But they do have autonomy to add or cut as they see fit.

Q What do you mean when you say they earn labor at the end of the week?

A Our system is a little bit different, so we give them an estimate of how -- how many hours they should schedule based on all of those inputs. But then as data feeds come in through the week, they might earn a different amount of hours. So a good example would be a snowstorm. If we have a snowstorm and it causes an increase in business volume, then they would earn more hours potentially than they scheduled, so that would allow them to increase hours if there were associates that wanted to work more.

Q And so would those earned hours then be -- when would they be added on to a schedule?

A They are -- they're earned at the end of the week, so they're not added onto the schedule. The manager has the autonomy if they see that, you know, they're earning more hours than they had scheduled, then they would add on hours as appropriate to keep up with the increased business volume, or cut hours, potentially, in response to decreased business volume as the week unfolded.

Q All right. During the time you worked as an industrial engineer, were there any other duties that you performed?

A We did a lot of work on process improvements, looking for ways to simplify tasks, or

Page 22

new equipment or fixtures that we could purchase that would make tasks easier.

Q Can you give an example?

A We -- one example is we would look at checkouts a lot to look to see -- make sure that it was efficient as possible, make sure that we could cut down any potential risk for repetitive motion injuries, things like that. And we would design the checkout so they have adjustable bag stands, for example, so people bagging and -- and cashiers didn't have to bend at all to lower items into the bag, they could just adjust the bag stand to a comfortable working height.

Q Then in July 2011, you became the manager of business process change?

A Correct.

Q And what were your duties in that position?

A Business process change for us is really a simple project management type function. We help introduce changes to retail, so it could be new -- new products or new -- new systems that we implement. And we help the business owner make sure that training documentation is done, labor standards are complete and communicated on time.

Q Okay. Then in July 2013, you became manager

Page 23

of labor productivity?

A Yes.

Q And what were your duties in that position?

A I would oversee the department that was responsible for labor standards, responsible for scheduling. The team is not the IT side, but more of the user/administrative side of our scheduling system. And then all of our payroll, budgets, and forecasts.

Q All right. And then January 2018, you became director of labor productivity?

A Yes.

Q And what were your duties in that job?

A Ironically, they were the same duties. My position was simply regraded at a higher level.

Q Okay. And then in your current position, you said you're director of retail support services; is that right?

A Yes.

Q Okay. And that was a promotion from director of labor productivity?

A Yes.

Q And then we have your position description, which we'll look at. So let me ask, in your current position, who do you report to?

A I report to the vice president of retail

Page 24

services.

Q Is retail services considered a division, or a department, or what nomenclature is used?

A It's a department within our retail operations department. Retail operations would include all of our districts and stores.

Q Okay. So one department within retail operations is retail services?

A Yes.

Q Okay. And who is the vice president of retail services?

A Julie Libby.

Q Okay. And who reports directly to her in addition to you?

A There's me, there's the manager -- sorry, make sure I get all this right. The manager of our e-commerce operations team, the manager of -- our director of field support, and the director of asset protection.

Q Okay. And what does the director of field support do?

A His team basically provides direct support to stores, or merchandising tactics for example, help with inventory accuracy, things like that. Help roll out some projects, develop our front-end strategy,

Page 25

checkout strategy. Different functions based on the individual teams under him.

Q All right. And is there a vice president of retail operations?

A Yes.

Q Who is that?

A Nicole Devoe Lewis.

Q And who else reports directly to him besides the vice president of retail services?

A There's the vice president of operations for our eastern division and one for our western division, our director of pharmacy operations, our director of independent accounts, our director of retail capital projects. I think that's it.

Q All right. And who does she report to, the vice president of retail operations?

A To the president, Mike Vail.

Q Okay. And you have direct reports set; right?

A Yes.

Q How many do you have?

A Seventeen right now, I believe.

Q Okay. When you say you have 17 direct reports, do all 17 report directly to you, or are there some intermediate?

Page 26

A There's some intermediate levels.
Q Okay. So who are the people who report directly to you without any intermediary between you and them?
A Manager of retail scheduling systems.
Q Okay. Hold on. And who's that?
A Caleb Field.
Q All right. And what are Mr. Field's duties?
A Essentially the same duties that I described when I was manager of labor productivity.
Q All right. And does he have people reporting to him?
A Yes.
Q What positions report to him?
A The two business process engineers that I mentioned earlier, and two retail scheduling support analysts.
Q Okay. And what do those analysts do?
A They help train retail users on our scheduling system, answer questions. They're kind of the second or third level of support for IT-related issues that get reported by stores.
Q Okay. So do they interact with department managers, for example?
A Yeah, if they're asked for help, they would

Page 27

interact with department managers.
Q Okay. All right. Who else reports directly to you besides Mr. Field?
A Kim Ayre, who is the manager of retail training.
Q How do you spell her last name?
A A-Y-R-E.
Q Okay. What are her duties?
A She's responsible for setting our strategy for retail training, administering our learning management system, developing some training content, and then managing -- some digital training content, and then development and management of all of our paper training content and standards.
Q Does she have people who report to her?
A Yes, she does.
Q What positions?
A She has one digital specialist, a content creation specialist, and then she has two learning -- learning specialists.
Q What do the learning specialists do?
A They just basically update paper and manage all the paper copies in our training outlines.
Q And you referred to LMS. What is that?
A Learning management system.

Page 28

Q Okay. And what is that?
A We just switched to a new one a few weeks ago called SuccessFactors.
Q All right. What is it though?
A It keeps track of training records and gives people access to content.
Q All right. So what types of content are available?
A All of the -- in SuccessFactors you have access to digital training, so annual certifications, typically orientation videos, things like that, that every associate would watch either when they were hired or when -- when their certification came up at year end. That system also tracks training completions so, you know, if you're named to a position, there's a certain level of training that you would need to complete, and it would track your completion of that training.
Q All right. Is there a catalog of courses that are available?
A Yes, I think there's a catalog in there.
Q Okay. And I expect you don't have an exact number off the top of your head, but what's your best approximation of the number of training courses that are available through LMS?

Page 29

A Maybe 40 or 50.
Q Okay.
A Individual courses. That wouldn't be reflective of our total training, however.
Q So if somebody came in, for example, as a new employee of the meat department, what training would they go through initially?
A They would go through some general orientation training, about a day's worth of training for that, and most of the training would take place with a trainer or with a department manager in their department. It would be hands on. Depending on the role, it could be anywhere to 20 to 60 or 80 hours worth of training.
Q All right. Are there job-specific training materials, for example, for somebody who's new to the meat department?
A Yes. There would be a training track for a meat cutter, for example, or a different training track for a meat clerk.
Q Okay. So when you say a training track, what does that entail?
A It is an outline that includes all of the different courses that you would take, and then all of the different essentially things that you would have

Page 30

to be shown by a trainer or a department manager within that department to complete that training track.

Q And then once an associate completes a training track, do they obtain some type of designation or certification?

A No. It would just be marked -- they would sign off on it saying that they received the training and they were comfortable that they were properly trained, and that gets stored within the learning management system.

Q All right. And when you testified earlier about the scheduling system and you said there were certain skills that associates have for purposes of scheduling, are there specific steps that associates have to go through to get assigned those particular skills?

A Yeah. The easiest one to think about is cake decorator. It's not something that I can do very well, but if you complete the training guide for a cake decorator, you learn how to do all the piping and borders and florets and things like that. So that is a specific training guide that you would learn with help from a trainer in the department.

Q Okay. And so then you would get a

Page 31

designation in Kronos as somebody who could do cake decorating?

A Yes.

Q Okay. And that would then be used to generate a schedule?

A Yes.

Q Okay. All right. Who else reports directly to you?

A The manager of business process change and retail communications, Heather Trodella.

Q How do you spell her last name?

A T-R-O-D-E-L-L-A.

Q Okay. And what are her duties with respect to the business process change function?

A Again, very similar to what I described my role was as manager of business process change. In addition, she is responsible for our retail communications team, and that team specifically manages all communications out to our retail department managers and leaders.

Q Okay. So focusing for a moment on the business process change, what would be a concrete example of a change that might happen, like in the produce department, for example?

A We might have a new sign kit that we

Page 32

identify and they would help make sure that all the training guides were updated; that all of our standard practice training aids were updated to reflect the new sign kit; make sure that if there was an impact to labor standards, that the labor standards were updated and the scheduling system was updated with the time it takes to manage that new sign kit; and then they would communicate that out to stores.

Q All right. And how do business process change -- how does any particular change come to be? Like, how are they generated?

A All of the business owners are asked to contact business process change when they have a change that they identify, and the -- as I said earlier, it's basically a project management function that helps that business owner shepherd those projects through the process, make sure we complete everything and roll out a finished product.

Q Okay. When you say business owner, what do you mean by that?

A My team doesn't necessarily own any specific aspects of the business. It typically comes out of our category and our merchandising teams, so they -- those teams would set the strategy and identify new products or processes. My team works with them on a

Page 33

consulting and support basis. But a business owner is ultimately responsible for the department strategy and offering and the product programs that we have introduced to each store.

Q Okay. So who would be -- what's an example of a position or a title of somebody who would be a business owner?

A Usually it's a merchandising manager or a category manager.

Q What's a category manager?

A Category manager would own multiple categories. So you might own frozen, might have ice cream, for example, and you would be responsible for setting the product mix within that category, working with vendors on pricing and product availability.

Q Okay. And category managers are employees who work in the corporate office, or where do they physically work?

A They work out of the home office.

Q Okay. And so there are category managers -- how many different category managers are there?

A I'm sorry, I don't know.

Q Okay. Who do they report to?

A There's different -- there's six different directors: three on the grocery side, three on the

Page 34

fresh side. So fresh for us is deli, bakery, meat, seafood, and produce. And they would report into those six directors.

Q And then who do those six directors report to?

A Into the vice president of merchandising -- category, merchandising, and pricing.

Q And who does that person report to?

A The senior vice president of -- I'll get the title wrong, but effectively the senior vice president of category, merchandising, and pricing.

Q And who does that person report to?

A Then to Mike Vail, the president.

Q Okay. So these different category managers are what you described as business owners?

A That's correct.

Q So they might generate an idea for a business process change?

A Yes.

Q Okay. And then they would work with Heather to implement that change and roll it out?

A Yes.

Q Okay. And then in terms of retail communications, you said that refers to communications out to department managers or other members of

Page 35

leadership team?

A Yes.

Q And what system or systems are used for those communications?

A We use a system called Compass. It's a product from a company called Reflexis.

Q Okay. And what's an example of a communication that would be sent out to folks through Compass?

A It could simply be a notification that their delivery was going to be late that day. It could be that presales for Christmas cookies will be opening and available so stores can go in and place those orders now in advance.

Q Okay. And how are the recipients of those messages made aware that there's a message for them?

A They log in to the Compass system multiple times a day to check to see what tasks have been assigned to them.

Q Okay. So do they get those messages in the form of tasks?

A It's basically an e-mail.

Q Okay.

A They get, like, an e-mail.

Q Do the e-mails or the messages though

Page 36

contain specific tasks that they're expected to perform?

A They might. It could be tasks, it could be information.

Q And do you know why the company uses Compass as opposed to just regular e-mail like Outlook?

A The idea is that we have one group that, kind of, manages the volume so people aren't hearing from could be dozens of different people every day. You're getting a limited amount of concise, clear messages through that Compass system.

Q Okay. And are messages sent through Compass just to specific managers, or do they go to groups, or how are they directed out?

A It depends on the message. Some messages go to everybody, some messages go to specific individuals within the store, some messages only go to store leadership.

Q All right. And who can send out messages through Compass?

A All business owners have the ability to create projects within the system, but ultimately the -- the retail communications team on my team is -- they'll do the final edits and, with help, assign those projects to the correct individuals, make sure

Page 37

operations leadership, if necessary, is copied on them. So they're ultimately the ones that press send.

