# In the Matter of:

*Judith Prinzo vs*

*Hannaford Bros. Co. LLC*

## Michael Beaulieu

June 15, 2022

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
*Global Coverage*
court-reporting.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

Page 1

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2
 3
 4
 5   _____
 6   JUDITH PRINZO on behalf of herself
 7   and all other employees similarly
 8   situated,
 9        Plaintiff,
10   V.              C.A. NO. 1:21-CV-11901-WGY
11   HANNAFORD BROS. CO., LLC,
12        Defendant.
13   _____
14
15
16
17
18        DEPOSITION OF:
19            MICHAEL BEAULIEU
20            CONDUCTED REMOTELY
21            SCARBOROUGH, MAINE
22   WEDNESDAY, JUNE 15TH, 2022 AT 9:59 A.M., EST
23
24
```

Page 2

```
 1           APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFF, JUDITH PRINZO:
 4      STEPHEN CHURCHILL
 5      FAIR WORK, P.C.
 6      192 SOUTH STREET, SUITE 450
 7      BOSTON, MASSACHUSETTS 02111
 8      TELEPHONE NO. (617) 607-3262
 9      E-MAIL: STEVE@FAIRWORKLAW.COM
10
11   ON BEHALF OF THE DEFENDANT, HANNAFORD BROS. CO., LLC:
12      RYAN A. GLASGOW
13      HUNTON ANDREWS KURTH, LLP
14      RIVERFRONT PLAZA, EAST TOWER
15      951 EAST BYRD STREET
16      RICHMOND, VIRGINIA 23219
17      TELEPHONE NO. (804) 788-8200
18      E-MAIL: RGLASGOW@HUNTONAK.COM
19
20   ALSO PRESENT:
21      ANNE CUNNINGHAM, IN-HOUSE COUNSEL, HANNAFORD BROS. CO.
22      NATHANIEL JONES, HUNTON ANDREWS KURTH, LLP
23
24
```

Page 3

```
 1              I N D E X
 2                                        PAGE
 3   DIRECT EXAMINATION BY MR. CHURCHILL    6
 4   CROSS-EXAMINATION BY MR. GLASGOW      47
 5
 6   _____
 7
 8           E X H I B I T S
 9
10   NUMBER      DESCRIPTION              PAGE
11
12   EXHIBIT 60  HOURS OVER GOAL E-MAIL, HANNAFORD 92863-92865  21
13   EXHIBIT 61  EXCEL SPREADSHEET, HANNAFORD 122473            32
14   EXHIBIT 62  EXCEL SPREADSHEET, HANNAFORD 122474            32
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1
 2   _____
 3
 4           S T I P U L A T I O N S
 5
 6      The deposition of MICHAEL BEAULIEU was taken remotely via
 7   Zoom from Scarborough, Maine on Wednesday, the 15th day of
 8   June, 2022 at 9:59 a.m., said deposition was taken pursuant to
 9   Notice for use in accordance with United States District Court
10   Rules of Civil Procedure.
11
12      It is agreed that Kelley K. Bohan, being a Notary Public
13   and Court Reporter for the State of Massachusetts, may swear the
14   witness remotely and that the reading and signing of the
15   completed transcript by the witness is not waived.
16
17
18
19
20
21
22
23
24
```

Page 5

1        PROCEEDINGS
2        COURT REPORTER: We are on the record. This is Kelley
3   Bohan. I am a court reporter, and I am a notary public in the
4   Commonwealth of Massachusetts.
5        This deposition is being taken remotely. This witness
6   is appearing remotely from Scarborough, Maine.
7        The attorneys participating in this proceeding
8   acknowledge their understanding that I am not physically present
9   in the proceeding room, nor am I physically present with the
10  witness and that I will be reporting this proceeding remotely.
11  They further acknowledge that, in lieu of an oath administered
12  in person, the witness will verbally declare his testimony in
13  this matter under the pains and penalties of perjury. The
14  parties and their counsel consent to this arrangement and waive
15  any objections to this manner of proceeding.
16       Please indicate your agreement by stating your name
17  and your agreement on the record, after which I will swear in
18  the witness and we may begin.
19       MR. CHURCHILL: This is Steve Churchill representing
20  the plaintiff, and I agree.
21       MR. GLASGOW: Ryan Glasgow representing the defendant,
22  and we agree as well.
23
24

Page 6

1   _____
2              MICHAEL BEAULIEU
3         having been duly sworn, was examined
4         and testifies as follows:
5
6              DIRECT EXAMINATION
7   BY MR. CHURCHILL:
8   Q.  Good morning, Mr. Beaulieu.
9   A.  Hi, good morning.
10  Q.  How do you pronounce your last name?
11  A.  It's Mike.
12  Q.  Okay.
13  A.  It's Beaulieu, but I can go by Mike.
14  Q.  Okay, I may call you Mike, with your permission, just
15  because it would be easier.
16  A.  Absolutely.
17  Q.  Can you please state your full name for the record?
18  A.  Michael L. Beaulieu.
19       MR. CHURCHILL: All right, and before we get rolling,
20  the parties have agreed to reserve all objections except as to
21  form and motions to strike; and we've agreed to waive any notary
22  requirements to the extent there are any; and that the witness
23  will read and sign the transcript within 30 days?
24       MR. GLASGOW: We agree to that.

Page 7

1        MR. CHURCHILL: Okay.
2   BY MR. CHURCHILL:
3   Q.  Mike, what is your residential address?
4   A.  75 Taylor Lane in Gray, Maine.
5   Q.  And what is your business address?
6   A.  145 Pleasant Hill Road in Scarborough, Maine.
7   Q.  Have you been deposed before?
8   A.  Uh, never, no.
9   Q.  Okay. Let me go over a few ground rules just so we're
10  on the same page for today.
11  A.  Okay.
12  Q.  First of all, if I ask you a question that you do not
13  understand, then you should ask me for clarification, okay?
14  A.  Okay.
15  Q.  And, likewise, if you don't hear me because of Zoom or
16  otherwise, anything about the question that you need
17  clarification on, it's perfectly appropriate for you to ask me
18  for clarification, okay?
19  A.  Great.
20  Q.  It's important that any of your responses be verbal as
21  opposed to nods or gestures or uh-huh or uh-uh because a
22  transcript is being made and those types of things are not
23  accurately reflected on the transcript necessarily, okay?
