| Name | Dept | Day | Shift Start Date | Shift Start Time | Shift End Time | Segment Start Time | Segment End Time | Sch Hrs. | Job Covered |
|---|---|---|---|---|---|---|---|---|---|
| PRINZO, JUDITH A | 018 Bakery | Mon | 1/1/18 | | | | | | |
| PRINZO, JUDITH A | 018 Bakery | Tue | 1/2/18 | 7:00 AM | 3:30 PM | 7:00 AM | 10:00 AM | 3 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Tue | 1/2/18 | 7:00 AM | 3:30 PM | 10:00 AM | 11:30 AM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Bakery Mgr |
| PRINZO, JUDITH A | 018 Bakery | Tue | 1/2/18 | 7:00 AM | 3:30 PM | 11:30 AM | 12:00 PM | 0.5 | |
| PRINZO, JUDITH A | 018 Bakery | Tue | 1/2/18 | 7:00 AM | 3:30 PM | 12:00 PM | 12:30 PM | 0.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Bakery Mgr |
| PRINZO, JUDITH A | 018 Bakery | Tue | 1/2/18 | 7:00 AM | 3:30 PM | 12:30 PM | 2:00 PM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Tue | 1/2/18 | 7:00 AM | 3:30 PM | 2:00 PM | 3:30 PM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Wed | 1/3/18 | 8:00 AM | 4:30 PM | 8:00 AM | 10:00 AM | 2 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Wed | 1/3/18 | 8:00 AM | 4:30 PM | 10:00 AM | 11:30 AM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Bakery Mgr |
| PRINZO, JUDITH A | 018 Bakery | Wed | 1/3/18 | 8:00 AM | 4:30 PM | 11:30 AM | 12:30 PM | 1 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Wed | 1/3/18 | 8:00 AM | 4:30 PM | 12:30 PM | 1:00 PM | 0.5 | |
| PRINZO, JUDITH A | 018 Bakery | Wed | 1/3/18 | 8:00 AM | 4:30 PM | 1:00 PM | 4:30 PM | 3.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Thu | 1/4/18 | 7:00 AM | 3:30 PM | 7:00 AM | 10:00 AM | 3 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Thu | 1/4/18 | 7:00 AM | 3:30 PM | 10:00 AM | 11:15 AM | 1.25 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Bakery Mgr |
| PRINZO, JUDITH A | 018 Bakery | Thu | 1/4/18 | 7:00 AM | 3:30 PM | 11:15 AM | 11:30 AM | 0.25 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Thu | 1/4/18 | 7:00 AM | 3:30 PM | 11:30 AM | 12:00 PM | 0.5 | |
| PRINZO, JUDITH A | 018 Bakery | Thu | 1/4/18 | 7:00 AM | 3:30 PM | 12:00 PM | 2:00 PM | 2 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Thu | 1/4/18 | 7:00 AM | 3:30 PM | 2:00 PM | 3:30 PM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 8:00 AM | 10:00 AM | 2 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 10:00 AM | 11:45 AM | 1.75 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Bakery Mgr |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 11:45 AM | 12:00 PM | 0.25 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 12:00 PM | 12:30 PM | 0.5 | |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 12:30 PM | 2:00 PM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 2:00 PM | 3:00 PM | 1 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 3:00 PM | 4:00 PM | 1 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Fri | 1/5/18 | 8:00 AM | 4:30 PM | 4:00 PM | 4:30 PM | 0.5 | |
| PRINZO, JUDITH A | 018 Bakery | Sat | 1/6/18 | 10:00 AM | 6:30 PM | 10:00 AM | 12:00 PM | 2 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Bakery Mgr |
| PRINZO, JUDITH A | 018 Bakery | Sat | 1/6/18 | 10:00 AM | 6:30 PM | 12:00 PM | 1:30 PM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Sat | 1/6/18 | 10:00 AM | 6:30 PM | 1:30 PM | 2:00 PM | 0.5 | |
| PRINZO, JUDITH A | 018 Bakery | Sat | 1/6/18 | 10:00 AM | 6:30 PM | 2:00 PM | 3:00 PM | 1 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Sat | 1/6/18 | 10:00 AM | 6:30 PM | 3:00 PM | 5:00 PM | 2 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Sat | 1/6/18 | 10:00 AM | 6:30 PM | 5:00 PM | 6:30 PM | 1.5 | Organization/DELHAIZE AMERICA/HANNA/RETAIL WEST/21/8005/018 Bakery/Associate |
| PRINZO, JUDITH A | 018 Bakery | Sun | 1/7/18 | | | | | | |