

# Hannaford Retail Hourly Pay Scale - MASSACHUSETTS
## Effective December 27, 2020
*Confidential - Do Not Distribute*

| Job Code | Job Title - Associate I |
|---|---|
| 139 | HOURLY SEASONAL ASSOCIATE |
| 177 | FT ASST SCAN COORDINATOR |
| 178 | PT ASST SCAN COORDINATOR |
| 181 | FT CENTER STORE ASSOCIATE |
| 182 | PT CENTER STORE ASSOCIATE |
| 195 | FT SANITATION MAINTENANCE ASSOCIATE |
| 196 | PT SANITATION MAINTENANCE ASSOCIATE |
| 205 | PT FINE CHEESE ASSOCIATE |
| 206 | FT FINE CHEESE ASSOCIATE |
| 209 | PT FRESH PRODUCTION ASSOCIATE |
| 258 | FT PRODUCE ASSOCIATE |
| 259 | PT PRODUCE SALES ASSOCIATE |
| 268 | PT BEVERAGE BAR ASSOCIATE |
| 269 | FT BEVERAGE BAR ASSOCIATE |
| 332 | FT BAKER |
| 333 | PT BAKER |
| 339 | FT BAKERY SALES ASSOCIATE |
| 340 | PT BAKERY SALES ASSOCIATE |
| 412 | FT CUSTOMER SERVICE ASSOCIATE |
| 413 | PT CUSTOMER SERVICE ASSOCIATE |
| 417 | FT SALES ASSOCIATE - CASHIER |
| 418 | PT SALES ASSOCIATE - CASHIER |
| 419 | FT SERVICE CENTER ASSOCIATE |
| 420 | PT SERVICE CENTER ASSOCIATE |
| 426 | FT HTG - SHOPPER |
| 427 | PT HTG - SHOPPER |

| Pay Range | |
|---|---|
| Minimum | [REDACTED] |
| Midpoint | [REDACTED] |
| Maximum | [REDACTED] |

| Job Code | Job Title - Associate II |
|---|---|
| 135 | PT PAYROLL ADMINISTRATOR |
| 169 | FT STOCK CREW ASSOCIATE (DAYS) |
| 170 | PT STOCK CREW ASSOCIATE (DAYS) |
| 171 | FT STOCK CREW ASSOCIATE (NIGHTS) |
| 172 | PT STOCK CREW ASSOCIATE (NIGHTS) |
| 187 | FT RECEIVER |
| 188 | PT RECEIVER |
| 236 | FT MEAT MKT CUTTER TRAINEE |
| 237 | PT MEAT MKT CUTTER TRAINEE |
| 239 | FT MEAT MKT SALES ASSOCIATE |
| 240 | PT MEAT MKT SALES ASSOCIATE |
| 241 | FT MEAT MKT SEAFOOD ASSOCIATE |
| 242 | PT MEAT MKT SEAFOOD SALES ASSOCIATE |
| 266 | PT KITCHEN ASSOCIATE |
| 267 | FT KITCHEN ASSOCIATE |
| 289 | FT DELI SALES ASSOCIATE |
| 290 | PT DELI SALES ASSOCIATE |
| 300 | FT DELI SERVICE CASE ASSOCIATE |
| 301 | PT DELI SERVICE CASE ASSOCIATE |
| 385 | FT SEAFOOD SALES ASSOCIATE |
| 386 | PT SEAFOOD SALES ASSOCIATE |
| 408 | FT BOOKKEEPER |
| 409 | PT BOOKKEEPER |
| 428 | FT HTG - EXPEDITOR |
| 429 | PT HTG - EXPEDITOR |
| 575 | FT PHARMACY TECHNICIAN |
| 576 | PT PHARMACY TECHNICIAN |

| Pay Range | |
|---|---|
| Minimum | [REDACTED] |
| Midpoint | [REDACTED] |
| Maximum | [REDACTED] |

| Job Code | Job Title - Associate III |
|---|---|
| 126 | FT LOSS PREVENTION COORD |
| 127 | PT LOSS PREVENTION COORD |

| Job Code | Job Title |
|---|---|
| 129 | FT GO ADMINISTRATIVE ASST |
| 130 | PT GO ADMINISTRATIVE ASST |
| 175 | FT SCAN COORDINATOR |
| 176 | PT SCAN COORDINATOR |
| 234 | FT MEAT MKT CUTTER |
| 235 | PT MEAT MKT CUTTER |



