UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-cv-11901-WGY

| | |
|---|---|
| JUDITH PRINZO, on behalf of herself and all other employees similarly situated, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| HANNAFORD BROS. CO., LLC, | ) ) |
| Defendant. | ) |

## AFFIDAVIT OF STEPHEN CHURCHILL

I, Stephen Churchill, state as follows.

1. I am a 1988 graduate of Stanford University and a 1993 graduate of Harvard Law School. Following my admission to the Massachusetts bar in 1993, I have focused primarily on employment law.

2. After graduating law school, I worked for one year at a plaintiff's employment firm, followed by ten years at Conn Kavanaugh, a 20-plus attorney firm in Boston, where I worked as an associate and then a partner. During my time at Conn Kavanaugh, I represented both employees (in discrimination, non-compete, and other cases) and employers (including cases for Raytheon Company; Metropolitan Life Insurance Company; Avon Products, Inc.; and numerous smaller employers). From 2004 to 2010, I worked at Harvard Law School, running the Employment Civil Rights Clinic at the WilmerHale Legal Services Center. From 2007 to the present, I have taught at least two employment law courses each year at Harvard Law School, one focusing on advocacy skills and one focusing on the enforcement of employment laws. I have also taught courses

on employment discrimination. I continue to direct the law school's employment law clinic. From 2010 to 2013, I worked at Lichten & Liss-Riordan, P.C., a nationally-recognized employment law firm, handling both individual and class action litigation on behalf of employees. In 2013, I co-founded Fair Work, P.C., a firm dedicated to representing employees in workplace disputes, including both individual and complex class action cases.

3. Over the course of my career, I have worked as plaintiffs' counsel in numerous discrimination and wage-and-hour class actions, in state and federal courts, from cases with classes of thousands of employees and tens of millions of dollars in damages to smaller cases with fewer than 100 in the class and relatively modest damages. I have been found qualified by numerous courts to serve as class counsel. No court has ever found that I was not adequate to serve as class counsel.

4. Over the course of my career, I also have been counsel on numerous reported cases, in both state and federal court. I have worked individually or with co-counsel to obtain favorable rulings in the following more recent cases, among other cases, *Weiss v. Loomis, Sayles & Company, Inc.*, 97 Mass. App. Ct. 1 (2020), *Gammella v. P.F. Chang's China Bistro, Inc.*, 482 Mass. 1 (2019), *Sullivan v. Sleepy's LLC*, 482 Mass. 227 (2019), *Lavery v. Restoration Hardware Long Term Disability Benefits Plan*, 937 F.3d 71 (1st Cir. 2019), *Ouadani v. TF Final Mile LLC*, 876 F.3d 31 (1st Cir. 2017), *Malebranche v. Colonial Automotive Group*, 2017 WL 5907557 (Mass. Super. Ct. Oct. 20, 2017), *Mooney v. Domino's Pizza, Inc.,* 2016 WL 4576996 (D.Mass. Sep. 1, 2016), *Reeves v. PMLRA Pizza, Inc.,* 2016 WL 4076829 (D.Mass. Jul. 29, 2016), *Craig v. Sterling Lion, LLC,* 2016 WL 239299 (Mass. App. Ct. Jan. 21, 2016), *Smith v. City of

*Boston,* 144 F. Supp. 3d 177 (D.Mass. 2015), *Vitali v. Reit Management & Research, LLC*, 88 Mass. App. Ct. 99 (2015), *Carpaneda v. Domino's Pizza, Inc.,* 89 F. Supp. 3d 219 (D.Mass. 2015), *Parham v. Wendy's Co.*, 2015 WL 1243535 (D.Mass. Mar. 17, 2015), *Carpaneda v. Domino's Pizza, Inc.,* 991 F. Supp. 2d 270 (D.Mass. 2014), *Torres v. Niche, Inc.*, 2013 WL 6655415 (D.Mass. Dec. 18, 2013), *Depianti v. Jan-Pro Franchising International, Inc.*, 465 Mass. 607 (2013), *Lopez v. Commonwealth of Massachusetts*, 463 Mass. 696 (2012).

5. I also have tried numerous cases, including cases in federal court, in state court, in arbitration, and in administrative agencies (including the Massachusetts Commission Against Discrimination) and have won substantial verdicts and judgments on behalf of employees.

6. I have spoken on or moderated a number of panels addressing employment law issues, including the following recent examples, among others:

- Massachusetts Continuing Legal Education, Boston, MA. Speaker on panel about independent contractor misclassification. October 2019

- Massachusetts Continuing Legal Education, Boston, MA. Speaker on panel about independent contractor misclassification. November 2018

- Massachusetts Continuing Legal Education, Boston, MA. Speaker on panel about wage & hour primer & update. May 2017

- Boston Bar Association, Boston, MA. Speaker on panel about fee shifting in employment cases. October 2016.

- Boston Bar Association, Boston, MA. Speaker on panel about developments under the Class Action Fairness Act. February 2016.

- Volunteer Lawyers Project, Boston, MA. Faculty for training about wage and hour litigation. January 2016.

- Massachusetts Continuing Legal Education, Boston, MA. Speaker on panel about litigating under fee-shifting statutes. October 2015.

- Massachusetts Continuing Legal Education, Boston, MA. Speaker on panel about preventing and litigating wage and hour cases. May 2015.

- Boston Bar Association, Boston, MA. Speaker on panel about mediating employment cases. February 2015.

- Massachusetts Continuing Legal Education, Boston, MA. Speaker on panel about arbitrating employment cases. December 2013.

- National Employment Lawyers Association, Chicago, IL. Speaker on plenary panel about developments and trends in class action arbitration. March 2013.

- Harvard Law School, Moderator for panel on *Lilly Ledbetter* case: May 2012.

- Boston Bar Association, Boston, MA. Speaker for program on *ATT Mobility v. Concepcion* - Cases, Trends & Issues: March 2012.

7.    I also have written a number of articles or papers on employment law matters, including the following:

- *Workers' Rights in the Balance*, Harvard Law and Policy Review Blog, Oct. 2016.

- *Arbitrating Employment Discrimination Cases (Or Not)*, Massachusetts Continuing Legal Education Employment Law Conference, Dec. 2013.

- *Making Employment Civil Rights Real,* Amicus (online supplement to Harvard Civil Rights-Civil Liberties Law Review) (October 2009).

- *Recent Developments Under the Massachusetts Wage Act,* Massachusetts Continuing Education Business Litigation Conference (February 2003).

- *A Fly In The Web: The Developing Law of Reasonable Accommodations*, Boston Bar Journal (November/December 2002).

- *Recent Legislation, Bills, and Agency Materials and Selected Cases Under Other Employment Statutes,* Massachusetts Continuing Legal Education Employment Law Conference (December 2001).

- *The Family & Medical Leave Act*, Lorman Education Services (June 2001).

- *Selected Legislative and Regulatory Developments,* Massachusetts Continuing Legal Education Employment Law Conference (December 2000).

4

- *Reasonable Accommodations in the Workplace: A Shared Responsibility,* 80 Mass. L. Rev. 73 (1995).

Signed under the penalties of perjury this 29th day of July, 2022.

                                        */s/ Stephen Churchill*
                                        Stephen Churchill