# Exhibit D

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH PRINZO, on behalf of herself and all other employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANNAFORD BROS. CO., LLC,<br><br>Defendant. | CIVIL ACTION NO.  1:21-cv-11901 |

## <u>DECLARATION OF JEREMY STEVENS</u>

1.      My name is Jeremy Stevens.  I have personal knowledge of the facts in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by Hannaford as the Director of Retail Support Services.   In my role as the Director of Retail Support Services, I am familiar with Hannaford's grocery operations in Massachusetts and each of the exempt department manager positions at issue in this case.

3.      I have reviewed Plaintiff's Motion for Class Certification and her accompanying exhibits, and I am aware that she has relied on Hannaford's various "labor standards" to support her Motion.

4.      As background, Hannaford has developed "labor standards" for a variety of tasks performed at the retail store level—fixed, variable, and monthly/quarterly.   These "labor standards" identify tasks that are performed within each department and estimate the amount of time it takes to perform those tasks.  These "labor standards" vary by department and by store location based on the conditions in that department and in that store, such as customer volume, product offerings, and relative size.

1

5.      Hannaford developed the time estimates reflected in the "labor standards" by using a pre-determined Time/Motion Study contained within the Maynard Occupational Sequences Theorem and the StandardsPro software tool to build standards after completing observations of tasks or related tasks.  These times are just estimates of the average amount of time it likely takes to perform each task.  The "labor standards" do not indicate or record the amount of time that it actually takes a particular individual to complete any particular activity.  These "labor standards" are used by Hannaford to assess productivity and to forecast its labor needs.

6.      With respect to the seven different department manager positions at issue in this case, the "labor standards" are not designed to fully capture all of the duties that each of these positions perform (or are expected to perform) each week.  These "labor standards" also do not dictate how each of the department managers should run their departments, rank or otherwise discuss the relative importance of their job duties, or account for the fact that each of the department managers is always in charge of their department even when they personally decide to perform some of the non-exempt tasks set forth in the "labor standards."

7.      Plaintiff has used Hannaford's "Fixed Activities" report to attempt to calculate the amount of time that department managers spend performing managerial duties each week. A copy of the full Fixed Activities report for the Bakery Department in the Middleboro, Massachusetts store is attached as **Exhibit A**.

8.      The Fixed Activities report incorporates, and is a subset of, the "labor standards" discussed above.  Similar to the broader "labor standards," the Fixed Activities report contains a list of the "fixed" activities that are typically performed in each department each week.  The Fixed Activities report contains an estimate of the amount of time it usually takes to complete those activities and indicates the level of associate that is capable of performing each activity.  Some

activities, for example, require managerial expertise and training, and Hannaford expects that these activities be completed by a department manager or their designee. Those activities are designated with a "manager" or "mgr" notation in the Fixed Activities report. The other activities listed in the report, however, can be performed by anyone in the department with the requisite skill level. Though the Fixed Activities report indicates the level of associate that is capable of performing each task, it is up to each department manager to personally determine which tasks to assign to which associates (including which tasks to assign to themselves) and to monitor associates' performance to ensure that the activities are completed. In fact, the section of the Fixed Activities report that indicates which level of associate is capable of performing the task is not even shared with the department managers. The Fixed Activities report does not record or otherwise document who performs which activity or how long it actually takes to complete any of the activities.

9.    The Fixed Activities report does not contain all of the managerial activities that department managers perform on a daily or weekly basis. Among other activities, the Fixed Activities report does not capture the amount of time that a department manager spends managing the entire store as the "Manager on Duty," the time that a department manager spends training his or her associates, or the time that a department manager supervises and directs the work of his or her associates.

10.    The Fixed Activities report for Plaintiff's former position as a Bakery Sales Manager at Hannaford's Middleboro, Massachusetts store, for example, only identifies 13 activities for the Bakery Sales Manager to complete each week for a total of 9.9 hours per week. However, the Bakery Sales Manager in the Middleboro, Massachusetts store is expected to perform more than the 13 managerial activities listed in the Fixed Activities report and spends

3

significantly more than 9.9 hours each week managing the Bakery Department in the Middleboro, Massachusetts store.

11.    In preparing this declaration, I reviewed various records documenting the managerial duties that Plaintiff performed each week during the relevant time period. Based on my review of these records, Plaintiff consistently performed additional managerial tasks that are not captured in the Fixed Activities report and Plaintiff spent more than 9.9 hours each week managing the Bakery Department in the Middleboro, Massachusetts store.

12.    As one example, during the week of September 6, 2020 through September 12, 2020, these records show that Plaintiff performed a variety of managerial activities not listed in the Fixed Activities report and show that Plaintiff spent at least 31 additional hours performing exempt duties above and beyond the 9.9 hours listed in the Fixed Activities report.

