UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-cv-11901-WGY

| | |
|---|---|
| JUDITH PRINZO, on behalf of herself and all other employees similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HANNAFORD BROS. CO., LLC, | ) ) |
| Defendant. | ) |

**ORDER GRANTING PRELIMINARY APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

This matter is before the Court on Plaintiff's Assented-To Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval"). The Court having considered all papers filed and proceedings had herein, and having reviewed the record in the above captioned matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court finds on a preliminary basis that the settlement memorialized in the Settlement Agreement and Release of Claims ("Settlement"), attached to the Motion for Preliminary Approval as Exhibit 1, falls within the range of reasonableness and otherwise meets the requirements for preliminary approval.

2. Pursuant to Fed. R. Civ. P. 23(c)(2)(B), the Court approves the content and proposed distribution of the Notice of Proposed Settlement of Class Action Lawsuit, attached to the Motion for Preliminary Approval as Exhibit 2.

3.       Each class member will have 45 days after the date on which the Notice is first mailed to object to the Settlement, pursuant to the terms and procedures set forth in the Settlement Agreement.

4.       Each class member will have 45 days after the date on which the Notice is first mailed to exclude themselves from the settlement, pursuant to the terms and procedures set forth in the Settlement Agreement.

5.       The Court will conduct a Final Approval Hearing on  Thursday, February 8, 2023  at  2:00 PM a.m./p.m.[1] to determine the overall fairness of the settlement.  Class Counsel shall submit an Assented-To Motion for Final Approval no later than seven (7) days before the Final Approval Hearing.

IT IS SO ORDERED.

Dated: October 27, 2023                         /s/ William G Young
                                                United States District Court

---

[1] In order to accommodate the notice process and time for Class Counsel to submit the Assented-To Motion for Final Approval, Plaintiff requests that the date for the Final Approval Hearing be set for a date that is no earlier than 90 days after the entry of this Order.