UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-cv-11901-WGY
Civil Action No. 1:22-cv-10672-WGY

| | |
|---|---|
| JUDITH PRINZO, on behalf of herself and all other employees similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| HANNAFORD BROS. CO., LLC, | ) ) |
| Defendant. | ) |

**ORDER GRANTING FINAL APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT
AND REQUESTED AWARD OF ATTORNEYS' FEES AND COSTS**

This matter is before the Court on Plaintiff's Assented-To Motion for Final Approval of Class Action Settlement and Proposed Attorneys' Fees and Costs (the "Motion for Final Approval"). The Court having considered all papers filed and proceedings had herein, and having reviewed the record in the above captioned matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court finds that the settlement memorialized in the Settlement Agreement and Release of Claims ("Settlement"), attached to the Motion for Preliminary Approval as Exhibit 1, falls within the range of reasonableness and otherwise meets the requirements for final approval pursuant to Fed. R. Civ. P. 23(e)(2).

2. The Court finds that the settlement of FLSA claims pursuant to the Settlement "represents a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Singleton v. AT&T Mobility, Svcs., LLC*, 146 F. Supp. 3d 258, 260 (D. Mass. 2015). Accordingly,

the Court approves the requested payment of $424.00 as a payment to Amanda Tracy for her claims for unpaid overtime under the FLSA.

3. The Court finds that no member of the class objected to the requested award of attorneys' fees and that the request is reasonable under the totality of the circumstances. Therefore, the Court awards attorneys' fees in the amount of $349,166.00.

4. The Court finds that no member of the class objected to the requested award of costs and that the request is reasonable under the totality of the circumstances. Therefore, the Court awards costs in the amount of $20,000.00, to include litigation costs and the costs of administering the settlement through a third-party administrator.

5. The Court finds that no member of the class objected to the proposed payment to Plaintiff Judith Prinzo in the amount of $75,000.00, representing a total payment for her share of the Class Fund and an incentive payment. The Court further finds that the proposed payment is reaonsable under the totality of the circumstances, including Ms. Prinzo's rejection of an individual settlement offer of $74,999, which rejection allowed the case to proceed to class certification and an eventual settlement on behalf of the class.

6. The Court orders that the remaining funds, in the amount of $603,410.00, be distributed to members of the class in accordance with the terms of the Settlement.

7. Both of the actions referenced in the caption of this Order are hereby dismissed, with prejudice, but the Court shall retain jurisdiction over any issues relating to the Settlement.

IT IS SO ORDERED.

Dated:  February 8 , 2024                           /s/ William G. Young
                                                              United States District Judge

074487.0001321 DMS 303788127v3