Q Okay. So for example, could an individual store manager send out a message through Compass?

A No.

Q Okay. And I think what you just said, and correct me if I'm wrong, and that they're typically generated through the business owners that you described earlier?

A Yes. A business owner would typically have content that they wanted help sending out.

Q Okay. And is it fair to say that -- well, are all of the messages that come out through Compass through those business owners?

MR. GLASGOW: Objection. Form.

A Not all. There could be some that come out just directly from my team, or come out directly from the operations team. Again, it depends on the content of the message and who it's directed to.

Q Does Heather have people who report to her?

A Yes, she does.

Q What positions?

A There's a supervisor of retail communications, and then there's one business process change specialist, and a business process change

Page 38

coordinator.

Q Okay. Who else reports directly to you?

A I have one retail payroll analyst, Mike Beaulieu.

Q And he reports directly to you?

A He reports directly to me. And then I have an equivalent position that's currently open.

Q And I'm sorry, what was the name of the retail payroll analyst?

A Mike Beaulieu.

Q How do you spell his last name?

A B-E-A-U-L-I-E-U.

Q Okay. And what function does he perform?

A He builds our annual retail payroll budget and is responsible for all of the forecast inputs that go back to finance. He handles a lot of the weekly reporting out of our -- weekly, monthly, and quarterly reporting out of our -- our scheduling and our productivity system.

Q All right. And what is the productivity system?

A It's an add on to the Kronos system. It's an analytics module that sits next to Kronos.

Q What's it called?

A Kronos Analytics. We call it MPA,

Page 39

management planning and analytics, is our in-house name.

Q All right. And you said that he helps in the generation of did you say weekly, monthly, and quarterly?

A Yes.

Q Okay. And what reports is he helping to generate on a weekly, monthly, and quarterly basis?

A So weekly he would send out reports that explained, kind of -- we call it hours over goal, but how did stores perform in terms of hours versus the hours that they earned for the week. He reports our overall payroll results to operations leadership team. There's some staffing work that he does on -- that ends up being on a monthly basis, keeps tabs with how many associates we have overall on a monthly basis. And the quarterly reporting is really just a different aggregation of the -- of the monthly and weekly reports.

Q Okay. So the first report that you identified, hours over goal, can you describe in more detail what that means?

A We take, as I described earlier, stores -- or departments earn hours during the week based on how their business is unfolding through the week, and then

Page 40

that's compared to the hours that they actually used, so what's measured coming off the time clocks within a specific department, and that's aggregated at the store level to basically determine the overall store's productivity and how they compare to what was earned. And then we use that information to compare back to our forecasts and our budgets.

Q Okay. And with respect to that productivity measure, what's considered a good result or a bad result?

A We call it 100 percent effective would be a good result.

Q Okay. And what does that mean?

A It means that you used the same number of hours that you earn.

Q Okay. And if you used more hours than you earned, what's the problem there?

A It's probably not a problem. If it was a trend and you had been using significantly more hours than you earned for a month or two months, then the director of operations might start to ask.

Q Ask what?

A Ask why.

Q Okay. And what if you used fewer hours than you earned?

Page 41

A Fewer hours than you earned is typically indicative of staffing opportunities, needing to hire people within a department, or just simply didn't do some tasks. Tasks may not have been completed, so that time wasn't used.

Q Okay. And when productivity is something other than 100 percent effective, so when you used more hours than you earned, or you used fewer hours than you earned, are those exceptions shown on these reports that are generated?

A Yeah, it's shown weekly.

Q Okay. And are there different designations for how far off 100 percent they are?

A No, it's just the total -- they would see in the report a total hours.

Q Okay. And what level of detail is it done down to: the department level within a store, or store level, or something else?

A If the directors want to look at it, they can drill down from a store into a specific department level.

Q Okay. And when you say the directors, what directors, again, are you referring to?

A The directors of operations that oversee a group of regional stores.

Page 42

Q And just so we're on the same page, in terms of the organization of stores, at the individual store level, what's the next unit above that? Like, a regional --
A A store manager would report into a director of operations for a district.
Q For a district, okay. And how many stores are in a district?
A Ten to fifteen.
Q Okay. And then a district reports into a what?
A The district manager -- or director of operations for the district would report into the vice president of the eastern or western division.
Q Okay. Are there regions?
A No, there's just the western division and the eastern division. East is New Hampshire and Maine; west is Massachusetts, Vermont, and New York.
Q Okay.
A With a few New Hampshire stores in between.
Q How many districts are there?
A Fourteen.
Q All right. Do you have anybody else who reports directly to you?
A I do not.

Page 43

Q Okay. And so let me show you now what we're going to mark as Exhibit 2.
And just so the record is clear, the first document that I showed you, your LinkedIn, is going to be Exhibit 1.
And turning to what will be Exhibit 2, do you recognize this document?
(Exhibit 2 was marked for identification.)
A I believe I recognize this, yes.
Q Okay. And I'll just scan down so you can confirm what's in this particular exhibit. So you see it's four pages?
A Yes. Looks like a draft of my position description.
Q All right. And you've reviewed this before?
A Yes.
Q All right. And does this accurately summarize the duties of your position?
A I suppose.
Q Okay. Who prepared this?
A Heather Paquette.
Q Okay. Who is she?
A Who is the old vice president of retail services.

Page 44

Q And did you have any involvement in the preparation of this job description?
A I think Heather and I had some conversations about what I thought the position should be and should include, where it was a new position at the time.
Q Was this a newly created position as of the time you assumed it?
A Yes.
Q Okay. And has this job description been updated or revised in any way?
A I don't believe it's been updated at all, no.
Q Okay. All right. Under position summary, you see that?
A Yeah.
Q If we go down to the fourth line, there's a sentence that reads, "Share best practices with peers across brands," and then it goes on. Do you see that?
A Yes.
Q And what is brands referring to?
A Different brands would be our sister companies under the Ahold Delhaize banner, Ahold Delhaize U.S. specifically.
Q Okay. So one brand is Hannaford?
A One brand is Hannaford, yes.

Page 45

Q And what are some of the other grands?
A Giant, Stop & Shop, Food Lion.
Q And then in that same paragraph -- actually, that same sentence -- I'm sorry, the last sentence, it says, "Collaborate with Division VPs, Directors of Operations, CMP, Marketing and all business partners for optimal business results." What does CMP refer to?
A Category, merchandising, and pricing.
Q Okay. And that refers to the business owners that you were discussing earlier?
A Correct.
Q And then when it refers to business partners, what does that mean?
A Generic business partners might be a health and safety team, for example, food safety team.
Q All right. And then in the next paragraph, it says, "Create and lead change and improvement in business practices, standard operation procedures, and standards." Do you see that?
A Yes.
Q What do standard operation procedures refer to here?
A So I mentioned earlier that my team updates and maintains our standard practice training aids.

Those are effectively our SOPs for every task that we have at store level.

Q For every task?

A Yeah. Nearly every task.

Q Okay. So when you discussed earlier labor standards, of which there are thousands, are there specific steps associated with each of those labor standards?

A Yes, there are specific steps.

Q Okay. And is that what you refer to by standard operation procedures?

A Not necessarily. Sometimes the labor standard could have -- is likely to have more detail than there is within a standard operating procedure.

Q Where would you go to find out what the steps of the labor standard are?

A That's where the training is critical. The -- the steps within the labor standard most people don't see and wouldn't see that. You'd have to be within the software tool to understand the additional steps in between that aren't necessarily captured within an SOP. That SOP might simply tell you to apply the base layer of frosting to a cake, for example. How you do that is something that you'd have to be specifically trained to do.

Q Okay. But if you wanted to see, with respect to any labor standard, what the specific steps associated with that standard are, where would you go to find that?

A You'd have to be inside the software tool.

Q Okay. So for example, the people who hold what used to be your industrial engineer position, they could go in and see those steps?

A Yes, they -- they're in there every day.

Q Okay. And you could go in and see those steps if you wanted to; right?

A I -- I could. It's been a long time since I've been in there, probably lost my access at this point.

Q Okay. And currently, how do the equivalent of the industrial engineers, the role that you were in, when those individual specific steps are being developed as part of a labor standard, how do they know what those steps are or if they need to change?

A They're observing specific individuals, or they're working with a business owner to understand exactly how the process should be executed.

Q Okay. And are labor standards different for each store?

A Yes.

Q Okay. So for example, if there was a labor standard for frosting a cake, that would be different for each store?

A Frosting a cake, probably not. But if there are distances between departments or between work stations and freezers, for example, those physical distances between stores are reflected in the standards. If you're standing in one location static, then it's likely that the standard is the same.

Q Okay. And so other than a physical layout of a store, how else would standards differ from store to store?

A Product mix could change a standard from store to store.

Q What do you mean?

A Some stores are -- sell items that are more heavily weighted towards production in store, and then other stores sell more items that are -- we call it price and put out. They come in frozen, we would simply apply a price tag to that.

Q Okay. Are stores grouped together in any particular category for purposes of labor standards?

A We do have some categories typically tied to volume, yes.

Q Okay. What are the categories?

A It'd just be like a -- high, medium, low volume would be one representative category. And then depending on the standard, we have different level of sales probably that tie back to that. We have other stores -- we have some stores that make hand battered fried chicken, for example, but that's only in ten or twelve stores, so we might look at those standards separately from stores that had, like, a frozen fried chicken program.

Q And there are some standards that are the same across all stores; is that right?

A Yeah, there would be some that are the same.

Q And there are some standards that are the same across all departments?

A Yeah, that would be also accurate.

Q Okay. And you could go in and see what standards were the same across all departments, and which ones were different across departments; right?

A Yes, we could see that.

Q Okay. On the top of page 2 of this exhibit, it says, "Serve as a member of the Retail Services leadership team, representing Retail Services and Retail Operations in interactions with Category Management and Pricing, Marketing, and Strategy." Do you have meetings that you attend on a regular basis?

Page 50

A With anybody specific, or -- I have meetings every day.
Q Okay. But do you have standing meetings, like weekly meetings with leaders of particular departments, or things of that nature?
A Not typically, no.
Q Okay. So for example, within retail services, there's no meeting of retail services leadership team on a weekly, or quarterly, or monthly basis?
A We have a check-in every week that if people are able to attend and it doesn't conflict with other things that we hop in and out of.
Q Okay. Any other meetings that you're a participant in that are at least scheduled on a regular basis?
A We have -- yeah, there's monthly business review, it's kind of a finance update.
Q Okay. Who attends the monthly business review meetings?
A It's finance and leadership -- some members of the leadership team typically.
Q Which leadership team?
A It could be the VP of finance that reports into the president. It could be the vice president --

Page 51

senior VP of operations. Could be the senior VP of category, merchandising, pricing. People are in and out of a lot of our meetings, it's not always consistent attendance.
Q All right. Any other meetings that you're a participant in on a regular basis?
A Can't think of any off the top of my head. Aside from just check-ins with my individual team, which I have every other week, I don't have typical standing meetings.
Q So you've talked about some of the computer systems that you use or have some involvement with, one of which is Kronos; right?
A Correct.
Q Then you testified about Compass, which is the communication system. What other systems do you use in the course of your work?
A Personally, I don't use most of those tools. My teams is more active in the use of Kronos and in StandardsPro. I do use Kronos occasionally, basically in looking at forecasting at the -- at the brand level. My -- my work is mostly using reports and Microsoft Office tools.
Q Okay. And some reports are generated through Kronos?