24  A.  Okay.

Page 8

1   Q.  And, likewise, although court reporters are very good
2   in terms of getting down what people are saying, they're not
3   super human, so it's important that only one person be talking
4   at a time if possible. So please wait until I'm done with my
5   question before you answer it. And that also gives your
6   attorney a chance to object if he chooses to do so.
7   A.  Okay.
8   Q.  Okay. Finally, if you need to take a break for any
9   reason, that's totally fine. Just say the word, raise your
10  hand, or somehow indicate that you need to take a break and
11  we'll do that. The only rule that we follow is that if there's
12  a question pending, you should answer that question and then
13  we'll take a break.
14  A.  Sounds good.
15  Q.  Okay. What's your date of birth?
16  A.  11-30-61.
17  Q.  And what is your educational background, starting with
18  college?
19  A.  A four-year degree in accounting.
20  Q.  Okay. When did you get that degree?
21  A.  Uh, let's see, I started -- I graduated in '80 from
22  high school, so '80 to '84.
23  Q.  Okay. You currently work for Hannaford; is that
24  right?

Page 9

1  A. I do.
2  Q. When did you first start working for Hannaford?
3  A. In 1978.
4  Q. Have you worked for Hannaford from 1978 up until the
5  present?
6  A. Yes.
7  Q. Okay. What is your current position there?
8  A. Business analyst.
9  Q. How long have you been in that position?
10  A. About maybe 15 -- 14, 15 years.
11  Q. And what roles, if you can just describe what roles
12  you served in from 1978 up until the time you started working as
13  a business analyst, that would be helpful.
14  A. Okay. Um, started right from the ground floor sorting
15  bottles when our bottle bill passed in Maine, worked through
16  department managers, went to be an assistant manager, temporary
17  store manager. Um, then I came into the corporate office after
18  19 years at retail, and I started out as a buyer; and then a
19  pricing analyst; then a business analyst for Sweetbay, which is
20  no longer part of our company; and then my current position.
21  Q. All right. And in your current position, what
22  department or division do you work in?
23  A. Labor and productivity.
24  Q. And have you been in that same area for the past 14 to

Page 10

1  15 years?
2  A. Yes.
3  Q. Okay. Have your duties changed in any material way
4  over the last 14 to 15 years?
5  A. Probably about 10 years ago. So in the department,
6  Labor and Productivity, probably 7 years ago I became the, uh, I
7  was I guess -- I'm in charge of payroll budgets.
8  Q. So for the past 7 to 8 years your duties have been the
9  same?
10  A. Yes.
11  Q. Okay. What are the principal duties of your current
12  position?
13  A. I analyze a lot of the data that comes in from the
14  retail stores, and then I distribute that to different
15  leadership personnel in the company.
16  Q. So you generate reports on a predetermined basis like
17  weekly, monthly, et cetera?
18  A. Correct.
19  Q. Okay. And what types of reports generally do you
20  produce?
21  A. Payroll reports, overtime reports, HOG and HUG
22  reports, anything basically related to labor.
23  Q. Okay. Other than payroll reports, overtime reports,
24  and HUG and HOG reports, are there any other categories of

Page 11

1  reports that you generate?
2  A. Let's see...
3  No, everything is pretty much related to those three,
4  four categories.
5  Q. Okay. And just so we're on the same page, "HOG"
6  stands for "hours over goal"?
7  A. H-O-G, yes, hours over goal, yes.
8  Q. And H-U-G is "hours under goal"?
9  A. Correct.
10  Q. Okay. And in addition to preparing those reports, do
11  you also prepare budgets?
12  A. Yes.
13  Q. Okay. What budgets do you prepare?
14  A. The payroll budgets for the stores.
15  Q. And on what frequency do you prepare budgets?
16  A. Uh, usually well, it's this time of year I'm preparing
17  the budgets for next year.
18  Q. Okay. So it's a once-a-year process?
19  A. Pretty much once a year, yes.
20  Q. Okay. In terms of payroll reports, what types of
21  reports do you prepare?
22  A. Basically, the payroll percents, where the company
23  landed for the week, and also where the stores landed for the
24  week.

Page 12

1  Q. And when you say for landed for the --
2  A. Landed, I'm sorry, they're payroll results, so percent
3  of total sales.
4  Q. So can you give me an example when you say percent of
5  total sales, can you kind of explain in practical terms what you
6  mean?
7  A. Yeah, so whatever the payroll dollars are for the week
8  for a particular store or for the chain divided by the store's
9  total sales or the chain's total payroll -- uh, sorry, total
10  sales.
11  Q. And are there benchmarks or ranges that are targeted?
12  A. The benchmarks would be the budget.
13  Q. And within the budget, is there a target percent or a
14  range of percents?
15  A. It would be a percent, yes.
16  Q. And is there a particular percent that's targeted?
17  A. I mean it fluctuates from year to year based on the
18  sales.
19  Q. Okay. Is there a range that it typically falls
20  within? I'm just trying to get a general understanding of where
21  it typically falls.
22  MR. GLASGOW: Objection, form. You can answer, Mike.
23  A. Are you looking for a number?
24  Q. Yes.

Page 13

1   A.  I mean it could range between 8 and 12 percent.
2   Q.  Okay.  And when you look at the labor costs, which
3   positions within a store does that include?
4   A.  It would be every single position in the store.
5   Q.  Okay.  So from the newest associate up to a store
6   manager?
7   A.  Correct.
8   Q.  Okay.  All right, and with respect to overtime
9   reports, what types of reports do you generate?
10  A.  So it's any hours basically over 40 hours by store.
11  Q.  Okay.  And are those measured against anything like
12  store sales or any other basis --
13  A.  No, they're --
14     I'm sorry.
15     They're a flat report, 10 hours or 20 hours or 100
16  hours, whatever the store accumulates.
17  Q.  And are the reports by department or by store or at
18  what level?
19  A.  Just by store.
20  Q.  Okay.  And with respect to the HOG and HUG reports,
21  what generally do those reports include?
22  A.  It would be basically any of the hours over goal or
23  under goal by department by store.
24  Q.  Okay.  And when you say goal, what do you mean by

Page 14

1   that?
2   A.  So a store or a department would be given a certain
3   number of hours based on the sales and the productivity that
4   they do, and then we would calculate an hours over goal or under
5   goal based on the actuals versus the goal.
6   Q.  All right.  And are those goals determined on a --
7   when are they determined for any particular week?  So if you're
8   looking for this particular week, say in the future you were
9   going to be analyzing this particular week of June, when are the
10  goals for a particular store developed for any given week?