Pay Range
Minimum
Midpoint
Maximum

| Job Code | Job Title - Leader I |
|---|---|
| 108 | FT HR ADMINISTRATOR |
| 109 | PT HR ADMINISTRATOR |
| 151 | FT COMPUTER ASSISTED ORDERING INVENTORY LEAD |
| 152 | PT COMPUTER ASSISTED ORDERING INVENTORY LEAD |
| 158 | PT CENTER STORE LEAD |
| 200 | FT MAINTENANCE LEAD |
| 201 | PT MAINTENANCE LEAD |
| 202 | PT STOCK CREW LEAD |
| 203 | FT STOCK CREW LEAD |
| 207 | PT DAIRY FROZEN FOOD LEAD |
| 208 | FT DAIRY FROZEN FOOD LEAD |
| 260 | FT PRODUCE LEAD |
| 261 | PT PRODUCE LEAD |
| 264 | PT KITCHEN SERVICE LEADER |
| 265 | FT KITCHEN SERVICE LEADER |
| 286 | FT DELI SERVICE LEADER |
| 287 | PT DELI SERVICE LEADER |
| 307 | PT NON FOODS SPEC FOOD LEAD |
| 308 | FT NON FOODS SPEC FOOD LEAD |
| 364 | PT BAKERY LEAD |
| 365 | FT BAKERY LEAD |
| 390 | PT SEAFOOD LEAD |
| 391 | FT SEAFOOD LEAD |
| 406 | FT CUSTOMER SERVICE LEADER |
| 407 | PT CUSTOMER SERVICE LEADER |
| 449 | FT ASST DEPT MGR TRAINEE (H) |

Pay Range
Minimum
Midpoint
Maximum



| Job Code | Job Title - Leader II |
|---|---|
| 106 | FT ASSISTANT ARM |
| 107 | PT ASSISTANT ARM |
| 154 | FT ASST CENTER STORE MGR |
| 161 | FT EVENING SUPERVISOR |
| 162 | PT EVENING SUPERVISOR |
| 164 | FT ASST STOCK CREW MGR (DAYS) |
| 166 | FT ASST STOCK CREW MGR (NIGHTS) |
| 167 | PT ASST STOCK CREW MGR (NIGHTS) |
| 220 | PT ASST MEAT MKT SEAFOOD SALES MGR |
| 238 | FT MEAT MKT MGR TRAINEE (H) |
| 245 | FT ASST MEAT MGR TRAINEE (H) |
| 255 | FT ASST PRODUCE MGR |
| 256 | PT ASST PRODUCE MGR |
| 263 | FT ASST KITCHEN MGR |
| 282 | FT ASST DELI SALES MGR |
| 283 | PT ASST DELI SALES MGR |
| 327 | FT ASST BAKERY MGR |
| 381 | FT ASST SEAFOOD MGR |
| 382 | PT ASST SEAFOOD MGR |
| 403 | FT ASST MGR CUSTOMER SERVICE |
| 404 | PT ASST MGR CUSTOMER SERVICE |
| 432 | FT HTG ASST MGR CUSTOMER SERVICE |
| 456 | FT DEPARTMENT MANAGER TRAINEE |
| 664 | FT OPERATIONS SUPERVISOR TRAINEE |

Pay Range
Minimum
Midpoint
Maximum

| Job Code | Job Title - Leader III |
|---|---|
| 125 | FT LEAD LOSS PREVENTION COORD |
| 221 | FT MEAT SEAFOOD LEAD |
| 222 | PT MEAT SEAFOOD LEAD |
| 223 | FT MEAT LEAD |
| 224 | PT MEAT LEAD |
| 231 | FT ASST MEAT MKT SALES MGR |

| | |
|---|---|
| 233 | FT ASST MEAT MKT SEAFOOD SALES MGR |
| 434 | FT HANNAFORD TO GO SUPERVISOR |
| 650 | FT OPERATIONS SUPERVISOR - BAKERY |
| 651 | FT OPERATIONS SUPERVISOR - CENTER |
| 652 | FT OPERATIONS SUPERVISOR - CUSTOMER SRVC |
| 653 | FT OPERATIONS SUPERVISOR - DELI |
| 654 | FT OPERATIONS SUPERVISOR - MEAT |
| 655 | FT OPERATIONS SUPERVISOR - PRODUCE |
| 656 | FT OPERATIONS SUPERVISOR - SEAFOOD |
| 657 | PT OPERATIONS SUPERVISOR - BAKERY |
| 658 | PT OPERATIONS SUPERVISOR - CENTER |
| 659 | PT OPERATIONS SUPERVISOR - CUSTOMER SRVC |
| 660 | PT OPERATIONS SUPERVISOR - DELI |
| 661 | PT OPERATIONS SUPERVISOR - MEAT |
| 662 | PT OPERATIONS SUPERVISOR - PRODUCE |
| 663 | PT OPERATIONS SUPERVISOR - SEAFOOD |



| Pay Range | |
|---|---|
| Minimum | |
| Midpoint | ■ |
| Maximum | ■ |