13.    During the week of September 6-12, 2020, Plaintiff worked approximately 22 hours as the "Manager on Duty" in which she responsible for managing the entire Middleboro, Massachusetts store, including six hours on September 6, 2020; eight hours on September 10, 2020; and eight hours on September 11, 2020. *See* **Exhibit B** at page 3-4.[1]  None of the time that Plaintiff worked as the "Manager on Duty" is reflected in the Fixed Activities report.

14.    During the week of September 6-12, 2020, Plaintiff also worked approximately 8 hours training her direct reports on Monday, September 7, 2020. *See* Exhibit B at page 3.[2]  None of the time that Plaintiff spent training her associates is reflected on the Fixed Activities report.

---

[1] Exhibit B reflects the amount of time that Plaintiff reported performing certain tasks, including the time that she worked as "Manager on Duty." The time that Plaintiff designated as serving as the "Manager on Duty" is noted as "Total Store Supervision" in the "Transfer" column, with the total number of hours noted in the "Amount" column.

[2] In Exhibit B, the time that Plaintiff spent training her associates is designated as "Training" in the "Transfer" column, with the total number of hours noted in the "Amount" column.

15.    During the week of September 6-12, 2020, Plaintiff also spent additional time supervising her direct reports that is not specifically captured in the Fixed Activities report. As one example, Plaintiff sent dozens of text messages to her direct reports throughout this week about a range of topics within Plaintiff's managerial responsibilities, including the weekly schedule and various tasks and follow-up assignments. Conservatively, Plaintiff spent at least 1 hour sending these text messages to her associates. A collection of the text messages that Plaintiff sent during this week are attached as **Exhibit C**. If Plaintiff performed her Bakery Sales Manager role as intended, Plaintiff spent additional time supervising her direct reports that is simply not captured in any verifiable report or document.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September, 2022 in Gorham , Maine .