Page 52

A Yeah. Yeah, some are.
Q What other systems are used to generate reports that you review?
A I don't think we have any besides that. I mean, we have a system that keeps all of our financial inputs in place, but my team is extracting information from that and giving it to me in Excel.
Q Let me put something else up. I'm going to send an e-mail. All right. Can you see this document that says Defendant's First Amended and Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories?
A I can see it.
Q Okay. So we'll mark this as Exhibit 3. Have you seen this before?
(Exhibit 3 was marked for identification.)
A I did scan through this last week, yes.
Q Okay. So the first interrogatory says, "Please identify all computer or software systems used to record information about an employee's personal information" etc. Do you see that?
A I do see that, yes.
Q Okay. So the first bullet point identifies "Kronos," which you've talked about; right?

Page 53

A Yeah.
Q Okay. The second bullet point references "Mainframe." Do you see that?
A I see that, yeah.
Q And do you have any involvement with the Mainframe system?
A I do not, no.
Q Okay. Third one is "Compass," which you've talked about; see that?
A Yeah.
Q Okay. The fourth one is "Control-D Online Reports." Do you know what that is?
A I do know what that is. It's not something my team uses.
Q Okay. The next bullet point is "Computer Assisted Ordering." Do you see that?
A Yes.
Q Do you have any involvement with that?
A No.
Q Okay. Does your team?
A No.
Q Okay. The next bullet point refers to "Production and Planning Tool." Do you see that?
A Yes.
Q And do you have any involvement with that?

Page 54

A No.
Q Does your team?
A No.
Q Okay. Who within Hannaford -- do you know if this is still used?
A Yes, production and planning tool was used.
Q Okay. And which department within Hannaford is responsible for that tool?
A The department category, merchandising, and pricing teams would be the one that work with that.
Q Okay. So what you described earlier as the business owners?
A Correct.
Q Okay. The next bullet point is "Average Cost Inventory System." Do you see that?
A Yeah.
Q Do you have any involvement with that?
A No.
Q And would that, again, be the responsibility of the business owners?
A Yes. There's a financial -- a finance team that I'm not terribly familiar with, quite honestly, that -- that does oversee that on the accounting side.
Q Okay. What department is that?
A I'm actually not sure if that's a Hannaford

Page 55

department or part of RBS.
Q Did you say R-B-S?
A Yes, retail business services.
Q And where is RBS housed or located?
A All of the same locations, so -- as other brands -- so there are some RBS employees in Scarborough, Maine, for example.
Q Does that refer to the parent company?
A Yes.
Q Okay. All right. Then there's a reference to "a personal 'U' drive." Do you see that?
A Yes.
Q Do you also use a U drive?
A I do have a U drive, but don't really use it anymore since we switched to Microsoft Cloud.
Q Where do you keep your files?
A I -- mine -- we have a -- Microsoft accounts, so all of my files are stored on the Cloud.
Q Do you keep any paper files?
A No.
Q Do you have a file management system that you use?
A Not sure I understand. Not really. Maybe a personal one that I developed on my own, but nothing official.

Page 56

Q Okay. The next bullet point refers to "Learning Management System." Do you see that?
A I do.
Q And that's what you testified about earlier as the training system?
A Correct.
Q All right. And then there's reference to "Microsoft Outlook." Do you also use that?
A Yes, I do.
Q All right. And then the next bullet point refers to the "Intranet." Do you see that?
A Yes.
Q And do you use the intranet?
A I do use the intranet, yes.
Q Okay. And what purposes do you use it for?
A We use that to post messages, news updates. You can use that to access standard practice training aids, and use quick links to access different systems from there. So you might have a link to Kronos from the intranet, for example. If I don't have it saved in my favorites, I might access something there.
Q And in order to access the intranet, do you need to use a username and password?
A Yes.
Q And there's a reference to "MeOnline." Do

Page 57

you see that?
A Yes.
Q Okay. Do you use that as well?
A Not anymore. Used to use that. As this says below, I see SuccessFactors in here, so that system was transitioned to SuccessFactors.
Q All right. The next bullet point refers to "Product Quality Feedback." Do you see that?
A Yes.
Q Do you have any involvement with that system?
A No.
Q Okay. And do you know who is responsible for that within Hannaford?
A Not sure that's actually in Hannaford. That might be part of RBS on the supply chain side. I don't really know.
Q Okay. The next bullet point refers to "Presell Application." Do you see that?
A Yes.
Q Do you have any involvement with that system?
A None at all.
Q Okay. Do you know who within Hannaford does?

Page 58

A I believe that's probably category, merchandising, and pricing.

Q And then the next bullet point says "Direct Sales Ordering System." You have no involvement with that; is that right?

A No.

Q Okay. And going back to Exhibit 2, which is your position description --

MR. CHURCHILL: Actually, why don't we go ahead and take a quick break. We've been going for almost an hour and a half. So we'd just take, like, a five-minute break, unless any of you need a longer break for some purpose.

MR. GLASGOW: Five minutes is fine by me.

Mr. Stevens, are you good with five minutes?

THE WITNESS: I'm good.

MR. CHURCHILL: Okay. We'll see you all at 11:25.

REPORTER: We're going off the record. Time is 11:20 a.m.

(Off the record.)

REPORTER: We're now back on the record. The time is 11:28 a.m.

Page 59

BY MR. CHURCHILL:

Q All right. Mr. Stevens, I'm showing you again on the screen page 2 of your job description. Do you see that?

A Yes.

Q All right. And there's a section that begins on page 2 entitled "Primary Duties and Responsibilities." Do you see that?

A Yes.

Q And the first bullet point says to "Develop & evolve the company's business Strategy for Sales & Labor Forecasting, Industrial Engineering, Systems, In-Store Labor Scheduling, In-Store Scheduling Optimization, Workforce Complement Optimization, and Labor Performance Metrics Evaluation." Do you see that?

A Yes.

Q And some of these things are capitalized. Does that refer to some specific title of something, or is that just an editing issue?

A I would call that an editing issue.

Q Okay. So the "Sales & Labor Forecasting," can you describe what that refers to?

A So sales and labor forecasting we do within Kronos, and it's really just a simple algorithm within

Page 60

that -- well, not a simple algorithm, but an algorithm within that software tool that takes the inputs week to week and combines that with historical information to do a look back and trending -- recent trending and forecast sales. And then all the individual volume streams that I described earlier.

Q Okay. And what's the purpose of that forecasting?

A That helps build the labor demand within the schedule.

Q Okay. And then "Industrial Engineering," what does that refer to?

A Labor standards. General practices for developing labor standards. The use of the software tool, StandardsPro, that we talked about earlier.

Q All right. And the next item is just "Systems." Do you know what that refers to?

A I got to say, I don't know what that refers to.

Q Okay. And then the next item is "In-Store Labor Scheduling?"

A Yeah.

Q What does that refer to?

A Kronos, in-store schedules, department schedules.

Page 61

Q And the next item is "In-Store Scheduling Optimization." What does that refer to?

A So that's our attempt to make sure that schedules are covering the labor demand, make sure that we're meeting the needs of our customers.

Q And by customers, you mean the retail customers?

A Yeah, exactly. We want our teams scheduled when -- when customers are there, and meeting their needs.

Q And the next item is "Workforce Complement Optimization." What does that refer to?

A Really, making sure that the right roles are doing the tasks at the right time.

Q What do you mean?

A The easiest example would be to understand that if you take a meat clerk versus a meat cutter, and if you have cases of bacon coming in, we would want to have a meat clerk stocking that product rather than having a meat cutter stocking that product because the average hourly for a meat cutter is significantly higher because of their skill set and training.

Q And so how does Hannaford ensure that the right person is doing the right job?

Page 62

A That's where we start to use those skills within Kronos, or have specific tasks assigned within the scheduling system to specific jobs, scheduling jobs.
Q Okay. So that all feeds into the schedule to make sure the scheduling is done as efficiently as possible?
MR. GLASGOW: Objection. Form.
You still have to answer, Jeremy. Sorry.
THE WITNESS: Yeah. Sorry, I didn't hear you, Ryan.
Not necessarily. I wouldn't -- I wouldn't describe it as efficiently. No, it's not necessarily about efficiency.
BY MR. CHURCHILL:
Q Well, how does optimization differ from efficiency? I guess I'm confused by that.
A I think we're trying to make sure that we have the right people doing the right tasks cost effectively, but there's a measure of customer needs reflected in that, too.
Q All right. And then the next item is "Labor Performance Metrics Evaluation." What does that refer to?

Page 63

A All of the reporting and metrics that we use, and making sure that we're on track and effectively meeting budget, meeting our financial obligations.
Q Okay. And it looks like, and correct me if I'm wrong. The last bullet point on this page refers to reporting. Does that capture the "Labor Performance Metrics Evaluation" items?
A Yes. Although I'm not quite sure what SPAH is. That might be a typo. I think that's probably SPPH, sales per person hour.
Q Okay. Let's skip down to that bullet point then. So it says, "Provide weekly and period exception reporting by dept., rolled up to Food/RX and Gas. Summarize into the Business hierarchy for Wage related KPIs." So first of all, when it says "weekly and period exception reporting," period means monthly and quarterly?
A A period is monthly.
Q Okay. And then "Food/RX and Gas," does Hannaford sell gas?
A Hannaford does not sell gas.
Q Okay. What's the distinction there between "Food/RX and Gas?"
A There are brands, I believe, that sell gas,

Page 64

so what you're probably seeing is some holdover of my job doc that exists in other brands.
Q Okay. And then "KPIs," what does that refer to?
A Key performance indicators.
Q All right. And the first one is "CPLH." Do you see that?
A I do.
Q What is that?
A Actually -- CPLH. I don't know what that is, honestly. I don't know what the C is. PLH is per labor hour. Probably customers per labor hour.
Q All right. And the next one is "IPLH." Do you see that?
A That's items per labor hour.
Q And it seems self-explanatory, but can you describe what that means?
A Yeah. It's just the number of items that we sell per hour of labor that we pay for.
Q All right. And the next one is "AIV." What is that?
A That's average item value.
Q What does that mean?
A That is the average sales price of an item that we sell. Well, the average of all items that we

Page 65

sell, more accurately. Sorry.
Q And when it says value, does that refer to the cost to the customer, the cost to Hannaford, or what?
A No, what the customer pays.
Q Okay. The next item is "Wage %." What does that refer to?
A That's our overall payroll percent as a percent of sales.
Q All right. And the next is -- you said is SPPH?
A I think this is probably supposed to mean sales per person hour.
Q Okay. I suppose it could be sales per average hour, or something like that?
MR. GLASGOW: Objection. Form.
A Never heard of that. Never heard of that metric.
Q Yeah. Okay. And what is sales per person hour?
A It's an average of all our sales per wage hour or labor hour that we paid.
Q And then the next is "Efficiency %." What does that refer to?
A That's the percent effective. So the

Page 66

relationship between hours that were earned by a department, and then the hours that were used in a week by that department.

Q All right. And that's what you testified earlier the best outcome is 100 percent efficiency?

A Correct.

Q All right. And then the final one is "sales and items trends." What does that refer to?

A Simply looking at sales every week, and how they compare, and what the trend is up and down. Same thing for items.

Q Who are these reports provided to?

A All of the leaders within the business who report it -- so within the Hannaford organization, everybody would be familiar. All the leadership, manager level up, typically would be familiar with these. The -- delays USA leadership team would be looking at these metrics and these reports for all brands.

Q Do store managers get these reports?

A They might. They might. It's -- not consistently, but some directors of operations might share this with stores, depending on what was going on or if those managers had questions.

Q Okay. Do department managers get these

Page 67

reports?

A Again, I can't say. They might. It's not public information, but we're pretty open to sharing information so people at all levels can kind of understand the trends and how the business is trending, and.

Q Okay. But as a matter of course, they're ordinarily provided -- the lowest level they're provided to are director of operations?

MR. GLASGOW: Objection. Form.

A I -- I don't know. I don't know. I know who my team sends them to, and then I lose visibility after that --

Q Okay. That was my question. Who does your team send them to?