11  A.  So they're developed about two, two weeks before the
12  week starts, that's when the department manager can increase
13  their volume or decrease their volume based on assumptions that
14  they know of.  Like if it's a holiday, they know that they're
15  going to need more hours versus a regular week.
16  Q.  Okay.  And that then is fed into a schedule?
17  A.  And then once you have the goal, then the schedule is
18  developed.
19  Q.  Okay.  And then does the goal change in the course of
20  a week?
21  A.  Can you clarify, is it the current week or --
22  Q.  Yeah, so again -- sorry -- so let's say you were going
23  to be analyzing this week, the week of June whatever it is,
24  10th, and the goal would have been set about two weeks ago,

Page 15

1   right, initially?
2   A.  Potentially, yes, two weeks or a week depending on
3   when the department manager last updates the goal.
4   Q.  Okay.  And so as this week is proceeding, is the goal
5   changing over the course of the week?
6   A.  The goal would not change.  The goal would not change,
7   no, sorry.
8   Q.  Okay.  So then at the end of that weekly period, you
9   compare the actual labor that was worked against the goal?
10  A.  Against the goal, yes.
11  Q.  Okay.  And when you're looking at the actual labor,
12  which positions does that include?
13  A.  Can you clarify?  Maybe I'm not understanding that
14  question.
15  Q.  Sure.  So let's say in a particular department, like a
16  bakery department, if you're analyzing the hours over goal;
17  first of all, does the goal include the department manager's
18  hours?
19  A.  Yes, it does.
20  Q.  And does the labor worked include the hours worked by
21  the manager?
22  A.  I'm sorry, maybe I didn't understand that.
23  Q.  Yeah, I'm just trying to understand when you do the
24  HOG and HUG report, does that include the department manager

Page 16

1   position?
2   A.  Yes, it does.
3   Q.  Okay.  And when you're looking at the hours over goal
4   or the hours under goal, are you looking at the actual hours
5   worked or the labor costs?
6   A.  So when we're looking at hours over goal, it's a
7   difference between what was actually used versus what was
8   actually earned.
9   Q.  Okay.  But what I'm trying to understand is, are you
10  comparing the payroll costs to the goal or are you comparing
11  hours worked to the goal?
12  A.  Oh, I'm sorry, hours.
13  Q.  Okay.  So did you understand that department managers
14  do not punch in and punch out?
15  A.  Correct.
16  Q.  So how are their hours included if they don't punch in
17  or punch out?
18  A.  So the department managers have to enter in their
19  hours into Kronos an eight-hour day.  So their hours are going
20  to show up in the hours report eight hours per day for five
21  days; or if they take a vacation, then it would be less,
22  obviously, than 40 hours.
23  Q.  Okay, let me share my screen and show you an exhibit.
24  One second.

Page 17

1   Can you see that?
2   A. I can.
3   Q. First of all, can you recognize this document?
4   A. I mean I don't remember. I've seen a lot of
5   documents. I don't remember particularly this one, but.
6   Q. Okay. Have you seen what are called standard practice
7   training aids during your time at Hannaford?
8   A. I have.
9   Q. And this particular one, as you see, is labeled
10  "Kronos Labor and Productivity Weekly Calender"?
11  A. Right.
12      MR. CHURCHILL: And just for the record, this was
13  marked yesterday as Exhibit 59.
14  Q. Do you know if you've seen this particular SPTA
15  before?
16  A. I mean just looking closely, I mean it makes a lot of
17  sense to me so I'm assuming I've either seen it, or because I
18  worked in retail stores, I know the process I guess.
19  Q. Okay. And so if we look over here, do you see there's
20  a column for actions and a column for steps details?
21  A. Yes.
22  Q. And if we look in this first action, MPP activities
23  Sunday?
24  A. Right.

Page 18

1   Q. And then there's the steps details, and "B" says
2   "Saturday's actual manager hours"; do you see that?
3   A. Yes.
4   Q. What does that refer to?
5       MR. GLASGOW: Objection, form.
6   A. [Reads to self.] Saturday's actual manager hours,
7   monthly, quarterly hours, and training hours should be entered
8   into MBA and calculated by 10 a.m.
9       So it's basically they're calculating the percent
10  effective for their department on Sunday morning for the
11  previous day, which would be Saturday.
12  Q. Okay. And so when this step here says "Saturday's
13  actual manager hours," what is that referring to, what does
14  "actual manager hours" mean?
15  A. So their particular department's hours. So if in the
16  bakery department it would be, if the bakery manager worked, it
17  would be his or her eight hours plus any and all other
18  associates that worked that day.
19  Q. And is that the data that then goes into the system
20  that you would use for your HOG and HUG reports?
21  A. Correct.
22  Q. Okay. And the system it's going into is Kronos,
23  right?
24  A. Yes.

Page 19

1   Q. Okay. With respect to the budget process that you do,
2   first of all, how long of a period does that take, like when do
3   you start the budget process and when do you finish it,
4   typically?
5   A. Typically, we start early April just gathering some
6   data from different parts of the organization, and then we
7   submit a final -- or we submit a preliminary budget in July.
8   And then we might tweak it by August, and that's usually close
9   to the final.
10  Q. Okay. What's the fiscal year for Hannaford?
11  A. It's a calender year, so it's January 1st to December
12  31st.
13  Q. Okay. And do you have any involvement with
14  preparation of the budget other than for labor?
15  A. No.
16  Q. Okay. So when you're developing your part of the
17  budget starting in early April, what data do you look at?
18  A. Our prior year's history and trends. We look for
19  holidays, summers. Any of the stores that are around lakes and
20  oceans increase in sales, so they're going to need more hours.
21  Any, like I said, I think I mentioned holidays, graduation,
22  Mother's Day, Father's Day, Christmas, holidays, and just kind
23  of look at where their hours were for the previous year.
24  Q. Okay. And then what are you, in the budget, what are

Page 20

1   you projecting specifically, just overall labor costs or are
2   there more details than that?
3   A. I would project hours and cost, payroll cost.
4   Q. Okay. And when you're projecting hours, does that
5   include hours for department managers?
6   A. Yes, it would be the total department.
7   Q. Okay. And when you're projecting hours for department
8   managers, do you always use the same projection for every
9   department in every store?
10  A. Um, I'm not understanding. I guess could you maybe
11  rephrase that one?
12  Q. Yeah, yeah, of course. So as we talked about before,
13  you understand that department managers don't punch in and punch
14  out, right?
15  A. Correct, correct.
16  Q. Okay. So when you're building a budget and you're
17  including department manager hours, how do you determine what
18  their hours are going to be in the budget?