Jeremy Stevens

5

# Exhibit A

| Store | State | Op# | Dept. | Job Class | Op Description | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8005 | MA | 14336 | BAKERY | ASSOCIATE | CLEAN 3 BAY SINK | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 126 |
| 8005 | MA | 14338 | BAKERY | ASSOCIATE | CLEAN SINGLE OR HAND SINKS | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 29 |
| 8005 | MA | 14369 | BAKERY | ASSOCIATE | BAKERY CLEANUP - SINK ITEMS | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 210 |
| 8005 | MA | 14371 | BAKERY | ASSOCIATE | CLEAN ICING TIPS | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 279 |
| 8005 | MA | 14372 | BAKERY | ASSOCIATE | CLEAN TRAY RACKS | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 36 |
| 8005 | MA | 14374 | BAKERY | ASSOCIATE | CLEAN INGREDIENT CONTAINERS | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 67 |
| 8005 | MA | 14375 | BAKERY | ASSOCIATE | CLEAN PROOF BOX | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 36 |
| 8005 | MA | 14376 | BAKERY | ASSOCIATE | CLEAN DONUT GLAZER | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 81 |
| 8005 | MA | 14377 | BAKERY | ASSOCIATE | CLEAN CAKE CASE | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 62 |
| 8005 | MA | 14378 | BAKERY | ASSOCIATE | SHOP FOR IN-STORE INGREDIENTS | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 61 |
| 8005 | MA | 14384 | BAKERY | ASSOCIATE | CLEAN BREAD SLICER | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 56 |
| 8005 | MA | 14387 | BAKERY | ASSOCIATE | STRAIGHTEN SALES FLOOR | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 252 |
| 8005 | MA | 14388 | BAKERY | ASSOCIATE | STRAIGHTEN AND STOCK CREAM CHEESE RACK | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | MA | 14389 | BAKERY | ASSOCIATE | SWEEP AND MOP COOLER FLOOR | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 13 |
| 8005 | MA | 14391 | BAKERY | ASSOCIATE | PRICE AND DATE LABELING GUN | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | MA | 14394 | BAKERY | ASSOCIATE | SWEEP FREEZER | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 |
| 8005 | MA | 14395 | BAKERY | ASSOCIATE | PRICE CHANGES | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 31 |
| 8005 | MA | 14396 | BAKERY | ASSOCIATE | REFILL BAKERY SUPPLIES | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 61 |
| 8005 | MA | 14397 | BAKERY | ASSOCIATE | CLEAN AND STRAIGHTEN BULK CASE | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 176 |
| 8005 | MA | 14402 | BAKERY | ASSOCIATE | CLEAN TABLES AND OR DISPLAYS | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 28 |
| 8005 | MA | 14416 | BAKERY | ASSOCIATE | CLEAN SUPPLY AREA AND PUT AWAY SUPPLY LOAD | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 21 |
| 8005 | MA | 14424 | BAKERY | ASSOCIATE | REMERCHANDISE TABLES | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 20 |
| 8005 | MA | 14444 | BAKERY | ASSOCIATE | CLEAN BAKERY DEPARTMENT WALLS | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 |
| 8005 | MA | 14794 | BAKERY | ASSOCIATE | MID-DAY DEPARTMENT CLEAN | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 37 |
| 8005 | MA | 14835 | BAKERY | ASSOCIATE | COMMUNICATIONS BOARD ASSOCIATE REVIEW | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 22 |
| 8005 | MA | 18669 | BAKERY | ASSOCIATE | RECYCLE PLASTICS | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | MA | 18769 | BAKERY | ASSOCIATE | BAKERY FOOD DONATION | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 83 |
| 8005 | MA | 19312 | BAKERY | ASSOCIATE | CAO REVIEW FROZEN ORDER - BAKERY | 0 | 18 | 18 | 18 | 0 | 18 | 18 | 90 |
| 8005 | MA | 19316 | BAKERY | ASSOCIATE | CAO DAILY CHECKLIST - BAKERY | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 4 |
| 8005 | MA | 19320 | BAKERY | ASSOCIATE | CAO IN-STORE PROMO - BAKERY | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 12 |
| 8005 | MA | 19324 | BAKERY | ASSOCIATE | CAO DISPLAY AUTO ORDER ITEMS - BAKERY | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 |
| 8005 | MA | 19335 | BAKERY | ASSOCIATE | CAO SCAN OUT SHRINK REPORT - BAKERY | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 13 |
| 8005 | MA | 19339 | BAKERY | ASSOCIATE | CAO PROBLEM CASES - BAKERY | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 7 |
| 8005 | MA | 19402 | BAKERY | ASSOCIATE | CAO REVIEW FROZEN SUMMARY REPORT - BAKERY | 2 | 2 | 2 | 0 | 2 | 2 | 0 | 9 |
| 8005 | MA | 19430 | BAKERY | ASSOCIATE | CLEAN SCALES - CLOSING | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 17 |
| 8005 | MA | 19513 | BAKERY | ASSOCIATE | BAKERY HMS BREAD PRODUCTION | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 35 |
| 8005 | MA | 19570 | BAKERY | ASSOCIATE | CAO MAINTENANCE WALK - BAKERY | 0 | 10 | 10 | 10 | 0 | 10 | 10 | 51 |
| 8005 | MA | 19637 | BAKERY | ASSOCIATE | EVENING DEPARTMENT CLEAN | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 305 |
| 8005 | MA | 20107 | BAKERY | ASSOCIATE | CLEAN CUT RESISTANT GLOVES | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 18 |
| 8005 | MA | 20455 | BAKERY | ASSOCIATE | PRODUCTION PLANNING - REVIEW AND CONFIRM PRODUCTION | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 100 |
| 8005 | MA | 20459 | BAKERY | ASSOCIATE | EVENING DEEP CLEAN - MWF | 0 | 9 | 0 | 0 | 9 | 0 | 9 | 26 |
| 8005 | MA | 20505 | BAKERY | ASSOCIATE | PRODUCTION PLANNING - MORNING CULL | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 425 |
| 8005 | MA | 20605 | BAKERY | ASSOCIATE | ACIS WEEKLY REPORTS | 0 | 0 | 0 | 28 | 0 | 0 | 0 | 28 |
| 8005 | MA | 14383 | BAKERY | BAKER | CHECK INGREDIENT CODE DATES | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 5 |
| 8005 | MA | 14433 | BAKERY | BAKER | CLEAN DONUT FILLING EQUIPMENT | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 43 |
| 8005 | MA | 14403 | BAKERY | BAKERY MGR | STORE LEADERSHIP MEETING | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 60 |
| 8005 | MA | 14404 | BAKERY | BAKERY MGR | EMAIL AND MY TASK | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 105 |
| 8005 | MA | 14412 | BAKERY | BAKERY MGR | ANSWER TELEPHONE | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 56 |
| 8005 | MA | 14417 | BAKERY | BAKERY MGR | ORDER BAKERY SUPPLIES | 0 | 0 | 12 | 0 | 0 | 0 | 0 | 12 |
| 8005 | MA | 14419 | BAKERY | BAKERY MGR | PLAN AND REVIEW DEPARTMENT MERCHANDISING | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 |
| 8005 | MA | 14421 | BAKERY | BAKERY MGR | REVIEW STOCK STATUS AND SALES REPORTS | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 21 |
| 8005 | MA | 14422 | BAKERY | BAKERY MGR | MISC. ACIS ACTIVITIES | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 31 |
| 8005 | MA | 14427 | BAKERY | BAKERY MGR | ADJUST COUNTRY KITCHEN ORDER | 6 | 6 | 6 | 6 | 6 | 0 | 6 | 31 |
| 8005 | MA | 14429 | BAKERY | BAKERY MGR | COMMUNICATIONS BOARD MANAGER MAINTENANCE | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 4 |
| 8005 | MA | 14443 | BAKERY | BAKERY MGR | PLACE OR ADJUST DSD ORDERS | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 5 |
| 8005 | MA | 20452 | BAKERY | BAKERY MGR | PRODUCTION PLANNING - REVIEW AND UPDATE PLAN | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 86 |
| 8005 | MA | 14380 | BAKERY | CAKE DECORATOR | SET UP AND CLEAN CAKE WORK AREA | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 212 |
| 8005 | MA | 14430 | BAKERY | CAKE DECORATOR | DECO PAC AND BAKERY CRAFT ACTIVITIES | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 15 |
| 8005 | MA | 14830 | BAKERY | DEPT MANAGER | CREATE NEXT WEEKS PLAN AND SCHEDULE - DAY 1 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 25 |
| 8005 | MA | 18643 | BAKERY | DEPT MANAGER | CREATE NEXT WEEKS PLAN AND SCHEDULE - DAY 2 | 0 | 36 | 0 | 0 | 0 | 0 | 0 | 36 |
| 8005 | MA | 18644 | BAKERY | DEPT MANAGER | CREATE NEXT WEEKS PLAN AND SCHEDULE - DAY 3 | 0 | 0 | 55 | 0 | 0 | 0 | 0 | 55 |
| 8005 | MA | 14821 | BAKERY | MANAGER | CHECK TIME AND ATTENDANCE | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 42 |