A It goes to the directors of operations, the operations leadership team. Some of them would go directly to the president, and the VPs of finance, and maybe members of the president's staff.

Q All right. So going back up. So the next bullet point says, "Lead the annual budget planning process and give appropriate guidance and recommendations that reflects the goal of continuous improvement." And who within your team takes the lead for doing the annual budget planning process?

Page 68

A The labor analyst positions that I discussed and I complete that.

Q All right. Next is "Participate in RBS implementation strategies including communication and end to end project plans for key operations initiatives across all Brands." And you've described that already; is that fair to say?

A Yes, I think so.

Q Okay. Next is "Define the standard professional process to develop the company's direct labor forecasting methods. Ensure standard, common processes are followed and maintained, provides back up support and development guidance as needed." So when this refers to the standard professional process to develop the company's direct labor forecasting methods, what does that refer to?

A So we try to look out and see what the rest of the year holds, and basically try to project, based on trends, where we think our labor will land at the end of the year based on sales and actual -- based on sales -- actual sales, and then also just weekly results.

Q And when it says, "Ensure standard, common processes are followed and maintained," what is that referring to?

Page 69

A As best we can, we're responsible for reporting in a consistent format across all brands. So every brand uses different metrics historically and formats things differently, so we're really just trying to follow the same process so we can feed information into these standardized reporting tools for the overall leadership team.

Q All right. The next bullet point says, "Provides the enterprise professional expertise for use and direction of in-store labor scheduling across all store departments; comprehensive knowledge of all scheduling rules & assignments to optimize scheduling efficiency, labor use, and cost optimization." What is this referring to?

A Let's say this is referring to being the subject matter expert and the business owner for Kronos, our retail scheduling, and all the labor standards that we've talked about earlier within the StandardsPro tool.

Q Okay. The next bullet point says, "Provides the Brand/Market/District management with single source of standardization, training, and expert use. Provides oversight and guidance to Brand Field Training on Scheduling Optimization." So first of all, where it says "Provides the Brand/Market/District

management with single source of standardization," what's it referring to in terms of standardization?

A I think this is really getting at just being the subject matter expert for scheduling and standards, and providing training to business partners on -- on how we -- on our approach, and then what the specifics are.

Q Okay. And then when it refers to "Brand Field Training on Scheduling Optimization," what type of training is done on scheduling optimization?

A I mentioned earlier that there's a field support team within retail services and those folks would -- would need to know how the department schedules are configured and how that labor demand for those schedules is built.

Q All right. The next bullet point is "Principal responsibility in the company to improve all store operations work streams and associated methodologies, processes, forecasting, planning, budgeting, and metrics performance for the Brand every day all year long, as well as, sophisticated analysis of complex interactive labor cost drivers" such as "(processes, methods, technology, consumer demand patterns, promotional programs, mix, store layout, workflow, motivation programs, mgmt. influences) in

order to develop new, innovative labor cost solutions." Do you see that?

A I do see it.

Q Okay. So when it refers to "store operations work streams," what does that refer to?

A Any -- any task or work going on in a store.

Q Okay. So you're responsible for making sure that any task going on in a store is done in a way as efficiently as possible?

A Efficiently as possible, as safe as possible, maximizes sales, easy for associates. That could mean a lot of things.

Q Okay. And "associated methodologies" and "processes," what does that refer to?

A Just the method to do things.

Q Okay. The methods to do actual tasks in different departments?

A Yes.

Q Okay. "Forecasting," does that refer to what you were talking about before in terms of labor forecasting for scheduling purposes?

A Yeah, I believe it does.

Q Okay. And same thing, "planning" and "budgeting?"

A Correct.

Q Okay. And then "metrics performance," does that refer to these different metrics down here in the last bullet point?

A Yes.

Q Okay. When it talks about "labor cost drivers" -- well first of all, what does that generally mean, "labor cost drivers?"

A Could be almost anything. It could be product mix, it could be a starting minimum wage in states that we operate. Lots of components potentially drive labor cost.

Q Okay. So basically things that affect labor cost?

A Correct.

Q Okay. And one of the specific items here is "motivation programs." Do you see that?

A Um-hmm.

Q What does that refer to?

A I think this is probably referring to our associate and engagement programs.

Q What are those?

A We have -- I shouldn't call it a program, we try not to. But the program is the power of you really empowers employees to make decisions and take care of customers. Their overall job satisfaction.

Q And what's that known as, the power of you?

A The power of you, yes.

Q Okay. And is that something that applies to all associates?

A Yes. That's the idea.

Q Okay. And then the next bullet point is "Responsible to train and support the Brand. Ensure consistent processes and approaches are used to develop, manage, communicate, and measure Brand labor requirements and results." Does this refer to anything different than what we've already talked about?

A No, I don't believe so.

Q Okay. "Participate as the labor subject matter expert on cross functional teams to understand, model and define any resulting labor changes required to support new initiatives or strategies." An example is "Precut cheese, RX Central Fill, case ready meat." And again, I think this encompasses what you've already talked about; would you agree with that?

A I would agree with that.

Q Okay. The next bullet point is "Collaborate with Finance teams to ensure complete alignment between labor projections and budgeted expectations. Including new store, new initiative, and contractual

Page 74

assumptions." Do you see that?
A Yes.
Q And when this references "complete alignment between labor projections and budgeted expectations," what does that refer to?
A We have a budget, but reality and the way our systems work could cause those -- the budget and the actual to diverge, so I would be the person making sure that finance understood why there was that divergence.
Q Okay. In an ideal world, the labor projections would meet the budgeted expectations; is that right?
MR. GLASGOW: Objection. Form.
A No, I would not say that at all.
Q Okay. And why would you not say that?
A Because we complete our budget in the summer for the following year and a lot can change, as we've learned in the last year and a half, that you just can't see the future.
Q Well, I guess I'm confused why it has an item there, "Collaborate with Finance teams to ensure complete alignment between labor projections and budgeted expectations." So what does the "ensure complete alignment" refer to?

Page 75

A There might not be alignment between the budget, but there will be alignment with the finance team to understand why there was variation.
Q Okay. So do you think this was written incorrectly?
MR. GLASGOW: Objection. Form.
A I can't answer that.
Q Okay. But in any event, the way you read this is not to ensure complete alignment between labor projections and budgeted expectations, but to ensure complete alignment between the finance teams and other departments?
A I was trying to get alignment with the finance team when I shut my computer off at six last night. Spent a lot of time doing just this.
Q All right. But my question is, just to make sure we understand what this means and what your duties are, would you agree that one of your duties is to collaborate with finance teams to ensure complete alignment between labor projections and budgeted expectations?
MR. GLASGOW: Objection. Form.
A Again, I -- I -- my interpretation is different. I -- I'm trying to align with finance and make sure that they understand why there might be

Page 76

differences and that we agree that those distances are -- differences are necessary and reflective of the current state of the business.
Q Okay. If we go to the next page, page 3, the first bullet point says, "Analyze Average Hourly Rate improvement opportunities through FT/PT, Sunday, and Overtime Crew Complement in order to ensure efficient wage spend and to limit AHR increases year over year across divisions/union locals/states. Determine if and where opportunities to reduce spend might exist and work Brand to execute." Do you see that?
A I do.
Q All right. So first of all, "Average Hourly Rate," that just refers, like it says, to the average hourly rate across the brand?
A That is correct, yes.
Q And "FT/PT" refers to full time and part time?
A Correct.
Q So are there different average hourly rates reported for those two categories, full time and part time?
A No, we don't -- we don't report average hourly rate differently.

Page 77

Q Okay. And then what is AHR? That's average hourly rate, right, AHR?
A Yes.
Q Okay. All right. The next bullet point is, "Work with Brand to conduct proforma analysis of new stores, replacements, and remodels, project labor dollars, wage%, AHR, and productivity trends for new stores. Ensure consistency in approach and expectations. Review assumptions and approach with Operations Lead. Use data to determine profitability and viability of new sites as needed." So this seems to refer to work that you do in connection with the proposed development of new stores; is that right?
A Yes.
Q Okay. Next bullet point is "Work with Brand Lead and controllers to translate sales forecasting updates in AIV and Unit Growth trends and projections for the purpose of defining labor requirements by dept. by period for each individual store." Do you see that?
A [No audible response.]
Q I think I lost your audio. Did you see that?
A I see it, yes.
Q Okay. And AIV is what you testified earlier

about the average value per item?
A Average item value, yes. Yeah.
Q And this basically describes what you've already talked about in terms of basically scheduling issues; is that fair to say?
A No, I don't believe this has anything to do with scheduling.
Q Okay. So when it says "projections for the purpose of defining labor requirements by dept. by period for each individual store," can you describe what that refers to?
A I think this is just how everything rolls up into those two metrics for purposes of financial reporting.
Q Okay. When it says for the purposes "of defining labor requirements by dept. by period for each individual store," why is there a need to define labor requirements by department by period for each individual store?
A We -- I'm not sure. In the context of this average item value and unit growth trends, I don't know as I understand this bullet.
Q Okay. All right. The next bullet point says, "On a period basis formally review Period Projections with Operations Lead and Brand Controllers

to ensure alignment of expectations with Central Budgeting and Finance team." I think that's self-explanatory.
"Provide on-going business support to Brand as subject matter expert on wage budgeting and labor impact analysis." Does that refer to anything different than you've already talked about?
A Perhaps. I mean, I -- I think, especially in New England, I'm always looking at minimum wage changes and market changes because our wages have been going up. So I'm trying to look ahead and understand what the impact will be in future years.
Q Okay. The next bullet point says, "Formally present to Senior Leadership operational wage results on a weekly and period basis. Identify improvement opportunities between brands based on peer modeling." Does that refer to anything different than you've already talked about?
A I don't believe so.
Q Okay. The next item is "Act as Brand liaison to various parts of the business and assist in the implementation and execution of various initiatives and programs." Does that refer to anything different than you've already talked about?
A I don't believe so.

Q The next bullet point says, "Collaborate with Business Partners to assess feasibility, agree to strategy, and formally propose changes to leadership - ensure the right processes and standard practices are in place to execute changes and deliver strategy once changes are formally approved." Does that refer to anything different than we've already talked about?
A I don't believe it does, no.
Q Then next is "Identify gaps in initiative delivery and/or execution and determine root cause." What does that refer to?
A I think this is probably that project management and business process change function that I talked about. So if we're not tracking with -- schedule-wise or with some of the steps, that -- do some course correction and understand why there are gaps.
Q All right. The next bullet point says, "Work across the organization to identify opportunities for continuous improvement and drive implementation of technology or practice changes that support improvement - seeking industry best practices and establishing this brand and across brands." What does that refer to?
A I think this is just working with other

brands to try to identify common needs for investment and technology, and then implementing those changes.
Q All right. The next bullet point says, "Create and maintain templates and communication standards that promote effective communication of standard practices changes or new initiatives to retail." When it references "templates" here, what is that referring to?
A I think these are communication templates that we use within the Compass system.
Q All right. The next bullet point says, "Oversee Business Process Change function - balance the initiatives of the organization with retail capacity by organizing launches, pilots, and standard practice changes across the year while ensuring that all steps in the Governance model are completed prior to launch." Do you see that?
A Yes.
Q When it says, "balance the initiatives of the organization with retail capacity," what does that refer to in terms of retail capacity?
A Looking at the time of year, holidays coming up, what the business volume is trending, and whether or not we have any capacity to take on new changes at that point.