19  A. So we would budget, again using bakery as an example,
20  we would budget 200 hours, hypothetically, and those 200 hours
21  would be for the department manager as well as the associates
22  that are needed to run the department.
23  Q. Okay. When you say 200 hours, for what period of time
24  is that?

Page 21

 1   A.   That would be a week.  I'm sorry, a weekly number.
 2   Q.   Okay.  And when you're building in that assumption of
 3   a weekly number, how do you determine the department manager
 4   portion of that number?
 5   A.   Well, they're 40 hours.
 6   Q.   Okay.  So you always use 40 hours?
 7   A.   Correct.
 8   Q.   Okay, let me share a different exhibit.
 9        All right, I'm showing you another document.  As you
10   can see from the top, it's a three-page PDF.  And I'll scroll
11   down in a second so you can see what's there, but why don't we
12   go ahead and mark this as Exhibit 60.
13        (EXHIBIT 60 MARKED FOR IDENTIFICATION)
14   BY MR. CHURCHILL:
15   Q.   All right, it's starts with Bates number Hannaford
16   92863.  And if we scroll down the e-mail chain, do you see the
17   first e-mail is one from you to others on March 1, 2018; do you
18   see that?
19   A.   I do see that.
20   Q.   And it looks like you're sending out a HOG report?
21   A.   Correct.
22   Q.   And you send these out on a weekly basis?
23   A.   Correct.
24   Q.   Okay.  In terms of the recipients in the "to" field in

Page 22

 1   this e-mail starting with Tom Perry, who does that group
 2   include?
 3   A.   Those are all, looking at the names, district
 4   managers.
 5   Q.   Okay.  And then in the "cc" field starting with
 6   Heather Paquette, who does that group include?
 7   A.   They would be, Heather and a couple of other ones, are
 8   vice presidents; and some of the other folks are district
 9   leaders.
10   Q.   Okay.  What's the difference between a district leader
11   and the people who are included in the "to" field?
12   A.   The people in the "to" field are district managers or
13   district operators.  They manage the stores so they're more
14   hands on I guess in retail stores, whereas the "cc" folks are
15   more in the corporate office.
16   Q.   Gotcha.  And can you -- I'm sorry to put you on the
17   spot like this, but with respect to this "cc" field, can you
18   just, to the best of your ability, go through this list and say
19   the person's name and your understanding of what their position
20   is?
21   A.   So Heather Paq--
22        MR. GLASGOW:  And just a second, Steve.  Are you
23   talking about their position as of March 1, 2018 or their
24   position today?

Page 23

 1        MR. CHURCHILL:  Their position today.
 2        MR. GLASGOW:  Okay.  Recognizing that may be
 3   different, go ahead.
 4        MR. CHURCHILL:  Yes, yep.
 5        THE WITNESS:  Heather Parquette is working as a vice
 6   president in RBS, so she's no longer in our brand.  Jim Hamilton
 7   retired --
 8   BY MR. CHURCHILL:
 9   Q.   Okay, let me change what I said then.
10        Tell me as best you can what position they were in at
11   the time?
12   A.   At the time, okay.
13   Q.   Yeah.
14   A.   Heather Parquette was vice president of our department
15   retail labor and merchandising -- or not merchandising, I'm
16   sorry.  I can't remember the other departments, but I know she
17   was our vice president.
18        Jim Hamilton was the vice president of the eastern
19   division, which there's stores in the east and the west.
20        Angela Veilleux is an associate at one of our retail
21   stores managing some of the reports that I send out and kind of
22   dissecting those reports to give to her supervisor.
23        Angela Ham-- or no, I'm sorry, Brad Hamilton, I think
24   he was retail -- I'm sorry, he was a pharmacist manager.

Page 24

 1        Nate Sides, a pharmacist manager.
 2        Daniel Anderson, a pharmacist manager.
 3        Mike Fish, a pharmacist manager.
 4        Carl Boucher, a pharmacist manager.
 5        Jeremy Stevens, my boss.
 6        Mike Beaulieu, me.
 7        Brenda Stout is another district manager associate
 8   that -- or an associate that works for a district manager.
 9        Diane Needham is our admin in the corporate office
10   here.
11        Cathy Keeley was a person that worked with me in my
12   department.
13        And Nicole Devoe-Lewis is our senior vice president.
14        Angela Veilleux is in there twice.
15        And John Tederous is a department -- no, a pharmacy
16   manager.
17   Q.   All right, you get an A-plus for that.
18   A.   Yeah, just don't check it.
19   Q.   Okay, let me now show you a different screen.
20        Okay, let me blow this up a bit.
21        Okay, I'm showing you what, for the record, has been
22   marked as Hannaford 122479, which is an Excel spreadsheet --
23        MR. GLASGOW:  Steve, I think it's 473, you said 479.
24        MR. CHURCHILL:  I'm sorry, yeah, it's 122473.  Thank

Page 25

1  you.
2  BY MR. CHURCHILL:
3  Q. Do you see this?
4  A. I do.
5  Q. Okay. And do you recognize this report or the form of
6  the report?
7  A. Yes, I do.
8  Q. And this is one you prepared?
9  A. Yes, sir.
10 Q. Okay. So just to go over this a bit, in row 2 where
11 it says, "The 'hours over goal' in this report represent all
12 'opportunity' hours in excess of zero and hours under goal are
13 excluded."
14    What do you mean by opportunity hours?
15 A. Any hours that potentially a store was over their
16 desired goal, so.
17 Q. Okay. So what's the opportunity that's referred to?
18 A. An opportunity if there was either somebody wasn't
19 working to their potential, potentially that would cause an
20 opportunity.
21 Q. So basically the opportunity means there was an
22 opportunity to operate more efficiently?
23 A. Based on goal.
24 Q. All right. And then if we look at columns here,

Page 26

1  column B is just the division, right?
2  A. Correct.
3  Q. C is the the store number?
4  A. Correct.
5  Q. D is the district?
6  A. Yes.
7  Q. E is the store name, right?
8  A. Correct.
9  Q. And then it looks like some columns are hidden between
10 E and R; do you see that?
11 A. Yes.
12 Q. And do you know, those hidden columns are just prior
13 weeks; is that right?
14 A. That is correct.
15 Q. Okay. And so if we look at column R, that's data for
16 the week of March 31st, right?
17 A. Correct.
18 Q. For the week ending March 31, right?
19 A. Correct.
20 Q. And then the numbers in that column, what do those
21 numbers represent?