Hannaford_000122208
(produced in native form)

# Exhibit B



Hannaford_000091241
(produced in native form)



Hannaford_000091241
(produced in native form)





Hannaford_000091241
(produced in native form)

# Exhibit C

Messages - Charlotte Rantz

Hi Judy, I'm not home at the moment so I'll only be able to come in at 3

8/29/20, 5:04 PM

Did we need any cookies? I don't see the list or anything on the board

9/5/20, 11:33 AM

Hi Charlotte you are welcome to come in anytime between now and 245 thank you

There's a food truck here feeding everyone until two if you want to come early and eat first

Hi Judy, that's fine. I can come in at 2

9/5/20, 6:42 PM

She said we needed oatmeal

Ok I think that came in

9/6/20, 8:58 PM

Hey Charlotte, I was thinking about the oven messing up tonight. I was wondering if you might've heard the proofer go off with the Italians, and instinctively went to the oven and hit stop, the. Realized it was the proofer? If so it would've stopped the timer but everything inside would just sit there.  I asked Christine and she said she didn't pull the stuff from the proofer, she thinks she was in the freezer. I'm not trying to blame anyone, I just want to know if I'm having a problem with the oven or if it was just human error.

It was a problem with the oven, the proofer went off before I had to pull the rolls out

I remember cuz i thought the proofer timer was for the rolls and pulled them out before realizing you put Italians in there so I had to fix it and the oven timer hadn't been set for the crusties at that point cuz the rolls needed to finish

Ok so then Christine actually pulled the rolls and set for the crusties?

Yeah

OK thanks

They were fine until they hit the 2 minute mark

PRINZO0001949

Messages - Charlotte Rantz



9/9/20, 7:02 PM

Hi judy I forgot to buy a thing of frozen yogurt bars that I put in the freezer, just letting you know so theres no confusion if you find them in there

Ok thanks. How was tonight?

Tonight was fine, very busy trying to get everything that we could out. Very big price and put out



9/15/20, 3:34 PM

Is Jon still talking?

Unfortunately yes

Seriously!

Yep

Even now?

Yep

Same girl?

PRINZO0001950

Messages - Christine Roderick

Ok, thanks. I can come in for 2.

9/6/20, 8:33 PM

Hi Christine, so Kathy is going to do the 4am if you'd like to take her shift which was 12-7?

Ok, I'll be there.

Thanks 😊

Hey, I just had a thought about how the oven messed up tonight. Did you possibly hit the stop button on the oven when the proofer went off for the Italian bread I had going? That might explain why it stop in the middle of the timed cycle?

I don't remember hitting the proofer timer. I think I was in the freezer because I don't remember it even going off.

Ok, that helps rule out human error thanks!