Page 82

Q Okay. And when it refers to "the Governance model," what does that refer to?
A There is a governance committee that reviews proposed pilots or proposed launches of things, looks at the financial results of any testing that we've done, and ultimately approves or denies launch of those initiatives.
Q Okay. Who's on the governance committee?
A Most of the vice presidents that we've already talked about.
Q Okay. Are you on --
A The voting members. There's a few non-voting members, including me.
Q Okay. The next and last bullet point says, "Oversee Retail Training function - working with business partners to identify the best mechanism to deliver retail training needs to stores. Ensure sufficient metrics are available to track training completion and ensure." And this refers to basically the function that your training person carries out; is that right?
A Correct.
Q That's Kim Ayre?
A Yes.
Q Okay. All right. Do you have any

Page 83

involvement with store inspections?
A No.
Q Okay. Do you have an involvement with store audits?
A No.
Q Okay. Let me just send out an exhibit and then we'll pull it up. All right. So I'm showing you a document. For the record, this was produced by Hannaford as document 122208.
MR. GLASGOW: Steve, can you say that one more time, please?
MR. CHURCHILL: Yes. This was produced by Hannaford as document 122208. I believe it was produced as an Excel spreadsheet, and this is a PDF printout of that Excel.
MR. GLASGOW: Thank you.
BY MR. CHURCHILL:
Q And can you see this, Mr. Stevens?
(Exhibit 4 was marked for identification.)
A Yes, I can.
Q Okay. And you see it's two pages?
A Yes.
Q Do you recognize this document?
A I do.

Page 84

Q Okay. And what is it?
A This looks to be an export from our labor standard system that describes all of the fixed activities and the time assigned to those activities by day for a specific store.
Q Okay. And so this is generated from StandardsPro?
A Yes. This was exported from StandardsPro. It could also be -- I'm not sure where this came from, quite honestly. It could be exported from the Kronos Analytics system that I mentioned earlier, but StandardsPro feeds that.
Q Both of those systems have the ability to generate reports; is that fair to say?
A Yeah. No, they have the same information.
Q Okay. Okay. So the column on the left where it says "Account," do you see that?
A Yeah.
Q And what does this refer to, "8005?"
A That is the store number for the Middleborough, Massachusetts store.
Q Okay. And then the next column says, "Job." Do you see that?
A Yes.
Q And so there is, for example, associate,

Page 85

baker, bakery manager, then picking up with the next page, cake decorator, department manager, and manager. Do you see that?
A Yes.
Q All right. And what is this showing us on this report?
A There's a field within the StandardsPro system where you have the ability to assign a standard to a job, and that's what this is.
Q Okay. So we'll get back to that in a minute. The next column says "Activity" and there's a number. Do you see that?
A Yeah.
Q What does the number show?
A You asked earlier whether or not labor standards were categorized by number, this is that number. That's just the tracking number within the system.
Q So each individual activity has a unique number -- activity number.
A Yes.
Q Okay. And then the next column is "Activity Description," and what does that show?
A That's just the description of the -- of the task.

Q Okay. And then if we go over to the right, it looks like there's columns for each day of the week; is that right?
A Yes.
Q And then more specifically, the number of minutes for each day of the week; is that right?
A Correct.
Q So for example, if we look at the first item here, what this tells us is that the expectation is that an associate in the store in the bakery department, in order to clean three-bay sink would spend 18 minutes doing that on a Sunday?
A Yes, on average, that's the expectation.
Q And can you describe -- I think you touched on this earlier, but where does the 18 minutes come from?
A That is the result of the engineered labor standard and all the steps identified.
Q Okay. And so the person who's responsible for developing the labor standard, they would go to each store and observe somebody performing that specific function?
A They would not go to each store, no. You need to see one three-bay sink and you've seen them all. So we would look at somebody cleaning that sink

and the steps necessary and build a labor standard based on that.
Q Okay. And what this shows is that the expectation is that each day of the week an associate would spend about an average of 18 minutes performing that task each day; is that right?
A Correct.
Q Okay. And these tasks where it has an associate there, those are ones that can be performed by any associate; right?
A Not necessarily. As I said, that's just a field that the engineers assigned within the -- we call it an operation, but within the operations -- the StandardsPro system. That doesn't really go anywhere else.
Q Okay. Is there any more general category for job than associate?
A No.
Q All right. Because everybody at Hannaford is called an associate, right, everybody who works in a store?
A True. Yes.
Q Okay. And then if we go down here about two-thirds of the way down, there's a line for baker. Do you see that?

A I do, yeah.
Q And does this indicate that this task, "check ingredient code dates," is something that you would expect a baker to do?
A No, not necessarily.
Q Okay. So what's the purpose of having that baker job assigned to this task?
A I think this is really just here to help manage and for querying within the StandardsPro system. It would help engineers quickly pull different tasks.
Q Okay. So --
A I would say that it isn't necessarily accurate because a baker wouldn't necessarily be -- be the one cleaning the donut filling equipment. So that's something that's only used within that system and wouldn't be visible elsewhere.
Q But doesn't this feed into how the schedule is developed?
A It does feed into how the schedule is developed, but there are specific scheduling jobs within Kronos that don't match to this list here.
Q Okay. What do you mean by that?
A In Kronos, we only schedule bakery associate.

Q Okay. So there's no, like, baker who's assigned?
A There's no baker. The baker would be a skill, cake decorator would be a skill, but job -- the labor demand is only for the bakery associate.
Q Okay. And so for a bakery associate, are there certain jobs that it's expected they would do, and certain jobs it's expected they would not do?
A You wouldn't get scheduled for a cake decorating job if you didn't have that skill. But you could do anything, and you should be trained to do anything else within the department that didn't require that skill.
Q And what this tells us in any event is that the expectation is that this particular task, checking the ingredient code dates, the expectation is it would take an average of five minutes to do on a Tuesday?
A Yes. Not necessarily on Tuesday. I should say that could happen any day of the week, but we had to assign it to a day. The manager could change that at their discretion.
Q But they can't change it within the system; right?
A They could change the day of the week that they do any of these tasks.

Page 90

Q But they can't go in and change this data right here within SystemsPro [sic] can they?
A No, they can't change the numbers or the assignment of the day. But ultimately, what's important is the total minutes at the end of the week, so the earned hours and then the -- the percent effective that we've talked about is really based on that total minutes. So the day of the week that you check the ingredients -- the code date on the ingredients technically doesn't really matter.
Q Okay. Right. Because you'll need -- the lowest you go in terms of a time period is a weekly review; right?
A Correct.
Q Okay. And then if we go down, there's some items for baker manager. Do you see that?
A Yes.
Q So for example, "store leadership meeting" has it down for 60 minutes a week. Do you see that?
A Yeah.
Q Okay. And where did that number come from?
A Our standard practices -- not really a standard practice, but our longstanding practices. The store managers have a leadership meeting, and stores can typically have it on Monday, but they might

Page 91

pick a different day depending on the store, and we will change that date based on their input. But this was just the meeting with all of the department managers and anybody else that the store manager identifies to discuss operations within the store.
Q And is the amount of time assigned or associated with that task. Is that different from store to store?
MR. GLASGOW: Objection. Form.
A No, typically -- the meetings are typically 60 minutes.
Q Okay. And then just to use another example, the next item is "email and my task." Do you see that?
A Yes.
Q What is my task?
A My task is the old name for the Compass system.
Q Okay. And so what this indicates is that somebody would spend an average of 15 minutes each day performing those functions?
MR. GLASGOW: Objection. Form.
A Yes. Somebody would spend an average of 15 minutes a day reviewing the projects that they get in Compass.

Page 92

Q Okay. And is this an amount of minutes that would vary from store to store?
MR. GLASGOW: Objection. Form.
A It does vary from store to store at times.
Q All the time or sometimes?
A Sometimes. Depends on the department. I think we vary that by volume, and it's different across different departments.
Q All right. So if we go to the next page, there's some cake decorator tasks. You talked about some of those before. There is a specific designation for somebody who has cake decorator skills; is that right?
A It's a -- it's a specific skill.
Q All right. So then there's a department manager job. How does that differ from a baker manager job?
A It -- it does not. It's just the assignment of the -- of this job in the pull-down box is inconsistent.
Q Okay. Then at the bottom there's a manager job. How does that differ from department manager?
A It does not. Same -- same explanation. Somebody just picked something different from the pull-down.

Page 93

Q Okay. So if you look at that last item, "check time and attendance," there's an entry there, looks like an average of six minutes per day; is that right?
A Yes.
Q And how would that number have been determined?
A Based on department, it would be different. Size of the department, the number of people working in the department. This task is really just to look at the punches on the time clocks and confirm whether or not associates were there that day, and were scheduled that day, and might be that somebody forgot to punch out so the associate relations manager would ask the department manager what time they were supposed to leave, and we would correct their punch.
Q Okay. So you said it might vary from department to department. How would that variation come into place? Does an engineer go to each store and observe a manager doing that task, or how is it determined?
A No, they -- they would have assumptions based on the typical number of associates within a department. So a front-end department, for example, has a lot more associates working. It would take more

Page 94

time to review the time and attendance results than in bakery.

Q So you basically have a formula that said for "X" number of associates, you would need "Y" minutes per day on average?

A Yes.

Q Okay. Just give me one second. Okay. I'm going to share a different screen here. All right. I'm showing you a spreadsheet, we're marking this as Exhibit 5. And for the record, this was produced by Hannaford as 91193. Can you see this spreadsheet?

(Exhibit 5 was marked for identification.)

A Yes.

Q And so just to orient you to what's here, you see the bottom, there's just one sheet which says shifts and pay code edits. Do you see that?

A Yes, I do.

Q And if we go down --

MR. GLASGOW: Hey Steve, can you wait for the e-mail to come through to us? Because I can't see your whole screen.

MR. CHURCHILL: Yes.

MR. GLASGOW: So it make a minute because of our spam filter, but if you can just give

Page 95

us a minute or two.

MR. CHURCHILL: Sure.

MR. GLASGOW: Thank you.

REPORTER: Also, Mr. Churchill, you've marked this exhibit as 5. I just want to make you aware, I think you skipped 4.

MR. CHURCHILL: Okay. I had e-mailed -- thank you for informing me of that.

MR. GLASGOW: No, I think Steve's right. Four is the last document we looked at.

REPORTER: I have the last one as Exhibit 3, 12208.

MR. CHURCHILL: Hold on.

MR. GLASGOW: That was Exhibit 4. Exhibit 3 were the interrogatory responses.

MR. CHURCHILL: Right. So 1 was the LinkedIn profile; 2 is the position description for Mr. Stevens' job; 3 are the interrogatories answers; and 4 was the activities time chart that we just discussed.

REPORTER: Okay.

MR. CHURCHILL: And 5 is the spreadsheet.

REPORTER: Apologies.

MR. CHURCHILL: Let me know, Ryan, when

Page 96

you've got it.

MR. GLASGOW: Will do. It can take a few minutes. Are we still on the record?

MR. CHURCHILL: We can go off.

REPORTER: Okay. Going off the record, 12:17 p.m.

(Off the record.)

REPORTER: We're back on the record. The time is 12:19 p.m.

BY MR. CHURCHILL:

Q All right. So Mr. Stevens, can you see the spreadsheet on your screen?

A Yes.

Q Okay. So again, this is Exhibit 5. And if I scroll down, you see this goes down quite a ways in terms of the number of rows here. Right now I've scrolled down to row 2,000 and it's still going on. Do you see that?

A Yes, I see.

Q Okay. And then if we go back to the top and we go across, looks like it goes through column AB is the last column; do you see that?

A Yes.

Q Do you recognize this document?

A Not exactly, but this looks like it is a

Page 97

rehashed version of some information we could extract from Kronos.

Q Okay. That was my next question is do you know what system this came from?

A Yeah, this came from Kronos.

Q Okay. All right. And would you agree with me this appears to show data for particular days going back to it looks like January 1, 2018?

A This does appear to, yes, start on January 1, 2018, and have information by day, yes.

Q Do you see column D says "Pay Rule?" Do you see that?

A Yes.

Q What does that refer to?