22 A. Those would be opportunity hours or hours over goal.
23 Q. Okay. And they're rounded down to the nearest whole
24 number?

Page 27

1  A. Correct.
2  Q. Or I should say rounded to the nearest whole number.
3     And how do you derive this number?
4  A. So again, it would be total hours that they used, and
5  then we use that, we have the goal hours, and you divide the
6  goal by the -- oh, I'm sorry, in this case, you're not dividing,
7  it's the actual minus the goal.
8  Q. Okay. All right, and when you say hours under goal
9  are excluded, that's why there's blank cells here?
10 A. Correct.
11 Q. Okay. And then if we go over to column BH, "rolling
12 four week average," can you describe what that means?
13 A. Yeah, so it would take into consideration the last
14 four physical weeks, like 6-30, 6-23, 6-16, and 6-9, and just
15 kind of average them out.
16 Q. Okay. Right, and in fact you can see your formula if
17 you click on one of those numbers, right?
18 A. Correct.
19 Q. All right. And then the next column, cumulative year
20 to date hours. I assume that's the cumulative hours over all
21 the prior weeks?
22 A. Correct.
23 Q. Okay. And then the next column -- or, well, the
24 column that's BK, P01 hours, what does that show?

Page 28

1  A. That would be period 1 and period 2, the total for the
2  period 1 and the period 2.
3  Q. Okay. And by period, what does a "period" refer to?
4  A. So the first, period 1 would be January, the first
5  week of January for the first four weeks; and then February
6  would be the next four weeks; and then March would be the next
7  five weeks.
8  Q. Okay. So the period here corresponds with the
9  calender month?
10 A. Yes, sir.
11 Q. Okay. All right, and then you also have the numbers
12 for each quarter; is that right?
13 A. Yes, correct.
14 Q. Starting with column BX?
15 A. Correct.
16 Q. Okay. And then if we go down to the bottom --
17    What we're looking at is the first tab in this
18 spreadsheet, is that right, called "Opportunity Hours Over
19 Goal"?
20 A. Yes.
21 Q. And then if we go to the next tab, it's called "Top
22 20"?
23 A. Yes.
24 Q. And what is shown in this spreadsheet generally?

Page 29

1  A. So it would be the top underperforming or over-goal
2  stores. And we usually send that up to the district managers.
3  Q. Okay. So is this section that's highlighted in green,
4  is that what shows the so-called top 20?
5  A. Yes, sir.
6  Q. Okay. And so the top one here is HRD Newport; do you
7  see that?
8  A. Yes, sir.
9  Q. What does "HRD" stand for?
10 A. Hannaford, an abbreviation.
11 Q. Okay. So if we scroll down or if we look down,
12 there's a row that says "Meredith" without HRD; do you see that?
13 A. Yes, sir.
14 Q. What does it mean that there's no HRD there?
15 A. There's no implication, it's just missing in the
16 description.
17 Q. Okay. So here in this particular report, the top one
18 is the Newport store which had 219.32 hours over goal, right?
19 A. Correct.
20 Q. And I take it, from your understanding, that would not
21 be good news for HRD Newport?
22    MR. GLASGOW: Objection, form.
23 A. There would be an opportunity for that store basically
24 to explain what may have happened, and there's lots of

Page 30

1  opportun-- or there's a lot of reasons why something like that
2  could have happened.
3  Q. Okay. When these reports are sent out and they're
4  communicated to store managers and store managers may respond or
5  explain to others why their hours over goal are what they are,
6  do you have any involvement with those communications or are you
7  done pretty much when you send out the report?
8     MR. GLASGOW: Objection, form.
9  A. I am not involved.
10 Q. Okay. All right, and if we go to the next tab which
11 is called "Store List," what does it show?
12 A. That's just the description of the store. And I have
13 a VLOOKUP that pulls the store name when the store shows up in
14 the top 20.
15 Q. Okay. And then the next sheet is called "Sheet 3,"
16 what does this show?
17 A. It doesn't...
18    MR. GLASGOW: Can you scroll down, Steve, so we can
19 see the whole thing?
20    MR. CHURCHILL: Yeah, sure.
21    THE WITNESS: It looks like just the scheduled hours
22 or their, yeah, the hours that they use versus the goal to
23 calculate the HOG or HUG.
24 BY MR. CHURCHILL:

Page 31

1  Q. Okay. So for this column D, which seems to say, well,
2  it says "Hours Scheduled and Actual," so what are these numbers
3  showing; so like the 994.05, what does that reflect?
4  A. Once the week is done, those are actuals.
5  Q. Okay. And then the goal hours for that same row, it
6  says 867, what does that reflect?
7  A. That would be what the store earned.
8  Q. Okay. All right, and this particular sheet is showing
9  data by, not just by store, but by particular departments; is
10 that right?
11 A. Yes, sir.
12 Q. And then if we go to the next sheet, which is titled
13 "0630," is this just showing data for the period ending June
14 30th -- or the week ending June 30th?
15 A. Week, yes, sir.
16 Q. Okay. And that's just at the store level, correct?
17 A. Correct.
18 Q. All right. And then if we continue over it's the same
19 thing, the succeeding sheets are just for different weekly
20 periods as indicated by their titles?
21 A. Correct.
22 Q. Okay. And is this a report, is this one of the
23 reports that you generate on a weekly basis?
24 A. It's changed a little bit, but yes.

Page 32

1  Q. Okay. Let me show you --
2     MR. GLASGOW: Hey, Steve, before you switch, unless
3  the court reporter disagrees, I don't think you assigned this an
4  exhibit number.
5     MR. CHURCHILL: Yeah, no, you're right. I was just
6  about to say that. Thank you for reminding me.
7     Can we mark what we were just talking about, which is
8  122473, as Exhibit 61.
9     MR. GLASGOW: Thanks.
10    (EXHIBIT 61 MARKED FOR IDENTIFICATION)
11    MR. CHURCHILL: Just give me a second to switch what
12 I'm sharing.
13 BY MR. CHURCHILL:
14 Q. All right, I'm now showing you what has been marked as
15 Hannaford 122474, which is also an Excel spreadsheet; do you see
16 that?
17 A. I do.
18    MR. CHURCHILL: Okay, and why don't we go ahead and
19 mark this as Exhibit 62.
20    (EXHIBIT 62 MARKED FOR IDENTIFICATION)
21 BY MR. CHURCHILL:
22 Q. Do you recognize this spreadsheet as another report
23 that you prepared?