9/7/20, 6:27 PM

Hi Judi, I forgot to punch back in from my 15 min break so it's going to look like I took a second half HR break by the time I remembered and punched back in.🤪

Ok I'll let Anna know thanks

Hey Christine, I Haven't been able to na anyone down for Wednesday, so if you wouldn't
Mind planning for the 4am? If you could do a full 8 hour shift, it would be most appreciated since I now have to be off that day and work on Friday, so Jon will need the assist.

9/7/20, 9:04 PM

Okay

Thanks christine. You've been so flexible and I really appreciate it. For being so new you're proving yourself to be quite valuable!

PRINZO0001988

Messages - Debbie Kelley

Make sure you let me know if you're doing too much. We can have you do other r stuff that might not bother you so much

Ok I will do you need any empty egg cartons? I have a lot of them

Sure

Do you like pickles? Or Relish?I made
A
Bunch with the cukes from
My garden

Good there in good shape too no I don't like pickles thank you anyways

I can bring them to Hannaford for you if you want this weekend

No hurry,
Just bring them
When you come to work

9/2/20, 6:31 PM

Hi Debbie I took it kind of funky order for tomorrow and John is not on I could do it but I would feel better if you were doing it and we could use more cake as always so I was wondering if you wanted any hours tomorrow?

What time is it for

I think it's for early Friday morning so it's not imperative that anyone makes it tomorrow but I just thought I would offer if you want some more hours

Sure how about 9-1 again

Sounds great thank you

Your welcome

9/7/20, 12:59 PM

Hey Debbie, I know it's kind of late in the day, but would you want to co E in for a
Couple hours and make some cakes? It's time and a half!

Not sent

PRINZO0002085

Messages - Debbie Kelley



PRINZO0002086

Messages - Debbie Kelley

9/12/20, 8:36 AM



Not sent

Hi Debbie, do you know what flavor these cupcakes are?

Not sent

9/17/20, 5:47 PM



Thank you

Good luck

Messages - Emily Bassett

9/3/20, 8:47 PM

Hi em,
Sorry to text you so late but I was hoping maybe you could come in earlier than 515 tomorrow. The new
Morning routine is quite time consuming as you have experienced, and it would be helpful if you and Mel could both be there at 4 am. If you can't it's fine, I just wanted to give
You that option, and of course you could leave earlier if you did come in earlier.  Thanks,
What ever you
Want to do it's fine either way.

Sure I can do that. I'll be in at 4 to help Mell

She's knows I'm coming in to help her right. I don't like surprising Mell

I'll let her k ow, and I'm sure she'll appreciate it. She and judy were
Working out a routine the last couple of days so I'm sure she'll tell you what you should do,
Lol. Thanks Em.

I'm sure she will. No problem



9/6/20, 4:20 PM

Hey em, I just wanted to give you a heads up that Mell called out for tomorrow, she has a stomach bug. I left Judy R a msg, but if she can't Christine said she'd do it. Would it be possible for you to stay a little later just since you won't have Mell.? I'll try to come in as early as I can but I'm closing the store tonight.

I can stay till 9 instead of 8 it get us in a better place

PRINZO0002174

Messages - Emily Bassett

Thank you

You're welcome. I'll stay later if I need to but I want to try to leave before 10 cause I have plans and I don't want to have to worry about a half

9/6/20, 7:21 PM

Hi Judy I just wanted to let you know I had to make a slight change to my class schedule so my availability is changing slightly. My Monday availability will now be the same as my Wednesday availability on that paper I gave you. And my Tuesday Thursday availability will now be from 2:00 to close. I can however still work this Tuesday with no issue

9/6/20, 9:28 PM

Ok thanks. And Kathy will be your copilot for tomorrow morning. 

9/7/20, 10:27 AM

4-745 tomorrow thanks!

Not sent

9/7/20, 11:33 AM

Could you do 4am wed too?

Not sent

9/7/20, 7:39 PM

Hey Em, you're doing 4-745 tomorrow right? Could you please let judy know that we did a complete setup but not everything needs to be baked?

Yes and I will

Thanks Em! You're the best.

9/10/20, 1:32 PM

Hi Judy. Have you made the schedule that has the 29th in it yet

9/10/20, 2:41 PM

No I just did the 20-26

9/10/20, 7:20 PM

Hi em, just a heads up that Mell should be back tomorrow.
Not sure if she's going to be in at 4 or 5.  We just did a regular set up again. Maybe we can talk about how best to do it going forward in the morning. I am mod. See you then!