A So we have different pay rules set up by store. Pay rules allow us, quite simply, to make sure we're complying with all state and local and federal regulations around pay. This particular one is 8005 salaried, so it would be a salaried associate, which they're in they schedule, but there's no real rules assigned to that. They're scheduling themselves and could schedule themselves how and when they wanted.

Q All right. So 8005 is the store number; right?

A Yes.

Page 98

Q Okay. And then there's a column that says "Primary Job" and I'll just expand that so you can -- okay. And what is this showing, "Primary Job?"
A So this is the drilling down into the org map within Kronos, down into the specific store, specific department, and then the job that this individual was scheduled in. So this individual was scheduled in the bakery manager job, at least for the lines that I can see.
Q Right. Let's shift over to column AB, which is called "Job Covered." Do you see that?
A Yeah.
Q And what is this showing?
A So again, in some instances, the same org map, drilling down into the bakery department in this specific store. There are some instances where this person was covering the bakery associate job as the associate, and other times where they were covering the bakery manager job.
Q Okay. So if we look at this column here -- I'm sorry, this row, row 3, this is one where the job covered is bakery associate?
A Yes.
Q And then if we go down to the next, row 4, and for that row she was covering a bakery manager job?
A Yes.
Q Okay. And so if you go back to row 3 and scroll over, what this shows is for January 2, 2018, there's a shift start and end time, seven to three-thirty. See that?
A Yes.
Q Okay. And then there's a segment, and here the segment is from 7 a.m. to 10 a.m.; right?
A Yeah.
Q And that's three hours, we can do the math?
A Yeah.
Q So what does this tell us, that from seven to ten, for these three hours, what was the expectation of the job that was being performed?
MR. GLASGOW: Objection. Form and foundation.
A Yeah, there's no expectation. This is really a result of where this individual scheduled themselves and the job transfer set within the Kronos system that the individual assigned to themselves.
Q Okay. So how does this -- in terms of the forecasting, when you're looking at what needed to be done in this bakery department at a particular time, the Kronos system is making certain assumptions based

Page 100

on what we looked at as Exhibit 4 about how long certain tasks take; right?
A Yes.
Q Okay. And it's trying to figure out, all right, we know for this department all these tasks have to be done and we need to have the staff there to be able to perform all those tasks; right?
A No, not exactly. It knows -- it takes all of those tasks and it rolls it up into a labor demand. The scheduling system knows that it needs to cover the labor demand.
Q Okay. And so some of the labor demands would be associated with work for an associate and some would be associated with work by a bakery manager; right?
MR. GLASGOW: Objection. Form.
A Yes, it would -- it would be.
Q Okay. So why here would there be -- what is this information telling us? That for these three hours on January 2, 2018, there were three hours allocated to particular job tasks?
MR. GLASGOW: Objection. Form.
A So if you go back to the first column that we talked about, I forget what column number it was, column G, right there, this person has the primary job of bakery manager. Then you scroll back over to the shift segments. What I don't know where -- so the first shift segment is that row 3 that you highlighted from -- was it seven to ten? It was three hours, whatever the time was. And so that person scheduled -- was scheduled in the -- covering the bakery associate job for that three hours.
And then the next line down I believe would be the -- if you scroll back over, that would be the -- a complementary segment for that day.
Q Right. So this segment on row 4 is from 10 a.m. to 11:30 a.m.?
A And then they're scheduled in the bakery manager job for that time.
Q Okay. And then the next item, row 5, is for a break from 11:30 to 12; right?
A Yeah.
Q And then the next item is a segment from 12 to 12:30, which is half a hour, and that was associated with bakery manager job; is that right?
MR. GLASGOW: Objection. Form.
A I -- I don't know what that specific item is.
Q Well, I'm just reading what it says. It says the job covered is bakery manager; right?

Page 102

A The job covered is bakery manager. But if you go back, I'm not sure what the regular is referring to. That column -- yeah, I'm not sure what that refers to.
Q You don't know what type means?
A Regular is probably scheduled within their primary job, and then transfers -- transfers are -- I'm figuring out this sheet as I go because it's in a format I'm not used to. Sorry. The transfers are when they transfer to a job that is not their primary job but another job in their job transfer set. That's what it is.
Q Okay. And so what this shows for row 7, from 12:30 p.m. to 2:00 p.m., which is one and a half hours, what that shows is that the job covered was bakery associate; right?
MR. GLASGOW: Objection. Form.
A Yes, they appear to be covering in the bakery associate job for that segment.
Q Okay. And then if we go below, row 8, the job covered reads bakery associate; is that right?
A Yes.
Q Okay. And if we go over, that shows from two to three-thirty on January 2, 2018; is that right?
A Yeah. Can I see column V, can you expand

Page 103

that column for me? That one's cut off. Okay. Thank you.
MR. CHURCHILL: Sure. One second. Let me switch over. All right.
I just e-mailed this to you Ryan, so you should be getting it momentarily. It's just one page.
MR. GLASGOW: Go ahead. It's the Excels that are problematic.
BY MR. CHURCHILL:
Q So showing you now what we're going to mark as Exhibit 6. And this, for the record, was labeled from Hannaford 89526. Do you recognize this document?
(Exhibit 6 was marked for identification.)
A Yes, I do.
Q What is it?
A This is a page from our staffing model specific to the bakery -- standalone bakery department.
Q Okay. Where is the staffing model housed, what system?
A It would be on the intranet.
Q Intranet?
A Yes.

Page 104

Q Okay. Who developed the staffing model?
A My team and I developed this.
Q Okay. And how do you go about doing that?
A We look at the jobs within the department, the total hours within a department. We like to -- and any other jobs that we know we have. So in this specific example, we have hours within a department. We know the bakery manager will be working as a full-time associate, so we would deduct 40 hours from that.
And we really try to maintain -- you know, we try to get some stability in staffing with -- with full time associates, but knowing that part-time associates are going to be able to fill in some of those early parts of the day, and end parts of the day, and some of the peaks in demand -- in that labor demand. So we do try to maintain a committed hours percent and -- and reserve some hours for part-time associates while hiring as many full time as we can.
Q All right. And once this model was developed, how is it used?
A It would be used to guide stores into the number of full-time associates that they could hire or part-time flex associates that they could hire, or should look to hire.

Page 105

Q Okay. Is this model used in any way as part of the scheduling system?
A No, it's not part of a scheduling system. It's more just reporting and guidelines and trying to be a helpful tool to figure out what your staffing should look like.
Q Okay. So if we look -- so this particular staffing model, see it says "BAKERY?"
A Yes.
Q All right. And is this document here, this one page, for whatever time period it related to, was this for the bakery department in all stores?
A No.
Q Okay. How do you know which stores this relates to?
A This doesn't relate to a specific store. We have different classifications for certain groups of stores that you can see, so we have a "Market," "Market Model," "Model," and "Peak Model" classification. This applies to model stores and peak model stores.
Q All right. And you know that because the "Market" and "Market Model" sections are blacked out?
A That is correct.
Q Okay. So if those particular sections of

"Market" and "Market Model" weren't blacked out, this document would show numbers for all the different stores depending on what model they fell into?

MR. GLASGOW: Objection. Form.

A It would -- no, because we don't have the same structure within those other classifications of stores. So this specifically only applies to the two that you can see.

Q What do these four different categories mean? Like, what is "Market," what does that refer to?

A There's a group of stores we refer to as market stores that have a -- a whole different product mix, the different offerings within those stores. They tend to be low volume, very, very rural, remote geographies. They have a different operating and leadership structure within the store, typically are running a much lower number of hours overall just because of the geographical location.

Q All right. And then what does "Market Model" refer to?

A Market model is another classification, kind of an intermediate volume. Again, different product mix, different programs would be present in these stores, different org structure.

Q And then what does "Model" refer to?

A Model is kind of a typical Hannaford, so run with our traditional model. Could be eligible for just about any program or -- or new product that we wanted to implement.

Q And then what does "Peak Model" refer to?

A Peak model tends to be our highest volume stores.

Q Okay. And then the first two rows here where it says "BUDGETED Hours From," "BUDGETED Hours To," if we move over under "Model," for example, the first column says 225 to 249. Do you see that?

A Yeah.

Q So what is that showing?

A If you were to look at your budget for the upcoming year and, say, that you were somewhere between, say, 235 hours, inside that range, and you were looking to see what do I need to hire, or do I need to hire, you -- and look at this, the numbers down below, to determine your staffing needs for the year.

Q And so sticking with that column, what it would show in this model is that you would need one bakery manager, one assistant bakery manager, two total bakery full time, and then that looks like three

part-time workers; is that right?

MR. GLASGOW: Objection. Form.

A That's not accurate. It's three part-time flex, which is a different classification. There are still hours that would be necessary to cover with additional part-time associates.

Q Okay. Let me ask it this way. Looking at this column, run down the column and describe for me what it shows.

A So it shows bakery manager, assistant bakery manager, so you have two full time. Then we're saying our best guidance -- this isn't a requirement, this is a recommendation. The recommendation would be that you have a bakery lead that is classified as part-time flex, and a bakery -- two bakery associates that are classified as part-time flex. So you have a total of two full time, three part-time flex. The shading is a little -- little light there, I think it's shaded. And then you'd have approximately 55 hours remaining that you would need to cover with additional part-time hires that are not identified above.

Q Okay. All right. I'm putting up what I just e-mailed out and have marked as Exhibit 7. Which, for the record, was produced by Hannaford as 91264. Do you see that?

(Exhibit 7 was marked for identification.)

A Yeah.

Q All right. Do you recognize this document?

A I do, yes. Not one I typically use, but I recognize it.

Q Okay. What system was used to generate it?

A Kronos.

Q All right. And it's titled "DEPARTMENT HOURS REPORT." Is that right?

A Yes.

Q And just so you can see, this particular document is 21 pages, and I'll just scroll down so you can get a sense of what's in here. Let me just scroll down to the bottom so you can see how it ends. It ends with grand totals, if you can you see that. Have you seen this type of report before?

A Yes.

Q Okay. And what is it?

A It basically shows associate punches for the week -- a specific week, so this one is -- no, this is a specific time frame. Actually, no, this is covering a long time frame, so a full year. Specific punches for an associate and transfers of different types of -- could be vacation time or nonproductive time,

Page 110

could be travel to another store to help out, things like that. You see all of that -- all of those different time values here.

Q Just to be clear, if you look at the time frame, I understand why you thought it was a year, but it says from 12/31/17 --

A Okay. One day?

Q Right. So if you'll look at the first example here, this employee, Ryan Adelman, do you know what the 9107 refers to?

MR. GLASGOW: Objection. Form and foundation.

A I don't know.

MR. CHURCHILL: That's why I'm asking if he knows.

BY MR. CHURCHILL:

Q And this is for store 8005; is that right?

A Yes.

Q Okay. And the department is the produce department?

A Yes.

Q What does this mean, "Prod Reg?"

A That's productive regular pay.

Q Okay. What does that mean?

A The associate was working in the produce department for 5.93 hours.

Page 111

Q And "Prod OT," what does that refer to?

A That would be productive overtime.

Q And then "Prod Total" would be prod regular plus prod overtime?

A Yes.

Q Okay. And then what is "Non Prod?"

A Nonproductive pay is things that get -- time that's transferred out of a department because it's not working productively, so this could be travel to a another store. If Ryan was not from this specific store, from a store down the road, we would pay him for his travel time. That would show up as nonproductive.

Q Okay. And so the non prod is shown both in hours and then in dollars?

A Yes.

Q And then there could be a description of what the time was spent on?

A Correct.

Q Okay. And then all those hours are then rolled up into what it has here as total hours?

A Yes.

Q And then "Pd Brk," is that paid break?

A That's a paid break, yeah.

Page 112

Q Okay. And then there's a section for unpaid break?

A There are no unpaid breaks for that individual, but that section is there.

Q Okay. And then what does "Transferred-in" refer to?