24 A. Yes.

Page 33

1  Q. Okay. And what is this report?
2  A. It's a summary of the different metrics or -- yeah, I
3  guess they're called metrics -- of how a store ran for the week.
4  Q. And is this a report that you generate on a weekly
5  basis?
6  A. Yes.
7  Q. So this type of report would be sent out along with
8  the prior report that we just looked at?
9  A. No. So that's why I said things have changed a little
10 bit. This is a summary of multiple reports, that we used to
11 send out multiple -- we used to send out multiple reports, and
12 this is kind of a summary of those reports.
13 Q. Okay. So is this type of report, what we're looking
14 at here as Exhibit 61, is this currently sent out on a weekly
15 basis?
16 A. Yes.
17 Q. Okay. And the one that we looked at a moment ago that
18 was marked as Exhibit 61, is that still sent out on a weekly
19 basis?
20 A. No.
21 Q. Okay. So looking at Exhibit 62, the first column
22 which says "Division" just shows which division is at issue?
23 A. Correct.
24 Q. And then the next column, "District," shows a

Page 34

1  district, right?
2  A. Correct.
3  Q. And then there's a column for "Store" which shows the
4  store number?
5  A. Correct.
6  Q. And then there's a column called "Department" which
7  shows the department within a store?
8  A. Correct.
9  Q. And then the next column says "Schedule Percentage
10 Effective"; do you see that?
11 A. Yes, sir.
12 Q. And what does that show?
13 A. So based on the number of hours that the department
14 manager is given or when he or she plans her week two weeks
15 ahead, if she schedules right to the hours, she would be
16 scheduled a percent effective of 100; if she schedules under,
17 then she would be scheduled over. And if he or she schedules --
18 I'm backing up here -- so if they schedule more, they're going
19 to be under; and if they schedule less, then it'll be over 100
20 percent.
21 Q. Okay. So if the, and correct my terminology if I'm
22 using the wrong terminology, but when the schedule is being
23 developed for a particular week, the system provides a goal of
24 200 hours?

Page 35

1  A. Right.
2  Q. And if the manager schedules people for 200 hours,
3  then the schedule percent effective would be 100?
4  A. Correct.
5  Q. Okay. If they scheduled only 190 hours, then the
6  schedule percent effective would be something under 100 percent?
7  A. Correct.
8  Q. Okay. So here, for example, if we look at column E
9  and we go down to row 21, which is the bakery department for
10 Store 8005, the schedule percent effective is 96 percent?
11 A. Yes.
12 Q. Okay. Which means for that, what period --
13    Is this a weekly period, a monthly period, or some
14 other period?
15 A. This would be a weekly period, yes.
16 Q. Okay. So for that particular week, the manager only
17 scheduled 96 percent of the budgeted hours?
18 A. I'm sorry, I can't remember if it's under or ov--
19 because I don't generate that schedule percent effective report,
20 so I'm not sure if that's over scheduled or under scheduled.
21 Q. Okay. Who generates this report?
22 A. Uh, that one, Anna Short.
23 Q. And where does she work?
24 A. She works in my department.

Page 36

1  Q. Okay. Who do you report to?
2  A. Jeremy Stevens.
3  Q. And do you have anybody that reports to you?
4  A. No.
5  Q. Okay. Other than you and Anna, does anyone else work
6  in your department?
7  A. Yes.
8  Q. And I guess I should clarify: When you say your
9  department, what do you mean by that?
10 A. Labor and productivity and -- so it's retail
11 scheduling and labor and productivity.
12 Q. Okay, all right. And so what is Anna's position
13 within that department?
14 A. She is a scheduler or she helps the retail stores with
15 scheduling.
16 Q. Is she a scheduling analyst?
17 A. Yes.
18 Q. And so she reports to Caleb Field?
19 A. Caleb, yes.
20 Q. Okay. All right, and if we scroll down in that same
21 column, you see there's, for Store 8009, there's a percent, 92
22 percent that's in red; do you see that?
23 A. Yes, sir.
24 Q. Do you know why that's in red, the number 92 is in

Case 1:21-cv-11901-WGY   Document 27-20   Filed 07/29/22   Page 11 of 14

| Judith Prinzo vs | Michael Beaulieu |
| Hannaford Bros. Co. LLC | June 15, 2022 |

Page 37

1 red?
2    A. There is a, it's called a conditional formatting where
3 anything -- I can't remember the exact, I'd have to look at the
4 conditional formatting, but if it's below a number or above a
5 number, then we highlight it in red.
6    Q. Okay. The next column is titled "MPA Actual Percent
7 Effective." Do you see that?
8    A. Yes, I do.
9    Q. And what does that number show?
10    A. That is the productivity for a particular department;
11 or in this case, a store or division.
12    Q. Okay. So is that showing, is that basically the hours
13 over goal or under goal number?
14    A. Yes, as a percent.
15    Q. Okay. So it looks like nobody is right at 100, but if
16 we look at row 21 again, which is the bakery department, and
17 there it says 94 percent; is that right?
18    A. Correct.
19    Q. So what does that 94 percent mean?
20    A. Again, using the standard 200 hours that we've been
21 talking about, if their goal was to use 200 hours and they used
22 215 hours, they would be 94 percent or 15 hours HOG.
23    Q. Okay. So hours over goal?
24    A. Hours over goal, yes.

Page 38

1    Q. And the specific number, as you just said, is 15 hours
2 over goal for that period?
3    A. That week, yes.
4    Q. Okay. And when there are negative numbers in this
5 column, so if we look, for example, at row 20, there's a
6 negative 22?
7    A. Right.
8    Q. What does that show?
9    A. So in seafood, if they're scheduled 100 hours and they
10 use 78 hours, then they would be 130 percent or 22 hours HUG,
11 hours under goal.
12    Q. All right. And again, the hours numbers that are
13 being looked at, in terms of actual hours worked, include the
14 hours of the department manager?
15    A. Each department manager would fall under his or her
16 department, yes, unless they transferred them out.
17    Q. And are the hours that are used for the manager within
18 a department, is that just a standard number of hours that's
19 used, or is it a -- whatever the department manager reported for
20 that particular week for their hours?
21    MR. GLASGOW: Objection, form.
22    A. Um, yeah, can you maybe restate a little bit?
23    Q. Sure. So let's use the example that you mentioned a
24 moment ago. So let's say there were 200 hours budgeted for the

Page 39

1 week for the bakery department?
2    A. Right.
3    Q. And here we see it was 15 hours over goal, so that
4 meant they would have reported 215 hours; is that right?