PRINZO0002175

Messages - Emily Bassett

> Also wanted to let you know kathys dad passed away, in case you see her

9/10/20, 8:42 PM

Okay thank you for letting me know. She'll probably be there when I get there at 4. I'm so sorry to hear that. When I was talking to kathy last Sunday she had a feeling it wasn't good. I'll send my condolences



9/11/20, 6:41 PM

> Hey em, are you coming I. At 4 or 5? It doesn't matter to me, Just wondering your plan

I was going to come in at 4



9/14/20, 3:14 PM

> Hi em, did you include the new case of salted in your count? It says 27$ I think?

> 277

Yes I did. Cause 240 in a new box

9/19/20, 5:22 AM

Hey Judy. Wanted to let you know that the proofer isn't getting humidity. Not sure what's wrong with it. I turned it on and off and couple times. The cin. roll rack finally got good enough to bake but it's going to be a bigger issue for the dough

9/19/20, 7:13 AM

> Awesome do the best you can. Well call it in

> Jon should know , or Dan, how to reset it with a switch up top. Maybe that would fix it?

PRINZO0002176

Messages - Gabby Boutin



I'm so glad!

9/8/20, 4:18 PM

Hey judy! If the schedule hasn't been made yet, could I be out by 11 on Sunday September 20th?

Ok no I haven't made it yet

9/10/20, 7:40 PM

Hey gab, I just wanted to let you know that kathys dad died.

Oh no!!! Poor Kathy!!! Thank you for letting me know

👍she's ok, she knew it was coming. He was 90

9/15/20, 5:15 PM

Hey Gab, I know you mentioned soMething about needing time off for a test.
When was that? And is it on the weekend really?

It was on October 10th! I wrote it in the little black book that was in your desk. And yeah it's on a Saturday

Ok good the schedule I just made was for w/e 10/3

9/23/20, 8:05 AM

Morning gab! Hope you enjoyed your birthday! Sorry to bug you but I wanted to tell you while it's on my mind: you have a bunch of computer training to catch up on 🤢. Can you try to leave some time over the next couple of Saturdays to work on it? Thanks! Have a great day.

PRINZO0002224

Messages - Isabella Johnson



8/31/20, 5:35 PM

Hi Bella, could you possibly do like 9-5 or so tomorrow? We're making some changes to the set up in the
Morning and need extra help earlier rather than later in the day

Christine will
Still be 3-7

Yes i can do that

Great thanks!

9/7/20, 6:15 AM

Good morning, unfortunately my head is still pounding I won't be able to come in. Im sorry

Ok thanks, feel better

9/7/20, 11:33 AM

Let me know if you want sick time

Not sent

9/7/20, 7:11 PM

Hey Bella,
How are you feeling? Do you think you'll be in tomorrow? Also, did you want to use sick time for today?

So far I'm feeling a little better so I am planning on coming in tomorrow and no that's okat

Ok good, if you wanted to make up the shift you could work wed. 3-7? I had to move Christine to the 4am because Mell is out til at least Thursday. I do have Charlotte in too so if you can't it's ok.

9/8/20, 10:07 AM

yes i can do that

Ok great thanks! When you come in today can you just add that to the schedule on the board, cuz I'm off today.

PRINZO0002276

Messages - Isabella Johnson

Liked "Ok great thanks! When you come in today can you just add that to the schedule on the board, cuz I'm off today."

9/10/20, 7:40 PM

Hey Bella, I forgot to tell you that kathys dad Passed away, just in case you see her

okay thanks for letting me know



9/18/20, 10:22 AM

Hi Bella, there aren't a lot of cremes to do today, so if you want to come in a little later and just
Do the setup/close that's fine. Unless you want the hours but all I would have is cleaning to do.

Hi, I guess I'll come in at 1:30 so I can avoid taking a half and still do some cleaning if that works

Perfect thank you!

9/19/20, 1:40 PM

Hi Judy, would it be okay if I came in at 2? My little brother starts at that time and I have to bring him

9/20/20, 6:07 PM



Messages - Jon

> Did you manage to keep everyone busy? Ok see you in the morning.

Sure did. 👍

See you in the am

9/7/20, 10:13 AM

> Hey Jon sorry to bother you but Mell has to be out at least till Thursday and Bella called
> Out for today too. I know you offered to come in today, and I can manage without you, but if you wanted to do a short shift you are welcome to. Right now it's just me and Alisha til 12, then just Christine and the. Vic 2-7. I'm trying to get coverage for the 4am for the next few days. Tomorrow will be Judy and Emily both 4-8, so can you come in at 7 instead of 830? Alisha will be in at 830.