A That would -- I don't know specifically. If it was a transfer, then it would be a -- some department code or account there. But there were no transfers here because it's productive.

Q Okay. And to your knowledge, are these reports generated by anybody on a regular basis?

A No, this is something that the store would use to kind of check people's schedule and pay for the week. My team doesn't typically run these.

MR. GLASGOW: Hey Steve, when you find a good stopping point, it might be lunchtime. At least for me.

MR. CHURCHILL: Yes. This is as good as any, so why don't we go ahead and stop since it's going to take me a second anyway. So how much time do you want? Totally fine by me.

MR. GLASGOW: I'm good with 30 minutes. But if you or anybody else wants longer, that's fine.

MR. CHURCHILL: Is that okay with you, Mr. Stevens?

Page 113

THE WITNESS: That's fine.

MR. CHURCHILL: Okay.

And is that okay with you, Robert?

REPORTER: Sure.

MR. CHURCHILL: Okay. Let's do a little bit extra because it always takes people longer than they expect. Let's come back at, like, 1:20.

THE WITNESS: Sounds good.

MR. GLASGOW: Big question, Steve. Based on the exhibits that you have left, how long do you think you're going to go today?

MR. CHURCHILL: Probably another one or two hours.

MR. GLASGOW: Okay. Cool. Sounds good. All right, guys. See you at 1:20.

REPORTER: All right. We're going off the record. The time is 12:44 p.m.

(Off the record.)

REPORTER: Okay. We are back on the record. The time is 1:24 p.m.

BY MR. CHURCHILL:

Q All right. Let me share my share my screen again and show you a spreadsheet.

MR. CHURCHILL: Ryan, I sent this to

you a few minutes ago. Have you gotten it yet?

MR. GLASGOW: Yes, I've got it. It's really small on the screen.

MR. CHURCHILL: I'll pull it up.

BY MR. CHURCHILL:

Q Have you seen this document before, Mr. Stevens?

(Exhibit 8 was marked for identification.)

A Maybe. Can you scroll over so I can take it all in, please? Slowly.

Q Sorry.

A Okay.

Q Looks like it ends at column R.

MR. CHURCHILL: And just for the record, this is produced by Hannaford as 91242, and this will be Exhibit 8.

MR. GLASGOW: Can you say that one more time, Steve, 94 --

MR. CHURCHILL: 91242.

MR. GLASGOW: Not even close.

BY MR. CHURCHILL:

Q Have you seen this before, Mr. Stevens?

A Yes, I have.

Q Okay. What is it?

A This looks to be an output of all of the scheduling edits.

Q Okay. And more specifically, scheduling edits by whom?

A It looks like this specific user, column E, edited by, Judith Prinzo.

Q Okay. And what system did this come from?

A This would come out of Kronos.

Q And have you ever generated a report like this?

A Yes, with help from IT, I can pull this information.

Q Okay. And do you know who prepared this specific report?

A No, I don't.

Q Okay. What generally does this report show?

A This would show -- when the schedules run on Monday night, this would show any edits that were made to that schedule by a user after the schedule ran.

Q Okay. And can you tell from this when the schedule originally ran?

A You have to go by the username -- if you scroll over. So column I right there, if you see "SuperUser," SuperUser is the scheduling system itself. So it's not a specific user who logs in,

that's just the system. And then column J, that entered on date, would be when the schedule ran.

Q Got it. So in this row 2 here, the schedule would have run on 12/26/2017 at 1:54 a.m.?

A Correct.

Q Okay. And then if you go to row 3, what does this show generally?

A That the user edited that shift or shift segment, that -- there's the time stamp the next day.

Q Okay. So in this case, Ms. Prinzo made an edit at 12/26/2017 at 8:22 p.m.?

A Yes.

Q Okay. And if we scroll over, am I correct that what this shows is that the original schedule on row 2 for employee Melissa Delgrosso had her working on January 1, 2018, from 4:30 to 8:30?

A Well, maybe. You have to make sure that you're looking at the same shift and shift segment, so it might not be in order here, so you would have to check.

But I think, if you scroll over a little more, that "SHIFTCODEID" is the system identifier for that specific shift, and I don't think that edit that you referred to is -- so column -- row 3, sorry, is not the shift associated with row 2. It's a different

shift. So there would be some sorting necessary here to -- to identify all of that. It's not necessarily in order. That's what I'm trying to say.

Q So I guess what I'm trying to understand is row 2 and 3 both relate to Melissa Delgrosso; is that right?

A Yeah, they do.

Q And they both seem to have a shift start date of January 1, 2018, at 4:30?

A Yeah.

Q And they both have a shift end date on January 1, 2018?

A Yes. Different times, but.

Q Yes. I mean, correct me if I'm wrong, but the way I read this initially was that the system scheduled Ms. Delgrosso from 4:30 to 8:30 on January 1st, and then Ms. Prinzo went in and changed the shift from 4:30 to one o'clock?

A That is accurate, I think. Can you scroll back to the beginning? It's hard when you can't see all these columns at once.

Q Understood.

A So I think -- I don't know which one of these system identifiers is the right one, but it's not -- I don't think it's column Q like I said.

Page 118

Q Okay.
A So I think that this -- you're referring to the same shift. There's another identifier in there. It's -- time wise, it was the same shift, but I think it might have gotten a new identifier after it was edited.
Q Got it. Okay. So I'm just going to run through the columns quickly. Do you know what column A shows? And if you don't know, it's okay to say you don't know.
A I don't know. I'm going to -- there's going to be a lot of stuff I don't know here. I don't know what column A is.
Q Okay. Do you know what column B is?
A I do not.
Q Okay. Do you know what column C is?
A I don't know that one.
Q Do you know what column D is showing?
A Column D, I believe, is associate ID numbers, if an associate logged in and changed the shift.
Q Okay. And then what does E show?
A Corresponding username for that associated ID.
Q Okay. And then column F?

Page 119

A That's the time stamp for the edit, or when the shift was generated.
Q Okay. And then column G?
A I don't know what this is. I think it's some kind of system identifier, but I don't know for sure.
Q Okay. And column H?
A Don't know exactly what that is.
Q Column I?
A Again, looks like it's a username. I mean, I -- I know SuperUser as the system, so Kronos itself. And then the individual username that appears to tie back to column H.
Q Okay. What about column K?
A I don't know for sure what that is.
Q And it looks like column L is the employee ID for the employee listed in column M.
A I would agree with that, yes.
Q Okay. And then we talked about N and O. Do you know what column P shows?
A I don't know what that is, no.
Q Okay. And what about column R?
A I don't know what that one is.
Q Okay. I just e-mailed out and am putting up on the screen what we'll mark as Exhibit 9, and this

Page 120

was produced by Hannaford as 91240. Can you see that?
(Exhibit 9 was marked for identification.)
A Yes.
Q Okay. Do you recognize this document?
A I believe I do, yes.
Q What is it?
A I recognize the content of the document. This is a list of all of the projects in Compass that were assigned to this specific store, 8005.
Q Okay. And I'll just scroll over so you can see. And so this goes over to "Last Updated By." Do you see that?
A Yeah.
Q All right. So just to go through the columns here, so "Project," this appears to describe at a high level what the project is about; is that right?
A Yes, I would agree, the title of the project.
Q Okay. And then the "Start Date" and "End Date," what do those refer to?
A Start Date would be the date that we want this to be visible in store, and then the End Date would be the date we expect them to complete the

Page 121

project by, or acknowledge that they read it.
Q Okay. And then there's "Project Type." What does that refer to?
A Not exactly sure.
Q Okay. Next is "Project Owner." What does that show?
A That was the role to which the project was assigned.
Q Okay. All right. And then the next column, "Execution Status." What does that show?
A Whether or not it is completed or not completed.
Q Okay. And then the final row is "Last Updated By." I assume that shows the last person who updated the project list?
A Yeah, I think that's probably the person that checked it as complete.
Q Okay. And this is ten pages, so just to kind of run down so everybody can see what's here, and it ends here. All right. So I think you testified earlier that the specific projects in Compass are typically initiated by what you described as business owners?
A Yes.
Q Okay. And then the communication is sent

Page 122

out through your office, and more specifically from, currently, Heather?

A Yeah, it'd be members of Heather's team, correct.

Q Okay. Let me pull up the next one. Actually, I'm going to go ahead and e-mail out the next four just to move things along faster.

MR. GLASGOW: Yes, that would be great because we still don't have 9.

MR. CHURCHILL: Yes, that was a big one.

MR. GLASGOW: It just hit right now.

BY MR. CHURCHILL:

Q All right. I'm showing you now what's been marked as Exhibit 10, and this was produced to us by Hannaford as 86275. Have you see this before?

(Exhibit 10 was marked for identification.)

A No.

Q Okay. So just for the record, it's a 13-page PDF, and I'll just scroll down so you can get a sense of what's in there. You see there's a footer at the bottom, "12/29/2017." Do you see that?

A Yes.

Q And remind me what role you were in as of

Page 123

that time?

A It would be my current role, I think.

Q Okay. You testified earlier about LMS, which I think is learning management system; is that right?

A Correct.

Q And that's basically the training system that Hannaford uses?

A Correct.

Q And there are a number of courses that Hannaford offers to its associates?

A Yes.

Q Okay. Putting aside that you haven't seen this particular document, have you seen previously a course catalog for LMS?

A I've seen all of this information in different forms. I wouldn't typically be looking at a course catalog.

Q I see. Okay. How would you -- if you wanted to look to see what courses Hannaford offered through LMS, how would you do that?

A I could look at this report. Typically, I'd be looking at my own training record and courses that were assigned to me. That's typically what we see as users.

Page 124

Q But you have the ability to go and see all the different courses that are offered?

A If I had a need to, yes, I could go in and see that.

Q Is there a different system that one logs into in order to access LMS?

A Until recently, it was a different system, yes. Until a month ago.

Q Okay. And I know you testified earlier that it's been transitioned over to a new system.

A Yes, that's correct.

Q Okay. What are the differences in terms of the new system versus the old system?

A I can't answer that. I don't know.

Q Is the content essentially the same in terms of the training courses?

A The content would be the same, yes. Some of the functionality, and user interface, and back end is different, but the content is the same.

Q Okay. I'm showing you now what is Exhibit 11, and this was produced to us by Hannaford as 84946, and it's a six-page document. I'll just scroll down so you can see what it is. Have you seen this document before?

//

Page 125

(Exhibit 11 was marked for identification.)

A This specific document, no, I don't recall seeing it.

Q Okay. Do you recognize what it is?

A Yes.

Q What is it?

A It was a -- looks like a training outline for a specific role -- or the supervisor specifically. Not a role necessarily, but this would apply to multiple supervisory positions.

Q All right. And how would this guide be used?

A A trainer and a trainee would go through what you see here in terms of training module -- that "Training Module" column, understand those highlights. This is basically an outline of training, so there might be specific documents tied to this. It could be content within the LMS, videos that they would watch or listen to.

Q Okay. So here on page 2, for qualifications, it says, "This training is intended for all new supervisors, including Service Leaders, Assistant Department Managers and Department Managers who are new to the role." Do you see that?