5    A. Correct.
6    Q. Okay. So some of those 215 hours you would expect
7 would be the department manager's hours?
8    A. Yes.
9    Q. Okay. And so the hours that were the department
10 manager hours, is there a standard number of hours that's used
11 for department managers, or is it based on what the department
12 manager reports as their actual hours?
13    MR. GLASGOW: Objection, form.
14    A. So it would be whatever the department manager reports
15 for their hours in that department.
16    Q. Okay. And do you have any understanding whether for
17 department managers those hours reported by them reflect their
18 actual hours worked or just a standard number of hours like
19 eight hours?
20    A. It would be their standard eight hours unless they
21 transferred hours out of their department.
22    Q. Okay. And when you say transferred out of their
23 department, what do you mean by that?
24    A. If another department needs help, they could

Page 40

1 technically transfer their hours to seafood if seafood is
2 shorthanded.
3    Q. I see.
4    A. Or somebody could transfer some hours into bakery.
5    Q. Okay. So if the bakery department manager went and
6 helped deli, for example, and spent half of a day there, they
7 could report four hours for bakery and then four hours for deli?
8    A. Correct.
9    Q. But it typically would add up to eight hours for the
10 department manager for a day?
11    A. Well, in that example you just gave me, there would be
12 four hours in bakery and four hours would go to deli.
13    Q. If they didn't transfer any hours to another
14 department, it would typically be eight hours for the department
15 manager's hours?
16    A. Correct.
17    Q. Okay. The next column is titled, column H is title
18 "Pay Percent"; do you see that?
19    A. Yes, sir.
20    Q. And what does that percent reflect?
21    A. It's the total pay for -- well, because the columns
22 are shrunk -- but by store. The total store is 9.3 percent for
23 Store 8005, that would be the total payroll dollars that the
24 store used divided by their sales.

Page 41

1  Q. Okay. And then the next column, I, is entitled "OT";
2  do you see that?
3  A. I do.
4  Q. And what does that number show?
5  A. It shows zero for the store, so they didn't have any
6  overtime that week.
7  Q. So the column generally shows the number of overtime
8  hours for that particular department for that period?
9  A. It would show the total overtime hours for the total
10 store, not by department.
11 Q. Okay, right. So here, for example, if we look at
12 Store 8005, there's no numbers for each department, but there is
13 a number for the total store?
14 A. Right.
15 Q. Okay. The next column is entitled "Leadership Hours
16 Variance"; do you see that?
17 A. Yes, sir.
18 Q. And what does that show?
19 A. Show or mean?
20 Q. What does it mean?
21 A. Okay, sorry. So that is strictly the amount of hours
22 that the store manager or anybody running the store would use
23 based -- and then it's a -- um, you subtract the number -- So
24 they have a goal also as to the number of hours that the store

Page 42

1  manager can use and run their store versus what they actually
2  used.
3  Q. Okay. So looking at line, I'm sorry, row 23.
4  A. Yes.
5  Q. In that column there's a negative 6; do you see that?
6  A. Yes, sir.
7  Q. So what does that negative 6 mean in the context of
8  that store?
9  A. So if this store here had 200 hours of leadership time
10 that they were allowed to use, this store used 206 hours.
11 Q. Okay. And leadership time includes time for what
12 positions?
13 A. Store manager, basically, to run the total store, not
14 the departments. So the store manager and the assistant manager
15 and the evening operations manager, mostly their hours would
16 show up in that department -- er, that line.
17 Q. Okay. And do you know how those hours are reported?
18 A. It would be, again, through Kronos. Everything would
19 be entered in 40 hours for the week or a variation of that
20 depending on vacations and holidays.
21 Q. Okay. And then the next column is titled "DO
22 Approved"; do you see that?
23 A. Yes, sir.
24 Q. What does that mean?

Page 43

1  A. So if a district manager asks a store to do a special
2  project. "Can you go to another store and help train somebody?"
3  Then the store would be given X amount of hours to do that
4  function.
5  Q. Okay. Do you know what "DO" stands for?
6  A. A district operator.
7  Q. Okay. And finally column L is titled "Training
8  Totals." Do you see that?
9  A. Yes, sir.
10 Q. And what are the numbers in that column show?
11 A. The total number of training hours that the store
12 used.
13 Q. Okay. And how are training hours reported?
14 A. Through Kronos.
15 Q. So any training that an associate participates in
16 would be reported in terms of the hours in Kronos?
17 A. Yes, if they report them correctly.
18 Q. Okay. So this particular report obviously doesn't
19 have data for all stores; is that right?
20 A. It does.
21 Q. Um --
22    MR. GLASGOW: I'm not sure he can answer that unless
23 you open up all the --
24 A. All the pluses, yeah. Yeah, all the pluses are

Page 44

1  hidden. So you opened up 20, District 20, which shows the
2  different stores --
3  Q. Gotcha.
4  A. -- and the plus--
5  Q. Okay, gotcha. I got it. Gotcha. Okay, I'm sorry, I
6  -- thank you for that clarification.
7  A. Sure.
8     MR. GLASGOW: Again, Steve, as we said in the
9  transmittal e-mail for this, I mean we thought about going
10 through and redacting all this just for the relevant stores and
11 departments, but we decided not to do that.
12    MR. CHURCHILL: Sure.
13    MR. GLASGOW: We emphasize the importance of the
14 confidentiality of information and it being subject to the
15 protective order.
16    MR. CHURCHILL: Yes, understood.
17 BY MR. CHURCHILL:
18 Q. Okay. And if we go to the next tab, which is titled
19 "Summary," what generally is this spreadsheet showing?
20 A. Pretty much similar to the other sheets, just a
21 different way of looking at the data. I think the first one
22 kind of makes it nice looking for the district manager to look
23 at.
24 Q. Right.

Page 45

1 A. This is kind of the summary of all the stores, all the
2 departments.
3 Q. Okay. And is this sorted in --
4 A. It's not sorted in any particular way.
5 Q. Okay. If we go over to column P, there's a column
6 that's entitled "W53"; do you see that?
7 A. Yes, sir.
8 Q. What does that refer to?
9 A. That doesn't represent anything.
10 Q. Okay. All right, and finally in column U, there's a
11 column titled "Percent Effective"; do you see that?
12 A. I do.
13 Q. And there's X's for some rows; do you see that?
14 A. I do, yes.
15 Q. What does that represent?
16 A. I'm not sure.
17 Q. Okay. Then the final tab is entitled "Store Data"; do
18 you see that?