9/7/20, 11:59 AM

Hey boss. Sry i didnt get back you. I was recruited to help hil move some of her daughter's shit today..😔😔

> Np thanks

9/7/20, 6:49 PM

> So you didn't Answer about coming in at seven tomorrow

Oh yea, i'll be there. Sry

> So I had to change my day off because Dan said I had my MOD shifts wrong. I will be off Tuesday and Wednesday instead of Tuesday and Friday. Because we got no load today we are out of a lot of things Alicia is going to try to bring blueberry muffins tomorrow. The load is 133 for Wednesday sorry

No worries. We'll make it work👍

> CV I'm still trying to rearrange the schedule so there's two ppl in at 4am on Wednesday. I can't leave it all for judy

> Disregard the CV

Yea, thats a good point. She'd be hard pressed to get everything done

PRINZO0002519

Messages - Jon

Don't forget Alisha will be with you tomorrow. She should be there about 830. You can use her for packaging and price and put out if you need to, but she's not really trained on cremes
Much . If you wanted you could let Debbie work with her on cakes or cremes. Bella said she'd be in tomorrow night but since Emily is doing the 4am,
Now she won't be there 130-7, so you won't have that midday help.

Well we have Alicia for an extra set of hands. We should be good

👍 best of luck 

9/8/20, 7:51 AM

Hey boss, sry to bother you. Do you still need me to stay till 5 today?

With Alicia?

No but if you could stay til 4-430 that would be good?

Yea, thats what i was planning. Sry, just wanted to check with you first. You want i kick Alicia out when i leave?

Yeah you can set her free.



You could have her set up cookies if she hasn't done that

Good deal. So, shes not here yet, should i be getting concerned for her safety?

Is she there now?

No ma'am

I haven't seen her

It could be she's picking up stuff for us in taunton in the way here

She's here👍

Mel will be back on Thursday, and Christine will be in 4-1230 tomorrow. Bella will be in tonight and she will work christines 3-7 tomorrow night

PRINZO0002520

Messages - Jon

> Wait I'm asking dan if she can come back thur or fri. Also, since I won't be there tomorrow, you could ask Debbie if she wants to work for you a few hours so you can do other stuff. You'd be alone from 1230-3 if she's not there. Just a thought

9/8/20, 1:52 PM

> She can't come back till Friday so could you possibly do the 4am with judy if I can get her to take a shift? I have to be mod that day

> Emily requested it off

9/8/20, 3:00 PM

> Just will do4-8 on Thursday, please don't leave her alone too long. Thanks!

9/9/20, 9:10 AM

> Hey hon can you pls give Christine a $7 coupon for today and Bella a $3 for tonight? Thx

> Jon

Sure thing. Did bella and Charlotte switch shifts tonight?

Oh, and Alicia is staying in taunton today and i called debbie in today and gave her sat. Off. We were stacked on sat. Figured it would be a good day to switch

> You know You are off on Saturday right? That's fine that you brought Debbie in though. And no Bella didn't switch with Charlotte she's just taking Christine's shift because she was on tonight originally instead of this morning. That way maybe we can get some creams done

> Why is Alecia and taunton do you know?

Thats right, i forgot they were both in tonight. Tina kept her because she was looking as light as we were. I told here that if she were going to stay in taunton any day, today would be the day. Yea, i figured id set gabby up for success on friday. I think she'll be ok, its gabby after all

Im gonna go full bore on p&p. Less we have to do tomorrow. Dan agreed. We'll be looking good when you come in tomorrow then we have that walk



PRINZO0002521

Messages - Jon

9/9/20, 6:43 PM

How'd you make out today?

Oddly busy. But. Not too bad.

How do we look for tomorrow? Will you be there by. 5?

Light here and there. But we should make it tomorrow. Yea, I'll be in by 5. Do we have an eta on the walk?

No idea

Fair enough. We'll be good. We always are. So, in the morning, i do the scan with 0032 in acis. And just inventory the bakery in the builder screen with the tablet?

Judy can do the acis scan, don't even worry about the tablet, just Bake stuff and
Pack it up.
We'll deal with tabitha later. Did you do a regular setup?

Music to my ears..yea, regular set up. We should be good tomorrow👍



9/10/20, 7:23 PM

Did Kathy tell you that her dad died? I forgot to tell everyone today.

9/11/20, 6:39 PM

Hey hon, did you give Christine the $7 coupon?

Shit..i did not. Sry

Ok I'll give her one tomorrow

9/12/20, 10:00 AM

Hey Jon, did you received the photo paper?

I did

PRINZO0002522

Messages - Jon

9/12/20, 5:02 PM

So I tried to
Give coupons to Bella and Christine and they said you already gave them
One! WTH?

I did? Shit. Sry, i can't remember who i give coupons to these days

Good thing they're honest

9/13/20, 7:50 PM

Hey Jon, everything go ok today? How was payroll?