Page 126

A Yeah.
Q And so that's who the target for this training would be?
A Correct. For this one, yes.
Q And if we look at this first training module where it says, "New Supervisor Meeting #1." Do you see that?
A Yes.
Q So what is this document showing us in terms of "Training Hours," "Actual Hours Used," and "C or P?"
A Actually, I think C or P is complete or pending. And this is effectively a sign-off sheet -- yeah, complete or partial. So they would keep track of what they had completed on this. And then as that time was used, there would be a transfer that takes place to transfer that associate's time from productive hours in the department to training, and the associate relations manager in the store would transfer those actual hours used.
Q Okay. So for this first one where it says, "New Supervisor Meeting #1," it says trainee 1.5, trainer 0. What does that tell us?
A That tells us that the trainee is doing self-directed training at this point, probably

Page 127

reviewing materials or watching video in the LMS would be why he would see that.
Q Okay. And that was my next question. So there are materials both in written form and in video form?
A Yes.
Q Okay. Are those -- can any associate at Hannaford access any training materials?
A I don't know for sure. I mean, typically you would take training materials that are assigned to you specifically based on your role. I think people can ask to have something assigned to them for developmental reasons if they're interested in pursuing something and exploring it.
Q All right. And then at the end, when the training was complete, do you know what would happen with this document?
A I believe this would just be stored with the -- with ARM in an associate's file for some period of time.
Q What is ARM?
A Associate relations manager. Sorry.
Q And what is that role?
A That's a human resources point person within the store.

Page 128

Q Okay. And was there some designation within the LMS system showing who had completed what training modules?
A Yeah, we would track that within the system when it would be marked as complete. That's something the associate relations manager would do once they get this back.
Q All right. I'm showing you what has been marked as Exhibit 12, and this was produced by Hannaford as 84952, and it's titled "Training Script New Supervisor Introduction to Leadership Role & Skills." Do you recognize this document?
(Exhibit 12 was marked for identification.)
A No.
Q Okay. Do you recognize what it is?
A I -- I think so. I've never seen this specific document before.
Q Okay. Are you aware of training scripts being used within LRM -- I'm sorry, LMS?
A These aren't used within LMS. This is a training script that would be used by a trainer with a trainee. And yes, I am aware that they are used.
Q Okay. And where does one find those scripts?

Page 129

A These scripts would be available on the intranet. Internally you would be able to pull this information, and its completion is tracked within the LMS. You can access this through the LMS, too.
Q Okay. So you can access the training scripts through what used to be the LMS system?
MR. GLASGOW: Objection. Form.
A I believe you can access scripts through the LMS.
Q Okay. And what's the name of the new system you said earlier?
A SuccessFactors.
Q And do you know whether all the material from LMS was transferred over to SuccessFactors?
A Yes, all the material was transferred over.
Q Okay. So training scripts would now be available through SuccessFactors?
A Again, I'm not really sure. I'm not -- I haven't been in that system yet and learned the process of transitioning it, so I don't know how you access versus how you track.
Q Showing you what has been marked as Exhibit 13. This was produced by Hannaford as 11927. It's titled "Training Guide Bakery Sales Manager." Have you seen this before?

(Exhibit 13 was marked for identification.)
A Yes.
Q All right. What is it?
A It's a training guide for a manager -- bakery manager.
Q Okay. And is this specific to any store?
A No.
Q Okay. And who within Hannaford is responsible for developing or updating this guide?
A It would be -- updating it would be -- my team would update it with partnership and human resources, or the bakery merchandising team as business owners would have a say in what was included in the guide, and maybe the sequence and how it was completed.
Q Okay. And are there training guides for each department manager?
A I believe there's training guides for department managers and even combined managers. So we have deli/bakery managers, for example, that would have another variant, yet again, of the same thing.
Q And have these training guides been in place for at least the past five years?
A Yes. They've been updated multiple times

since then, but the general content has been in place.
Q Okay. And so going to page 2 of this document, you see that it says the training objective is "For the Trainee to be presented with the necessary skills, tools and lessons to perform the responsibilities of a Bakery Sales Manager." You see that?
A Yes.
Q Okay. Who is responsible for providing training?
A Usually there's a district trainer that would train managers. In some instances. there might be components of training that are similar across departments, and it might be somebody from another department that trains -- another department in the same store that trains. So scheduling specifically is something that oftentimes a front-end manager will end up training other people as they -- as they take department manager training. So it could be a mix.
Q Okay. And here it identifies a training prerequisite of the "Assistant Bakery Sales Manager Training Guide." Do you see that?
A Yes.
Q And then there's a section that says, "Training contained in this training module," and then

a number of days listed. Do you see that?
A Yes.
Q And then again, over on the right, there are numbers for trainee and numbers for trainer, and do those show the number of hours that each of those two would spend on each of those days?
A It's the expected number of hours. Not necessarily -- could be more or less depending on how quickly the training goes. And based on somebody's prior experience, it could go very quickly.
Q Okay. And then down here it says, "Additional training required by role." Do you see that?
A Yes.
Q And then in this case there are four different items listed there; is that right?
A Yeah.
Q The first one, for example, is "Intro to Leadership Skills/Salaried Manager." Is that right?
A Yes.
Q Okay. So it might seem self-explanatory, but what is this section showing us?
MR. GLASGOW: Objection. Form.
A This is showing just additional training outside of this module that -- that this role would

need to complete in order to complete their bakery manager training.
Q Okay. And then page 3 shows a "Revision History." And what is this showing us?
A These are just the changes that were made on these specific dates.
Q Okay. And then on page 4, it looks like it begins with more specific information about each day's training. Is that right?
A Yes.
Q Okay. And then if we go to page 8, it looks like there are signatures for the associate, the trainer, and the department manager to put in?
A Yes.
Q Okay. And then where does this guide go when it's completed?
A This is, again, something I believe the associate relations manager would keep in an associate's file.
Q All right. When you're in the performance of your job, given your current role, are there any manuals or policies that you have to reference in the course of your work?
A There are policies that -- that I would reference from time to time. There's no manual for

it.

Q Okay. What policies do you reference from time to time?

A Different HR-related policies. If associates have questions, then I would -- like, travel expenses and travel report policies, time off requests, things like that.

Q And how do you access those policies?

A Through the intranet.

Q Okay. Are there some materials on the intranet that have limited access depending on your role within the company?

A No, the intranet -- if you have a system ID and can log in, then -- into the system, then you can access the content on the intranet, I believe.

Q Okay. So in the course of doing your responsibilities, how many different systems do you have to log in to with a username and password, besides the intranet?

A Five to ten.

Q Okay. What are the other ones besides the intranet?

A Kronos for sure. If I log in to StandardsPro, that's another log in. SuccessFactors, I have to log in to. Then generally, a lot of -- once

we log in to the system, we can access stuff generally without adding -- without entering another password, so.

Q So other than the intranet, Kronos, StandardsPro, and SuccessFactors, any others that you can think of right now that you have to log in to?

A It's very, very infrequent that I would access some of those myself, but there are financial systems and things for different reporting functions that -- that I would have to log in to. But it's not something I do even monthly.

Q In terms of the communications that you have with others within Hannaford, what system or systems do you use for those communications?

A Mostly e-mail, Microsoft Teams, telephone.

Q Okay. Do you communicate with others at Hannaford using text messages?

A Sometimes.

Q Okay. Do you have a Hannaford issued phone?

A No.

Q Okay. Other than attorneys, did you discuss your deposition today with anybody at Hannaford?

A No.

Q Okay. What did you do to prepare?

A I spent maybe three or four hours with Ryan

and Alyson, and Anne sometimes, just talking about the types of questions you would ask --

MR. GLASGOW: Jeremy, I'm going to instruct you not to tell him what we discussed beyond what you've just said. You can tell him any other questions he has.

MR. CHURCHILL: All right. Why don't we take a break just so that I can check my notes and check with my team and see if there's any other areas I want to inquire about. So why don't we break until, like, 2:10.

REPORTER: Sure. We're going off the record. Time is 1:58 p.m.

(Off the record.)

REPORTER: We're back on the record. Time is 2:12 p.m.

MR. CHURCHILL: All right. I just have a few more questions.

BY MR. CHURCHILL:

Q Have you ever had any involvement, Mr. Stevens, with any decisions to classify employees as exempt or nonexempt for overtime?

A Decisions? I'd say no. That would be something that happened not with me, but with the higher levels in the organization.

Q Okay. Did you ever provide input on that issue?

A Yeah, I provided advice before, or observations.

Q For what types of positions?

A Salaried positions.

Q But more specifically, what kinds of positions?

A Specifically, I provided, like, hours information, like, number of hours that a department would earn.

Q Okay. Who did you provide that information to?

A It's been a long time. That would have gone to the director of operations at the time, or one of the vice presidents of the divisions.

Q And what's your best memory about when you last did that?

A Years and years ago. Five, six at least.

Q Okay. And what information did you provide?

A Typically I would be asked how many hours a department earned, or how many hours we expected a department to earn for a period of time.

Q Okay. Any other information you were asked to provide?

A No.
Q And when you say the number of hours a department earned, do you mean the department as a whole?
A Yes.
Q Okay. Do you get evaluated on an annual basis?
A Yes.
Q And your evaluation, is it determined in any way on any KPIs?
A Yes, completion of goals more accurately.
Q When we looked at your job description, remember that bullet point that talked about the wage related KPIs that your department reports on?
A Yes.
Q Is your evaluation dependent in any way on any of those KPIs?
A Technically speaking, all of our evaluations are dependent on those KPIs. But I can tell you that I've never had a specific conversation about my -- the results of those KPIs.
Q When you say "technically," "all of our evaluations are dependent on" them, what do you mean?
A The last time we went through that process, the goals cascade from the top down, and they're

company goals. That's my understanding.
Q Okay. And so your evaluation turns in part on how the company performed on those KPIs?
MR. GLASGOW: Objection. Form.
A No, my evaluation would talk about what I did to support those KPIs.
MR. CHURCHILL: I see. All right. I don't have any further questions.
MR. GLASGOW: Defendant doesn't have any questions, so I guess we can close the record now. He'll read and sign, Steve.
MR. CHURCHILL: Sure.
REPORTER: Do you mind if I get the transcript orders while we're still on the record?
MR. CHURCHILL: Of course. I'll just take a PDF, regular and a mini-script. I don't need any paper.
REPORTER: Okay.
MR. GLASGOW: We're good with that, but if you can provide the exhibits, too, Robert, just to be clear, that would be helpful.
REPORTER: Sure. Yeah, I just need Mr. Churchill to e-mail those over to me once we're concluded here and then I'll put those in for you.
MR. CHURCHILL: I thought I was

e-mailing them along the way. But if you need me to re-e-mail them or send anything different, Robert, just let me know and I'll get you what you need.
REPORTER: Okay. Perfect.
Well, with nothing else, I guess we can go off the record now. The time is currently 2:16 p.m.

(Whereupon, at 2:16 p.m., the proceeding was concluded.)

A C K N O W L E D G E M E N T

I, JEREMY STEVENS, certify that I have read the transcript of my testimony taken under oath on October 19, 2021, and that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

________________________
JEREMY STEVENS

Signed and subscribed to before me, this day of , 20 .
__________________________
Notary Public

CERTIFICATE OF NOTARY PUBLIC

I, ROBERT LOMBARDI, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

ROBERT LOMBARDI
Notary Public in and for the
Commonwealth of Massachusetts

[X] Review of the transcript was requested.

CERTIFICATE OF TRANSCRIBER

I, TAMARA J. COGAR, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

TAMARA J. COGAR

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Prinzo v. Hannaford Bros. Co.
DATE OF DEPOSITION: 10/19/2021
WITNESSES' NAME: Jeremy Stevens

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

________________________
Jeremy Stevens

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

__________________ __________________
(NOTARY PUBLIC) MY COMMISSION EXPIRES:

Massachusetts Rules of Civil Procedure

Part V. Deposition and Discovery

Rule 30

(e) Submission to Witness; Changes; Signing. When
the testimony is fully transcribed the deposition
shall be submitted to the witness for examination
and shall be read to or by him, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within 30 days of its
submission to him, the officer shall sign it and
state on the record the fact of the waiver or of
the illness or absence of the witness or the fact
of the refusal to sign together with the reason, if
any, given therefor; and the deposition may then be
used as fully as though signed, unless on a motion
to suppress under Rule 32(d)(4) the court holds

that the reasons given for the refusal to sign
require rejection of the deposition in whole or in
part.




DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.