19 A. I do, yes.
20 Q. And what is this spreadsheet showing?
21 A. It just shows the store, the store name, the state, a
22 model classification, and a seasonal tier.
23 Q. Okay. What is a model classification?
24 A. A model classification would be where a store falls in

Page 46

1 line based on store sales and volume.
2 Q. Okay. Does that affect in any way the HOG and HUG
3 reports that you prepare?
4 A. It does not.
5 Q. Okay. And with respect to column G, which is entitled
6 "Seasonal Tier," what is that showing?
7 A. So we have some seasonal stores in our line of stores
8 where stores' sales would probably double during the summertime
9 and then go back down to normal sales levels once the summer is
10 done. So we just kind of label them: "1" being these stores
11 are going to see some drastic increases; and "2" will show some
12 lower volume but still show some increases.
13     MR. CHURCHILL: Okay. All right, why don't we take
14 like a five-minute break? I actually have to use the restroom,
15 but I should be pretty close to done. So let me just check my
16 notes and see what else I have to ask.
17     MR. GLASGOW: Okay.
18 (Whereupon, a break was taken from 10:57 a.m. to 11:10 a.m.)
19 BY MR. CHURCHILL:
20 Q. I just have a quick set of follow-up questions. Let
21 me share my screen again.
22     All right, I'm showing you what was marked as Exhibit
23 62, which is the last spreadsheet that we were looking at. If
24 we look at column F -- I'm sorry, column G, which is entitled

Page 47

1 "HUG/HOG," do you see there's some numbers that appear in red,
2 like line 14 and line 21 for example?
3 A. Yes.
4 Q. And is this also as a result of some type of
5 conditional formatting?
6 A. Yes, sir.
7 Q. And it seems like the conditional formatting --
8     Well, do you know what the trigger is for formatting a
9 letter as red?
10 A. A number as red?
11 Q. Yes.
12 A. It would be anything above zero.
13 Q. Okay. And why is that?
14 A. Just to highlight any opportunities that the store
15 might have.
16 Q. Okay.
17     MR. CHURCHILL: All right, I didn't have any further
18 questions other than that clarification.
19     MR. GLASGOW: I just have a couple of quick questions.
20     CROSS-EXAMINATION
21 BY MR. GLASGOW:
22 Q. Mike, when you all were looking at both Exhibit 61 and
23 Exhibit 62 and you were explaining what they mean, you used the
24 term "goal hours" and "earned hours" sort of, you used them, I

Page 48

1 wouldn't say interchangeably, but you used them back and forth
2 depending on which rows and columns you were talking about. So
3 I'd just like to have you, if you can quickly explain, is there
4 a difference between goal hours and earned hours?
5 A. Yes, sir.
6 Q. Can you explain that difference?
7 A. Sure. So, again, when the store is preparing for the
8 week, you know, two or three weeks ahead, they anticipate doing
9 X number of cakes, X number of packages of burger, and that
10 would be their goal hours for the week. And I said the goal
11 hours don't change. The goal hours are always the same.
12     The earned hours is what the store actually earned for
13 the week. So if they planned on 200 cakes and they made 250,
14 they would earn extra hours. Just like if they projected 200
15 packages of burger and they wrapped 400 packages of burger
16 because it was a nice weekend and they sold a ton of burger,
17 then they would earn extra hours.
18 Q. And when you all were talking in Exhibit 61 about
19 hours over goal and in Exhibit 62 about hours over goal, what is
20 the comparison that you're using; are you comparing actual hours
21 against goal hours or actual hours against earned hours?
22 A. Actual hours against earned hours.
23 Q. Okay.
24     MR. GLASGOW: I don't have any other questions.

Page 49

1    MR. CHURCHILL: Okay, I don't have any questions
2  either.
3  (Whereupon, the deposition concluded at 11:13 a.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 50

1           ERRATA SHEET DISTRIBUTION INFORMATION
2        DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4           ERRATA SHEET DISTRIBUTION INFORMATION
5
6       The original of the Errata Sheet has been delivered to
7  Ryan A. Glasgow, Esquire.
8       When the Errata Sheet has been completed by the
9  deponent and signed, a copy thereof should be delivered to each
10 party of record and the ORIGINAL forwarded to Stephen Churchill,
11 Esquire, to whom the original deposition transcript was
12 delivered.
13           INSTRUCTIONS TO DEPONENT
14
15      After reading this volume of your deposition, please
16 indicate any corrections or changes to your testimony and the
17 reasons therefor on the Errata Sheet supplied to you and sign
18 it. DO NOT make marks or notations on the transcript volume
19 itself. Add additional sheets if necessary. Please refer to
20 the above instructions for Errata Sheet distribution
21 information.
22
23
24

Page 51

1  PLEASE ATTACH TO THE DEPOSITION OF: Michael Beaulieu
2  CASE: Judith Prinzo v. Hannaford Bros. Co., LLC
3  DATE TAKEN: June 15th, 2022
4              ERRATA SHEET
5   Please refer to Page 50 for Errata Sheet instructions and
6  distribution instructions.
7  PAGE LINE      CHANGE          REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16    I have read the foregoing transcript of my deposition, and
17 except for any corrections or changes noted above, I hereby
18 subscribe to the transcript as an accurate record of the
19 statements made by me.
20
21   Executed this _____ day of _____, 2022.
22
23         _____
24              Michael Beaulieu

Page 52

1  COMMONWEALTH OF MASSACHUSETTS           HAMPSHIRE, ss.
2
3    I, KELLEY K. BOHAN, a Court Reporter and Notary Public duly
   commissioned and qualified in and for the Commonwealth of
4  Massachusetts, do hereby certify that there came before me on
   the 15th day of June, 2022, at 9:59 a.m., the person
5  hereinbefore named, identification as prescribed by Executive
   Order 455 (03-13) issued by the Governor of the Commonwealth of
6  Massachusetts, was by me duly sworn to testify to the truth and
   nothing but the truth of his knowledge concerning the matters in
7  controversy in this cause; that he was thereupon examined upon
   his oath, and his examination reduced to typewriting under my
8  direction; and that this is a true record of the testimony given
   by the witness to the best of my ability.
9    I further certify that I am neither attorney or counsel
   for, nor related to or employed by, any of the parties to the
10 action in which this deposition is taken, and further, that I am
   not a relative or employee of any attorney or counsel employed
11 by the parties hereto or financially interested in the action.
12
13
14    My Commission Expires: December 25, 2026
15
16
17    _____
18
19         Kelley K. Bohan
           Court Reporter/Notary Public
20
21
22
23
24