9/14/20, 7:15 AM

Morning boss. Sry i didnt get back to you. Yesterday was pretty busy imo. I think because of the game. People were buying stuff willy nilly, but i think we did ok. How did the dept look this morning?

9/16/20, 10:59 AM

Hey boss, sry to bother you. Some how our log in got cleared in the tablet. Refresh my memory. The log in name was JPrinzo? Or was it judy.prinzo? Or judyprinzo? I think there was a 20 in there somewhere as well. Not sure. Sry

Didn't Mell tell you? We had to take the password off cuz it's a security breach.
She taped it under my desk lid.
Anyway it's Bakery20

Yea, she mentioned that. But as far as the log in name goes. I remember the bakery20 part. And the food8005 part. But wasnt there a screen where you had to type some form of your name in, and then bakery20 for the pass? Cant remember what the user name was

Doesn't it say with the password? I think it's Judith.Prinzo?

Usually it does, but for some reason, it was cleared. I'll try that. Ty

We're in. Ty



PRINZO0002523

Messages - Kathy Karalus

9/4/20, 4:50 PM



9/5/20, 5:30 PM

Hi Kathy, just a heads up that Emily will be in at 4 am. Instead of 5, And you should bring your reading glasses because you may have to use either the gun and/or the tablet. I'm sorry but I don't think you can get away with not using them forever! Lol. It seems that the best way to do things in the am is for one person to do the donation and the other follows with the tablet updating the inventory. Emily will explain



9/6/20, 5:04 PM

Hey kath can you call me again when it's convenient for you? I'm here till 9! Thanks

9/6/20, 8:10 PM

Hey Jude, anything yet?

Messages - Melissa Delgrosso



9/3/20, 8:53 PM

Hey Mell,
Another issue has come to light since I was doing the
Order today:  now that you're pulling donuts and such in the morning,
those items are
Not getting highlighted so I'm unsure what to order. I hate to ask you to
be checking THAT too while you're running around at 4 am setting things
up, but if you have an idea on how we can keep track of stuff ,
I'm all ears. Also, Emily will be in at 4
Tomorrow to help you. If you've got a routine down with judy, just let
Emily know how it works. Thanks! And if you need to use Debbie for
packing or anything other than cakes, just ask her.

9/6/20, 4:22 PM

Let me know if you want to use sick time

And if you have any covid symptoms

9/7/20, 11:33 AM

Hey Mel,
 Hate to tell you but you now have to stay out of work until at least
Thursday because of your symptoms. It is unpaid so you would have to
use sick time if you want to be paid. Please keep me informed as soon
as your symptoms are gone that way we know exactly when you can
come back you have to be symptom-free for 72 hours. Let me know if
you want to use any sick time thanks and hope you feel better

Not sent

9/7/20, 7:10 PM

Hey Mell, I don't know if you got my msg? How are you feeling today?

9/8/20, 6:40 AM

I felt fine all day yesterday. It must have been something I ate. I had no
fever or any other symptoms. I understand protocol.

Will have to see what I have for time to use.

9/8/20, 8:43 AM

👍good so we will expect you Friday, and if you want to do 4-1230
instead of 5-130, Emily is 4-8. Either is fine

PRINZO0002883

Messages - Melissa Delgrosso

9/10/20, 7:18 PM

Hi Mel, just a heads up, it's been a bit of a messed up week with you out, Bella was out, I've been mod, we were trying to train Alisha from taunton, Etc. so we just went back to doing a regular set up for now. If you want you can pull only what you need , or you can bake off the whole thing. I don't care either way. We'll have to figure out how we're going to do this going forward. You can come in at 4
If you want to or your scheduled time of 5-130. I'll be mod tomorrow and Jon is 1030-7. You have Emily 4-8 and
Vic is 6-1145. See you in the am! Thanks

Also wanted to let you know kathys dad
Died

9/14/20, 8:29 AM

*Attachment not found:
IMG_1999.mov (Video)*

9/15/20, 5:10 PM

Hey Mell, just a heads up not to forget that order for 60 chunk cookies tomorrow. They'll pick up at 2 pm so there's no rush.

K. Will take care of with the cookie set up

Thank you!

9/16/20, 10:02 AM

Dan S. Got an email, we had to remove user name and password from the Bitch. It's taped to the inside of your desk. It could be security breach if a non employee grabbed it.

Oh yeah, I saw that yesterday and forgot to do it! Thanks!

9/21/20, 9:28 PM

Hey Mel,
I just remembered that I set up 6 of each of the plain and choc. Donuts, for the purpose of making
A 4pk of each plain. But I don't
Know if Vic set them up on a basket for
Glazing, so I wanted to catch you and judy before you glaze them. Thanks. I'm closing the store tomorrow so I won't see you.

PRINZO0002884